IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**CERTIFICATE RULE LCvR 7.1**

Undersigned counsel of record for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL hereby certifies that to the best of his knowledge and belief, Plaintiff Biovail Corporation has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public, while Plaintiff Biovail Laboratories International SRL is a subsidiary of Biovail Corporation, which is publicly traded on the New York and Toronto Stock Exchanges.

Dated: August 23, 2006                                          Respectfully submitted,

*/s/ James F. Segroves*
James F. Segroves
(D.C. Bar No. 480360)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorney for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL*