**EXHIBIT 1**

**Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, and the entire record herein, it is this _____ day of _____, 2006,

**ORDERED** that for a period of ten (10) days from the issuance of this Order, good cause having been shown pursuant to Rule 65 of the Federal Rules of Civil Procedure that immediate and irreparable injury and damage will result to Plaintiffs before the Motion for a Preliminary Injunction can be heard and decided, that Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants U.S. Food and Drug Administration and Andrew C. von Eschenbach, M.D., their agents, servants, employees, successors and assigns (collectively, the "Agency"), and all those in active concert or participation with them be and hereby are, for a period of ten (10) days from entry of this Order, enjoined and restrained from issuing a final approval on any Abbreviated New Drug Application ("ANDA") for a generic version of WELLBUTRIN XL®, unless and until the Agency issues a final decision on Plaintiff

Biovail Corporation's Citizen Petition at least one calendar week in advance of any such approval of an ANDA; and it is

**FURTHER ORDERED** that Defendants' answering papers, if any, in opposition to Plaintiffs' Motion for a Preliminary Injunction shall be filed and served via the Court's electronic case filing system no later than five (5) days from the issuance of this Order, and Plaintiffs' reply papers, if any, shall be filed and served via the Court's electronic case filing system no later than eight (8) days from the issuance of this Order; and it is

**FURTHER ORDERED** that a hearing will be held by this Court on _____ \_\_\_, 2006, in Courtroom _____, at \_\_\_:\_\_\_ \_\_\_, at which time Defendants are required to show cause why a preliminary injunction should not issue.

**SO ORDERED**.

_____
United States District Judge

Date:       August \_\_\_, 2006

Time:       \_\_\_:\_\_\_ \_\_\_

Copies To:  Ronald S. Rauchberg
            Kevin J. Perra
            PROSKAUER ROSE LLP
            1585 Broadway
            New York, NY 10036-8299
            212.969.3000
            212.969.2900 (fax)

            James F. Segroves
            PROSKAUER ROSE LLP
            1001 Pennsylvania Avenue, NW
            Suite 400 South
            Washington, DC 20004-2533

2

202.416.6800
202.416.6899 (fax)

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Washington, DC  20001
(202) 434-4200
(202) 434-4646 (fax)

*Attorneys for Plaintiffs Biovail Corporation
and Biovail Laboratories International SRL*

[Appearance Not Yet Noticed]

*Attorney for Defendants U.S. Food & Drug
Administration and Andrew C. von Eschenbach, MD*