EXHIBIT 3

**Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

### DECLARATION OF KEVIN J. PERRA

I, KEVIN J. PERRA, depose and say upon personal knowledge as follows:

1.      I am a partner in the law firm Proskauer Rose LLP, which serves as counsel to Plaintiffs Biovail Corporation and Biovail Laboratories International SRL in the above-entitled action.  My office address is 1585 Broadway, New York, NY 10036-82992.  My office telephone number is 212.969.3454 and my email address is kperra@proskauer.com.

2.      I hereby certify that attached hereto are true and correct copies of the following exhibits:

   A.      November 2005 FDA Tentative Approvals of Abbreviated New Drug Applications;

   B.      Plaintiff Biovail Corporation's December 20, 2005 Citizen's Petition;

   C.      Defendant FDA's June 7, 2006 Notice to Plaintiff Biovail Corporation; and

   D.      Plaintiff Biovail Corporation's June 29, 2006 Reply to Defendant FDA's June 7, 2006 Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2006

Kevin J. Perra

**EXHIBIT 3.A**

**Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*



# Tentative Approvals - November 2005

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

| | ANDA Number | Generic Drug Name | Applicant | Tentative Approval Date |
|---|---|---|---|---|
| 1 | 77-695 | LAMIVUDINE ORAL SOLUTION, 10 MG/ML | AUROBINDO PHARMA LIMITED | 11/4/2005 |
| 2 | 77-237 | ZALEPLON CAPSULES, 5 MG AND 10 MG | ROXANE LABORATORIES, INC. | 11/4/2005 |
| 3 | 77-284 | BUPROPION HYDROCHLORIDE EXTENDED-RELEASE TABLETS USP, 150 MG AND 300 MG | ANCHEN PHARMACEUTICALS, INC. | 11/14/2005 |
| 4 | 76-948 | GATIFLOXACIN TABLETS, 200 MG AND 400 MG | ZYDUS PHARMACEUTICALS USA, INC. | 11/25/2005 |
| 5 | 77-239 | ZALEPON CAPSULES, 5 MG AND 10 MG | TEVA PHARMACEUTICALS USA | 11/25/2005 |
| 6 | 76-310 | CABERGOLINE TABLETS, 0.5 MG | PAR PHARMACEUTICAL INC. | 11/30/2005 |

⬆ Back to Top    ⬉ Back to Approvals

Date created: December 20, 2005

CDER Home Page | CDER Site Info | Contact CDER |
What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index |
Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research