**EXHIBIT 4**

Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction,
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et. al.*

## DECLARATION OF FREDERICK A. STEARNS
## PURSUANT TO 28 U.S.C. 1746

I, Frederick A. Stearns, declare that the following facts are true and accurate:

1. I am a partner in the law firm of Keller and Heckman LLP, resident in the office in Washington, DC.

2. With the assistance of Melissa S. Scales, an Associate at Keller and Heckman, I undertook an analysis of the timing of FDA's denials of Citizen Petitions from drug companies proposing criteria that FDA should employ in reviewing applications for approval of competitive drug products.

3. This review found that, since 2000, 15 relevant Citizen Petitions were denied by FDA. In 14 of the 15 cases, the denial of the Petition occurred on the same date that FDA approved the application(s) for the generic or competing drug product(s). The Citizen Petitions had been pending anywhere from less than 1 to approximately 24 months before FDA acted on them. More detailed information is presented in the chart attached as Exhibit A to this Declaration.

4. In the only other case, FDA formally denied the Petition 18 months after the approval of the drug product at issue. On the day of the approval, however, FDA publicly released a memorandum that "represented the agency's position on the petition" and discussed why FDA rejected the Petition's arguments.

5. There are numerous other Citizen Petitions that are pending at FDA but that are not yet the subject of a final decision by the Agency. These Petitions are not part of this analysis.

6. To conduct this assessment, Ms. Scales and I reviewed the chronological lists of Citizen Petitions that FDA makes available on its web site, covering the time period of 2000 through 2006. These lists identify the subject matter of each Petition and indicate its status, including whether: (1) it is "pending," (2) FDA has provided an "interim response," (3) it has been "approved," or (4) it has been "denied."

7. From these lists, Ms. Scales and I identified all Citizen Petitions that had been denied by FDA and, based on the description provided, narrowed the focus to those proposing criteria to be employed by FDA in reviewing competitive products. From the documents available on FDA's web site, we reviewed a copy of each such Petition and FDA's denial.

8. Ms. Scales and I then reviewed the drug approval records available on FDA's web site to determine when, if at all, "generic" or otherwise competing versions of the drug products discussed in the relevant Citizen Petitions were approved.

9. I also reviewed publicly available information about the time delay between the approval of competitive drug products and their introduction into the market.

10. Based on this information, it appears that manufacturers of competitive drug products are often prepared to launch their products immediately or within a short time after receiving final approval.

11. The following examples illustrate how quickly such products can be launched:

   A. On January 28, 2005, FDA denied a Citizen Petition concerning approval criteria for fentanyl transdermal systems. Mylan Laboratories received final approval for its

competitive drug product on that same day and announced in its securities filings that it launched the product "immediately."

B. In 2005, Teva Pharmaceuticals USA launched seven competitive drug products within one day of receiving final approval from FDA (according to information on its web site).

C. On December 17, 2003, FDA approved Barr Laboratories' competitive version of mirtazapine orally disintegrating tablets. According to a Barr press release issued on December 18, 2003, the company planned to launch the product "immediately."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of August, 2006.

*Frederick A Stearns*
_____
Frederick A. Stearns

Exhibit A

| Active Ingredient | Petitioner | Date of Petition/ Docket Number | Date of FDA Denial of Petition | Date of Approval of Competitor |
|---|---|---|---|---|
| Somatropin [rDNA origin] | Pfizer | May 13, 2004/ 2004P-0231 | May 30, 2006 | May 30, 2006 |
| Fluticasone propionate | GlaxoSmithKline | May 19, 2004/ 2004P-0239 | Feb. 22, 2006 | Feb. 22, 2006 |
| Leflunomide | Aventis | March 31, 2005/ 2005P-0127 | Sept.13, 2005 | Sept. 13, 2005 |
| Mecasermin [rDNA origin] | Insmed | Aug. 11, 2005/ 2005P-0322 | Aug. 30, 2005 | Aug. 30, 2005 |
| Salmon calcitonin | Novartis | Jan. 9, 2004/ 2004P-0015 | Aug. 12, 2005 | Aug. 12, 2005 |
| Doxycycline hyclate | CollaGenex | Aug. 15, 2003/ 2003P-0315 | May 13, 2005 | May 13, 2005 |
| Anagrelide hydrochloride | Shire | Aug. 13, 2004/ 2004P-0365 | Apr. 18, 2005 | Apr. 18, 2005 |
| Fentanyl transdermal systems | Alza | Nov. 12, 2004/ 2004P-0506 | Jan. 28, 2005 | Jan. 28, 2005 |
| Fenofibrate | Abbott | Aug. 31, 2004/ 2004P-0386 | Nov. 30, 2004 | Nov. 30, 2004 |
| Loratadine | Genpharm | April 15, 2003/ 2003P-0160 | June 24, 2004 | June 24, 2004 |
| Hyaluronidase | Baxter | Oct. 24, 2003/ 2003P-0494 | May 5, 2004 | May 5, 2004 |
| Ribavirin | Valeant | June 16, 2003/ 2003P-0321 | April 6, 2004 | April 6, 2004 |
| Omeprazole | Andrx | Nov. 20, 2002/ 2002P-0493 | Jan. 21, 2005; (June 20, 2003 FDA drug approval memo "represented the agency's position") | June 20, 2003 |
| Cefuroxime axetil | GlaxoSmithKline | Sept. 29, 2000/ 2000P-1550 | Feb. 15, 2002 | Feb. 15, 2002 |
| Metformin hydrochloride | Bristol-Myers Squibb | Dec. 26, 2001/ 2001P-0586 | Jan. 24, 2002 | Jan. 24, 2002 |