# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

## CERTIFICATE PURSUANT TO
## FED. R. CIV. P. 65(b)(2) AND LCvR 65.1(a)

I, JAMES F. SEGROVES, one of the attorneys for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL in the above-captioned case, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(a), certify that on this date at approximately 12:45 pm, I telephoned the Civil Division of the U.S. Attorney's Office for the District of Columbia.  I spoke to Peter Harlan, a clerk within the Civil Division, who stated that although no attorney within the Civil Division could assist me at that time, he would have an attorney from the Civil Division return my call.  I informed Mr. Harlan that on this date at approximately 2:30 pm, Plaintiffs would be filing an application for a temporary restraining order with the Clerk of this Court in the above-captioned case and that Plaintiffs would request that a hearing be scheduled on the motion as early as possible on Thursday, August 24, 2006. Copies of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and all exhibits thereto have been furnished to Mr. Harlan by hand.

In addition, on this date at approximately 1:15 pm, I spoke via telephone with Annamarie Kempic, Esq., who is an attorney within Defendant U.S. Food and Drug Administration's Office of Chief Counsel. I informed Ms. Kempic that on this date at approximately 2:30 pm, Plaintiffs would be filing an application for a temporary restraining order with the Clerk of this Court in the above-captioned case and that Plaintiffs would request that a hearing be scheduled on the motion as early as possible on Thursday, August 24, 2006. Copies of the Complaint, Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, Memorandum in Support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction, and all exhibits thereto have been furnished to Ms. Kempic by electronic mail and by hand.

Dated: August 23, 2006                                   Respectfully submitted,

*/s/ James F. Segroves*
James F. Segroves
(D.C. Bar No. 480360)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorney for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL*