**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
|  | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| U.S. FOOD & DRUG ADMINISTRATION, | ) |
| *et al.*, | ) |
|  | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), undersigned counsel for Plaintiffs Biovail

Corporation and Biovail Laboratories International SRL hereby moves the admission *pro hac*

*vice* of Ronald S. Rauchberg and Kevin J. Perra to appear in the above-captioned proceeding on

behalf of Plaintiffs.  The supporting declarations of Mssrs. Rauchberg and Perra are attached

hereto as Exhibit 1 and 2, respectively, and a proposed order granting the requested relief is

attached as Exhibit 3.  Defendants have not appeared in this action and thus have not designated

counsel to represent them herein.  However, subsequent to Plaintiffs' service of this motion and

related papers, as well as to Defendants' identification of counsel in this action, Plaintiffs will

seek to narrow any areas of disagreement with Defendants' counsel in the spirit of, and in further

compliance with, Local Civil Rule 7(m).

2

Dated: August 23, 2006                          Respectfully submitted,

                                                PROSKAUER ROSE LLP


                                                By: */s/ James F. Segroves*
                                                    James F. Segroves
                                                    (D.C. Bar No. 480360)
                                                    1001 Pennsylvania Avenue, NW
                                                    Suite 400 South
                                                    Washington, DC 20004-2533
                                                    202.416.6800
                                                    202.416.6899 (fax)

                                                    *Attorney for Plaintiffs Biovail Corporation*
                                                    *and Biovail Laboratories International SRL*