EXHIBIT 1

**Motion for Admission** *Pro Hac Vice*,
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF RONALD S. RAUCHBERG

I, RONALD S. RAUCHBERG, depose and say upon personal knowledge as follows:

1. Pursuant to Local Civil Rule 83.2(d), I make this declaration in support of the accompanying Motion for Admission *Pro Hac Vice* filed by Plaintiffs Biovail Corporation and Biovail Laboratories International SRL.

2. My full name is Ronald Steve Rauchberg.

3. My office address is 1585 Broadway, New York, NY 10036-82992. My office telephone number is 212.969.3460 and my email address is rrauchberg@proskauer.com.

4. I am a member of the New York State bar. I am also admitted to practice before the United States Supreme Court, the United States Court of Appeals for the Second, Third, Sixth, Seventh, Ninth, Tenth, Eleventh, Federal and District of Columbia Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, as well the United States District Courts for Connecticut and the Eastern District of Michigan.

5. I have not been disciplined by any bar.

6. I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join James F. Segroves (D.C. Bar No. 480360), a member of this Court in good standing, as counsel of record on behalf of Plaintiffs Biovail Corporation and Biovail Laboratories International SRL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2006

_____
Ronald S. Rauchberg

2