EXHIBIT 2

Motion for Admission *Pro Hac Vice*,
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | ) <br> ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

### DECLARATION OF KEVIN J. PERRA

I, KEVIN J. PERRA, depose and say upon personal knowledge as follows:

1. Pursuant to Local Civil Rule 83.2(d), I make this declaration in support of the accompanying Motion for Admission *Pro Hac Vice* filed by Plaintiffs Biovail Corporation and Biovail Laboratories International SRL.

2. My full name is Kevin James Perra.

3. My office address is 1585 Broadway, New York, NY 10036-82992. My office telephone number is 212.969.3454 and my email address is kperra@proskauer.com.

4. I am a member of the New York and Connecticut State bars. I am also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

5. I have not been disciplined by any bar.

6. I have not applied for admission *pro hac vice* to this Court in the last two years.

7. I will join James F. Segroves (D.C. Bar No. 480360), a member of this Court in good standing, as counsel of record on behalf of Plaintiffs Biovail Corporation and Biovail Laboratories International SRL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2006

_____
Kevin J. Perra