**EXHIBIT 3**

**Motion for Admission *Pro Hac Vice*,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et. al.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### ORDER

With the Court having considered the Motion for Admission *Pro Hac Vice* filed by Plaintiffs Biovail Corporation and Biovail Laboratories International SRL, it is hereby

**ORDERED**, that the motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Ronald S. Rauchberg and Kevin J. Perra shall be admitted *pro hac vice* in the above-captioned proceeding.

**SO ORDERED**, this ___ day of _____, 2006.

BY: _____
United States District Judge

Copies To:   Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
212.969.3000
212.969.2900 (fax)

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South

Washington, DC 20004-2533
202.416.6800
202.416.6899 (fax)

*Attorneys for Plaintiffs Biovail Corporation*
*and Biovail Laboratories International SRL*

[Appearance Not Yet Noticed]

*Attorneys for Defendants U.S. Food & Drug*
*Administration and Andrew C. von Eschenbach, MD*