**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIOVAIL CORP., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. FOOD AND DRUG | ) |
| ADMINISTRATION, *et al.*, | )   Case No. 06-CV-1487 (RMU) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ANCHEN PHARMACEUTICALS, INC. | ) |
| | ) |
| Proposed Intervenor- | ) |
| Defendant | ) |

**UNOPPOSED MOTION OF ANCHEN
PHARMACEUTICALS, INC. TO INTERVENE AS DEFENDANT**

Anchen Pharmaceuticals, Inc. respectfully requests that this Court permit it to intervene as a defendant in this lawsuit pursuant to Fed. R. Civ. P. 24(a)(2) or, in the alternative Fed. R. Civ. P. 24(b)(2).

Plaintiffs Biovail Corporation and Biovail Laboratories International SRL ("Biovail"), have filed a motion for preliminary injunction seeking to prevent the U.S. Food and Drug Administration ("FDA") from approving Anchen's ANDA to market a generic version of Wellbutrin XL. Anchen's Motion is timely. Moreover, Anchen has a direct interest in receiving timely approval of its ANDA which could be impaired by the disposition of this action. Anchen's interests are not adequately represented by the existing parties to this action. *See Mova Pharm. Corp. v. Shalala*, 140 F.3d 1060, 1076 (D.C. Cir. 1998). Accordingly, Anchen makes this timely motion to protect its legal and economic interests in the outcome of this litigation.

Neither Biovail nor FDA objects to Anchen's intervention in this action.

WHEREFORE, Anchen respectfully requests that this Court grant its motion to intervene.

Dated: August 24, 2006                    ANCHEN PHARMACEUTICALS, INC.

                              By:         /s/
                                    Gordon A. Coffee (D.C. Bar No. 384613)
                                    WINSTON & STRAWN LLP
                                    1700 K Street NW
                                    Washington D.C. 20006
                                    (202) 282-5000
                                    (202) 282-5100

Of Counsel:
John E. Mooney (not admitted in D.C.)
Donald J. Mizerk (not admitted in D.C.)
Steven J. Winger (not admitted in D.C.)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Attorneys for Anchen Pharmaceuticals, Inc.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served on this 24th day of August, 2006 via ECF, with courtesy copies via electronic mail on:

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
jsegroves@proskauer.com

Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
rrauchberg@proskauer.com
kperra@proskauer.com

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Washington, D.C. 20001
dubeck@khlaw.com

Gerald Cooper Kell
U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington, D.C. 20004
gerald.kell@usdoj.gov

Shoshana Hutchinson
U.S. FOOD AND DRUG ADMINISTRATION
Office of the General Counsel
5600 Fishers lane GCF-1
Rockvill, MD 20857
shoshana.hutchinson@fda.hhs.gov

By:       /s/       
Gordon A. Coffee

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Proposed Intervenor-Defendant Anchen Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Anchen Pharmaceuticals, Inc. which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this Court may determine the need for recusal.

Dated:   August 24, 2006               Respectfully submitted

By:  _____/s/_____
Gordon A. Coffee (D.C. Bar No. 384613)
WINSTON & STRAWN LLP
1700 K Street NW
Washington D.C. 20006
(202) 282-5000
(202) 282-5100

*Of Counsel*:
John E. Mooney (not admitted in D.C.)
Donald J. Mizerk (not admitted in D.C.)
Steven J. Winger (not admitted in D.C.)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

Attorneys for Anchen Pharmaceuticals, Inc