**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIOVAIL CORP., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | )  Case No. 06-CV-1487 (RMU) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ANCHEN PHARMACEUTICALS, INC. | ) |
| | ) |
| Proposed Intervenor-Defendant | ) |

**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION**
**FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

This matter comes before the Court upon Biovail Corporation and Biovail Laboratories International SRL's (collectively, "Biovail") Motion for a Temporary Restraining Order and Preliminary Injunction.

Having heard from the parties, the Court now finds that the Motion should be DENIED.

IT IS, THEREFORE, ORDERED that Biovail's Motion for a Temporary Restraining Order and Preliminary Injunction is hereby DENIED.

Entered this _____ day of _____, 2006.

_____
Hon. Ricardo M. Urbina
United States District Judge