**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

—————————————————————

BIOVAIL CORP., *et al.*,                                     )
                                                            )
                       Plaintiffs,                          )
                                                            )
            v.                                              )          Civil Action No. 06-01487 (RMU)
                                                            )
U.S. FOOD & DRUG                                            )
ADMINISTRATION, *et. al.*,                                  )
                                                            )
                       Defendants.                          )
                                                            )
—————————————————————)

**ORDER DENYING PLAINTIFFS' MOTION FOR A**
**TEMPORARY RESTRAINING ORDER**

Upon consideration of plaintiffs' motion for a temporary restraining order, supporting

memoranda and exhibits, and defendants' opposition to the motion, and the court finding that

plaintiffs have failed to satisfy the criteria for such relief, it is this _____ day of August 2006,

**ORDERED** that plaintiffs' motion be and the same hereby is **DENIED.**


                                    _____
                                    RICARDO M. URBINA
                                    United States District Judge

Copies To:

Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Washington, DC 20001

Gerald C. Kell
Office of Consumer Litigation
U.S. Department of Justice
P.O. Box 386
Washington, D.C.  20044