**Exhibit 5**

Anchen's Opposition to Motion for a Temporary Restraining Order and Preliminary Injunction

| Appl No | TE Code | RLD | Active Ingredient | Dosage Form; Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|---|---|
| 020358 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 100MG | WELLBUTRIN SR | GLAXOSMITHKLINE |
| 020711 | AB2 | Yes | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | ZYBAN | GLAXOSMITHKLINE |
| 020358 | AB1 | Yes | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | WELLBUTRIN SR | GLAXOSMITHKLINE |
| 020358 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 200MG | WELLBUTRIN SR | GLAXOSMITHKLINE |
| 020358 | | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 50MG | WELLBUTRIN SR | GLAXOSMITHKLINE |
| 075913 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 100MG | BUPROPION HYDROCHLORIDE | IMPAX LABS |
| 075914 | AB2 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | BUPROPION HYDROCHLORIDE | IMPAX LABS |
| 075913 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | BUPROPION HYDROCHLORIDE | IMPAX LABS |
| 076711 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 200MG | BUPROPION HYDROCHLORIDE | IMPAX LABS |
| 075932 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 100MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 076845 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 100MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 076845 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 075932 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 076834 | AB2 | No | BUPROPION | TABLET, | 150MG | BUPROPION | SANDOZ |

| Appl No | TE Code | RLD | Active Ingredient | Dosage Form; Route | Strength | Proprietary Name | Applicant |
|---|---|---|---|---|---|---|---|
| 075932 | AB1 | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 200MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 021515 | | Yes | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 150MG | WELLBUTRIN XL | SMITHKLINE BEECHAM |
| 021515 | | No | BUPROPION HYDROCHLORIDE | TABLET, EXTENDED RELEASE; ORAL | 300MG | WELLBUTRIN XL | SMITHKLINE BEECHAM |
| 076143 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | BUPROPION HYDROCHLORIDE | APOTEX INC |
| 076143 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | BUPROPION HYDROCHLORIDE | APOTEX INC |
| 018644 | AB | Yes | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | WELLBUTRIN | GLAXOSMITHKLINE |
| 018644 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | WELLBUTRIN | GLAXOSMITHKLINE |
| 075491 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | BUPROPION HYDROCHLORIDE | MYLAN |
| 075491 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | BUPROPION HYDROCHLORIDE | MYLAN |
| 075584 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 075613 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 075613 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 075584 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | BUPROPION HYDROCHLORIDE | SANDOZ |
| 075310 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 100MG | BUPROPION HYDROCHLORIDE | TEVA |
| 075310 | AB | No | BUPROPION HYDROCHLORIDE | TABLET; ORAL | 75MG | BUPROPION HYDROCHLORIDE | TEVA |

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research

Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:

- Orange Book Data - **Monthly**
- Generic Drug Product Information & Patent Information - **Daily**
- Orange Book Data Updated Through July, 2006
- Patent and Generic Drug Product Data Last Updated: August 23, 2006