# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| BIOVAIL CORPORATION *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | | |
| | : | | |
| v. | : | | |
| | : | Civil Action No.: | 06-1487  (RMU) |
| U.S. FOOD & DRUG | : | | |
| ADMINISTRATION *et al.*, | : | Document No .: | 3 |
| | : | | |
| Defendants, | : | | |
| | : | | |
| and | : | | |
| | : | | |
| ANCHEN PHARMACEUTICALS, INC., | : | | |
| | : | | |
| Intervenor. | : | | |

## ORDER

### DENYING THE PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER

For the reasons stated in this court's memorandum opinion to follow, it is this 25th day of

August, 2006 hereby

**ORDERED** that the plaintiffs' motion for a temporary restraining order is **DENIED.**

**SO ORDERED.**


RICARDO M. URBINA
United States District Judge