**EXHIBIT 2**

**Plaintiffs' Motion for Leave to File an Amended and Supplemented Complaint,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1487 (RMU) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| ANCHEN PHARMACEUTICALS, INC., | ) |
| Intervenor. | ) |

## ORDER

Upon consideration of Plaintiffs' Motion for Leave to File an Amended and Supplemented Complaint, it is this ____ day of December, 2006,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

**SO ORDERED**.

_____
United States District Judge

Copies To:   Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001

*Attorneys for Plaintiffs Biovail Corporation*
*and Biovail Laboratories International SRL*

Gerald C. Kell
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. DEPARTMENT OF JUSTICE
Suite 950 N
1331 Pennsylvania Avenue, NW
Washington, DC 20530

*Attorney for Defendants U.S. Food & Drug*
*Administration and Andrew C. von Eschenbach, MD*

Gordon A. Coffee
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006

*Attorney for Intervenor Anchen Pharmaceuticals, Inc.*

2