**EXHIBIT 1**

**Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1487 (RMU) |
| ) | |
| U.S. FOOD & DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ANCHEN PHARMACEUTICALS, INC., ) | |
| ) | |
| Intervenor. ) | |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' Motion for a Temporary Restraining Order and a Preliminary Injunction, and the entire record herein, it is this ____ day of December, 2006,

**ORDERED** that for a period of ten (10) days from the issuance of this Order, good cause having been shown pursuant to Rule 65 of the Federal Rules of Civil Procedure that immediate and irreparable injury and damage will result to Plaintiffs before the Motion for a Preliminary Injunction can be heard and decided, that Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED**; and it is

**FURTHER ORDERED** that Defendants U.S. Food and Drug Administration and Andrew C. von Eschenbach, M.D., their agents, servants, employees, successors and assigns (collectively, the "Agency"), and all those in active concert or participation with them be and

hereby are, for a period of ten (10) days from entry of this Order, enjoined and restrained from approving any Abbreviated New Drug Application ("ANDA") for generic WELLBUTRIN XL® and the effectiveness of any such prior approvals be and hereby is stayed; and it is

**FURTHER ORDERED** that Defendants' answering papers, if any, in opposition to Plaintiffs' Motion for a Preliminary Injunction shall be filed and served via the Court's electronic case filing system no later than five (5) days from the issuance of this Order, and Plaintiffs' reply papers, if any, shall be filed and served via the Court's electronic case filing system no later than eight (8) days from the issuance of this Order; and it is

**FURTHER ORDERED** that a hearing will be held by this Court on _____ ___, 2006, in Courtroom _____, at ___:___ ___, at which time Defendants are required to show cause why a preliminary injunction should not issue.

**SO ORDERED**.

_____
United States District Judge

Date:       December ___, 2006

Time:       ___:___ ___

Copies To:  Ronald S. Rauchberg
            Kevin J. Perra
            PROSKAUER ROSE LLP
            1585 Broadway
            New York, NY 10036-8299

            James F. Segroves
            PROSKAUER ROSE LLP

2

1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Suite 500 West
Washington, DC  20001

*Attorneys for Plaintiffs Biovail Corporation
and Biovail Laboratories International SRL*

Gerald C. Kell
Senior Trial Counsel
Office of Consumer Litigation
Civil Division
U.S. DEPARTMENT OF JUSTICE
Suite 950 N
1331 Pennsylvania Avenue, NW
Washington, DC 20530

*Attorney for Defendants U.S. Food & Drug
Administration and Andrew C. von Eschenbach, MD*

Gordon A. Coffee
WINSTON & STRAWN LLP
1700 K Street NW
Washington, DC 20006

*Attorney for Intervenor Anchen Pharmaceuticals, Inc.*