**EXHIBIT 2**

**Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-1487 (RMU) |
| ) | |
| U.S. FOOD & DRUG ADMINISTRATION, ) | |
| *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ANCHEN PHARMACEUTICALS, INC., ) | |
| ) | |
| Intervenor. ) | |

## CERTIFICATE PURSUANT TO
## FED. R. CIV. P. 65(b)(2) AND LCvR 65.1(a)

I, JAMES F. SEGROVES, one of the attorneys for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL in the above-captioned case, pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 65.1(a), certify that on this date at approximately 1:00 am, I separately telephoned counsel for Defendants, Gerald C. Kell, and counsel for Intervenor, Gordon A. Coffee. I left Mssrs. Kell and Coffee a voicemail message stating that on the morning of this date, Plaintiffs would be filing a second application for a temporary restraining order with the Clerk of this Court in the above-captioned case. Shortly thereafter, I notified Mssrs. Kell and Coffee via electronic mail of Biovail's intent to file the instant motion on an expedited basis.

True and correct copies of Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction, as well as the Memorandum in Support of Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction, have subsequently been furnished to Mssrs. Kell and Coffee by electronic mail.

Dated: December 18, 2006                         Respectfully submitted,


                                                 */s/ James F. Segroves*
                                                 James F. Segroves
                                                 (D.C. Bar No. 480360)
                                                 PROSKAUER ROSE LLP
                                                 1001 Pennsylvania Avenue, NW
                                                 Suite 400 South
                                                 Washington, DC 20004-2533
                                                 202.416.6800

                                                 *Attorney for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL*