EXHIBIT 4

Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction,
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BIOVAIL CORPORATION, et al., )
                Plaintiffs, )
v. )
U.S. FOOD & DRUG ADMINISTRATION, )
  et al., )
               Defendants. )

### DECLARATION OF DR. PETER H. SILVERSTONE

I, PETER H. SILVERSTONE, MB, BS, MD, MRCPsych, FRCPC, hereby declare as follows:

1. I currently hold the position of Senior Vice-President, Medical & Scientific Affairs for Biovail Corporation ("Biovail"), which I joined in May 2006. In this capacity, I am responsible for all clinical research activities of Biovail and its affiliated companies.

2. I trained in Medicine in London, England, qualifying as a physician in 1982. I then spent three years doing internships in internal medicine before starting my psychiatric training at the prestigious Maudsley Hospital and Institute of Psychiatry in London. Thereafter, I spent three years as a Research Fellow in Psychopharmacology at Oxford University and completed a doctoral thesis on depression in the medically ill. I qualified as a member of The Royal College of Psychiatrists (MRCPsych) in England and a Fellow of The Royal College of Physicians of Canada (FRCPC). My academic Curriculum Vitae ("CV") is attached hereto as Exhibit A and incorporated by reference.

3. I was appointed to the faculty of the University of Alberta, Canada, as an Associate Professor in 1992, and as a full Professor in 1999. While at the University of Alberta, I carried out both research and had a patient practice. I am currently on a leave of absence from the University of Alberta, where I retain a position as a Professor in the Departments of Psychiatry and Neuroscience.

4. I founded the Psychopharmacology Research Unit at the University of Alberta in 1993, and was its Director until 2001. I built this unit into one of the largest of its kind in Canada, with great success in both peer-reviewed research and industry-funded studies.

5. I have published widely, having over 90 peer-reviewed publications, and having presented over 75 abstracts at national and international meetings. My publications and abstracts are listed in the attached CV. I have also been successful in obtaining significant research funding, and have obtained peer-reviewed grant funding totaling more than $2.5 million as principal investigator, and more than $10 million as a co-investigator from a wide variety of national and international granting agencies.

6. My research achievements have been awarded a number of prizes. Additionally, I served as Secretary to the Canadian College of Neuropsychopharmacology for four years and I have been a founding member of several Canadian organizations, including the Canadian Mood and Anxiety Treatment network and the Canadian Bipolar Consortium. My research interests remain mood disorders and their treatments.

## SUMMARY OF DISCUSSION

7. Major Depression

   a. Major depressive disorder ("MDD") is a very common condition affecting approximately 15 percent of the population at some stage of their life. MDD is characterized by low mood, decreased energy, poor sleep and concentration, decreased interests, and with increasing severity, suicidal ideation. The presence of major depression has a very significant impact upon individuals suffering from this condition.

   b. Major depression is frequently recurrent, and each subsequent episode appears to increase the risk of further episodes. Thus, it is an important goal of therapy to maintain patients' freedom from depressive symptoms. Treatment involves either medication ("antidepressants") or talk-therapy (a wide range of psychotherapies), or both.

8. Bupropion

   a. The active ingredient in WELLBUTRIN XL®, bupropion, has been available for over 20 years and has been found to be effective. Bupropion is a unique antidepressant, whose detailed mechanism of action remains uncertain. Bupropion has a narrow "therapeutic index," the range between effective doses and those that cause significant harm to patients.

b. Bupropion's major side-effect is seizures. Even in a large number of individuals who have never had a seizure, bupropion will cause seizures if administered in a high enough dosage.

c. At the usual dose of 300 mg/day of bupropion, the risk of seizures in individuals who are not at risk is approximately 0.1 percent or one in 1,000. This risk of seizures increases to about four in 1,000 at a dose of 450 mg/day (0.4 percent), although the exact risk remains uncertain. At doses higher than 450 mg/day, the risk of seizures is significantly higher.

d. Among those persons taking bupropion who are at risk of seizure, such as those drinking alcohol or using one of many other medications, the risk of seizure is significantly higher. Even minor increases in daily doses of bupropion can increase the risk of seizure for a patient.

e. Bupropion has several metabolites that have activity on receptors in the brain. Metabolites are the products of metabolism, which is the biochemical modification of chemical compounds in living organisms and cells. The potency and toxicity of the metabolites produced from bupropion relative to bupropion itself have not been fully characterized. It is believed that the metabolites may have clinical significance. It also appears that the metabolites may be responsible for some of the risk of epilepsy associated with taking the drug.

4

9. Reasons for concern: If equivalence is not properly determined, and does not exist, between forms of bupropion that are currently being used and a proposed generic, there is a significant risk that patients will be harmed by taking the proposed generic through either inadvertent under-dosing, which may significantly increase the risk of a clinical relapse, or inadvertent over-dosing, which may significantly increase the risk of developing seizures. In the case of WELLBUTRIN XL®, this risk has been amplified by the U.S. Food and Drug Administration's ("FDA") recent approval of a generic version of WELLBUTRIN XL® with label language specifically related to the risk of seizures that is not accurate with respect to the generic (i.e., the generic was not found to be bioequivalent to prior versions of bupropion, as was WELLBUTRIN XL®). Unless bioequivalence is established with regard to the previous bupropion formulations, there is no linkage between the risk of seizure for a generic formulation and the label statement regarding the incidence of seizure that is expected.

10. I have prepared a paper discussing a number of studies Biovail has conducted, focusing particularly on the risk of seizures and the possible role played by dose increases, rate of release of drug, metabolites, and interactions with alcohol. A copy of this paper is attached as Exhibit B ("Report of studies examining possible factors involved in the increased seizure risk of bupropion HCl").

## MAJOR DEPRESSION

11. Very extensive literature has examined the prevalence of major depressive disorder in the community. From the literature, it is apparent that about one in six individuals (15 percent of the population) will experience MDD during their life time. Such an experience is

likely to have profound effects upon them in terms of work, relationships, and many other areas of life. Sadly, many severely depressed patients commit suicide. Women experience major depression about twice as often as men. The reason for this is not certain.

12. Major depression presents with several symptoms, in different clusters. Some of the most consistent symptoms are a lowered mood, crying or tearfulness, increased irritability, lowered energy, poor sleep, poor concentration, decreased interest in activities, inability to experience pleasure, decreased interest in sex, and social withdrawal. These symptoms may be accompanied by many physical symptoms such as pain, constipation, or physical weakness. As depression becomes more severe the risk of suicidal thoughts increases, as does the impulse to act on these thoughts, often accompanied by a hopelessness about the future and a feeling that life is just not worth living ("*tedium vitae*").

13. It is not surprising that these symptoms have a major impact on the life of an individual and those surrounding him or her. These include problems at work, relationships breaking up or being stressed, and often an increased use of alcohol and other drugs of abuse. Depression is the most common cause of disability from work in North America. Its significance can perhaps be most clearly understood from a World Health Organization assessment in 2000 comparing the impact of all health disorders, which placed depression as the leading cause of disability, as measured by years lost to disability, among all diseases world-wide and the fourth leading contributor to the global burden of disease among all diseases world wide, as measured by disability adjusted life years (the sum of years of potential life lost due to premature mortality

and the years of productive life lost due to disability) in 2000. MDD clearly is a frequent, significant, and important medical condition that warrants appropriate and timely treatment.

14. Individuals with major depression might experience only one episode in their lives. However, once a patient has had three or more episodes, the risk of subsequent episodes is estimated at over 90 percent. There is increasing evidence that changes within the brain may occur with each episode. Therefore, current treatment is focused upon both treating the acute episode and preventing relapse of patients who have recovered.

15. There are two major types of treatment for major depressive disorder: antidepressant medication ("antidepressants") and psychotherapy (a range of "talk" therapies). Antidepressants are by far the most commonly utilized treatment for cost, accessibility and efficacy reasons (although in milder forms of depression, certain forms of psychotherapy are equally effective as antidepressants). Several studies now suggest that the same dose of the medication that gets the patient better is required to keep them well, and that decreasing the dose can increase the risk of relapse. Therefore, when a patient is established on medication at a certain dose that maintains his or her mood, it is important that he or she does not receive a lower dose.

**ANTIDEPRESSANTS AND BUPROPION**

16. There are several different types of antidepressants, classified primarily in terms of their mode of action within nerve cells or because of their chemical composition. Most antidepressants are thought to act by increasing the concentration at the nerve endings of one of two neurotransmitters, either serotonin or norepinephrine, alone or in combination. Another

7

neurotransmitter, dopamine, may also be involved in the action of some antidepressants. Dopamine is of interest as it is the neurotransmitter that drugs of abuse (such as amphetamine) increase to create an elevated mood. Below is a list of some of the more common groups with examples of each.

    a.    Specific serotonin reuptake inhibitors ("SSRIs"), such as Fluoxetine, Citalopram, Paroxetine, Sertraline;

    b.    Tri-cyclic antidepressants ("TCAs"), which can increase either serotonin and/or norepinephrine such as Amitriptyline, Imipramine, Desipramine, Nortriptyline;

    c.    Monoamine oxidase inhibitors ("MAOIs"), which act inside the cell to prevent the breakdown of serotonin, norepinephrine, and dopamine, such as Phenelzine (irreversible inhibitor of MAOI), Moclobemide (reversible inhibitor of MAOI);

    d.    Second-Generation Agents, such as Bupropion (may work via dopamine and norepinephrine reuptake inhibition); Maprotiline (inhibits norepinephrine reuptake), and Trazodone (inhibits serotonin reuptake); and

    e.    Dual-action Agents, such as Venlafaxine (inhibit both serotonin and norepinephrine reuptake) and Duloxetine (inhibit both serotonin and norepinephrine reuptake).

## METABOLITES

17. For many antidepressants, of which fluoxetine (Prozac®) is a prime example, it is now recognized that the drug that is given is broken down in the body into several metabolites, that can be active, at times even more active than the original drug. Thus, for fluoxetine, its active metabolite remains clinically effective for approximately three weeks and this has significant clinical implications in terms of dosing, withdrawal, and drug interactions. Other antidepressants (for example trazodone) have active metabolites that may be very important in their side-effect profile.

18. For bupropion, its mechanism of action is not fully clear, and remains the subject of significant debate within the psychopharmacology community. For example, while it partially blocks the reuptake of dopamine, it is not certain if this accounts for its clinical benefits. Similarly, it is not known how important the major active metabolites of bupropion are in its beneficial clinical effects.

## BUPROPION SIDE-EFFECTS

19. All currently available anti-depressants have side-effects. Most are dose-dependent, i.e., the higher the dose, the greater the risk of side-effects, and most would be considered minor. Thus, for the SSRI drugs, their dose can be increased significantly with relative impunity, and little major risk to patients. However, a few antidepressants have what are considered to be severe side-effects. Bupropion is one of these. Moreover, bupropion has a narrow "therapeutic index," which is the difference between a clinically effective dose and one that causes these severe side-effects.

20. The major side-effect for bupropion is grand-mal epileptic seizures ("seizures"), in which patients have generalized body convulsions and fall to the floor unconscious. At the usual dose of 300 mg/day of bupropion, the risk of seizures in individuals who are not at risk is approximately one in 1,000 (0.1 percent). This increases to about four in 1,000 at a dose of 450 mg/day (0.4 percent), although the exact risk remains uncertain. There is also some evidence to suggest that the active metabolites of bupropion may be responsible for some of the seizure risk, although the amount attributable to the active metabolites and that attributable to the parent compound remain uncertain.

21. Above a dose of 450 mg/day, the risk of seizures increases significantly. Thus, while the rates of seizures in clinical studies up to 450 mg/day were about 4 per thousand, at doses of 600 mg/day (a 33% increase), the risk increased up to 40 per thousand.

22. This increased risk of seizures induced by bupropion occurs in patients who have no predisposition to seizures. It also occurs in those individuals who have a lowered threshold to develop seizures. Such individuals include patients with a previous history of epilepsy or severe head injury, as well as those who are using drugs that lower the seizure threshold, of which the commonest by far is alcohol. The risk of seizure from taking bupropion is higher in this "at-risk" patient population than in the general patient population.

23. Bupropion is extensively metabolized following oral administration. Of the various metabolites formed, there are three major metabolites which are believed to contribute significantly to the overall efficacy of bupropion as an antidepressant. These metabolites are (1) hydroxybupropion, (2) threohydrobupropion and (3) erythrohydrobupropion. While the

contribution of the metabolites to the efficacy of bupropion has been reported, there have been no publications on the contribution of the metabolites to the proconvulsant activity of bupropion. However, as I describe below, recent research conducted by Biovail strongly indicates that all three metabolites play a significant role in this respect.

24.     If seizures do occur, they can be life-threatening, for example if they occur while driving or swimming. The development of seizures can also have significant effects on work, particularly when a driving license is suspended for a period because of the seizure. They can also affect family and other relationships since seizures, like depression, still have significant social stigma associated with them. In terms of the possible risk of even a small increase in dose causing seizures, a recent study concluded: "Adverse effects were common with extra doses of bupropion, and clinically significant effects occurred in approximately 10 percent of patients. Seizures were present twice as often as reported with therapeutic dosing. Extra doses of bupropion appear to increase the risk of adverse effects. Patients should be educated about these risks to minimize them." Shepherd G., Adverse Effects Associated with Extra Doses of Bupropion. Pharmacotherapy. 2005 Oct; 25(10):1378-82.

25.     For these reasons, to prevent inadvertent over-dosing, I believe it is clinically very important that any generic versions of bupropion be equivalent not only to the parent compound but also to the metabolites when a steady-state of the drug in the blood has been reached. The effects of alcohol on any proposed generic also need to be determined and should be no less than that in the pioneer drug that has a history of effective use.

## STEADY-STATE MEASUREMENTS IN BIOEQUIVALENCE

26.     Determining bioequivalence between medications is generally done in two ways. The first is with a single-dose study. In a single-dose study, the drug is administered and then the amount of drug in the blood is measured frequently, usually for a 24-hour or 48-hour period. While such a study gives some initial information about peak values of the drug in the blood, it is very limited in being able to predict what will happen in patients.

27.     In contrast, steady-state studies are much more predictive. In a steady-state study, the drug is dosed daily until a stable blood concentration is reached (perhaps after five days or so, depending upon the drug). At this point, metabolites are being produced, and the effect and concentration of any active metabolites can be accurately determined. Also at these time points, the change in peak concentrations of the drug and its metabolites can be more accurately estimated. Since peak concentrations may underlie the risk of seizures, it is very important to accurately measure these during a steady-state study. For these reasons, I believe that steady-state studies should be a requirement for all generic versions of Wellbutrin XL®.

## RELEVANCE OF RECENT RESEARCH FINDINGS

28.     Biovail has recently completed some studies which have examined the risk of seizures (attached Exhibit B). These studies show firstly that a relatively small increase in dose can increase rates of seizures. This was shown in the testing on mice: when the dose was increased from 100 mg/kg to 110 mg/kg and then 120 mg/kg, the seizure risk increased significantly.

29. These studies have also shown that a small change in the rate of infusion of bupropion, by only 15 minutes or so, can also increase the rate of seizures dramatically.

30. These findings therefore suggest that any drug formulation that differs only slightly in terms of rate of drug release, and amount of drug released, may significantly alter seizure risk.

31. These studies have shown that the metabolites may be a greater cause of seizures than the parent compound, and that this applies to all three of the major metabolites formed from bupropion. In keeping with this, it was found that, in a human volunteer study, the one subject who had a seizure had much higher blood metabolite levels than expected. Since it is very possible that "non-active" components of a formulation can alter bupropion's metabolic pathways, these findings indicate the importance of ensuring that appropriate equivalence testing of each formulation is required to ensure that equivalent metabolite concentrations for all three major metabolites are achieved.

32. These studies have shown that alcohol very significantly lowers the seizure threshold when combined with bupropion. Thus, at a level at which few seizures are seen when alcohol is not present (100 mg/kg), in the presence of alcohol most mice had seizures. These findings indicate that any formulation that increases drug release in the presence of alcohol, even to a small degree, may increase the risk of seizures.

**PATIENT EXAMPLE**

33. In terms of the implications these issues may have for patients, it will depend upon how bioequivalent a generic version of Wellbutrin XL® is to the original. According to

the instructions accompanying Wellbutrin XL®, it is bioequivalent at 300 mg to Wellbutrin SR® 150 mg taken twice daily. This information is relied upon by physicians in making prescribing decisions. Physicians would assume that the generic version of Wellbutrin XL® was equally bioequivalent to Wellbutrin SR® taken twice a day.

34.     In my experience, patients who are taking Wellbutrin SR® or its generic version, and who may not have switched to Wellbutrin XL® for cost, among other reasons, may switch to a generic of Wellbutrin XL®. In such patients, it is important to determine if the generic version of Wellbutrin XL® is bioequivalent to Wellbutrin SR® given twice a day. If these drugs are truly bioequivalent, in terms of steady-state concentrations and metabolite concentrations, then switching drugs at equivalent doses should not be a clinical problem. However, if these drugs are not bioequivalent on these bases, then switching drugs can lead to either inadvertent under-dosing (and a risk of relapse) or over-dosing (and an increased risk of seizures). The necessity of knowing this information is demonstrated by the fact that, for Wellbutrin XL®, bioequivalence in the steady-state had to be demonstrated against both the immediate-release form (100 mg three times daily) and the sustained release form (150 mg twice daily).

## CONCLUSION

35.     Given the unique nature of bupropion and its narrow therapeutic window, it is very important for patient wellbeing and safety to ensure that any generic version of Wellbutrin XL® is truly "equivalent" to currently available versions as must be claimed in the instructions that will accompany the generic. If not, there is a significant risk of inadvertent under-dosing,

which may significantly increase the risk of a clinical relapse, or inadvertent over-dosing, which may significantly increase the risk of developing seizures.

36.  To establish true equivalence, studies need to be carried out at a steady-state (when patients have been on medication allowing a stable-blood level to be reached), need to determine the effects of alcohol, and need to establish bioequivalence of active metabolites as well as the bupropion.

37.  If equivalence is not properly determined, then there is a significant risk that patients will be harmed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 17, 2006

_____
Dr. Peter H. Silverstone