**EXHIBIT 4.A**

**Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

# Curriculum Vitae: Peter Harris Silverstone

## Academic Experience - Summary

I trained in Medicine at the University of London, England, graduating in 1982 (MB.BS). After residency in several medical specialties from 1982-1986, I completed residency training in psychiatry at the Maudsley Hospital from 1986 – 1989, and the same year I gained my Doctoral Fellowship (MD, equivalent to a PhD) from the University of London. I then spend 3 years in a Research Fellow position at the University of Oxford working in both pre-clinical and clinical research. I left there to join the University of Alberta in 1992, initially as an Associate Professor and as a full Professor in 1999 (before my 40th birthday). Currently, I am on leave from my position as Professor in the Departments of Psychiatry and Neuroscience.

To date, I have published over 90 peer-reviewed articles. I have also been independently funded as an Alberta Heritage Foundation for Medical Research (AHFMR) Clinical Investigator for 6 years, and was then appointed as an AHFMR Scholar for a further 5 year period. I was appointed as an AHFMR Senior Scholar for a renewable 5 year period. I have also been funded by the Canadian Institute of Health Research (and its predecessor, the Medical Research Council) since 1996, and have on-going grants from them, with the most recent being awarded in June 2003.

I founded a clinical trials research unit in 1993, which I ran until 2001. I built it into one of the largest clinical research units in Central Nervous System disorders in Canada. The total research funding for the unit from all involved staff and activities was approximately $2.5 million between 1998 and 2001 when I stepped down as Director. I was involved in 40 industry-sponsored research protocols, many as a principal investigator. This unit achieved widespread recognition for both the original research, and pharmaceutical industry originated research, carried out in the unit. It had both a track record of rapid recruitment and very high quality data, with one international auditor telling the sponsor that this unit was the best she had reviewed in many years.

*Independent Peer-Reviewed Research Funding:*
Since 1992 I have obtained peer reviewed grant funding totaling more than $2,500,000 (Can) as principal investigator, from several groups including the Medical Research Council, the Canadian Institute for Health Research, the Alberta Heritage Foundation for Medical Research, the Canadian Psychiatric Research Foundation, and two US peer review funding agencies.

1

**Academic CV**

| **Academic Address** | Department of Psychiatry |
|---|---|
| | 1E1.07 Mackenzie Center |
| | 8440 - 112 Street |
| | University of Alberta |
| | Edmonton, Alberta  T6G 2B7 |
| | Tel: (780) 407-6576 |
| | Fax: (780) 407-6672 |
| | E-mail: peter.silverstone@ualberta.ca |

College of Physicians and Surgeons of Alberta Registration Number:  S00462

**Current Academic Appointments**:

| July 1999 - present | Professor, Department of Psychiatry |
|---|---|
| | University of Alberta, Edmonton, Alberta, Canada. |
| July 2000 – June 2005 | Medical Scholar |
| | Alberta Heritage Foundation for Medical Research. |
| | Edmonton, Alberta, Canada. |
| Jan 2003 – present | Professor, Department of Neuroscience |
| | University of Alberta, Edmonton, Alberta, Canada. |
| Sept 1997 – present | Resident Research Coordinator |
| | University of Alberta, Edmonton, Alberta, Canada. |

**Education**

| Postgraduate | 1994 | Fellowship of the Royal College of Physicians of Canada |
|---|---|---|
| Examinations | 1988 | Membership of the Royal College of Psychiatrists (U.K.) |

| Degrees | 1989 | M.D.  (Doctoral Thesis, University of London) |
|---|---|---|
| 1982 | | M.B. B.S.  (Medical Degree, University of London) |

| Medical School | 1977-1982 | Saint Bartholomews Hospital, London, U.K. |
|---|---|---|

| School | 1967-1977 | City of London School, London, U.K. |
|---|---|---|

**Prizes and Awards**

| Alberta Heritage Foundation | Senior Scholarship Award, 2000-2005 |
|---|---|
| for Medical Research | |

| Alberta Heritage Foundation | Clinical Investigator Award, 1997-2000 |
|---|---|
| for Medical Research | |

2

| | |
|---|---|
| University of Alberta Hospital | Presidents Award for Clinical Practice, 1995 |
| Collegium Internationale Neuro-Psychopharmacologium | Rafaelsen Fellowship Award to Young Psychopharmacologists, 1994 |
| Alberta Heritage Foundation for Medical Research | Clinical Investigator Award, 1994-1997 |
| British Association for Psychopharmacology | SmithKline Beecham Prize for Young Psychopharmacologists, 1992 |
| Oxford Regional Health Authority | Research Fellowship in Psychopharmacology Oxford University, 1989-1992 |

## Previous Appointments

Sept. 1993 - July 2001    Director, Psychopharmacology Research Unit,
                          University of Alberta, Edmonton, Alberta, Canada.

July 1994 – June 2000    Clinical Fellow
                          Alberta Heritage Foundation for Medical Research.
                          Edmonton, Alberta, Canada.

May 1999 - July 2000    Graduate Coordinator, Department of Psychiatry,
University of Alberta, Edmonton, Alberta, Canada.

Nov. 1992 - June 1999    Associate Professor, Department of Psychiatry,
                          University of Alberta, Edmonton, Alberta, Canada.

1/Aug/92 - 30/Sept/92    Locum Consultant Psychiatrist
Marlborough House Rehabilitation Unit, Milton Keynes

1/Apr/89 - 31/July/92    Honorary Senior Registrar in Psychiatry and Oxford Regional Health
Authority Fellow in Psychopharmacology
MRC Psychopharmacology Unit, Oxford
Dr. P. J. Cowen and Prof. D. G. Grahame-Smith

1/Oct/88-31/Mar/89    Senior Registrar in Psychiatry
Neuropsychiatric and Epilepsy Unit, Maudsley Hospital, London
Prof. W. Lishman and Dr. P. Fenwick

1/May/88-30/Sept/88    Senior Registrar in General Adult Psychiatry
Maudsley Hospital, London
Prof. M. Shepherd

1/Nov/87-30/Apr/88    Registrar in Child Psychiatry
Child Guidance Clinic, Camberwell, London

3

Dr. S. Sandberg

1/Oct/87-31/Oct/87        Registrar in the Emergency Psychiatric Assessment Unit
Maudsley Hospital, London
Dr. J. Connolly

1/Apr/87-30/Sept/87        Registrar in Psychiatry
Eating Disorders Unit, Maudsley Hospital, London
Prof. G. Russell

1/Oct/86-31/Mar/87        Registrar in Liaison Psychiatry
Kings College Hospital, London
Dr. C. Bass

1/Apr/86 - 30/Sept/86        Registrar in General Adult Psychiatry
Maudsley Hospital, London
Dr. S. Checkley

**Other Postgraduate Appointments**

1/Apr/85 - 31/ Mar/86        Registrar in General Adult Internal Medicine and Cardiology
East Surrey Hospital, Redhill, Surrey, Dr. J. Paget-Davies

1/Aug/84 - 31/Mar/85        Senior House Officer in Neurosurgery
South East Thames Regional Neurosurgical Unit, Brook Hospital,
Mr. G. Neil-Dwyer

1/Aug/83 - 31/Sept/84        Senior House Officer in General Adult Internal Medicine
Gravesend and North Kent Hospital, Gravesend, Kent
Dr. S. Haider

1/Aug/82 - 31/July/83        House Physician        House Surgeon
Whipps Cross Hospital, London        Hackney Hospital, London
Dr. R. Winwood (1/8/82-31/1/83)        Mr. J. Chalstrey (1/2/83-31/7/83)

4

## Other Academic activities

Current:

Grant reviewer.
> I have been an ad-hoc member of the Behavioral Sciences B board member for the Canadian Institutes of Health Research (CIHR) from 2002 – 2005 inclusive. I was also a member of the Randomized Clinical Trial board for CIHR for the period 2004 - 2005. I also remain an external grant reviewer for the Canadian Institutes of Health Research, Canadian Psychiatric Research Association, the Ontario Mental Health Foundation, the Canadian Diabetic Association, and the Wellcome Trust (UK). I am also a member of the College of Reviewers for the CIHR Canada Research Chairs Program.

Referee for peer-reviewed journals.
> Among many journals I continue to be an active reviewer for Archives of General Psychiatry, Biological Psychiatry, Bipolar Disorder, Canadian Journal of Psychiatry, Human Psychopharmacology, Journal of Neuropsychopharmacology, Psychopharmacology, International Clinical Psychopharmacology, Progress in Neuro-Psychopharmacology and Medical Science Monitor.

Founding member of the Canadian Network for Mood and Anxiety Treatment (CANMAT).
> CANMAT has now evolved into a major group which has been responsible for developing Canadian treatment guidelines for Bipolar Disorder, Depressive Disorder, and Anxiety Disorder. I also set up and ran the first CANMAT teaching day for general psychiatrists about advances in the management of psychiatry (June, 1998).

Founding member of the Canadian Bipolar Consortium.
> The CBC was founded in late 2000, and has now formed groups to examine several aspects of Bipolar Disorder. Two of these groups, the acute mania treatment group, and the psychoeducation group, have now received significant peer-reviewed funding. Recently (June, 2005), this group published a well-regarded set of treatment guidelines for bipolar disorder.

Resident Research Coordinator for the Department of Psychiatry.
> Jointly with one of my colleagues I am responsible for facilitating and encouraging all resident research in the Department of Psychiatry.

I am on the Editorial Boards for BMC Psychiatry and Atlantic Psychopharmacology.

Chairman, Blankets of Love Medical Foundation
> This is a charity to supply quilts to hospitalized psychiatric patients across Canada.

Member, Awards Committee, Canadian College of Neuropsychopharmacology, July 2005 - June 2007.

Previous:

Secretary, Canadian College of Neuropsychopharmacology, July 1996 - October 2001.
> I was elected Secretary for the period 1996 - 1998 and was re-elected for the period 1998 - 2001.

Former Graduate Program Coordinator for the Department of Psychiatry.
> This was a one-year term. I was actively involved in enhancing the Graduate Program, which included assisting in developing multiple Graduate level courses for the residents and starting an independent Ph.D. program for the Department of Psychiatry (we were previously under the umbrella of the Ph.D. in Medical Sciences program). There are currently 22 graduate students in the program.

Former board member of the Alberta Psychiatric Association
> I was on the board of the Alberta Psychiatric Association from 1993 - 1995 jointly responsible for organization of the annual meeting.

Former member Phase II teaching and committee member
> I was responsible for all Phase II teaching in psychiatry for 4 years, from 1993 - 1997.

Former Board Member of Canadian Mental Health Association, Alberta North Central Region
> I spent a one-year period as a Board member involved in helping organize CMHA activities in the region.

Former Advisory Board Member, Edmonton Schizophrenia Conference
> I was one of the initial group involved in starting this conference, which has now become an annual event.

Senior Investigator, Institute of Pharmacoeconomics
> For a one-year period (1996), I was involved in planned studies at the Institute.

## Publications in Peer-Reviewed Journals

91. McGrath MB, Greenshaw A, MacKay R, Silverstone P. Lithium alters regional rat brain myo-inositol at 2 and 4 weeks: An Ex Vivo MRS study at 18.8 Tesla. Neuroreport. In Press.

90. Bell EC, Willson M., Wilman A, Dave S., Silverstone P. H. (2005) Males and females differ in brain activation during cognitive tasks. Neuroimage, 30, 529-538.

89. McGrath BM, Greenshaw AJ, McKay R, Weljie AM, Slupsky CM, Silverstone PH. (2005) Acute dextro-amphetamine. increases temporal, but not frontal, occipital or hippocampal glutamate: an ex-vivo high-field MRS study of rat brain at 18.8 Tesla. International Journal of Neuroscience. In Press.

88. Silverstone P. H., Bell EC, Willson M., Dave S., Asghar S., McGrath B, Wilman A. (2005) Lithium alters brain activation in a task and state-dependent manner. Annals of General Psychiatry, 4, 14

87. Bell EC, Willson M., Wilman A, Dave S., Silverstone P. H. (2005) Differential effects of chronic lithium and valproate on brain activation in healthy volunteers. Human Psychopharmacology, 20, 415-424.

86. Kim H., McGrath B.M., Silverstone P.H. (2005) A review of the possible relevance of inositol and the phosphatidylinositol second messenger system (PI-cycle) to psychiatric disorders – focus on magnetic resonance spectroscopy (MRS) studies. Human Psychopharmacology, 20, 309-326.

85. Bell E.C., Willson M., Dave S., Wilman A., Dave S., Asghar S.J., Silverstone P.H. (2005) Lithium and valproate attenuate dextroamphetamine-induced changes in brain activation. Human Psychopharmacology, 20, 87-96.

84. Silverstone P.H., McGrath B., Kim H. (2005) Bipolar Disorder and *Myo*-Inositol: A review of the magnetic resonance spectroscopy (MRS) findings in bipolar disorder. Bipolar Disorder, 7, 1-10.

83. Willson M., Bell E.C., Dave S., Asghar S., McGrath B., Silverstone P. (2005) Valproate attenuates dextroamphetamine-induced subjective changes more than lithium. European Neuropsychopharmacology, 15, 633-639.

82. Silverstone P.H., McGrath B.M., Wessels P.H, Bell E.C., Ulrich M. (2005) Current pathophysiological findings in bipolar disorder and its subtypes. Current Psychiatry Reviews, 1, 75-101.

81. McIntyre R.S., Mancini D.A., Pierce M., Silverstone P., Chue P., Misener V.L., Konarski J.Z. (2005) Bipolar Disorder, Major Depressive Disorder, and Schizophrenia: A Metabolic Triad? Canadian Journal of Diabetes, 29, 122-132.

80. McGrath M.B., Silverstone P.H., Tibbo P. (2005) Self-reported health status and quality of life among full-time students attending the University of Alberta. University of Alberta Health Sciences Journal, 2, 8-11.

79. Willson M.C., Wilman A.H., Bell E.C., Asghar S.J., Silverstone P.H. (2004) Dextroamphetamine causes a change in regional brain activity *in vivo* during cognitive tasks: a functional magnetic resonance imaging study of blood oxygen level-dependent response. Biological Psychiatry 56: 284-291.

78. Silverstone P.H., Asghar S.J., O'Donnell T., Ulrich M., Hanstock C.C. (2004) Lithium and valproate protect against dextro-amphetamine induced brain choline concentration changes in bipolar disorder patients. World Journal of Biological Psychiatry, 5, 38-44.

77. Wu R.H., O'Donnell T., Ulrich M., Asghar S.J., Hanstock C.C., Silverstone P.H. (2004) Brain choline concentrations may not be altered in euthymic bipolar disorder patients chronically treated with either lithium or sodium valproate. Annals of General Hospital Psychiatry, 3, 13.

76. McGrath B.M., Wessels P.H, Bell E.C., Ulrich M., Silverstone P.H. (2004) Neurobiological findings in bipolar Type II disorder compared with findings in bipolar Type I disorder. Canadian Journal of Psychiatry, 49, 794-801.

75. Silverstone P.H., Silverstone T. (2004) A review of acute treatments for bipolar depression. International Clinical Psychopharmacology, 19, 113-124.

74. Silverstone P.H. (2004) Qualitative review of SNRIs in anxiety. Journal of Clinical Psychiatry, 65 (Suppl. 17), 19-28.

73. Ravindran A., Silverstone P.H., Lacroix D., Van Schaick E., Vermeulen A., Alexander J. (2004) Risperidone does not affect steady-state pharmacokinetics of divalproex sodium in patients with bipolar disorder. Clinical Pharmacokinetics, 43, 733-40.

72. Asghar S.J., Tanay V.A.M.I., Baker G.B., Greenshaw A., Silverstone P.H. (2003) Poor relationship of plasma amphetamine levels to physiologic, subjective, cognitive and biochemical measures in healthy volunteers. Human Psychopharmacology 18, 291-299.

71. Silverstone P.H., Wu R.H., O'Donnell T., Ulrich M., Asghar S.J., Hanstock C.C. (2003) Chronic treatment with lithium, but not sodium valproate, increases cortical NAA concentrations in euthymic bipolar patients. International Clinical Psychopharmacology 18, 73-79.

70. O'Donnell T., Rotzinger S., Ulrich M., Hanstock C.C., Nakashima T.T., Silverstone P.H. (2003) Effects of chronic lithium and sodium valproate on concentrations of brain amino acids. European Neuropsychopharmacology, 4, 220 - 227.

69. Ulrich M.L., Rotzinger S., Asghar S.J., Jurasz P., Tanay V.A., Dunn, S.M.J., Radomski M., Greenshaw A., Silverstone P.H. (2003) Effects of dextroamphetamine, lithium chloride, sodium valproate and carbamazepine on intraplatelet Ca $^{2+}$ levels. Journal of Psychiatry and Neuroscience, 28, 115-25.

68. Silverstone P.H., von Studnitz E. (2003) Defining anxious depression: going beyond comorbidity. Canadian Journal of Psychiatry, 48, 675-680.

67. Silverstone P.H., von Studnitz E., Buller R. (2003) Current therapeutic strategies for anxious depressives. Expert Review of Neurotherapeutics 3, 193–201.

66. Salsali M., Silverstone P.H. (2003) Low self-esteem and psychiatric patients: Part II - The relationship between self-esteem and demographic factors and psychosocial stressors in psychiatric patients. Annals of General Hospital Psychiatry, 2:3, 1-8.

65. Silverstone P.H., Salsali M. (2003) Low self-esteem and psychiatric patients: Part I - The relationship between low self-esteem and psychiatric diagnosis. Annals of General Hospital Psychiatry, 2:2, 1-9.

64. Silverstone P.H., Wu R.H., O'Donnell T., Ulrich M., Asghar S.J., Hanstock C.C. (2002) Chronic treatment with both lithium and sodium valproate may normalize phosphoinositol cycle activity in bipolar patients. Human Psychopharmacology Clinical and Experimental, 17, 321-327.

63. Silverstone P.H., O'Donnell T., Ulrich M., Asghar S., Hanstock C.C. (2002) Dextro-amphetamine increases phosphoinositol cycle activity in volunteers: an MRS study. Human Psychopharmacology Clinical and Experimental, 17, 425-429.

62 Silverstone P.H., Entsuah R, Hackett D. (2002) Two items on the Hamilton Depression Rating Scale are effective predictors of remission: Comparisons of SSRIs with the combined serotonin/ norepinephrine reuptake inhibitor, venlafaxine. International Clinical Psychopharmacology 17, 273-280.

61. Asghar S.J, Baker G.B., Rauw G.A., Silverstone P.H. (2001) A rapid method of determining amphetamine in plasma samples using pentafluorobenzenesulfonyl chloride and electron-capture gas chromatography. Journal of Pharmacological and Toxicology Methods, 46, 111-115.

60. Silverstone P.H., Salinas E. (2001) Efficacy of venlafaxine ER in patients with major depressive disorder and comorbid generalized anxiety disorder. Journal of Clinical Psychiatry, 62, 523-529.

59. Tibbo P., Hanstock C.C., Asghar S., Silverstone P.H., Allen P.S. (2000) Proton magnetic resonance spectroscopy of the cerebellum in men with schizophrenia. Journal of Psychiatry and Neuroscience, 25, 509-512.

58. O'Donnell T., Rotzinger S., Nakashima T.T., Hanstock C.C., Ulrich M., Silverstone P.H. (2000) Chronic lithium and sodium valproate both decrease the concentration of myo-inositol and increase the concentration of inositol monophosphates in rat brain. Brain Research, 880, 84-91.

57. Silverstone P.H., Birkett L. (2000) Diltiazem as augmentation therapy in patients with treatment-resistant bipolar disorder: a retrospective study. Journal of Psychiatry & Neuroscience, 25, 276-280.

56. Silverstone P. H., Rotzinger S., Pukhovsky A., Hanstock C. C. (1999) Effects of lithium and amphetamine on inositol metabolism in human brain as measured by $^{1}$H and $^{31}$P MRS. Biological Psychiatry, 46, 1634-1641.

9

55. Silverstone P.H., Ravindran A. (1999) Reply to Wagner BE: Once-daily venlafaxine XR compared with fluoxetine in outpatients with depression and anxiety. Journal of Clinical Psychiatry, 60, 796.

54. Silverstone P. H., Hanstock C. C., Rotzinger S. (1999) Lithium does not alter the choline/creatine ratio in the temporal lobe of human volunteers as measured by proton magnetic resonance spectroscopy. Journal of Psychiatry and Neuroscience, 24, 222-226.

53. de Montigny C., Silverstone P. H., Debonnel G., Blier P., Bakish D. (1999) Venlafaxine in treatment-resistant major depression: a Canadian multicenter, open-label trial. Journal of Clinical Psychopharmacology, 19, 401-406.

52. Silverstone P. H., Ravindran A. (1999) Efficacy and Tolerability of once-daily venlafaxine XR vs. fluoxetine in depressed outpatients with concomitant anxiety. Journal of Clinical Psychiatry, 60, 22-28.

51. Beck C., Silverstone P. H., Glor K., Dunn J. (1999) Psychostimulant prescriptions by psychiatrists higher than expected: a self-report survey. Canadian Journal of Psychiatry, 44, 680-684.

50. Lapierre Y.D., Silverstone P.H., Ressal R.T., Saxena B., Turner P., Bakish D., Plamondon J., Vincent P.M., Remick R.A., Kroft C., Payeur R., Rosales D., Lam R., Bologa M. (1998) A Canadian multicentre study of three fixed doses of controlled-release Ipsapirone in outpatients with moderate to severe major depression. Journal of Clinical Psychopharmacology, 18, 268-273.

49. Silverstone P. H., Pukhovsky A., Rotzinger S. (1998) Lithium does not attenuate the effects of dextroamphetamine in healthy volunteers. Psychiatry Research, 79, 219-226.

48. Silverstone P. H. (1998) Prevention of clozapine-induced neutropenia by pretreatment with lithium. Journal of Clinical Psychopharmacology, 18, 86-88.

47. Fabian J., Silverstone P. H. (1997) Diltiazem partially attenuates the effects of dextroamphetamine in healthy volunteers. International Clinical Psychopharmacology, 12, 113-120.

46. Tibbo P., Silverstone P. H., McEwan A. J. B., Scott J., Joshua A., Golberg K. (1997) A SPECT study of striatal dopamine $D_2$ receptor binding with $^{123}$I-epidepride in schizophrenic patients and controls. Journal of Psychiatry and Neuroscience, 22, 39-45.

45. Kusumakar V., Yatham L. N., Haslam D., Parikh S., Matte R., Sharma V., Silverstone P., Kutcher S., Kennedy S. (1997) The foundations of effective management of bipolar disorder. Canadian Journal of Psychiatry, 69S-73S.

44. Kusumakar V., Yatham L. N., Haslam D., Parikh S., Matte R., Silverstone P., Sharma V. (1997) Treatment of mania, mixed state and rapid cycling. Canadian Journal of Psychiatry, 79S-86S.

43. Sharma V., Yatham L. N., Haslam D., Silverstone P., Parikh S., Matte R., Kutcher S., Kusumakar V. (1997) Continuation and prophylactic treatment of bipolar disorder. Canadian Journal of Psychiatry, 92S-100S.

42. Greenshaw A. J., Silverstone P. H. (1997) The non anti-emetic therapeutic potential of 5-HT$_3$ receptor antagonists. Drugs, 53, 20-39.

41. Fang J., Baker G. B., Silverstone P. H., Coutts R. T. (1997) Involvement of CYP$_{3A4}$ and CYP$_{2D6}$ in the metabolism of haloperidol. Cellular and Molecular Neurobiology, 17, 227-233.

40. Urichuk L. J., Aspeslet L. J., Holt A., Silverstone P.H., Coutts R. T., & Baker G. B. (1997) Determination of p-trifluoromethylphenol, a metabolite of fluoxetine, in tissues and body fluids using an electron-capture gas chromatographic procedure. Journal of Chromatography B, 698, 103-109.

39. Silverstone P. H., Hanstock C. C., Fabian J., Staab R. & Allen P. S. (1996) Chronic lithium does not alter human myo-inositol or phosphomonoester concentrations as measured by $^1$H and $^{31}$P MRS. Biological Psychiatry, 40, 235-246.

38. Silverstone P. H., Lemay T., Elliot J., Hsu V., Starko R. (1996) The prevalence of major depressive disorder and low self-esteem in medical inpatients. Canadian Journal of Psychiatry, 41, 67-74.

37. Silverstone P. H. (1996) Prevalence of psychiatric disorders in medical inpatients. Journal of Nervous and Mental Disease; 184, 43-51.

36. Silverstone P. H. (1996) Concise assessment for depression: A brief screening approach to depression in the medically ill. Journal of Psychosomatic Research, 41, 161-170.

35. Mickelson R. E., Silverstone P. H., Mos L., Hapchyn C. A., Hnatko G. (1996) A multidisciplinary program improves problem behaviors in preschool children. Canadian Child Psychiatric Bulletin, 23, 65-71.

34. Silverstone P. H. & Greenshaw A. J. (1996) 5-HT$_3$ receptor antagonists. Expert opinion on Therapeutic Patents, 6, 471-481.

33. Silverstone P. H. & Cowen P. J. (1994) The 5-HT$_3$ antagonist, BRL 46470 does not attenuate m-chlorophenylpiperizine (mCPP)-induced changes in human volunteers. Biological Psychiatry; 36, 309-316.

32. Silverstone P. H., Rue J. E., Franklin M., Hallis K., Camplin G., Laver D. & Cowen P. J. (1994) The effect of administration of m-chlorophenylpiperizine (mCPP) on psychological, cognitive, cardiovascular, hormonal, and MHPG measurements in human volunteers. International Clinical Psychopharmacology, 9, 173-178.

31. Silverstone P. H. (1994) Poor efficacy of the Hospital Anxiety and Depression scale in the diagnosis of major depressive disorder in both medical and psychiatric patients. Journal of Psychosomatic Research; 38, 441-450.

30. Silverstone P. H., Done C. & Sharp T. (1993) In vivo monoamine release during naloxone-precipitated morphine withdrawal. Neuroreport, 8, 1043-1045.

29. Silverstone P. H. (1993) DSM-III-R diagnoses obtained using both SADS and SCAN are similar. International Journal of Methods in Psychiatric Research, 3, 209-213.

28. Byrne A., Silverstone P. (1993) Tricyclic-induced seizures and absent ECT response. British Journal of Psychiatry, 163, 691-692.

27. Silverstone P. H., Johnson B. & Cowen P. J. (1992) Does ondansetron attenuate amphetamine-induced behaviour in human volunteers. Psychopharmacology, 107, 140-141.

26. Silverstone P. H., Attenburrow M. J. & Robson P. (1992) The calcium channel antagonist nifedipine causes confusion when used to treat the symptoms of opiate withdrawal in morphine-dependent patients. International Clinical Psychopharmacology,7, 87-90.

25. Silverstone P. H., Oldman D., Johnson B. & Cowen P. J. (1992) Ondansetron, a 5-HT$_3$ receptor antagonist, partially attenuates the effects of amphetamine: a pilot study in healthy volunteers. International Clinical Psychopharmacology, 7, 37-43.

24. Silverstone P. H. & Grahame-Smith D. G. (1992) A review of the relationship between calcium channels and psychiatric disorders. Journal of Psychopharmacology, 6, 462-482.

23. Silverstone P. H. & Grahame-Smith D. G. (1992) Chronic morphine administration does not alter binding to L-type or N-type calcium channels in rat brain cortex or hippocampus. Neuroscience Research Communications, 11, 81-86.

22. Done C., Silverstone P. & Sharp T. (1992) Effect of naloxone-precipitated morphine-withdrawal on noradrenaline release in rat hippocampus in vivo. European Journal of Pharmacology, 215, 333-336.

21. Silverstone P. H., Done C. & Sharp T. (1992) Clonidine but not nifedipine prevents the release of noradrenaline during naloxone-precipitated opiate withdrawal in the rat: an in vivo microdialysis study in the rat. Psychopharmacology, 109, 235-238.

20. Silverstone P. H. (1992) Is chronic low self-esteem the cause of eating disorders? Medical Hypotheses, 39, 311-315.

19. Silverstone P. H. (1992) Hemisphere dysfunction in psychiatric disorders. British Journal of Psychiatry, 161, 278-279.

18. Silverstone P.H. (1991) Is anhedonia a good measure of depression? Acta Psychiatrica Scandinavica, 83, 249-250.

17. Silverstone P.H. (1991) Low self-esteem in different psychiatric conditions. British Journal of Clinical Psychology, 30, 185-188.

16. Silverstone P.H. (1991) Measuring depression in the medically ill. International Journal of Methods in Psychiatric Research, 1, 3-12.

15.  Silverstone P. H. & Grahame-Smith D. G. (1991) Effects of chronic lithium, amitriptyline, and electroconvulsive shock, on calcium channel binding in a rat brain homogenate. Psychopharmacology, 105, 132-133.

14.  Silverstone P.H. & Fahy T. (1991) A case of depression responding to spontaneous epilepsy but not ECT. British Journal of Psychiatry, 159, 446-447.

13.  Silverstone P.H. (1990) Low self-esteem in eating disordered patients in the absence of depression. Psychological Reports, 67, 276-278.

12.  Silverstone P.H. (1990) Depression increases mortality and morbidity in acute life-threatening medical illness. Journal of Psychosomatic Research, 34, 651-657.

11.  Silverstone P.H. (1990). Changes in depression scores following life-threatening illness. Journal of Psychosomatic Research, 34, 659-663.

10.  Silverstone P.H. (1990) Examining examiners. Lancet, i, 730.

9.   Ramana R., Silverstone P. H., Lishman W. A. (1989) The toxic effects of anticonvulsant drugs in the long-term treatment of epilepsy. Journal of Neurology, Neurosurgery and Psychiatry, 52, 1116.

8.   Fahy T. A., DeSilva P., Silverstone P., Russell G. F. (1989) The effects of loss of taste and smell in a case of anorexia nervosa and bulimia nervosa. British Journal of Psychiatry, 155, 860-861.

7.   Silverstone P.H. (1988) Anxiety and depression in general medical settings. British Medical Journal, 297, 1271.

6.   Silverstone P.H. (1987) Depression and outcome in acute myocardial infarction. British Medical Journal, 294, 645.

5.   Silverstone P.H. (1987) Depression and outcome in acute myocardial infarction. British Medical Journal, 294, 219-220.

4.   Silverstone P.H. (1986) Generalized allergic reaction to human insulin. British Medical Journal, 292, 933-934.

3.   Silverstone P.H. (1984) Peri-orbital edema caused by nifedipine. British Medical Journal, 288, 1654.

2.   Silverstone P.H. (1984) Ranitidine and confusion. Lancet, i, 1071.

1.   Chattopadhay B., Silverstone P. & Winwood R. (1983) Liver abscess caused by Haemophilus parainfluenzae. Postgraduate Medical Journal, 689, 788-789.

## Abstracts

75. Weljiel AM, McGrath BM, Taylor J, Silverstone PH, Jirik FR, Vogel HJ, Newton J. Targeted Profiling of Metabolomic Data for Predictive and Pathway-Specfic Animals Models. Metabolomics 2006: 2nd Scientific Meeting of the Metabolomics Society. Boston, MA, June 2006.

74. Silverstone PH, McGrath BM, Greenshaw AJ, McKay R, Hanstock CC, Seres P, Slupsky CM, Weljie AM, Dave S. Modeling Mania: Data from Clinical (3T) and Preclinical (18.8T) MRS Studies of the Effects of Dextro-amphetamine. 2nd Biennial Conference of the International Society for Bipolar Disorders. Edinburgh, Scotland, August.

73. Silverstone PH, McGrath BM, Hanstock CC, Seres P, Dave S, Wessels P. (2006) Phosphinositol Metabolism in Bipolar and Unipolar Depression: Does a Common Symptomatology mean a Common Pathophysiology? 2nd Biennial Conference of the International Society for Bipolar Disorders. Edinburgh, Scotland, August.

72. McGrath BM, Greenshaw AJ, McKay R, Hanstock CC, Seres P, Slupsky CM, Weljie AM, Dave S, Silverstone PH. (2006) Dextro-Amphetamine is not a PI-cycle based. Model of Mania: Data from Clinical (3T) and Preclinical (18.8T) MRS studies. 61st Annual Meeting of the Society of Biological Psychiatry. Toronto, Canada, May.

71. McGrath BM, Hanstock CC, Dave S, Seres P, Silverstone PH. (2005). Phosphinositol Metabolism in Patients with Bipolar and Unipolar Depression. International Society for Magnetic Resonance in Medicine (ISMRM). Banff, Canada, October.

70. Bell EC, Willson MC, Wilman AH, Dave S, Silverstone PH. (2005). An fMRI study of female bipolar patients during a word generation task: state- and trait-dysregulations. Graduate Psychiatry Research Day, Flor Henry Annual Conference. Edmonton, Alberta. October.

69. McGrath BM, Greenshaw AJ, McKay R, Hanstock CC, Seres P, Weljie AM, Slupsky CM, Dave S, Silverstone PH. (2005). Clinical and Preclinical Effects of Acute Dextro-Amphetamine on Phosphoinositol Metabolism in Brain. The International Society for Magnetic Resonance in Medicine (ISMRM). MR Spectroscopy for Neuropsychiatric Disorders. Banff, Canada, October.

68. McGrath BM, Greenshaw AJ, McKay R, Hanstock CC, Dave S, Silverstone PH. (2005). Acute Dextro-Amphetamine Administration does not alter Phosphoinositol Metabolism in the Brains of either Humans or Animals. 18th Congress of the European College of Neuropsychopharmacology. Amsterdam, The Netherlands, October.

67. Silverstone PH (2005). Treatment of Depression: A rational approach. Proceedings of 2nd International conference on brain and behavior. Thessaloniki, Greece. November.

66. Silverstone PH (2004). Depression and Anxiety – link between mechanism of action and clinical effects. Proceedings of 18th Panhellenic Congress of Psychiatry, May, Kos, Greece.

65. Silverstone PH (2004). Efficacy of Antidepressants in Depression and Comorbidity. Proceedings of 18th Panhellenic Congress of Psychiatry, May, Kos, Greece.

14

64.  Yatham LN, Silverstone PH, Baruch P, Gorman C, Leblanc J, Cervantes, Beaulieu, Sharma, Connolly, Ali, Milev, Isamura, Lander, Parikh, Mitenko for the CAN-BD Group (2004). Canadian Network for Bipolar Disorder (CAN-BD): Preliminary Report on Data from 139 Patients. APA Annual Meeting, May 2004, New York.

63.  Yatham LN, Silverstone PH, Baruch P, Gorman C, Leblanc J, Ferrazzi S. (2004). Canadian Network for Bipolar Disorder (CAN-BD): Frequency of relapse in an observational study. Presented at the 9th Annual International Meeting for the International Society for Pharmacoeconomics and Outcomes Research, # 6993. May, 2004 Arlington, Virginia.

62.  Silverstone PH, Thase ME, Tiller J. (2004) The mind, brain, body connection: Treating people with depression in the 21st century. World Journal of Biological Psychiatry, 5 (Suppl 1), 81.

61.  PH Silverstone, M Wilson, E Bell, A Wilman (2004) Is bipolar disorder a global or focal condition? fMRI insights into this. World Journal of Biological Psychiatry, 5 (Suppl 1), 115.

60.  PH Silverstone, M Wilson, E Bell, A Wilman (2004) Effects of lithium and valproate on brain activation in volunteers: an fMRI study. World Journal of Biological Psychiatry, 5 (Suppl 1), 137.

59.  Yatham, Cervantes, Beaulieu, Sharma, Connolly, Leblanc, Silverstone, Ali, Baruch, Isamura, Milev, Gorman, Parikh, Lander, Michalak, Ferrazzi for the CAN-BD Group (2003). Canadian Network for Bipolar Disorder (CAN-BD): Year One Data From A Naturalistic Study. Canadian Society for Clinical Pharmacology (CSCP), 25th Anniversary Meeting, September, Ottawa, 2003.

58.  Yatham, Silverstone, Gorman, Baruch, Leblanc, Cervantes, Beaulieu, Ali, Connolly, Isamura, Lander, Milev, Parikh, Sharma, Michalak, for the CAN-BD Group (2003). Canadian Network for Bipolar Disorder (CAN-BD): Preliminary Report on Data from the first 139 Patients.16th Congress of the European College of Neuropsychopharmacology (ECNP), September 2003, Prague.

57.  Silverstone PH, Wu RH, O'Donnell T, Ulrich M, Asghar SJ, Hanstock CC. (2003). Lithium, but not valproate increases NAA concentrations in bipolar patients: an MRS study. Proceedings of the European College of Neuropsychopharmacology. Prague. Sept, 2003.

56.  Silverstone PH, Wilson M, Wilman A. (2003). Lithium attenuates the effects of dextro-amphetamine in volunteers: an fMRI study. Proceedings of the European College of Neuropsychopharmacology. Prague. Sept, 2003.

55.  Silverstone PH, Wu RH, O'Donnell T, Ulrich M, Asghar SJ, Hanstock CC. (2003). Lithium, but not valproate increases NAA concentrations in bipolar patients: an MRS study. Proceedings of the fifth international congress on Bipolar Disorders. Bipolar Disorders, 5 (Suppl. 1), 86.

54.  Silverstone PH, Wilson M, Wilman A. (2003). Lithium attenuates the effects of dextro-amphetamine in volunteers: an fMRI study. Proceedings of the fifth international congress on Bipolar Disorders. Bipolar Disorders, 5 (Suppl. 1), 86.

53.  Ren Wu, Peter Silverstone, Hai Rao, Zhuang Xiao, Zhi Lang (2002) Quantitative Measurement of Brain Metabolite Concentrations Using PRESS Sequence at 3T. Radiology Society of North America. Annual meeting, Chicago.

52.  Ren Wu, Peter Silverstone, Zhi Lang (2002) Brain myo-inositol concentrations are not altered in bipolar disorder patients receiving sodium valproate: an in vivo proton MRS quantitative study. Radiology Society of North America. Annual meeting, Chicago.

51.  Ravindran A.V., Silverstone P.H., Lacroix D., Van Schaick E., Vermeulen A., Alexander J. (2001) A study of the steady-state pharmacokinetics and safety of divalproex sodium in combination with risperidone or placebo in bipolar patients in remission. Journal of European College of Neuropsychopharmacology, Vol. 11, Suppl. 3, p. S272.

50.  Silverstone P.H., Entsuah R., Hackett D. (2001) Achievement of the absence of depression and anxiety symptoms in anxious depressives: Venlafaxine vs SSRI treatment. Journal of European College of Neuropsychopharmacology, Vol. 11, Suppl. 3, p. S208.

49.  Silverstone P.H., Salinas E.O. (2001) Efficacy of venlafaxine and fluoxetine in patients with major depressive disorder and co-morbid generalized anxiety disorder. Journal of Psychiatry and Neuroscience.

48.  Silverstone P.H., Entsuah R., Hackett D. (2001) Anxious depressives: venlafaxine vs SSRI treatment. Journal of Psychiatry and Neuroscience.

47.  Ulrich M. Rotzinger S., Asghar S.J., Dunn S.M.J., Silverstone P.H. (2001) Effects of dextroamphetamine, lithium chloride, sodium valproate and carbamazepine on platelet [CA2+]. Journal of Psychiatry and Neuroscience.

46.  Silverstone P.H., Entsuah R., Hackett D. (2001) Anxious depressives: venlafaxine vs SSRI treatment. Proceedings of the 7th World Congress of Biological Psychiatry, Berlin, Germany.

45.  Silverstone P.H., Entsuah R., Hackett D. (2001) Achievement of the absence of depression and anxiety symptoms in anxious depressives: venlafaxine vx SSRI treatment. European Neuropsychopharmacology.

44.  Silverstone P.H., Entsuah R., Hackett D. (2001) Anxious depressives: venlafaxine vs SSRI treatment. Proceedings of the American Psychiatric Association, New Orleans.

43.  Wu, R.H., Silverstone P.H. (2001) No significant change of brain myo-inositol is observed in bipolar affective disorder after sodium valproate medication by in vivo proton MR spectroscopy. Proceedings of the International Society for Magnetic Resonance in Medicine Annual Meeting, Glasgow, Scotland.

42.  Silverstone P.H. (2000) Differential efficacy of venlafaxine ER and fluoxetine in patients with major depressive disorder and co-morbid generalized anxiety disorder. European Neuropsychopharmacology, 10 (Suppl 3), S230.

41. Silverstone P.H., Rotzinger S., O'Donnell T., Ulrich M., Hanstock C.C. (2000) Lithium and valproate have common effects on the PI cycle in animals and patients: MRS studies. International Journal of Neuropsychopharmacology, 3 (Suppl 1), S339.

40. Silverstone P.H., Salinas E.O. (2000) Efficacy of venlafaxine XR in patients with major depressive disorder and co-morbid generalized anxiety disorder. International Journal of Neuropsychopharmacology, 3 (Suppl 1), S281.

39. Generalized anxiety disorder, Questions and Answers section; The Medical Post; September 19, 2000; edited by David Hodges.

38. Silverstone P.H., Rotzinger S., O'Donnell T., Ulrich M., Hanstock C.C. (1999) Lithium and valproate have common effects on the PI cycle in animals and patients: MRS studies. American College of Neuropsychopharmacology (ACNP), Acapulco, Mexico.

37. Silverstone P.H., Rotzinger S., Hanstock C.C., Pukhovsky A., Allen P.S. (1999) Effects of lithium and amphetamine on brain inositol and inositol-phosphates in healthy volunteers as measured by magnetic resonance spectroscopy (MRS). Third International Conference on Bipolar Disorder, Pittsburgh, PA.

36. Silverstone P.H., Rotzinger S., Hanstock C.C., Pukhovsky A., Allen P.S. (1999) Effects of lithium on choline-containing compounds as measured by proton magnetic resonance spectroscopy (MRS) in healthy volunteers. Third International Conference on Bipolar Disorder, Pittsburgh, PA.

35. Silverstone P.H., Rotzinger S., Pukhovsky A., Hanstock C.C. (1999) Effects of lithium and amphetamine on brain inositol, inositol monophosphates, and choline in healthy volunteers as measured by magnetic resonance spectroscopy (MRS). Proceedings of the Annual Meeting of the Canadian College of Neuropsychopharmacology (CCNP), Halifax, N.S.

34. Silverstone P.H. (1998) Comorbid anxiety and depression. Proceedings of the European Association of Psychiatrists, Amsterdam.

33. Silverstone P.H. (1998) Antidepressants in emergency psychiatry. Proceedings of the European Meeting on Emergency Psychiatry, Copenhagen.

32. Bakish D., Silverstone P. H., de Montigny C. (1998) Long-term follow-up of venlafaxine in treatment-resistant major depression: A Canadian multicentre open-label trial. Proceedings of the XXI CINP, Glasgow, 262.

31. Silverstone P. H., Iskandar H. (1998) Efficacy and tolerability of once-daily venlafaxine XR versus fluoxetine in depressed outpatients with concomitant anxiety. Proceedings of the 1998 Meeting of the American Psychiatric Association, Toronto, P247.

30. Silverstone P. H., Iskandar H., Hamel R., Salinas E. (1997) Efficacy and tolerability of once-daily venlafaxine XR versus fluoxetine in depressed outpatients with concomitant anxiety. European Neuropsychopharmacology, 7 (Suppl. 2), S153.

29. Silverstone P. H. (1997) Comorbid anxiety and depression: Effectiveness of extended release venlafaxine. Proceedings of 10th Annual Meeting European Association of Psychopharmacology, P35.

28. Silverstone P. H., Hanstock C., Pukhovsky A., Allen PS. (1997) Effects of lithium and amphetamine on inositol metabolism in human brain as measured by $^{1}$H and $^{31}$P MRS. Journal of Psychopharmacology, 11 (Suppl.), A38.

27. Silverstone P. H., Hanstock C., Pukhovsky A., Allen PS. (1997) Effects of lithium and amphetamine on inositol metabolism as measured by $^{1}$H and $^{31}$P MRS. Proceedings of Second International Conference on Bipolar Disorder, P112.

26. Ravindran A. V., Silverstone P. H. (1997) Efficacy and tolerability of once-daily venlafaxine versus fluoxetine and placebo in depressed outpatients with concomitant anxiety. Proceedings of the 47th Annual Meeting of the Canadian Psychiatric Association, 88-89.

25. Silverstone P. H. (1997) Comorbid depression and anxiety. Proceedings of the 10th Annual Meeting of the European College of Neuropsychopharmacology, Vienna.

24. Fabian J. E. & Silverstone P. H. (1996) Effects of the calcium channel antagonist diltiazem on the amphetamine model of mania in humans. European Neuropsychopharmacology, 6 (Suppl.3), 185.

23. Silverstone P. (1996) Venlafaxine in treatment-resistant depression. Scientia, 1, 8.

22. Coutts R. T., Fang J., Baker G. B., Silverstone P. H. (1996) Contributions of cytochrome P450 isozymes to metabolic pathways of haloperidol. European Neuropsychopharmacology, 6 (Suppl.3).

21. Fang J., Baker G. B., Coutts R. T., Silverstone P. H. (1996) Enzymic studies on the metabolism of haloperidol: involvement of $CYP_{3A4}$ and $CYP_{2D6}$. Proceedings of 7th North American Meeting of International Society for study of xenobiotics, P312.

20. Glor K. A., Beck C. H. M., Silverstone P. H. (1996) The clinical use of psychostimulant drugs: unexpected findings in a survey of psychiatrists. Proceedings of the 10th annual Joseph Royce Research conference, 132.

19. Silverstone P. H., Fabian J., Hanstock C. C., Staab R. & Allen P. S (1995) Chronic lithium does not alter human myo-inositol or phosphomonoester concentrations as measured by $^{1}$H and $^{31}$P MRS. Proceedings of the 4th International symposium on Imaging of the brain in Psychiatry and related fields, 24.

18. Tibbo P., Silverstone P. H., McEwan A. J. B., Scott J., Joshua A., Golberg K. (1995) A SPECT study of striatal dopamine $D_2$ receptor binding with $^{123}$I-Epipride in schizophrenic patients and controls. Proceedings of the 4th International symposium on Imaging of the brain in Psychiatry and related fields, 95.

17. Silverstone P. H. (1995) Venlafaxine in treatment-resistant depression. Proceedings of the 45th Annual Meeting of the Canadian Psychiatric Association, 133-134.

18

16. McEwan A. J. B., Tibbo P., Silverstone P., Joshua A., Goldberg K. & Scott J. (1995) Whole body distribution of $^{123}$I-Epidepride, a $D_2$ receptor radiopharmaceutical. European Journal of Nuclear Medicine, 22, 823.

15. McEwan A. J. B., Tibbo P., Silverstone P., Joshua A., Golberg K. & Scott J. (1995) Epidepride. Proceedings of the Society for Nuclear Medicine, 42nd Annual Meeting, 258P.

14. Urichuk L., Holt A., Aspeslet L. J., Silverstone P.H., McKenna K. F., Baker G. B. & Coutts R.T. (1995) Determination of $p$-trifluoromethylphenol, a metabolite of fluoxetine, in tissues and body fluids. Proceedings of the 18th Meeting of the Canadian College of Neuropsychopharmacology, 32.

13. Silverstone P. H., Hanstock C. C., Fabian J., Staab R. & Allen P. S (1995) Chronic lithium does not alter inositol or inositol monophosphate binding in human brain as measured by magnetic resonance spectroscopy. Proceedings of the 18th Meeting of the Canadian College of Neuropsychopharmacology, 39.

12. Tibbo P., Silverstone P. H., McEwan A. J. B., Scott J., Joshua A., Golberg K. (1995) Striatal dopamine $D_2$ receptor binding with $^{123}$I-Epidepride in schizophrenic patients and controls: A SPECT study. Proceedings of the 18th Meeting of the Canadian College of Neuropsychopharmacology, 45.

11. Silverstone P. H. & Cowen P. J. (1993) The 5-HT$_3$ receptor antagonist, BRL 46470, does not prevent mCPP-induced anxiety and panic in human volunteers. Proceedings of the 16th Meeting of the Canadian College of Neuropsychopharmacology, M9.

10. Silverstone P. H., Done C. & Sharp T. (1992) Nifedipine attenuates the morphine withdrawal syndrome in rats but not the in vivo release of hippocampal noradrenaline. Journal of Psychopharmacology, 6, 130.

9. Silverstone P. H. & Cowen P. J. (1992) Ondansetron attenuates the psychological, but not the psychomotor effects of amphetamine. Schizophrenia Research, 6, 119-120.

8. Silverstone P.H. & Cowen P. J. (1992) Are 5-HT$_3$ receptor antagonists likely to be clinically effective in mania? Pharmacology and Toxicology, 71, Suppl. 1, 119.

7. Silverstone P. H. & Cowen P. J. (1992) The effect of 5-HT$_3$ antagonists on anxiety in human volunteers. Clinical Neuropharmacology, 15 (Suppl 1), 92B.

6. Silverstone P. H. & Grahame-Smith D. G. (1991) Chronic lithium does not affect calcium channels. Psychiatric Bulletin, Supplement 4, 22.

5. Silverstone P. H. & Grahame-Smith D. G. (1991) The effect of chronic lithium, amitriptyline, and electroconvulsive shock, on dihydropyridine binding to rat brain membrane preparations. British Journal of Pharmacology, 102, Supplement, 303P.

4. Done C., Silverstone P. H. & Sharp T. (1991) Effect of naloxone-precipitated morphine withdrawal on hippocampal noradrenaline release as measured by in-vivo microdialysis. British Journal of Pharmacology, 102, Supplement, 384P.

3. Silverstone P. H., Done C. & Sharp T. (1991) Nifedipine inhibits the naloxone-precipitated morphine-withdrawal syndrome, but not the associated increase in the release of noradrenaline. Psychiatric Bulletin, Supplement 4, 45-46.

2. Silverstone P. H., Done C. & Sharp T. (1991) Naloxone-precipitated release of noradrenaline, but not serotonin or dopamine, is increased in brain during withdrawal in morphine dependent rats: an in-vivo microdialysis study. European Neuropsychopharmacology, 1, 414-415.

1. Silverstone P.H. (1990) Depression increases mortality in medical illness. Psychiatric Bulletin, Supplement 3, 67.

**Peer-Reviewed Publications Submitted**

Silverstone PH, Bell EC, Willson M, Dave S, Wilman A. Both trait and state-dependent differences in regional brain activation occur in female patients with bipolar disorder. Submitted to Annals of General Psychiatry. Dec 13, 2005.

Chue P, McIntyre RS, Silverstone P. Diabetes and mood: A review of the relationship between mood disorders, their treatments, and diabetes. Submitted to Acta Psychiatrica Scandinavica.

McGrath MB, Hanstock C, Greenshaw A, MacKay R, Silverstone PH. Effects of chronic administration of the anticonvulsants valproate, carbamazepine, and lamotrigine on the metabolism of the phosphoinositol cycle and amino acids in various brain regions. Neuropsychopharmacology. Submitted Oct, 2005.

McGrath BM, McKay R, Dave S, Seres P, Weljie AM, Slupsky CM, Hanstock CC, Greenshaw AJ, Silverstone PH. Acute Dextro-Amphetamine Administration does not alter Phosphoinositol Metabolism in the Brains of either Humans or Animals: MRS Investigations at 3T and 18.8T. Brain Research, Submitted December 2005.

**Peer-Reviewed Publications in Preparation to be submitted shortly**

McGrath BM, Greenshaw AJ, McKay R, Slupsky CM, Weljie AM, Silverstone PH. Characterization of rat brain at 18.8 T.

McGrath MB, Greenshaw A, MacKay R, Silverstone PH. Effects of chronic administration of the antidepressants desipramine, phenylzine, and fluoxetine on the metabolism of the phosphoinositol cycle and amino acids in various brain regions.

McGrath BM, Greenshaw AJ, McKay R, Slupsky CM, Silverstone PH. Medication effects on amino acid changes in rat brain at 18.8 T.

**Other Peer-Reviewed Publications in Earlier Preparation stage**

Silverstone PH. Do localized changes in intracellular calcium changes underlie Bipolar Disorder?

Silverstone  P. H. and Silverstone J. T. Still valid after 20 years: the amphetamine model of mania.

Silverstone P.H. Are atypical antipsychotics the new benzodiazapines?

## Presentations (and other CME activities)

<u>2005</u>

Update on depression. Psychiatrists. Greece; November
Carrying out clinical research in Canada. Mixed group. Toronto; October
Update on depression in women. Psychiatrists and Gynecologists, South Africa (5 x lectures); August
Future of antidepressant development. Lay group. Toronto; June
Bipolar disorder and bipolar depression. Psychiatrists and GPs. Vancouver; April
Update on depression and anxiety. Psychiatrists, Australia (5 x lectures); March

<u>2004</u>

Update on antidepressants. Psychiatrists. Quito, Equador, November.
Update on depression and anxiety. General physicians. Edmonton, November.
Duloxetine review board. Vancouver. November
Depression update. General public meeting. Edmonton. October.
Bipolar disorder meeting. European College Neuropsychopharmacology, Stockholm, Sweden. Oct.
Bipolar disorder and imaging meeting. Stanley Foundation Bipolar meeting, Aarhus, Denmark. Oct.
Update on bipolar depression. Psychiatrists. Vancouver. September
Effects of antidepressants in depression and comorbidity. Panhellenic Congress, Kos, Greece, May.
Update on antidepressants. Wyeth Global Advisory Board. Rome, Italy; May
Depression through the ages. Family Practitioners. Edmonton, Alberta; April.
Recent medications for depression. Advisory Board, Tampa, Florida. April
Update on antidepressants. Psychiatrists, Bejing, China; March
Anxiety and Depression comorbidity. Psychiatrists. Hong Kong; March
Update on antidepressants. Psychiatrists, Taiwan. March
Current treatment options in mood disorders. Psychiatrists, South Korea; March
Imaging and mood disorders. Psychiatrists, Sydney, Australia; February
Update on antidepressants. Psychiatrists, Sydney, Australia; February
Depression in Medically Ill. Update on Psychosis Conference. Edmonton. January
New advances in depression and anxiety. Psychiatrists. Monterrey, Mexico; January.

<u>2003</u>

Depression in Medically ill patients. Palliative Care Group, Edmonton; Sept
Update on Depression and Anxiety. Psychiatrists, Regional Asian meeting, Phuket, Thailand; August
Update on Depression and Anxiety. Psychiatrists, Edmonton; June
Use of antipsychotics in bipolar disorder. Advisory Panel, New York; June
Update on Bipolar Disorder. Workshop, NCDEU, Boca Raton; May
Depression and anxiety. Presentation and Workshop, Psychiatrists, Sonoma; May
Use of fMRI in psychiatry. Presentation, MRI user group, Edmonton; May
Update on depression. Regional Physician meeting, Medicine Hat; April
Seminars in psychiatry. Phase II teaching, Medical Students, Edmonton; April
Role of placebo in clinical trials. Presentation to physicians, Mexico City; March
Role of placebo in clinical trials. Presentation to physicians, Buenos Aires; March
Use of antipsychotics in bipolar disorder. Workshop, Psychiatrists, London, UK; March

Update on depression and anxiety. Annual meeting Alberta College of Family Physicians, Banff; March.

2002

Chronic depression. Physicians. Edmonton; November.
Comorbidity of depression and anxiety. Grand Rounds, Montreal General Hospital; November.
Comorbidity of depression and anxiety. Grand Rounds, Montreal Douglas Hospital; November.
Chronic anxiety disorders. Chairman, CPA Symposium. Banff; November.
Update on bipolar disorder. Grand Rounds. Calgary; October.
Comorbidity of depression and anxiety. Physicians. Calgary; October.
Generalized anxiety disorder update. Physicians. Whistler, B.C.; October.
Update on anxiety and depression. Psychiatrists. Bahamas; August.
Comorbidity of depression and anxiety. Research professionals. Toronto; May.
Comorbidity of depression and anxiety. Physicians. Edmonton; May.
Comorbidity of depression and anxiety. Psychiatrists. Winnipeg; May.
Comorbidity of depression and anxiety. Psychiatrists and physicians. Vancouver; April.
Advances in bipolar disorder. Psychiatrists. Vancouver; April.
New advances in depression and anxiety. Psychiatrists. Buenos Aires; April.
Industry symposium panel on new advances in depression and anxiety. Psychiatrists. Phoenix; March.
Clinical research in Latin America. Clinical research professionals. Mexico City; February.
Symposium on new antipsychotics in bipolar disorder. Psychiatrists. Santa Barbara; January.
Panic disorder. Psychiatrists. Santiago; January.
Clinical research in Latin America. Clinical research professionals. Philadelphia; January.

2001

Rapid clinical trials outcome. Physicians. Miami; August.
Rapid clinical trials outcome. Physicians. Indianapolis; August.
Update on mood and anxiety disorders. Physicians; Edmonton; April.
Good clinical practices in psychiatric studies. Physicians; Buenos Aires, Argentina; February.
Good clinical practices in psychiatric studies. Physicians; Sao Paolo, Brazil; February.
Panic disorder: novel treatments. Physicians; Philadelphia; January.
Update on antidepressant medication. Physicians; New York; January.

2000

Treating patients to full remission. Physicians; Edmonton, Alberta; November.
Depression and generalized anxiety disorder. Physicians; Edmonton, Alberta; October.
Depression and generalized anxiety disorder. Grand Rounds, University Medical Center; Hackensack, New Jersey; June.
Generalized anxiety disorder. Physicians; Edmonton, Alberta; June.
Update on depression. Psychiatrists; Victoria, B.C.; June.
Independent psychiatrists carrying out clinical research in psychiatry. Physicians; Moscow, Russia; May.
Depression and general anxiety in women. Physicians; Atlantic City, New Jersey; May.
Update on lamotrigine and bipolar disorder. CME; Orlando, Florida; May.
Update on depression. Family Practitioners; Abbottsford, B.C.; February.

New therapies in depression. Family Practitioners; Abbottsford, B.C.; February.
Update on schizophrenia management. Three-Day Course; Lisbon, Spain; February.
Treatment of depression. Psychiatry Residents; University of Alberta, Edmonton; February.
Bipolar depression. Psychiatrists; Toronto, Ontario; January.
Clinical studies in bipolar disorder. Psychiatrists; Toronto, Ontario; January.
Update on depression. Psychiatrists; Vancouver, B.C.; January.

1999

Mood stabilizers and bipolar disorder. ACNP Meeting; Acapulco, Mexico; December.
Mood stabilizers. Psychiatry Residents; University of Alberta, Edmonton; November.
Update on depression. Psychiatrists; Kelowna, B.C.; November.
Update on depression. Family Practitioners; St. Albert, Alberta; November.
Next generation antidepressants. Psychiatrists; Estonia, Latvia, Lithuania; November.
Update on depression, Family Practitioners; Edmonton, Alberta; October.
Update on depression. Family Practitioners; Calgary, Alberta; October.
Depression. Access Television; Edmonton, Alberta; September.
Update on depression. Family Practitioners; Edmonton, Alberta; September.
Inositol and bipolar disorder. CCNP Meeting; Halifax, Nova Scotia; June.
Update on antidepressants. Family Practitioners; Spruce Grove, Alberta; June.
Clinical trials methodology. Edmonton Health Care Group; Edmonton; May.
Do calcium changes underlie bipolar disorder? Grand Rounds, Department of Psychiatry, University of Alberta, Edmonton; April.
New treatments in anxiety and depression. Psychiatrists;Vancouver, B.C.; April.
The goal of antidepressant therapy: response or remission? Grand Rounds, Department of Psychiatry, Vancouver Hospital; April.

1998

Treatments of depression and anxiety. CME meeting for psychiatrists; Vancouver, B.C.; November.
Comorbid anxiety and depression. CME meeting; Barcelona, Spain; October.
Comorbid anxiety and depression. CME meeting; Brussels, Belgium; October.
Comorbid anxiety and depression. European Association of Psychiatrists meeting; Amsterdam, Netherlands; September.
Antidepressants in emergency psychiatry. European Meeting on Emergency Psychiatry; Copenhagen; September.
Mechanisms of bipolar disorder. CME meeting; University of Alberta, Edmonton; September.
New treatments for depression. CINP meeting; Glasgow, Scotland; July.
Applying new evidence to the treatment of depression. CME meeting; Edmonton; April.
Identifying and managing depression in medically ill patients. Grand Rounds; Palliative care, University of Alberta; April.
Update on new antidepressants. Focus on Venlafaxine XR.CME meeting; Helsinki, Finland; March.
New psychiatric medications and how to use them. CME Update on Depression and Suicide; University of Alberta; February.
Post-Head Injury Depression. CME Update on Depression and Suicide; University of Alberta; February.

1997

Family Dysfunction. Access Television; Edmonton; December.
Venlafaxine and Depression. CME in Psychiatry meeting; Montreal, Quebec; November.
Updating Bipolar Disorder. Grand Rounds; Ponoka Hospital, Alberta; November.
Attention Deficit Disorder. Access Television; Edmonton; November.
Dementia. Access Television; Edmonton; October.
Advances in Bipolar Disorder. Grand Rounds; Foothills Hospital, Calgary; September.
Depression. Access Television; Edmonton; May.
Mania. Access Television; Edmonton; April.
Schizophrenia. Access Television; Edmonton; March.

1996

Bipolar Disorders and Calcium. Grand Rounds; Dept. of Psychiatry, University of Alberta, November.
Effects of lithium on inositol as measured by MRS. MRS meeting; Edmonton, Alberta; October.
Understanding depression. Public meeting; Edmonton, Alberta; October.
How psychiatric drugs work in depression. Public meeting; University of Alberta Hospital Foundation; Edmonton; October.
Depression in the medically ill. Regional Psychiatric meeting; Kelowna, B.C.; October.
Depression in the medically ill. Alberta Psychiatric Association meeting; Banff, Alberta; March.

1995

Venlafaxine in treatment resistant depression. Canadian Psychiatric Association 45th Annual Meeting; Victoria, B.C.; September.
Biological changes underlying depression. Co-chairman of session at Joint Canadian College of Neuropsychopharmacology and Japanese Society of Neuropsychopharmacology meeting; Vancouver, B.C.; June.
Venlafaxine in mixed anxiety and depression. Chairman of meeting sponsored by Wyeth-Ayerst. Lake Louise, Alberta; April.
Depression in the medically ill. Otago psychiatric association meeting; Dunedin, New Zealand; April.
Recent advances in management of treatment-resistant psychiatric disorders. Alberta Psychiatric Association meeting; Banff, Alberta; March.

1994

Trends in Antipsychotic Treatment. 2nd Edmonton Schizophrenia Conference; Edmonton, Alberta; October.
Current antidepressant treatment. Department of Medicine, Sturgeon Hospital, St. Albert, Edmonton, Alberta; September.
Recent advances in Psychopharmacology. Department of Psychiatry, Alberta Hospital Edmonton; August.
Treatment of Depression. Department of General Practice; University of Alberta, Edmonton, Alberta; April.
Current Topics in Major Depressive Disorder. Alberta Psychiatric Association annual meeting; Banff, Alberta; March.

1991-1993

Effects of Calcium Channels in Psychiatric Illness. Department of Psychiatry, University of Calgary; Calgary, Alberta; November 1993.

Psychiatry and Cardiology. Department of Cardiology; University of Alberta, Edmonton, Alberta; May 1993.

Current trends in Psychopharmacology. Department of Psychiatry, Alberta Hospital Edmonton; Edmonton, Alberta; April 1993.

Calcium Channel antagonists in Psychiatry. Alberta Psychiatric Association Annual Meeting; Banff, Alberta; March 1993.

Calcium Channels and Psychiatry. Department of Psychiatry, University of Alberta; Edmonton, Alberta; January 1993.

Role of 5-HT3 antagonists in anxiety disorders. Department of Clinical Pharmacology, Oxford University; United Kingdom; March 1992.

Effects of calcium channels in dependence disorders. Department of Psychiatry, Clarke Institute of Psychiatry; Toronto, Ontario; February 1991.

**Post Doctoral Fellows Supervised**

1998 - 2000        Susan Rotzinger (PhD)

2000 - 2002        Renhua Wu (PhD)

2000 - 2000        Veronique Tanay (PhD)

2000 - 2000        Chien-Tsai Lai (PhD)

**Graduate Students for whom I was the primary supervisor (or co-supervisor*) and where they went on to afterwards**

1996 - 2002        Mahnaz Salsali (MSc and PhD*) – Went to Psychiatry Residency after 2 years
post-doc postion

1998 - 2000        Michele Ulrich (MSc) – Went to Medical school

1998 - 2000        Tina O'Donnell (MSc) – Went to PhD candidate position

1999 - 2002        Sheila Asghar (MSc) – Went to Psychiatry Residency

1999 - 2002        Daniel Li (MSc*) – Went to Assistant Professor position

2001 – 2003        Morgan Willson (MSc*) – Went to Medical school

2003 – 2007        Brent McGrath (PhD)

2003 – 2006        Phillip Wessels (MSc)

2004 – 2007        Emily Bell (PhD)

**Clinical Research Fellows supervised**

2003 - present       Sanjay Dave (MD)

2004 - present       Fatimeh Ghannadi (MD)

**Memberships of Ph.D. and MSc Candidates Supervisory Committee**

2002 - 2003          Hyeonjin Kim (PhD)

2004 - present       Tera Mosher (PhD)

**Ph.D. Candidacy Exam Committee**

July 2005        Rob Campbell (PhD).

27

| | |
|---|---|
| February 1995 | Allan Reimer |
| December 1995 | Karen Allison |
| July 1996 | Kathy Beauchemin |
| October 1997 | Liana Urichuk |
| September 2001 | Hjeong Kim |
| January 2003 | Robert Clements |

**MSc. Final Exam Committee**

| | |
|---|---|
| October 1997 | Liana Urichuk |
| August 1999 | Sylvie Pappas |
| August 1999 | Kee-Chan Ahn |
| March 2001 | Pierre Chue |
| March 2002 | Mizanur Chowdhury |

**Peer-Reviewed Research Grants, according to award date**
(Amounts in Canadian Dollars)

**Current**

| | | |
|---|---|---|
| Lilly Research Foundation | | $318,225 |
| Effects of both Lithium and Olanzapine on brain activation and clinical outcome in bipolar type II patients who are depressed (Principal Investigator P. Silverstone; co-investigator P. Wessels) | | Jan 2005 - Dec 2008 |

Alberta Heritage Foundation for Medical Research – Senior Scholar Award $372,000
Effects of mood stabilizers on phospho-inositol cycle in bipolar disorder July 2005 - June 2010
(Principal Investigator P. Silverstone)

Canadian Institutes for Health Research $330,225
Effects of mood stabilizers on phospho-inositol cycle in bipolar disorder May 2004 - April 2007
(Principal Investigator P. Silverstone; co-investigator P. Allen)

Canadian Institutes for Health Research $1,600,000
Use of anti-psychotics in mood stabilization of bipolar patients July 2002 - June 2005
(Principal Investigator L. Yatham; co-investigator with 9 others – may share was $25,000 per annum)

**Past Six Years**

Alberta Heritage Foundation for Medical Research – Scholar Award $356,000
Effects of mood stabilizers on phospho-inositol cycle in bipolar disorder July 2000 - June 2005
(Principal Investigator P. Silverstone)

CIHR/Wyeth-Ayerst Postgraduate Fellowship support $30,000
Effects of antidepressant treatment on the PI cycle in depressed patients July 2001 - July 2002
(Principal Investigator P. Silverstone - awarded but not taken up)

Innovation and Science Research Investments Program $355,000
Magnetic resonance imaging for the assessment of stroke and March 2001 - March 2002
other neurological disease
(Principal Investigator C. Beaulieu; co-investigator with 8 others)

Innovation and Science Research Investments Program $152,000
Phase I Clinical Trials and Research Unit March 2001 - March 2002
(Principal Investigator S.F.P. Man; co-investigator with 9 others)

Canadian Institutes for Health Research $310,869
Effects of mood stabilizers on phospho-inositol cycle in bipolar disorder April 2000 - April 2003
(Principal Investigator P. Silverstone; co-investigator P. Allen)

Canadian Institutes for Health Research (Multi-User Equipment) $335,013
Multi-user maintenance and equipment grant for the Centre for March 2000 - March 2003
Magnetic Resonance Evaluation of Human Function and Disease
(Principal Investigator P.S. Allen; co-investigator with 7 others)

Canadian Institutes for Health Research $100,000
Canadian consortium on bipolar disorder January 2000 - January 2001
(Principal Investigator L. Yatham; co-investigator with 5 others)


Canadian Foundation for Innovation $10,200,000
Developing an updated MRI facility at the University of Alberta July 1999 - July 2003
(Principal Investigator P. Allen - co-investigator with 30 others)

Medical Research Council $198,807
MRS changes with lithium in mood disordered patients July 1997 - June 2000
(Principal Investigator P. Silverstone - co-investigator Dr. P. Allen)

Alberta Heritage Foundation for Medical Research - salary support $195,000
Magnetic resonance spectroscopy (MRS) changes with lithium July 1997 - June 2000
(Principal Investigator P. Silverstone)

National Alliance for Research on  Schizophrenia and Depression $126,000
MRS changes with carbamazepine and valproate in volunteers Sept 1997 - Dec. 1999
(Principal Investigator P. Silverstone)

Canadian Psychiatric Research Foundation $35,000
MRS changes with lithium and valproate in bipolar patients July 1997 - June 1998
(Principal Investigator P. Silverstone)

**Industry Sponsored Studies as Principal Investigator or Co-investigator in Canada**
*N.B. Does not include studies carried out in United Kingdom as co-investigator in period 1989 – 1992*

1) Wyeth Ayerst
1994 - 1995
An open-label assessment of the response to venlafaxine in drug-resistant major depression

2) Sandoz
1994 – 1995
Double-blind, parallel-group, multi-center comparison of the efficacy and tolerability profile of clozapine versus risperidone in the management of treatment-resistant schizophrenia

3) Miles Pharm
1994 - 1995
Pharmacokinetic study of the effectiveness of slow-release ipsapirone

4) Miles Pharma.
1994 – 1995
Double-blind, placebo-controlled study of the effectiveness of ipsapirone in the treatment of major depressive disorder

5) Abbott Laboratories:
1994 – 1995
A double-blind, placebo-controlled study comparing haloperidol to sertindole in the acute treatment of schizophrenia

6) Hoffman LaRoche
1994 – 1995
Double-blind study of moclobemide versus imipramine in the treatment of depression in bipolar patients

7) Pfizer
1995 - 1995
Phase III, six-week, double-blind, multi-center, placebo-controlled study evaluating the efficacy and safety of two fixed doses of oral ziprasidone in the acute exacerbation of schizophrenia and schizoaffective disorder

8) Eli Lilly
1995 - 1996
Olanzapine versus haloperidol and risperidone in the treatment of schizophrenia and related psychotic disorders

9) Wyeth Ayerst
1995 – 1996
A randomized, double-blind, placebo-controlled study of efficacy and safety of venlafaxine extended-release versus fluoxetine in depressed outpatients with concomitant anxiety

10) Solvay Kingswood;
1995 - 1996
Flesinoxan in the treatment of major depressive disorder in elderly patients: a randomized, multi-center, double-blind, placebo-controlled, comparative study

11) Pfizer
1996 – 1996
Forty-week, double-blind study evaluating the safety and efficacy of two dose regimens of oral ziprasidone and haloperidol in the maintenance treatment of outpatients with schizophrenia or schizoaffective disorder

12) Solvay Kingswood:
1996 – 1997
Humanitarian extension protocol: flesinoxan in the treatment of major depressive disorder in elderly patients: a randomized, multi-center, double-blind, placebo-controlled, comparative study

13) Pfizer
1996 - 1997
Forty-week double-blind study evaluating the safety and efficacy of two dose regimens of oral ziprasidone (CP,88,059-1) (8-120 mg qd and 40-80 mg bid) and haloperidol (5-20 mg daily) in the maintenance

31

treatment of outpatients with schizophrenia or schizoaffective disorder

14) Boehringer          Four-week, double-blind, placebo-controlled study comparing the effects
   Ingelheim            of 20 mg qd, 20 mg bid, 50 mg qd, 50 mg bid and 100 mg qd of BIMT-17
1997 - 1997             in patients with major depressive disorder

15) Pfizer              Phase I investigator-blind, placebo-controlled evaluation of the safety,
1997 - 1997             toleration and pharmacokinetics of ziprasidone mesylate following
                        multiple intramuscular doses in subjects with chronic or subchronic
                        schizophrenia or schizoaffective disorder

16) Janssen             The safety and efficacy of risperdal versus placebo as add-on therapy
1997 – 1998             to mood stabilizers in the treatment of the manic phase of bipolar disorder

17) Glaxo Wellcome  A multicentre, double-blind, placebo-controlled, flexible-dose evaluation
1997 – 1998             of the safety and efficacy of lamotrigine compared to placebo and lithium
                        in the treatment of an acute manic episode in patients who have bipolar
                        disorder

18) Pfizer              Placebo-controlled comparison of sertraline and self-administered
1996 - 1999             cognitive behavior therapy, alone or in comparison, in panic disorder

19) Pfizer              Investigation of down-titration schedules in patients on haloperidol with
1998 - 1999             schizophrenia or schizoaffective disorder initiating therapy with oral
                        ziprasidone

20) Hoechst Marion   A multicenter, open-label, long-term safety and efficacy study of
    Roussel             M100907 tablets once daily in subjects with schizophrenia or other
1998 - 1999             psychotic disorders

21) SmithKline          A randomized, double-blind, placebo-controlled flexible dosage trial
    Beecham             to evaluate the efficacy and tolerability of paroxetine in patients with
1998 - 1999             Generalized Anxiety Disorder (GAD)

22) Eli Lilly           Open-label use of olanzapine rapid-disintegrating tablet in patients with
1998 – 1999             schizophrenia and related psychotic disorders

23) Glaxo Wellcome   A multicentre, double-blind, placebo-controlled, flexible-dose, parallel-
1997 – 2000             group evaluation of the safety and efficacy of lamotrigine in the long-term
                        prevention of mood episodes in patients with bipolar disorder with rapid
                        cycling

24) Pfizer              A 156-week (3-year) double-blind extension study evaluating the safety
1997 - 2000             and efficacy of two dose regimens of oral ziprasidone (CP,88,059-1)
                        (8-120 mg qd and 40-80 mg bid) and haloperidol (5-20 mg daily) in the
                        maintenance treatment of outpatients with schizophrenia or schizoaffective
                        disorder who have successfully completed previous protocol

32

| 25) Wyeth Ayerst 1999 – 2000 | A double-blind, placebo-controlled, comparative study of an extended release formulation of venlafaxine and imipramine on the time of onset of antidepressant response in patients with severe major depression |
|---|---|
| 26) Janssen 1999 – 2000 | Risperidone depot (microsphere) versus risperidone tablets – a non-inferiority efficacy trial in subjects with schizophrenia |
| 27) SmithKline Beecham 2000 | A 12-week, double-blind, placebo-controlled, parallel group study to assess the efficacy and tolerability of paroxetine in patients suffering from posttraumatic stress disorder (PTSD) |
| 28) Janssen 2000 | An observational, open, parallel-group trial to document the steady-state pharmacokinetics and safety of valproate in combination with risperidone or placebo in 24 adult bipolar patients |
| 29) Wyeth Ayerst 2000 | A double-blind, placebo-controlled, comparative efficacy study of venlafaxine ER and sertraline in producing remission in outpatients with major depressive disorder |
| 30) Janssen 2000 | Risperidone depot (microspheres) – long term safety trial |
| 31) Janssen 2000 | Risperidone depot (micropheres) in the treatment of subjects with schizophrenia or schizoaffective disorder – an open-label follow up trial of two previous studies |
| 32) Glaxo 2000 | An eight-week, multicentre, double-blind, double-dummy, randomized, parallel group study comparing the effects of 20 mg of paroxetine to 150 mg of Wellbutrin SR in patients with major depressive disorder |
| 33) Pfizer 2000 | A one-year, open-label study comparing patient outcomes and cost effectiveness of treatment initiation with oral ziprasidone hydrochloride versus treatment initiation with oral olanzapine in patients with schizophrenia or schizoaffective disorder |
| 34) Wyeth Ayerst 2000 | A double-blind, placebo-controlled study of a flexible dose of venlafaxine ER in adult outpatients with generalized social anxiety disorder |
| 35) Astra Zeneca 2000 | The efficacy, safety and tolerability of robalzotan in patients with major depressive disorder: a paroxetine and placebo-controlled 8-week study |
| 36) Parke Davis 2000 – 2001 | An 8-week, double-blind, randomized, multicenter, flexible-dose, placebo-controlled study of pagoclone in patients with panic disorder |
| 37) Wyeth Ayerst 2000 – 2001 | A double-blind, placebo-controlled, parallel-group, flexible-dose study of venlafaxine extended release capsules in adult outpatients |

33

with panic disorder

38) Eli Lilly
2000 – 2001

Open-label combination of olanzapine and fluoxetine in major depressive disorder

39) Parke Davis
2000 – 2001

A 6-week, double-blind, randomized, multicenter, flexible-dose, placebo-controlled study of pagoclone in patients with generalized anxiety disorder

40) Pfizer
2000 – 2001

A 364-week (7-year) open extension study evaluating the safety and outcome of 40-200 mg daily of oral ziprasidone or 1-8 mg bid of oral risperidone daily in the treatment of subjects who have participated in previous ziprasidone clinical trials

34