**EXHIBIT 4.B**

**Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

**Report of studies examining possible factors involved in the increased seizure risk of**

**bupropion HCl.**

Peter Silverstone, MB BS, MD, FRCPC

Senior Vice-President, Medical & Scientific Affairs

Biovail Corporation

7150 Mississauga Road

Mississauga, Ontario, Canada L5N 8M5

Tel.: (908) 927-1766

E-mail: Peter.Silverstone@biovail.com

Introduction.

Bupropion hydrochloride is a well established and effective medication for the treatment of depression and tobacco dependence. Its novel mechanism of action is believed to be due to its dual inhibition of norepinephrine and dopamine reuptake. Although bupropion is well tolerated, it is associated with an increased risk of grand mal seizures. With the immediate release (IR) formulation of bupropion HCl, the incidence of seizures is 0.1% at doses up to 300mg/day and increases to 0.4% at doses in the range of 300 to 450mg/day [1,2]. This increase in seizure rates continues as the dose increases, and during early product development increasing the dose to 600mg/day increased the rate of seizures observed by approximately 10-fold [1]. Thus, a moderate incremental increase in the dose has been found to result in a significant increase in seizure rates.

The exact mechanism of bupropion's action, the cause of the seizures, and the possible role its metabolites play in both its safety and efficacy are all poorly understood. The following report details the results of studies that Biovail has recently conducted to try and further understand these issues. These studies focus particularly on the risk of seizures and the possible role played by dose increases, rate of release of drug, metabolites, and interactions with alcohol.

Impact of incremental increases in doses.

It has been widely reported that there is a clear dose dependant relationship with bupropion hydrochloride (HCl) and the frequency of seizures in both animals and humans, i.e. the risk of seizures increases as the dose increases. This finding is not unique to bupropion [3].

To evaluate this relationship Biovail conducted studies to investigate the relationship between the dose levels and the rate of seizure activity. These studies were performed by an independent laboratory. The animals used for the studies were experimentally naïve female Swiss albino CD-1 mice. Bupropion HCl was administered intraperitoneally in a solution in 0.9% sterile saline in a dose volume of 10mL/kg.

In an early study bupropion was administered at three dose levels, 100, 125 and 150mg/kg, with N=10 per dose level and it was observed that while no incidents of seizures were observed at 100mg/kg, all animals had clonic convulsions at the 125 and 150mg/kg dose levels. There was also a significant increase in the number of clonic convulsions recorded for the animals at each dose level (Table 1 and Figure 1).

Table 1 Incidence of convulsions in mice relative to bupropion dose

| Dose Level (mg/kg) | (Mean No. of convulsions per mouse) |
|---|---|
| 100 | 0 (0/10)* |
| 125 | 16.0 (10/10)* |
| 150 | 82.7 (10/10)* |

*(N/10) is the number of convulsing mice out of 10.

**Figure 1**



Change in seizure rate with dose of bupropion

A subsequent study was then performed which looked at three dose levels, 100, 110 and 120mg/kg with ten mice per group. This study again showed a sharp dose dependant increase in the percentage of convulsing mice with a 300% increase in the number of convulsing mice occurring with a 20% increase in dose (Table 2 and Figure 2). The $CD_{50}$ (convulsive dose$_{50}$, i.e., the dose of bupropion HCl producing a seizure response in 50% of animals), was calculated using the PROBIT procedure in SAS® and was found to be 119.7 mg/kg. The 95% confidence intervals were calculated according the method of Litchfeld and Wilcoxon[4] and were found to be 104.1 and 137.6mg/kg. This corresponds well with a value of 119.7 (CI:104, 137.6) mg/kg reported previously [5]. The findings from these two studies clearly demonstrate that even a small dose increase in bupropion significantly increases seizure frequency, a finding consistent with human evidence.

Table 2 Incidence of convulsions in mice relative to bupropion dose

| Dose Level (mg/kg) | % of convulsing mice |
|---|---|

| Vehicle | 0 (0/10) |
|---|---|
| 100 | 20 (2/10)* |
| 110 | 30 (3/10)* |
| 120 | 60 (6/10)* |

*(N/10) is the number of convulsing mice out of 10.

**Figure 2**

Change in percentage of convulsing mice with dose of bupropion



Rate of drug infusion

To investigate the relationship between the rate of input of bupropion HCl and the incidence of seizures Biovail carried out a study at an independent laboratory. The animals used for the studies were experimentally naïve female Swiss albino CD-1 mice. Bupropion HCl (120mg/kg) was administered intraperitoneally via a surgically implanted catheter as a solution in 0.9% sterile saline in a dose volume of 10mL/kg with 10 mice per group. In order to determine the impact of the rate of input on the seizure rate, bupropion HCl was

administered by syringe pump to six groups over a range of timeframes from 15 to 240 minutes. A bolus injection of the same dose was administered to a further group. The findings from the study, detailed below and in Table 3, Figure 3, & Figure 4, show that even small changes in the rate of drug infusion can significantly alter seizure rates.

The study demonstrates that administration of bupropion up to a period of 60 minutes resulted in 50% or above of mice in each group having convulsions. Increasing the infusion time led to a significant decrease in incidence of seizures with less than 7% of mice having seizures when bupropion was administered over 90 minutes or more compared to 87.5% of mice having seizures when the drug was infused in 60 minutes or less. While this is informative it is not unexpected as clearance of bupropion and metabolites will eventually occur in a similar timeframe to the drug infusion thereby reducing plasma levels with the resultant effect of loss of efficacy and proconvulsant activity.

Table 3 Effect of increasing infusion on the incidence of seizures in mice

| Infusion time (minutes) | Mean number of convulsions per mouse | % of convulsing mice |
|---|---|---|
| Bolus | 15.5 | 60 (6/10) |
| 15 | 27.2 | 90 (9/10) |
| 30 | 16.1 | 50 (5/10) |
| 60 | 17.0 | 50 (5/10) |
| 90 | 0.0 | 0 (0/9) |
| 120 | 3.4 | 20 (2/10) |
| 240 | 0.0 | 0 (0/10) |

**Figure 3**



**Figure 4**



More interestingly, when the drug is infused over fifteen minutes there is a 50% increase in the percentage of convulsing animals relative to the bolus injection and to a 30 minute infusion time. It was also apparent that the severity of the seizures observed became more pronounced on increasing the infusion time. In previous studies a rating scale based on actual observations was adopted in order to differentiate between the severity of the seizures observed. This has permitted the grading of the intensity of each convulsion as mild, moderate or severe as follows:

Mild - Head and tail slightly extended and little jerking

Moderate - Head and tail fully extended and some jerking

Severe - Head and tail fully extended and strong jerking.

If the number of severe seizures is considered the trend is even more evident (Table 4 and Figures 5 and 6) with a dramatic increase in the rate of severe seizures on going from the bolus injection to a 15 minute infusion time.

Table 4 Incidence of severe convulsions relative to infusion time.

| Infusion time (minutes) | Number of severe convulsions | % of severe convulsions |
|---|---|---|
| Bolus | 0 | 0 |
| 15 | 59 | 21.7 |
| 30 | 28 | 17.4 |
| 60 | 22 | 12.9 |
| 90 | 1 | 2.9 |
| 120 | 0 | 0 |
| 240 | 0 | 0 |

**Figure 5**



**Figure 6**



Seizure Risk of Wellbutrin XL

As discussed in the introduction, when the immediate release (IR) formulation of bupropion HCl is administered the incidence of seizures is 0.1% at doses up to 300mg/day and increases to 0.4% at doses in the range of 300 to 450mg/day. No formal evaluation of the incidence of seizures with Wellbutrin XL has been performed. As stated in the labeling, the incidence of seizures associated with Wellbutrin XL is expected to be similar to that of Wellbutrin (IR) based on Wellbutrin XL being bioequivalent to Wellbutrin (IR) with regard to both the parent compound and the metabolites under appropriate conditions. Based on our experimental observations it would appear that the relationship between rate of input and incidence of seizures is relatively complex. Since our studies clearly demonstrate that only small differences in dose and rate of administration can significantly affect seizure rates, it cannot reasonably be concluded that a product will have a comparable incidence of seizures it had not been shown to be bioequivalent to the IR formulation. Bioequivalence determinations are all made with regard to a reference product. Unless bioequivalence is established with regard to the IR formulation, there is no linkage between the risk of seizure for a generic formulation and the label statement regarding the incidence of seizure that is expected.

Effects of metabolites on seizure rates

Bupropion is extensively metabolized following oral administration. Of the various metabolites formed there are three major metabolites which contribute significantly to the overall efficacy of bupropion as an antidepressant. These metabolites, hydroxybupropion, threohydrobupropion and erythrohydrobupropion, have been evaluated for efficacy in the antitetrabenazine test and have been found to have relative potencies of about 0.5, 0.2 and 0.2 respectively [11].

Hydroxybupropion and threohydrobupropion have also been shown to inhibit the uptake of norepinephrine and dopamine [12]. While the antidepressant activity of these pharmacologically active metabolites has been investigated [13-16] limited discussion has taken place on the role of the metabolites in bupropion's epileptogenic properties despite the fact that they accumulate to a much greater extent than bupropion due to their slower clearance. Biovail has initiated a program to investigate the proconvulsant liability of the

three major metabolites in an attempt to better understand their contribution to bupropion's proconvulsant activity.

Metabolite investigations

A dose proportionality study, to evaluate the safety of a 450mg bupropion HCl extended release tablet by comparison to 3 x Wellbutrin XL 150mg tablets under fasted steady state conditions was initiated. This study was terminated after one male subject had a two minute seizure which occurred seven hours after receiving the bupropion HCl ER tablet. Following the seizure a trough plasma sample was taken (24 hours post administration). Analysis of the sample indicated that the metabolite/parent ratios were significantly higher than was expected based on previous studies and data reported in the literature [7]. Table 5 shows the trough plasma data for the subject in question and reported data in the scientific literature, and this case is described in more detail in Appendix #1

Table 5 Trough analyte plasma levels (ng/ml) after 450mg bupropion administration

| Analyte | Convulsant subject | Preskorn and Katz (Plasma Range)[7] |
|---|---|---|
| Bupropion | 31.4 | 10-99 |
| Hydroxybupropion | 916.5 | 587-2243 |
| Erythrohydrobupropion | 322.8 | 181-1649 |
| Threohydrobupropion | 2391.2 | 52-351 |

The Metabolite/Parent drug ratios were: hydroxybupropion - 27.3, threohydrobupropion - 75.4, and erythrohydrobupropion - 10.2. These ratios are markedly higher than the Metabolite/Parent ratios (metabolite $C_{min}$/molecular weight)/(bupropion $C_{min}$/molecular weight) that were calculated using previous data obtained following multiple dose administration of once-daily Wellbutrin XL 300 mg/day: hydroxybupropion – 24.5, threohydrobupropion – 13.1, and erythrohydrobupropion – 2.7 (Study 2543). As bupropion and its metabolites exhibit linear kinetics following chronic administration of 300 to 450 mg/day,[18] therefore, it is expected that the Metabolite/Parent ratios obtained in this dosage range would have been similar.

From the data it can be seen that abnormally elevated levels of threohydrobupropion were observed. Furthermore, the time that the seizure occurred coincided with the expected $T_{max}$ for the erythro and threohydrobupropion. In view of this, Biovail have conducted a preliminary study in mice to investigate the proconvulsant nature of the three pharmacologically active metabolites at an independent laboratory using experimentally naïve female Swiss albino CD-1 mice. The full study report is attached as Appendix #2.

Hydroxybupropion hydrochloride, erythrohydrobupropion hydrochloride and threohydrobupropion hydrochloride were administered intraperitoneally as a solution in 0.9% sterile saline in a dose volume of 10mL/kg with 3 mice per group over four dose concentrations (Table 6). The four dose levels were selected to be equimolar to bupropion hydrochloride at 50, 75, 100 and 125mg/kg to enable a comparative analysis of the data with that generated in previous bupropion hydrochloride studies.

Table 6 Design of metabolite study

| Group/ Identification | | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| | | | | | |
| 1 | Hydroxybupropion HCl | 52.9 | 5 | 10 | 3 |
| 2 | Hydroxybupropion HCl | 79.4 | 7.5 | 10 | 3 |
| 3 | Hydroxybupropion HCl | 105.8 | 10.0 | 10 | 3 |
| 4 | Hydroxybupropion HCl | 132.3 | 12.5 | 10 | 3 |
| | | | | | |
| 5 | Erythrohydrobupropion HCl | 50.4 | 5 | 10 | 3 |
| 6 | Erythrohydrobupropion HCl | 75.5 | 7.5 | 10 | 3 |
| 7 | Erythrohydrobupropion HCl | 100.7 | 10.0 | 10 | 3 |
| 8 | Erythrohydrobupropion HCl | 125.9 | 12.5 | 10 | 3 |
| | | | | | |
| 9 | Threohydrobupropion HCl | 50.4 | 5 | 10 | 3 |
| 10 | Threohydrobupropion HCl | 75.5 | 7.5 | 10 | 3 |
| 11 | Threohydrobupropion HCl | 100.7 | 10.0 | 10 | 3 |
| 12 | Threohydrobupropion HCl | 125.9 | 12.5 | 10 | 3 |

With all three metabolites a dose dependant increase in the number, severity and duration of convulsions was observed. Furthermore it was evident at the higher doses that the severity of the seizures increased. In order to differentiate between the severity of the seizures observed an arbitrary rating scale was adopted where the intensity of each convulsion was graded as mild, moderate or severe as follows:

Mild - Head and tail slightly extended and little jerking

Moderate - Head and tail fully extended and some jerking

Severe - Head and tail fully extended and strong jerking.

With hydroxybupropion 67% of the animals had pronounced seizures at the 52.9 mg/kg dose level and all animals convulsed at the dose levels of 79.4 mg/kg and above. Following treatment with hydroxybupropion HCl at 105.8 and 132.3 mg/kg, one animal per dose level was found dead within 15 minutes of dosing, whilst the two remaining animals, per group, were euthanized for humane reasons within 15 minutes of dosing, with the exception of one animal treated at 105.8 mg/kg which was euthanized approximately 60 minutes post dose. The data detailing the number of seizures and the severity of the seizures is shown in Table 7. No data has been included for the 132.3mg/kg dose level given the significant number of deaths.

Table 7 Results from metabolite study - Hydroxybupropion

| Group | Dose level (mg/kg) | Number of animals displaying episodes of convulsion | Total Number of Seizures in Group of Animals | | |
|---|---|---|---|---|---|
| | | | Mild | Moderate | Severe |
| 1 | 52.9 | 1 (1/3) | 3 | 1 | 0 |
| 2 | 79.4 | 3 (3/3) | 10 | 4 | 0 |
| 3 | 105.8 | 3 (3/3) | 59 | 17 | 6 |

*(N/10) is the number of convulsing mice out of 10.

Erythrohydrobupropion produced convulsions in 33% of mice at the 50.4mg/kg dose level in all mice at dose levels of 75.5mg/kg and above (Table 8).  No deaths occurred following dosing at 50.4, 75.5 or 100.7 mg/kg.  Following treatment at 125.9 mg/kg one animal was found dead 8 minutes following dosing, whilst the two remaining animals were euthanized for humane reasons due to severe respiratory distress observed within 15 minutes of dosing. No data has been included for the 125.9 mg/kg dose level given the significant number of deaths.

Table 8 Results from metabolite study – Erythrohydrobupropion

| Group | Dose level (mg/kg) | Number of animals displaying episodes of convulsion | Total Number of Seizures in Group of Animals | | |
|---|---|---|---|---|---|
| | | | Mild | Moderate | Severe |
| 1 | 50.4 | 1 (1/3) | 3 | 1 | 0 |
| 2 | 75.5 | 3 (3/3) | 10 | 4 | 0 |
| 3 | 100.7 | 3 (3/3) | 59 | 17 | 6 |

Threohydrobupropion also produced convulsions in 33% of mice at the 50.4mg/kg dose level and in all mice at dose levels of 75.5mg/kg and above with the exception of one mouse at the 125.9 mg/kg dose level. (Table 9).  No deaths occurred following dosing with threohydrobupropion HCl at 50.4 mg/kg.  Two animals per group dosed at 75.5, 100.7 and 125.9 mg/kg were euthanized for humane reasons.   Those animals euthanized, were sacrificed within 15 minutes of dosing, due to severe respiratory distress, with the exception of one animal treated at 100.7 mg/kg, which was sacrificed approximately 1 hour post dose due to an excessive number of convulsions.

Table 9 Results from metabolite study - Threohydrobupropion

| Group | Dose level (mg/kg) | Number of animals displaying episodes of convulsion | Total Number of Seizures in Group of Animals | | |
|---|---|---|---|---|---|
| | | | Mild | Moderate | Severe |
| 5 | 50.4 | 1 (1/3) | 10 | 0 | 0 |
| 6 | 75.5 | 3 (3/3) | 5 | 9 | 7 |
| 7 | 100.7 | 3 (3/3) | 28 | 29 | 22 |
| 8 | 125.9 | 2 (2/3) | 26 | 7 | 3 |

Although the study was relatively low powered it is still valid for a comparison with bupropion seizure data from a previous study (Table 10) which indicates that the proconvulsant activity of the metabolites poses a significant risk.

Table 10 Incidence of convulsions in mice relative to bupropion dose

| Dose Level (mg/kg) | % of convulsing mice |
|---|---|
| Vehicle | 0 (0/10) |
| 100 | 20 (2/10)* |
| 110 | 30 (3/10)* |
| 120 | 60 (6/10)* |

*(N/10) is the number of convulsing mice out of 10.

Interaction of bupropion with alcohol

It is also known that factors which include the excessive use of alcohol and sedatives, history of head trauma or prior seizure, and substance abuse, to mention a few, are associated with increased risk of bupropion-induced seizures.[11]    In addition, postmarketing surveillance reports have indicated that there have been rare cases of adverse neuropsychiatric events or reduced alcohol tolerance in patients who are taking alcohol during treatment with bupropion.[11] Despite these latter reports, previous studies of the pharmacokinetic and/or pharmacodynamic interactions between alcohol and bupropion have revealed no significant pharmacodynamic interactions in animals,[19] and no pharmacokinetic interactions in healthy human volunteers.[20] Furthermore, there are no

studies specifically investigating the interaction between alcohol and bupropion-induced seizures in animals or man.

In view of the dearth of publications relating to the interaction of alcohol with bupropion Biovail has conducted a study to evaluate the effect of concomitant ethanol administration on single-dose bupropion HCl-induced seizures in the Swiss albino mouse model at an independent laboratory. The study report is attached as Appendix #3. The animals used for the studies were experimentally naïve female Swiss albino CD-1 mice. Bupropion hydrochloride, was administered intraperitoneally as a solution in 0.9% sterile saline in a dose volume of 10mL/kg with 10 mice per group over three dose concentrations; 100, 110 and 120 mg/kg based on previous studies (Table 11). A parallel series of groups was also evaluated which included the intraperitoneal administration of ethanol at a dose of 2.5g/kg in a dose volume of 10mL/kg five minutes prior to bupropion hydrochloride administration. Two further groups of mice (N=10), administered with saline and saline + ethanol were also included as controls.

Table 11 Design of alcohol interaction study

| Group/I.D. | Bupropion Dose Level (mg/kg) | Ethanol Dose Level (g/kg) | No. of Females |
|---|---|---|---|
| 1 | 0 | 2.5 | 10 |
| 2 | 100 | 2.5 | 10 |
| 3 | 110 | 2.5 | 10 |
| 4 | 120 | 2.5 | 10 |
| 5 | 0 | 0 | 10 |
| 6 | 100 | 0 | 10 |
| 7 | 110 | 0 | 10 |
| 8 | 120 | 0 | 10 |

Figure 7



Pretreatment with ethanol resulted in markedly increased percent of mice with bupropion HCl-induced seizures at the 100 mg/kg dose which was maintained at the 110 and 120 mg/kg doses. The latter results are consistent with a 3.5-, 2.3- and 1.2-fold increase in the percent of convulsing mice at the 100, 110 and 120 mg/kg doses, respectively, following ethanol pretreatment. In addition, ethanol pretreatment resulted in a flat dose-response within the dosage range of 100 to 120 mg/kg studied. The $CD_{50}$ (convulsive dose$_{50}$, i.e. the dose of bupropion producing a seizure response in 50% of animals), a well known index of convulsive liability, was calculated using the PROBIT procedure in SAS®. The 95% confidence intervals were calculated according the method of Litchfeld and Wilcoxon[21]. The $CD_{50}$ for bupropion HCl alone treatment of 116.72 (CI: 107.95, 126.20) mg/kg is similar to the value of 119.7 (CI: 104.1, 137.6) mg/kg reported previously for bupropion HCl in Swiss mice,[22] and confirms the validity of this animal model. The $CD_{50}$ of 89.40 (CI: 64.92, 123.10) mg/kg for the ethanol/bupropion HCl treatment gives a 23% reduction in the $CD_{50}$ value for bupropion HCl-induced seizures compared to the bupropion HCl alone treatment.

It was also observed that the severity and duration of the seizures increased when ethanol was co-administered. Tables 12 and 13 show the details for the intensity and duration of convulsions observed. From this data it can be seen that when bupropion HCl is

administered alone there are no severe convulsions and only 4 moderate convulsions observed while in contrast, when alcohol is co-administered, 75 moderate and 7 severe convulsions were recorded. Similarly there is an increase from 4 to 22 and from 0 to 23 in the number of medium (11-30 secs) and long (=31 secs) duration convulsions respectively resulting from the co-administration of alcohol.

Table 12 Effect of ethanol pretreatment on Bupropion HCl-induced convulsions
– Intensity of convulsions

| Dose (mg/kg) n=10 per group* | Intensity of Convulsions | | | | | |
|---|---|---|---|---|---|---|
| | Mild | | Moderate | | Severe | |
| | BUP | ET + BUP | BUP | ET + BUP | BUP | ET + BUP |
| 0 (V or ET +V) | 0 | 1 | 0 | 1 | 0 | 0 |
| 100 | 1 | 37 | 1 | 65 | 0 | 7 |
| 110 | 21 | 10 | 1 | 5 | 0 | 0 |
| 120 | 19 | 17 | 2 | 4 | 0 | 0 |

\* - n = 10 mice per group for bupropion HCl alone and ethanol + bupropion HCl treatments groups.

BUP = Bupropion HCl; ET = Ethanol; V = Vehicle or 0.9% sodium chloride (NaCl).

Table 13 Effect of ethanol pretreatment on Bupropion HCl-induced convulsions
– Duration of convulsions

| Dose (mg/kg) n=10 per group* | Duration of Convulsions | | | | | |
|---|---|---|---|---|---|---|
| | Number of Short Convulsions (0 - 10 sec) | | Number of Medium Convulsions (11 - 30 sec) | | Number of Long Convulsions (=31 sec) | |
| | BUP | ET + BUP | BUP | ET + BUP | BUP | ET + BUP |
| 0 (V or ET +V) | 0 | 1 | 0 | 1 | 0 | 0 |

| 100 | 1  | 78 | 1 | 17 | 0 | 14 |
| 110 | 22 | 6  | 0 | 3  | 0 | 6  |
| 120 | 18 | 17 | 3 | 1  | 0 | 3  |

\* - n = 10 mice per group for bupropion HCl alone and ethanol + bupropion HCl treatments groups.

BUP = Bupropion HCl; ET = Ethanol; V = Vehicle or 0.9% sodium chloride (NaCl).

In addition to any concerns relating to the pharmacokinetic or pharmacodynamic interaction between bupropion and alcohol there is also the potential for a physical interaction between ingested ethanol and the in vivo performance of a sustained release dosage form. At worst the presence of high concentrations of ethanol in the stomach can potentially lead to a significant increase in the rate of release of a drug from a formulation mediated by, for example, the dissolution of a release controlling polymer or an increase in solubility of the drug in the ethanolic rich medium. Both of these scenarios can lead to a rapid release of drug or "dose-dumping" which can in turn, where a drug is rapidly absorbed, lead to significantly elevated plasma levels which resultant toxic consequences. With a drug, such as bupropion, which is known to have a sharp dose dependant relationship with its proconvulsant activity this could potentially have serious consequences for patient safety.

Wellbutrin XL has been found to have resistance to alcohol for both the 150 mg and 300 mg tablets (Figures 8 and 9) thereby ensuring that concerns relating to the potential for dose-dumping when taken with alcohol are minimized.

**Figure 8**



**Figure 9**



Conclusions

Based on the above data, it is Biovail's belief that one cannot comment with certainty regarding the safety of a new bupropion hydrochloride formulation unless it is bioequivalent to both the extended-release product it purports to be equivalent to and the IR product, which represents the only existing data regarding seizure incidence. We have clearly shown that small changes in dose or in rate of release can impact the risk of seizures.

While the contribution of the metabolites to the efficacy of bupropion has been reported there have been no publications on the contribution of the metabolites to the proconvulsant activity of bupropion. The preliminary study carried out above strongly indicates that the metabolites play a significant role in this respect, and especially when it is considered that all three metabolites are present at plasma levels equal to or greater that those of bupropion at steady state. Therefore their proconvulsant efficacy exhibited in this study clearly supports the assertion that for a product to have an equivalent safety profile to Wellbutrin XL, Wellbutrin SR and Wellbutrin immediate release tablets that there should be assurance that the plasma levels of the metabolites are determined relative to the aforementioned Wellbutrin formulations to ensure that patient safety is not compromised.

The study comparing the effect of taking bupropion together with alcohol clearly indicates the increased risk with the co-administration of alcohol. While current labeling clearly indicates the risk of the concomitant use of alcohol with bupropion there is significant potential that depressed patients will ignore the risk. Wellbutrin XL will not prevent the physiological interaction between alcohol and bupropion but it will ensure that the physiological interaction is not significantly exacerbated as might happen if an uncontrolled release of bupropion were to ensue from alcohol mediated dose-dumping". In view of the significant risk that is posed it is essential that all formulations of bupropion are resistant to alcohol to ensure that comparable safety to Wellbutrin (IR), Wellbutrin SR and Wellbutrin XL is achieved.

References

(1) S.M. Stahl et al. Prim. Care Companion J. Clin. Psychiatry, 2004, 6(4), 159-166.

(2) Wellbutrin Prescribing Information, GlaxoSmithKline 2006.

(3) F. Pisani et al., Drug Safety, 2002, 25(2), 91-110.

(4) J.T. Litchfield Jr, F. Wilcoxon, J Pharmacol Exp Ther. 1949, 96, 99-113.

(5) P. Tutka et al. Eur. J. Pharmacology, 2004, 499, 117-120.

(6) P. Tutka et al. Epilepsy Res., 2005, 64, 13-22.

(7) Cooper et al, 1994. Neuropsychopharmacol, 11, 133-141

(8) Jefferson et al, 2005. Clinical Therapeutics 27, 1685-1695

(9) G Persola & J Avasarala, J Emerg Med, 22, 235-239.

(10) W Fischer, 2005, J Neural Transm, 112, 1149-1163

(11) GlaxoSmithKline. Wellbutrin XL™ (bupropion hydrochloride extended-release tablets) prescribing information, September 2006.

(12) Ascher et al., J. Clin. Psychiatry, 1995, 56, 395-401.

(13) P. Martin et al., Pharmacopsychiatry, 1990, 23, 187-194.

(14) D.H. Schroeder, J. Clin. Psychiatry, 1983, 44(Suppl. 5), 79-81.

(15) S.H. Preskorn, J. Practical Psychiatry and Behavioural Health, January 2000, 272-276. http://www.preskorn.com/columns/0001.html

(16) M.L. Bondarev. Eur. J. Pharmacol., 2003, 474, 85-93.

(17) Freedom of Information.  Summary basis of approval of Wellbutrin XL, 2006

(18) A. Tartara et al., 1985 Mar-Apr, 7(2), 139-141.

(19) J. Posner et al. Eur J Clin Pharmacol. 1984, 26(5), 627-630.

(20) J.T. Litchfield Jr, F. Wilcoxon, J Pharmacol Exp Ther. 1949, 96, 99-113.

(21) P. Tutka et al. Eur. J. Pharmacology, 2004, 499, 117-120.