Appendix 1

Report of studies examining possible factors involved
in the increased seizure risk of bupropion HCl

Seizure occurring in an individual treated with bupropion suggests changes in bupropion metabolite concentrations may be related to seizure risk.

Peter Silverstone, MB BS, MD, FRCPC [1], Okponanabofa Eradiri, Ph.D. [2]

[1] Biovail Corporation, Mississauga, Ontario, Canada

[2] Biovail Corporation, Chantilly, Virginia, USA

Address for Correspondence & Reprint Requests:

    Peter Silverstone, MB BS, MD, FRCPC
    Senior Vice-President, Medical & Scientific Affairs
    Biovail Corporation
    7150 Mississauga Road
    Mississauga, Ontario, Canada L5N 8M5
    Tel.: (908) 927-1766
    E-mail: Peter.Silverstone@biovail.com

**Key Words:** bupropion HCl extended-release; once-daily; 450 mg tablet; oral administration; safety; seizures.

ABSTRACT

Wellbutrin XL is approved for once-daily administration in the treatment of major depressive disorder and is only available as 150 and 300 mg oral tablets. The safety of a newly developed single 450 mg bupropion HCl extended-release (ER) tablet was evaluated in a 2-way, randomized, crossover, dosage form proportionality study by comparison to Wellbutrin XL 3 x 150 mg tablets under steady-state, fasting conditions in normal healthy nonsmoking male and female volunteers (n=54; 18 – 55 years). All subjects were initially treated and dose-titrated with Wellbutrin XL 150 mg tablet QD for 7 days; then 2 X 300 mg tablets QD for 21 days; and then subjects were randomized to receive either bupropion HCl ER 1 X 450 mg tablet QD or Wellbutrin XL 3 X 150 mg tablets QD for 14 days. Subjects were to be crossed over after 14 days without a washout period. However, the study was prematurely terminated on the 7th day after randomized treatment because one subject had a 2-minute seizure occurring 7 hours after receiving bupropion HCl ER 450 mg QD. Following the seizure, a trough plasma sample from this subject (17 hours post-seizure) showed markedly higher levels of the metabolites and Metabolite/Parent ratios than anticipated for both erythrohydrobupropion and threohydrobupropion (3.8 and 5.7 respectively). This is the first case report of measurement of metabolite concentrations in a subject shortly after a bupropion-induced seizure, and the findings suggest that changes in metabolite levels may underlie seizure risk.

## INTRODUCTION

Wellbutrin XL™ was approved for once-daily administration in the treatment of patients with major depressive disorder by the FDA in August 2003.[1] Wellbutrin XL is available as 150 and 300 mg tablets. In a pharmacokinetic study comparing 14-day dosing with a single Wellbutrin XL 300 mg tablet administered once-daily to the immediate-release formulation of bupropion 100 mg administered 3 times daily, equivalence was demonstrated for peak plasma concentration ($C_{max}$) and the area under the plasma concentration-time curve (AUC) for bupropion and the 3 principal metabolites, hydroxybupropion, threohydrobupropion and erythrohydrobupropion.[1]

Biovail (Biovail Laboratories International) developed a single Bupropion hydrochloride extended-release (Bupropion HCl ER) 450 mg tablet for once-daily administration. The original objective of this 2-way, dosage form proportionality study was to compare the peak ($C_{max}$) and systemic exposure (AUC) of Wellbutrin XL 3 X 150 mg tablets and Bupropion HCl ER 450 mg tablets under steady-state, fasting conditions in normal healthy, nonsmoking, male and female volunteers. However, the study was prematurely terminated after one subject developed a seizure while on the 450 mg QD dose. Even though there are numerous published reports of the safety of the various bupropion formulations in the treatment of patients with major depressive disorder,[2-6] there is a dearth of published reports on the safety of bupropion in normal healthy volunteers. Published reports on the safety of bupropion either combine normal volunteer and patient exposures[2,4] or focus mainly on safety in patient studies.[3,5,6] Furthermore, there are no published reports of the safety of Wellbutrin XL in patients or normal healthy volunteers. Therefore, the objective of this report is to summarize the comparative safety of Wellbutrin XL 150 mg and Bupropion HCl ER 450 mg tablets, following multiple dose administrations, in a

pharmacokinetic study in normal healthy volunteers. In addition, there are no previously published reports of bupropion metabolite levels in individuals who have had a seizure, and this report is the first publication to examine this.

**SUBJECTS AND METHODS**

The study protocol and the informed consent, including any amendments, was reviewed and approved by an appropriately constituted Institutional Review Board, and the study was conducted in compliance with the Declaration of Helsinki and its amendments and FDA's good clinical practice guidelines. Every subject provided written informed consent prior to his or her participation in the study, including the initiation of screening.

**Subject Selection**

Healthy (n = 54), non-smoking, male and female volunteers (subjects), aged 18 to 55 years with a body mass index (BMI) of 18.5 to 29.9 kg/m$^2$ who provided written informed consent were enrolled into the study. They were also required to have normal findings on physical examination, electrocardiogram (ECG), electroencephalogram (EEG), and vital signs; as well as negative results for urine drug screen test, nicotine (cotinine) test, hepatitis B-surface antigen, hepatitis C, HIV, and normal clinical laboratory test results. In addition, female subjects were required to have a negative serum β–hCG pregnancy test result.

The exclusion criteria included subjects with a known history of hypersensitivity to bupropion, Wellbutrin, Wellbutrin SR, Wellbutrin XL, zyban and/or related drugs; known history or presence of clinically significant cardiac, pulmonary, gastrointestinal, endocrine,

musculoskeletal, neurological (including epilepsy), hematological, hepatic or renal disease, or any clinically significant illness within the last 4 weeks prior to study entry; known history of serious head injury, seizures, or eating disorders such as bulimia or anorexia nervosa or any allergic reaction to a drug; use of any prescription medication within 14 days or over-the-counter medication within 7 days of study entry; or in the case of females, use of oral, transdermal, or implanted contraceptives within 30 days prior to study entry or lactation; subjects who have had blood drawn during participation in any clinical study within 56 days preceding study entry or as a blood donor; and any participation in a clinical trial of an investigational drug within 30 days or in plasma donation in a plasmapharesis program within 7 days preceding the study.

**Study Design**

The study was a 2-way, randomized, crossover, fasting, open-label, multiple-dose, dosage form proportionality study of Wellbutrin XL 150 mg tablets and Bupropion HCl ER 450 mg tablets preceded by an initial dose-titration phase for all subjects on Wellbutrin XL 150 mg once-daily (QD), followed by a dose increase to 300 mg QD. The duration of titration was prolonged beyond the recommended titration schedule for Wellbutrin XL[1] to enhance tolerability and minimize the risk of significant AEs. On Days 1 to 7 (7 days), all subjects received one Wellbutrin XL 150 mg tablet QD. On Days 8 to 28 (21 days), all subjects were dose-titrated to two Wellbutrin XL 150 mg tablets QD. On Day 29, subjects were then randomized to 2 treatment sequences to receive either treatment sequence A: Bupropion HCl ER 1 X 450 mg tablet QD for 14 days (Days 29 to 42) followed by Wellbutrin XL 3 X 150 mg tablets QD for 14 days (Days 43 to 56) or treatment sequence B: Wellbutrin XL 3 X 150 mg tablets QD for 14

days (Days 29 to 42) followed by Bupropion HCl ER 1 X 450 mg tablet QD for 14 days (Days 43 to 56).

**Study Procedure**

Subjects were admitted to the study facility one day prior to initiation of dosing. Subjects were instructed to take a single oral dose of the study medication with 240 ml of room temperature water at approximately 8:00 AM each day after an overnight fast of at least 10 hours. Subjects were fasted prior to dosing in the morning only on Days 50 to 56. However, a decision was made to terminate the study on Day 35 after dosing. Prior to this, on all other days, subjects received standard meals, including a standard breakfast, which was completed at least 30 min prior to dosing (at approximately 7:30 AM).

In all patients, treatment was titrated up as described under Study Design above, except in patients who reported signs of intolerance to the medication, pre-defined in the protocol as reported symptoms and/or observed signs of intolerance by the investigator including anxiety, tremor/tremulousness, dysphoria, insomnia, agitation, racing thoughts, other cognitive disturbances or significant behavioural change. In addition, the dose was not to be escalated if the investigator observed that subjects appeared hyperactive, if systolic BP was > 10 mm Hg over baseline for at least two consecutive days, if diastolic BP averaged > 5 mm Hg over baseline for at least two consecutive days, if heart rate averaged over 10 beats per minute over baseline for at least two consecutive days, or if there were any other signs of significant sympathetic or CNS activation.

**Assessments**

Safety assessments were made by recording and monitoring adverse events, physical examination results, clinical laboratory test results, vital signs, ECG, and EEG. A complete series of clinical laboratory evaluations (including serum chemistry, hematology, and urinalysis) was obtained during the screening visit and at study exit. Physical examination, vital signs, and ECG assessments were performed at screening and at the end of the study. An EEG was performed at screening. No pharmacokinetic assessment/analysis was performed because the study was terminated prematurely.

**Statistical Methods**

All subjects who received at least one dose of study medication were included in the evaluation of safety. No statistical tests were performed for the safety analyses. Demographic and baseline characteristics were summarized by treatment. The frequency and percentages of adverse events (AEs) were summarized by treatment and dose using MedDRA® system organ class and preferred term. Also, the number and percent of subjects who experienced at least one AE, overall incidence of serious AEs, the intensity of events, the relationship of events to study medication, and adverse events causing withdrawal from the study were all summarized and/or calculated. Metabolite/Parent drug ratios were calculated using the formula: (Metabolite plasma concentration/molecular weight)/(Bupropion plasma concentration/molecular weight). All analyses were performed using SAS® Version 8.2.

## RESULTS

Of the 54 subjects enrolled in this study, 10 (18.5%) discontinued from the study prior to study termination on Day 35. Three (5.5%), 4 (7.4%) and 3 (5.5%) subjects withdrew from the first (Wellbutrin XL 150 mg QD), and second (Wellbutrin XL 300 mg QD) titration phases and Days 29 to 35 of the study, respectively. Four (7.4%) subjects withdrew consent and 6 (11.1%) withdrew from the study due to adverse events. At the discretion of the investigator and based on intolerance, 21 (or 41%) subjects were not titrated up and remained on Wellbutrin XL 300 mg QD while 25 (49%) were titrated up to the 450 mg QD treatments.

**Demographic and Baseline Characteristics**

Table 1 shows the demographic and baseline characteristics of the subjects enrolled in the study. Overall, the mean ± SD age was 42.3 ± 8.9 years with the sexes equally represented (50.0% each) and the majority of the subjects were Hispanic (42/54 or 77.8%), as well, consistent with the demographics of the local population (Table 1).

**Extent of Exposure**

During the first titration phase, 51 of the 54 enrolled subjects completed 7 days of Wellbutrin XL 150 mg QD treatment. During the second titration phase, 47 subjects received at least 21 days of Wellbutrin XL 300 mg QD treatment. During the randomized treatment phase, 13 subjects received at least 1 dose of Bupropion HCl ER 450 mg QD, and 12 subjects received at least 1 dose of Wellbutrin XL 3 X 150 mg QD treatment (Table 2).

**Adverse Events**

Overall, 18.5%, 52.9%, 25.0% and 30.8% of the subjects had at least one AE during Wellbutrin XL 150 mg, Wellbutrin XL 300 mg, Wellbutrin XL 450 mg, and Bupropion HCl ER 450 mg QD treatments, respectively (Table 2). In 13.0%, 39.2%, 8.3% and 23.1% of these subjects during Wellbutrin XL 150 mg, Wellbutrin XL 300 mg, Wellbutrin XL 450 mg, and Bupropion HCl ER 450 mg QD treatments, respectively, the AEs were considered to be study medication-related by the investigator. The system organ classes with the most frequent adverse events were the nervous system, gastrointestinal, and skin and subcutaneous tissue disorders (Table 2). With the individual adverse events, the most frequently occurring AEs for all treatments combined were headache 20.4%, dizziness 13.0%, heart rate increased 9.3%, and constipation 7.4%, consistent with the most frequent AEs of bupropion reported previously.[1] The incidence of AEs increased with dose and exposure during titration from Wellbutrin XL 150 mg to 300 mg QD. However, during the 7 days of treatment with Wellbutrin XL 450 mg QD and Bupropion HCl ER 450 mg QD, the incidence of AEs were lower than during the 21 day treatment with Wellbutrin XL 300 mg QD. The latter observation may be due in part to the shorter duration of treatment with Wellbutrin XL 450 mg QD and Bupropion HCl ER 450 mg QD compared to Wellbutrin XL 300 mg QD, and due in part to the fact that 21 (41%) subjects that had intolerance issues with Wellbutrin XL 300 mg QD treatment were not dose-titrated to either Wellbutrin XL 450 mg QD or Bupropion HCl ER 450 mg QD treatments. Between the Wellbutrin XL 450 mg and the Bupropion HCl ER 450 mg QD treatments, the incidence of AEs was generally similar (Table 2).

During the study, the treatments were generally well tolerated during the titration phase. Most of the reported AEs were of mild intensity. One subject had two AEs (pruritus and generalized rash) of moderate intensity, and another subject had 3 AEs of moderate intensity (rash of the abdomen and arms, increased heart rate, and pruritus). One subject experienced a seizure that was considered severe. Six subjects (11.1%) discontinued the study due to adverse events. Adverse events leading to discontinuations from the study included chest discomfort (Wellbutrin XL 450 mg), constipation and increased heart rate (Wellbutrin XL 300 mg), hallucinations and increased heart rate (Wellbutrin XL 300 mg), hypertension (Wellbutrin XL 150 mg), rash and pruritus (Wellbutrin XL 300 mg), and seizure (Bupropion HCl ER 450 mg).

Other than the seizure (described below) no unexpected AEs or serious adverse events or deaths occurred during the study. Similarly, no clinically meaningful changes were seen in the results of the clinical laboratory tests, vital signs, ECG, and physical examination findings in the study.

**Seizures**

One subject experienced a seizure that lasted 2 min, and occurred 7 hours post-dose on the 6th day of dosing (Day 34) with Bupropion HCl ER 450 mg QD. The subject was a 50-year old black male who weighed 179 lbs. The seizure resolved spontaneously, and was considered to be severe in intensity, and probably related to study medication by the investigator. The subject, also, had no prior predisposing factors and was discontinued from the study following the event. The seizure was considered to be a serious medical event and was reported to the FDA "for notification purposes" only.

**Plasma Levels of Bupropion and Metabolites in the Seizure Case**

Following the seizure, a single plasma sample was collected from the subject at trough (17 hours post-seizure) and analyzed for concentrations of bupropion and its metabolites. The trough plasma concentrations for the 4 analytes were: bupropion = 31.44 ng/ml, hydroxybupropion = 916.5 ng/ml, threohydrobupropion = 2391.2 ng/ml, and erythrohydrobupropion = 322.8 ng/ml. The Metabolite/Parent drug ratios were: hydroxybupropion - 27.3, threohydrobupropion - 75.4, and erythrohydrobupropion - 10.2. These ratios are markedly higher than the Metabolite/Parent ratios (metabolite $C_{min}$/molecular weight)/(bupropion $C_{min}$/molecular weight) that were calculated using previous data obtained following multiple dose administration of once-daily Wellbutrin XL 300 mg/day: hydroxybupropion – 24.5, threohydrobupropion – 13.1, and erythrohydrobupropion – 2.7 (Study 2543).[7]

The timing of the seizures at 7 hours post-dose, coincides with the reported times to peak plasma concentrations ($C_{max}$) for the metabolites of bupropion following oral administration of once-daily Wellbutrin XL.[1,7]

**DISCUSSION**

Wellbutrin XL was approved based on the demonstration of similar bioavailability to the immediate-release formulation of bupropion.[1] Hence, the information on the incidence of adverse events contained in its product monograph is based on data from controlled clinical trials conducted with the sustained-release and immediate-release formulations. Consequently, there is

a dearth of published literature on the safety of Wellbutrin XL administration in patients and normal volunteers. The safety results of this 2-way, randomized, open-label, multiple-dose, dosage form proportionality study showed that Wellbutrin XL in the dosage range 150 to 450 mg QD was generally well tolerated in normal healthy nonsmoking male and female volunteers. Overall, there was a dose-related increase in the incidence of AEs as dosing progressed from 150 mg QD to 300 mg QD. However, the lack of a further dose-related increase in the incidence of AEs may be due in part to the short duration of dosing while on the 450 mg dose (7 days), because of the premature termination of the study, compared to the duration of dosing on the 300 mg (21 days) QD dose. It may also be due in part to the fact that 41% of subjects were not titrated to the 450 mg QD dose because of tolerability issues. The latter subjects therefore, remained on 300 mg QD (for 28 days) until the termination of the study. The most frequent AEs for all doses combined or by dose were qualitatively similar to the AEs that have been reported previously following administration of sustained-release and immediate-release bupropion formulations.[1,2,4-6,8,9] The most frequent AEs observed included headache, dizziness, increased heart rate, and constipation. Majority of the AEs observed were of mild intensity and no unexpected AEs were observed during the study. The discontinuations due to AEs of 11.1% observed in the study is similar to the 10% rate reported previously for patients and volunteers in studies conducted with other formulations of bupropion.[1] The adverse events leading to discontinuations from the study included (some subjects had 2 AEs) chest discomfort, constipation, increased heart rate, hallucinations, hypertension, rash, pruritus, and seizure, consistent with previous reports for bupropion. There were no serious AEs or deaths in this study. Also, no clinically meaningful changes were seen in the results of the clinical laboratory assessments, vital signs, ECG, and physical examination findings.

Page 13

Bupropion treatment is associated with a significant dose-related risk of seizures.[1,2,4,5] In this study, one seizure was observed during randomized treatment at the Bupropion HCl ER 450 mg dose. This seizure resulted in the decision to prematurely terminate the study.

The precise mechanism of seizures following treatment with bupropion is not known.[10] However, it is known to be dose-related and hence, concentration dependent, mostly occurring within the first several days of a dose increase and within the first several hours after taking the dose. There is an increased risk in patients with bulimia or anorexia nervosa who have lean body mass and the potential for rapid drug absorption.[1,4,8-10] In the present case, the seizure occurred at 7 hours post-dose, coinciding with the reported times to peak plasma concentrations ($C_{max}$) for the metabolites of bupropion following oral administration of Wellbutrin XL.[1] Furthermore, the plasma concentrations of the metabolites measured from the blood sample obtained from the subject with seizures at trough, 17 hours after the incidence of seizures, showed much higher plasma metabolite levels and thus much greater Metabolite/Parent drug ratios than those reported previously for trough samples following oral multiple dose administration of once-daily Wellbutrin XL 300 mg/day. The Metabolite/Parent ratios for the trough blood sample from the seizure subject were 1.1, 3.8 and 5.7 times higher than the ratios calculated for previous $C_{min}$ data obtained for Wellbutrin XL for hydroxybupropion, erythrohydrobupropion and threohydrobupropion, respectively (Study 2543).[7] Bupropion and its metabolites exhibit linear kinetics following chronic administration of 300 to 450 mg/day,[1] therefore, it is expected that the Metabolite/Parent ratios obtained in this dosage range would have been similar.

The likelihood that the seizure in this individual, with no previous history of seizures, is linked to metabolite concentrations is supported firstly by the fact that metabolites account for approximately 90% of the exposure following administration of bupropion.[7] Secondly, the finding of markedly higher levels of the metabolites, and hence elevated Metabolite/Parent ratios for erythrohydrobupropion and threohydrobupropion. Thirdly, that the seizures occurred at a time post-dose coinciding with the observed $T_{max}$ for the metabolites following administration of once-daily bupropion.[1,7] Lastly, pilot data in mice suggests that both erythrohydrobupropion and threohydrobupropion are more likely to cause seizures at a given concentration than the parent compound (unpublished data, P. Silverstone).

In conclusion, the safety results of this 2-way, randomized, open-label, multiple-dose, dosage form proportionality study showed that Wellbutrin XL in the dosage range 150 mg to 450 QD and bupropion HCl ER 450 mg QD were generally safe and well tolerated in normal healthy nonsmoking male and female volunteers. There was a dose-related increase in the incidence of AEs from 150 to 300 mg/day. The majority of the AEs were mild and there were no unexpected or serious adverse events. One subject had a seizure while receiving the 450 mg QD dose, which led to the decision to terminate the study. This subject is the first reported in which trough serum levels of metabolites were obtaines following a seizure. The high concentrations of erythrohydrobupropion and threohydrobupropion suggest that these may be related to the seizure risk. Further studies to clarify the seizure potential of erythrohydrobupropion and threohydrobupropion in both animals and humans is required to quantify this risk.

**REFRENCES**

1. GlaxoSmithKline. Wellbutrin XL™ (bupropion hydrochloride extended-release tablets) product monograph, September 2003.

2. Van Wyck Fleet J, Manberg PJ, Miller LL, Harto-Truax N, Sato T, Fleck RJ, Stern WC, Cato AE. Overview of clinically significant adverse reactions to bupropion. J Clin Psychiatry. 1983 May;44(5 Pt 2):191-196.

3. Horne RL, Ferguson JM, Pope HG Jr, Hudson JI, Lineberry CG, Ascher J, Cato A. Treatment of bulimia with bupropion: a multicenter controlled trial. J Clin Psychiatry. 1988 Jul;49(7):262-266.

4. Davidson J. Seizures and bupropion: a review. J Clin Psychiatry. 1989 Jul;50(7):256-261.

5. Johnston JA, Lineberry CG, Ascher JA, Davidson J, Khayrallah MA, Feighner JP, Stark P. A 102-center prospective study of seizure in association with bupropion. J Clin Psychiatry. 1991 Nov;52(11):450-456.

6. Settle EC, Jr. Bupropion sustained release: side effect profile. J Clin Psychiatry 1998; 59(Suppl 4):32-36.

7. Freedom of Information. Summary basis of approval of Wellbutrin XL, 2006.

8. GlaxoSmithKline. Wellbutrin SR® (bupropion hydrochloride) sustained-release tablets product monograph, July 2006.

9. GlaxoSmithKline. Wellbutrin® (bupropion hydrochloride) tablets product monograph, July 2006.

10. Preskorn SH. Bupropion: what mechanism of action? J Pract Psychiatry Behav Health 2000; 272-276. Accessed at: http://www.preskorn.com/columns/0001.htm - July 19, 2006.

Page 17

## TABLES

TABLE 1. SUBJECT DEMOGRAPHIC AND BASELINE CHARACTERISTICS

| Characteristic | Wellbutrin XL 300 mg* (n = 22) | Wellbutrin XL 450 mg (n = 12) | Bupropion HCl ER 450 mg (n = 13) | Total (n = 54) |
|---|---|---|---|---|
| Age (years) | | | | |
| Mean ± SD | 40.6 ± 8.48 | 44.0 ± 8.97 | 44.5 ± 7.50 | 42.3 ± 8.87 |
| Weight (lbs) | | | | |
| Mean ± SD | 161.8 ± 24.94 | 154.2 ± 23.02 | 161.2 ± 24.42 | 159.6 ± 24.92 |
| Height (in) | | | | |
| Mean ± SD | 65.8 ± 3.81 | 63.9 ± 3.32 | 65.5 ± 4.14 | 65.3 ± 3.92 |
| Body Mass Index (kg/m$^2$) | | | | |
| Mean ± SD | 26.2 ± 2.45 | 26.5 ± 2.40 | 26.3 ± 1.93 | 26.2 ± 2.28 |
| Gender – n (%) | | | | |
| Male | 12 (54.5%) | 4 (33.3%) | 7 (53.8%) | 27 (50.0%) |
| Female | 10 (45.5%) | 8 (66.7%) | 6 (46.2%) | 27 (50.0%) |
| Ethnic Group – n (%) | | | | |
| Hispanic | 19 (86.4%) | 11 (91.7%) | 8 (61.5%) | 42 (77.8%) |
| Black | 2 (9.1%) | 0 (0.0%) | 4 (30.8%) | 8 (14.8%) |
| Caucasian | 1 (4.5%) | 1 (8.3%) | 1 (7.7%) | 4 (7.4%) |
| Asian | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |
| Other | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) |

\* - Patients that were not dose-titrated to the randomized treatments of 450 mg QD at the investigators' discretion of subject tolerability of treatment.

Case 1:06-cv-01487-RMU    Document 14-8    Filed 12/18/2006    Page 19 of 19

Page 18

TABLE 2. NUMBER OF SUBJECTS (%) WITH MOST FREQUENT ADVERSE EVENTS (≥4%) BY DOSE

| MedDRA System Organ Class*<br>MedDRA Preferred Term | Wellbutrin XL<br>150 mg<br>(n = 54) | Wellbutrin XL<br>300 mg<br>(n = 51) | Wellbutrin XL<br>450 mg<br>(n = 12) | Bupropion HCl<br>ER 450 mg<br>(n = 13) |
|---|---|---|---|---|
| Subjects with at least one adverse event | 10 (18.5%) | 27 (52.9%) | 3 (25.0%) | 4 (30.8%) |
| Subjects with treatment-related adverse events | 7 (13.0%) | 20 (39.2%) | 1 (8.3%) | 3 (23.1%) |
| Duration of Treatment (days) | 7 | 21 | 7** | 7** |
| Nervous System Disorders | 6 (11.1%) | 11 (21.6%) | 1 (8.3%) | 2 (15.4%) |
|    Headache | 5 (9.3%) | 8 (15.7%) | 1 (8.3%) | 1 (7.7%) |
|    Dizziness | 2 (3.7%) | 5 (9.8%) | 0 (0.0%) | 0 (0.0%) |
|    Tremor | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
|    Convulsions NOS | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (7.7%) |
| Gastrointestinal Disorders | 2 (3.7%) | 9 (17.6%) | 0 (0.0%) | 1 (7.7%) |
|    Constipation | 1 (1.9%) | 4 (7.8%) | 0 (0.0%) | 0 (0.0%) |
|    Vomiting NOS | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 1 (7.7%) |
|    Nausea | 1 (1.9%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
| Skin and Subcutaneous Tissue Disorders | 0 (0.0%) | 7 (13.7%) | 0 (0.0%) | 0 (0.0%) |
|    Pruritus | 0 (0.0%) | 3 (5.9%) | 0 (0.0%) | 0 (0.0%) |
|    Rash Generalised | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
|    Rash NOS | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
|    Swelling Face | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
| Eye Disorders | 0 (0.0%) | 5 (9.8%) | 1 (8.3%) | 0 (0.0%) |
|    Dry Eye NOS | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
| Investigations | 0 (0.0%) | 4 (7.8%) | 0 (0.0%) | 1 (7.7%) |
|    Heart Rate Increased | 0 (0.0%) | 4 (7.8%) | 0 (0.0%) | 1 (7.7%) |
| Respiratory, Thoracic and Mediastinal Disorders | 1 (1.9%) | 3 (5.9%) | 0 (0.0%) | 0 (0.0%) |
|    Pharyngolaryngeal Pain | 1 (1.9%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |
| Psychiatric Disorders | 0 (0.0%) | 3 (5.9%) | 0 (0.0%) | 0 (0.0%) |
|    Insomina | 0 (0.0%) | 2 (3.9%) | 0 (0.0%) | 0 (0.0%) |

\* - n (%) for system organ class do not add up with the n (%) for the individual adverse events listed below because only individual adverse events with an incidence of approximately 4% and greater are included in this table.

\*\* - Planned duration of treatment was 14 days but actual duration was 7 days because study was prematurely terminated one day following the case of seizure on Day 6 of randomized treatment sequence (Period 1).