**Appendix 2**

**Report of studies examining possible factors involved
in the increased seizure risk of bupropion HCl**



CHARLES RIVER
LABORATORIES
*Preclinical Services*

## NON-GLP REVISED DRAFT RESEARCH REPORT

Testing Facility Study No. 590337

# A Dose-Range Finder Assessment of the Convulsive Liability of Bupropion Metabolites in the Albino Mouse

**TESTING FACILITY:**
Charles River Laboratories Preclinical Services Montreal Inc.
22022 Transcanadienne
Senneville, Quebec
CANADA H9X 3R3

**SPONSOR:**
Keller and Heckman LLP
Washington Center
1001 G Street, N.W.
Washington, DC 20001

27 November 2006

## TABLE OF CONTENTS

LIST OF TABLES ...............................................................................................................4

LIST OF APPENDICES .....................................................................................................5

1. COMPLIANCE STATEMENT ..................................................................................6

2. PARTICIPATING PERSONNEL ..............................................................................7

3. COMPANY NAME ......................................................................................................7

4. SUMMARY ..................................................................................................................8

5. INTRODUCTION .......................................................................................................11

6. METHODS AND EXPERIMENTAL DESIGN ........................................................11
   6.1. Test System ..........................................................................................................11
      6.1.1. Receipt ...............................................................................................11
      6.1.2. Housing ..............................................................................................12
      6.1.3. Diet/Water .........................................................................................12
      6.1.4. Assignment to Dosage Groups .........................................................12
   6.2. Test, Reference and Vehicle Control Articles ....................................................14
      6.2.1. Test Article .......................................................................................14
      6.2.2. Vehicle/Control Article ....................................................................15
      6.2.3. Preparation of Dose Formulations ....................................................15
      6.2.4. Chemical Analysis of Dose Formulations ........................................15
   6.3. Administration of Test Articles ..........................................................................15
   6.4. Observations ........................................................................................................15
      6.4.1. Clinical Examinations ......................................................................15
   6.5. Body Weight ........................................................................................................16
      6.5.1. Convulsion Assessment ....................................................................16
   6.6. Terminal Procedures ...........................................................................................16
   6.7. Statistical Methods ..............................................................................................16
   6.8. Protocol Deviations and Impact ..........................................................................16
   6.9. Data Capturing Systems ......................................................................................17
   6.10. Archives ...............................................................................................................17

7. RESULTS .....................................................................................................................17
   7.1. Mortality and Clinical Signs ...............................................................................17

7.2. Convulsion Assessment.................................................................18

8.   CONCLUSION........................................................................................18

9.   REPORT REVIEW AND APPROVAL SIGNATURE .................................19

10.  REFERENCES .......................................................................................20

Page 4
Testing Facility Study No. 590337

## LIST OF TABLES

Table 1          Group Mean Convulsion Assessment .......................................................................21

Page 5
Testing Facility Study No. 590337

## LIST OF APPENDICES

Appendix 1   Protocol and Amendments ......................................................................................26

Appendix 2   Data Capture/Entry Methods Used in Report ........................................................48

Appendix 3   Individual Clinical Observations ...........................................................................50

Appendix 4   Individual Convulsion Assessment ........................................................................60

## 1.   COMPLIANCE STATEMENT

This study was conducted in accordance with the Standard Operating Procedures of Charles River Laboratories Preclinical Services Montreal Inc. (PCS-MTL).  As exploratory research, this work falls outside the scope of the United States Food and Drug Administration Good Laboratory Practice Regulations.

_____          _____

K. Norton, BSc                                                    Date
Research Scientist, Safety Pharmacology
Toxicology Division
Charles River Laboratories

## 2.  PARTICIPATING PERSONNEL

K. Rioux DEC
Technical Team Leader
Safety Pharmacology
Toxicology Division
Charles River Laboratories

R. Billing, BSc
Pharmacy Specialist
Laboratory Sciences
Charles River Laboratories

## 3.  COMPANY NAME

Effective 04 November 2005, CTBR Bio-Research Inc ("CTBR") became known as
Charles River Laboratories Preclinical Services Montreal Inc.  All terms and conditions in effect
pursuant to agreements between the Sponsor and CTBR Bio-Research Inc. shall continue in full
force and effect.  In addition, effective 10 July 2006, the facility address changed from
87 Senneville Road, Senneville, Quebec, Canada, H9X 3R3 to 22022 Transcanadienne,
Senneville, Quebec, Canada, H9X 3R3, however both addresses refer to the same facility.

## 4.  SUMMARY

The purpose of this study was to determine the dose levels of bupropion metabolites that induce convulsions in the albino mouse.

Animals were treated with either erythohydrobupropion hydrochloride (HCl), threohydrobupropion HCl, hydroxybupropion HCl by intraperitoneal injection.  An assessment of convulsion severity, duration, onset of and number of occurrences was recorded for up to 5 hours post test article administration and again for a 5-minute period 24 hours post test article administration.

Animals were randomized into treatment groups by stratification of body weights as detailed below:

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 1 | Erythohydrobupropion HCl | 50 | 5 | 10 | 3 |
| 2 | Erythohydrobupropion HCl | 75 | 7.5 | 10 | 3 |
| 3 | Erythohydrobupropion HCl | 100 | 10.0 | 10 | 3 |
| 4 | Erythohydrobupropion HCl | 125 | 12.5 | 10 | 3 |

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 5 | Threohydrobupropion HCl | 50 | 5 | 10 | 3 |
| 6 | Threohydrobupropion HCl | 75 | 7.5 | 10 | 3 |
| 7 | Threohydrobupropion HCl | 100 | 10.0 | 10 | 3 |
| 8 | Threohydrobupropion HCl | 125 | 12.5 | 10 | 3 |

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 9 | Hydroxybupropion HCl | 50 | 5 | 10 | 3 |
| 10 | Hydroxybupropion HCl | 75 | 7.5 | 10 | 3 |
| 11 | Hydroxybupropion HCl | 100 | 10.0 | 10 | 3 |
| 12 | Hydroxybupropion HCl | 125 | 12.5 | 10 | 3 |

* Dose levels were adjusted based on salt content relative to Bupropion HCl

All animals were examined twice daily for mortality and signs of ill health or reaction to treatment, except on day of arrival and day of necropsy where animals were examined once. Individual body weights were measured prior to randomization and on the day prior to dosing.

No deaths occurred following dosing with erythohydrobupropion HCl at 50, 75 or 100 mg/kg. Following treatment at 125 mg/kg Animal No. 4513 was found dead 8 minutes following dosing, whilst the two remaining animals were euthanized for humane reasons due to severe respiratory distress observed within 15 minutes of dosing.

No deaths occurred following dosing with threohydrobupropion HCl at 50 mg/kg. Two animals per group dosed at 75, 100 and 125 mg/kg were euthanized for human reasons. Those animals euthanized, were culled within 15 minutes of dosing, due to severe respiratory distress, with the exception of one animal (Animal No. 7513) treated at 100 mg/kg, which was sacrificed approximately 1 hour postdose due to an excessive number of convulsions.

No deaths occurred following dosing with hydroxybupropion HCl at 50 and 75 mg/kg. Following treatment with hydroxybupropion HCl at 100 and 125 mg/kg, one animal per dose level (Animal Nos. 11511 and 12512) was found dead within 15 minutes of dosing, whilst the two remaining animals, per group, were euthanized for human reasons within 15 minutes of dosing, with the exception of one animal treated at 100 mg/kg (Animal No. 11513), which was euthanized approximately 60 minutes post dose.

A variety of clinical signs including paralysis and ataxic gait were noted across all groups. Clinical signs and mortality appeared to be both dose and metabolite dependent. With clinical signs being least severe in animals treated with erythohydrobupropion HCl.

Treatment with erythohydrobupropion HCl at 50, 75 or 100 mg/kg caused a dose dependent increase in the number and severity of convulsions. Onset of convulsion was within 15 minutes of dosing at all treatment levels. Given the number of deaths noted in animals treated at 125 mg/kg no accurate assessment of convusions could not be determined.

Treatment with threohydrobupropion HCl at 50, 75, 100 or 125 mg/kg caused a dose dependent increase in the number and severity of convulsions. Onset of convulsion was within 15 minutes of dosing at all treatment levels.

Treatment with hydroxybupropion HCl at 50, 75 or 100 mg/kg caused a dose dependent increase in the number and severity of convulsions. Onset of convulsion was within 15 minutes of dosing at all treatment levels. Given the number of deaths noted in animals treated at 125 mg/kg no accurate assessment of convulsions could not be determined.

In conclusion a single intraperitoneal injection of erythohydrobupropion HCl, threohydrobupropion HCl or hydroxybupropion HCl , in female mice, caused a dose dependent increase in occurances and severity of convulsions as well as in mortality. Although the number of deaths occurring at the both the 100 and 125 mg/kg dose levels for all metabolites makes comparison of liability to induce convulsions difficult, there appeared to be a trend for hydroxybupropion HCl to cause a higher number and most severe convulsions, followed by threohydrobupropion HCl, with erythohydrobupropion HCl inducing the least severe effects.

## 5.  INTRODUCTION

The purpose of this study was to determine the dose levels of bupropion metabolites that induced convulsions in the albino mouse

This study was performed at Charles River Laboratories, Preclinical Services Montreal Inc., 22022 Transcanadienne, Senneville, Quebec, Canada H9X 3R3.  This study was conducted in accordance with the Standard Operating Procedures of PCS-MTL.  As exploratory research, this work falls outside the scope of the United States Food and Drug Administration Good Laboratory Practice Regulations.

The protocol was signed by the Study Director on 22 August 2006.

The female albino mouse has previously been shown as a suitable species for evaluating and determining the convulsive effects of test articles and the intraperitoneal route was selected since this route has been used on previous murine anticonvulsant studies[1].

The dose levels were selected based on previous studies with bupropion HCl.

Dosing of animals was initiated 19 September 2006 and was replicated over 2 days, with the last observations performed on 21 September 2006.

The study was completed on the date appearing on the signature page.

## 6.  METHODS AND EXPERIMENTAL DESIGN

### 6.1.  Test System

#### 6.1.1.  Receipt

A total of 40 female Swiss Crl:  CD1(ICR) albino mice (*Mus Musculus*) were received from Charles River Canada Inc. St. Constant, Quebec, Canada, on 14 September 2006.  Thirty six of these animals were allocated to the study, with 4 retained as spares.  Subsequent to arrival, all animals were subjected to a general physical examination by a qualified member of the veterinary staff to ensure normal health status.

Three days were allowed between receipt of the animals and the start of treatment to accustom the animals to the laboratory environment.  At the start of treatment, animals were approximately 7 weeks of age and were in the weight range of 21.6 g to 29.6 g.

### 6.1.2. Housing

Animals were housed individually in stainless steel wire mesh-bottomed cages equipped with an automatic watering valve. Each cage was clearly labeled with a color-coded cage card indicating project, group, animal numbers and sex. Each animal was uniquely identified using an indelible marker.

The targeted conditions for animal room environment and photoperiod were as follows:

| | |
|---|---|
| Temperature | $22° \pm 3°C$ |
| Humidity | $50 \pm 20\%$ RH |
| Light Cycle | 12 hours light and 12 hours dark (except during designated procedures) |

### 6.1.3. Diet/Water

All animals were given free access (except during designated procedures) to a standard certified pelleted commercial laboratory diet (PMI Certified Rodent Chow 5002: PMI Nutrition International Inc.). The diet was controlled and routinely analyzed by the manufacturer for maximum allowable concentrations of contaminants (eg, heavy metals, aflatoxins, organophosphates, chlorinated hydrocarbons and PCBs). The results of these analyses are retained in the scientific archives of PCS-MTL.

Municipal tap water which has been softened, purified by reverse osmosis and exposed to ultraviolet light was provided *ad libitum* (except during designated procedures). Periodic analysis of the water was subcontracted to management authorized analytical laboratories, which were audited by the Quality Assurance department of PCS-MTL. The results of these analyses are retained in the scientific archives of PCS-MTL.

It is considered that there were no known contaminants in the dietary materials that could have influenced the outcome of the study.

### 6.1.4. Assignment to Dosage Groups

An acclimation period of five days was allowed between animal receipt and the start of treatment in order to accustom the animals to the laboratory environment. Prior to treatment initiation, animals were assigned to treatment groups using a computer-based randomization procedure, which ensures stratification based on body weights. Animals at the extremes of the body weight range were not assigned to groups.

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 1 | Erythohydrobupropion HCl | 50 | 5 | 10 | 3 |
| 2 | Erythohydrobupropion HCl | 75 | 7.5 | 10 | 3 |
| 3 | Erythohydrobupropion HCl | 100 | 10.0 | 10 | 3 |
| 4 | Erythohydrobupropion HCl | 125 | 12.5 | 10 | 3 |

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 5 | Threohydrobupropion HCl | 50 | 5 | 10 | 3 |
| 6 | Threohydrobupropion HCl | 75 | 7.5 | 10 | 3 |
| 7 | Threohydrobupropion HCl | 100 | 10.0 | 10 | 3 |
| 8 | Threohydrobupropion HCl | 125 | 12.5 | 10 | 3 |

| Group/ Identification | | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | Number of Females |
|---|---|---|---|---|---|
| 9 | Hydroxybupropion HCl | 50 | 5 | 10 | 3 |
| 10 | Hydroxybupropion HCl | 75 | 7.5 | 10 | 3 |
| 11 | Hydroxybupropion HCl | 100 | 10.0 | 10 | 3 |
| 12 | Hydroxybupropion HCl | 125 | 12.5 | 10 | 3 |

* Dose levels were adjusted based on salt content relative to Bupropion HCl

Any animals considered unsuitable for use in the study were excluded from randomization.

All animals remaining unassigned to groups were released from the study without further examination and their disposition documented.

## 6.2. Test, Reference and Vehicle Control Articles

### 6.2.1. Test Article

| | |
|---|---|
| Identity | Erythohydrobupropion Hydrochloride |
| Lot Number | 200695 |
| Expiry Date | 30 August 2007 |
| Purity | > 97% |
| Description | White Powder |
| Storage Conditions | Frozen/protected from light |
| Supplier | Biovail |

| | |
|---|---|
| Identity | Threohydrobupropion Hydrochloride |
| Lot Number | 200694 |
| Expiry Date | 30 August 2007 |
| Purity | > 97% |
| Description | White Powder |
| Storage Conditions | Frozen/protected from light |
| Supplier | Biovail |

| | |
|---|---|
| Identity | Hydroxybupropion Hydrochloride |
| Lot Number | 200696 |
| Expiry Date | 30 August 2007 |
| Purity | > 97% |
| Description | White Powder |
| Storage Conditions | Frozen/protected from light |
| Supplier | Biovail |

The test article were characterized by the Sponsor. All data relevant to the characterization were reviewed by Sponsor.

Remaining test article was retained for future studies.

### 6.2.2.  Vehicle/Control Article

| | |
|---|---|
| Identity | 0.9% Sodium Chloride for injection U.S.P |
| Lot Number | W6F14C2 and W6F14C2 |
| Expiry Date | September 2007 |
| Description | Clear Liquid |
| Storage Conditions | Room temperature out of direct light |
| Supplier | Baxter |

### 6.2.3.  Preparation of Dose Formulations

An appropriate amount of each metabolite, required to prepare a 12 mg/mL stock solution, was weighed into an appropriate container.  An appropriate quantity of 0.9% sodium chloride was added and the formulation vortexed until a solution was obtained.  Dilutions from the stock were made in 0.9% sodium chloride to prepare 5, 7.5 and 10 mg/mL dosing formulations.

Dose formulations remaining at issuance of final report will be discarded.

On the 23 and 24 August 2006, the non-salt form of each metabolite was prepared as above in 0.9% sodium chloride and 5% Dimethylsulfoxide/0.9% sodium chloride respectively.  However in both formulations the metabolities were non-soluble.  The decision was taken to delay the start of the study until salt form of each metabolite was available.  Data from the preparation of the non-salt forms is maintained on file but not reported.

### 6.2.4.  Chemical Analysis of Dose Formulations

No samples of dose formulation samples were collected for concentration analysis.

### 6.3.  Administration of Test Articles

Dosing was replicated over 2 consecutive days.  On each day either 3 or 2 animals per group were dosed with each animal receiving only a single dose of test article.  The test articles were administered by injection into the intraperitoneal region using a syringe and appropriate gauge needle.  The dose volume was 10 mL/kg and the actual dose administered was based on the most recent body weight of each animal.

### 6.4.  Observations

### 6.4.1.  Clinical Examinations

All animals were examined twice daily for mortality and signs of ill health or reaction to treatment following arrival (except on day of arrival and necropsy where animals were examined once).

## 6.5.  Body Weight

Individual body weights were measured prior to randomization and on the day prior to treatment and were used for randomization and dose volume calculation purposes only.

### 6.5.1.  Convulsion Assessment

After administration of test articles articles, animals were observed continuously for 5 hours; along with a 5-minute assessment at 24 hours postdose.  Animals were placed in clear perspex observation boxes containing a foam base for padding during the observation period.

Details of the number of convulsions, the onset of convulsions, the duration of convulsions and the intensity of convulsions were noted.  The intensity of each convulsion was graded as mild, moderate or severe as follows:

> Mild - Head and tail slightly extended and little jerking

> Moderate - Head and tail fully extended and some jerking

> Severe - Head and tail fully extended and strong jerking.

Additional observation including ataxic gait, paralysis and catatonic episodes were recorded present/observed, not ranked for severity or number of occurrences, over each 15 minute observation period.

## 6.6.  Terminal Procedures

Following completion of the monitoring period, all animals were euthanized by exsanguination from the abdominal aorta following carbon dioxide asphyxiation and the carcasses discarded without further examination.

## 6.7.  Statistical Methods

Given the limited amount of data obtained no statistical analysis was performed.  Data tables and appendices for group and individual animal data are presented, detailing the severity of convulsion along with the mean and standard error of the number and duration of convulsions.

## 6.8.  Protocol Deviations and Impact

Occasional minor deviations from the protocol occurred and were documented in the raw data and/or text.  These deviations were considered not to have had a significant impact on the outcome of the study or upon the interpretation of the results.

## 6.9.  Data Capturing Systems

The computer systems used on this study were, but are not limited to:

Provantis version 2.1

## 6.10.  Archives

All raw data and documents generated at PCS-MTL during this study, together with the original copy of the protocol (including amendments) and the final report, will be retained in the scientific archives of PCS-MTL for a period of 1 year after dispatch of the final report. Subsequently, storage of these materials will be documented in the raw data.

All samples/specimens, data, reports used by or generated by the Sponsor's designate will be archived in accordance with their SOP's.

## 7.  RESULTS

### 7.1.  Mortality and Clinical Signs

(Appendix 3)

No deaths occurred following dosing with erythohydrobupropion HCl at 50, 75 or 100 mg/kg. Following treatment at 125 mg/kg Animal No. 4513 was found dead 8 minutes following dosing, whilst the two remaining animals were euthanized for humane reasons due to severe respiratory distress observed within 15 minutes of dosing.

No deaths occurred following dosing with threohydrobupropion HCl at 50 mg/kg. Two animals per group dosed at 75, 100 and 125 mg/kg were euthanized for human reasons. Those animals euthanized, were culled within 15 minutes of dosing, due to severe respiratory distress, with the exception of one animal (Animal No. 7513) treated at 100 mg/kg, which was sacrificed approximately 1 hour postdose due to an excessive number of convulsions.

No deaths occurred following dosing with hydroxybupropion HCl at 50 and 75 mg/kg. Following treatment with hydroxybupropion HCl at 100 and 125 mg/kg, one animal per dose level (Animal Nos. 11511 and 12512) was found dead within 15 minutes of dosing, whilst the two remaining animals, per group, were euthanized for human reasons within 15 minutes of dosing, with the exception of one animal treated at 100 mg/kg (Animal No. 11513), which was euthanized approximately 60 minutes post dose.

A variety of clinical signs including paralysis and ataxic gait were noted across all groups. Clinical signs and mortality appeared to be both dose and metabolite dependent. With clinical signs being least severe in animals treated with erythohydrobupropion HCl.

## 7.2. Convulsion Assessment
(Table 1 and Appendix 4)

Treatment with erythohydrobupropion HCl at 50, 75 or 100 mg/kg caused a dose dependent increase in the number and severity of convulsions. Treatment at 50 and 75 mg/kg caused approximately three mild and one moderate convulsion, compared to approximately five mild, two moderate and one severe convulsion following treatment at 100 mg/kg. Onset of convulsion was within 15 minutes of dosing at all dosages. Given the number of deaths noted in animals treated at 125 mg/kg no accurate assessment of convulsions could not be determined.

Treatment with threohydrobupropion HCl at 50, 75, 100 or 125 mg/kg caused a dose dependent increase in the number and severity of convulsions. The number of convulsions increased from approximately three mild following treatment at 50 mg/kg, to two mild, two moderate and two severe; six mild, three moderate and three severe and four mild, two moderate and one severe following treatment at 75, 100 and 125 mg/kg, respectively. Onset of convulsion was within 15 minutes of dosing at all treatment levels.

Treatment with hydroxybupropion HCl at 50, 75 or 100 mg/kg caused a dose dependent increase in the number and severity of convulsions. Treatment at 50 mg/kg caused approximately three mild and one moderate convulsion, compared to approximately twenty three mild, two moderate, two severe and eight mild, two moderate and eleven severe at 75 and 100 mg/kg, respectively. Onset of convulsion was within 15 minutes of dosing at all treatment levels. Given the number of deaths noted in animals treated at 125 mg/kg no accurate assessment of convulsions could not be determined.

## 8. CONCLUSION

In conclusion a single intraperitoneal injection of erythohydrobupropion HCl, threohydrobupropion HCl or hydroxybupropion HCl , in female mice, caused a dose dependent increase in occurances and severity of convulsions as well as in mortality. Although the number of deaths occurring at the both the 100 and 125 mg/kg dose levels for all metabolites makes comparison of liability to induce convulsions difficult, there appeared to be a trend for hydroxybupropion HCl to cause a higher number and most severe convulsions, followed by threohydrobupropion HCl, with erythohydrobupropion HCl inducing the least severe effects.

## 9.   REPORT REVIEW AND APPROVAL SIGNATURE

This report has been reviewed by:

_____          _____

S. Mason, BSc                                                    Date
Scientific Director,
Safety Pharmacology and Lead Candidate Selection
Toxicology Division
Charles River Laboratories

## 10. REFERENCES

1    Bupropion-induced convulsions:  Preclinical evaluation of antiepileptic drugs
     Piotr Tutka et al (2005).  Epilepsy Research volume 64 pages 13-22.

Page 21
Testing Facility Study No. 590337

Table 1                    **Group Mean Convulsion Assessment**

**Table 1**              **Group Mean Convulsion Assessment**

Only animals with findings are presented in this appendix.

Mild          Head and tail slightly extended and little jerking

Moderate      Head and tail fully extended and some jerking

Severe        Head and tail fully extended and strong jerking

**Table 1**         **Group Mean Convulsion Assessment**

Females

Group 1 - Erythohydrobupropion  50 mg/kg
Group 2 - Erythohydrobupropion  75 mg/kg
Group 3 - Erythohydrobupropion  100 mg/kg
Group 4 - Erythohydrobupropion  125 mg/kg

| Group | Summary Information | Mild | Moderate | Severe |
|---|---|---|---|---|
| 1 | Mean | 3.0 | 1.0 | - |
|   | SEM | - | - | - |
| 2 | Mean | 2.5 | 1.0 | - |
|   | SEM | 0.6 | 0.0 | - |
| 3 | Mean | 4.9 | 2.1 | 1.0 |
|   | SEM | 1.1 | 0.5 | 0.0 |
| 4 | Mean | 2.0 | - | 2.0 |
|   | SEM | 1.0 | - | 1.0 |

**Table 1**          **Group Mean Convulsion Assessment**

Females

Group 5 - Threohydrobupropion  50 mg/kg
Group 6 - Threohydrobupropion  75 mg/kg

Group 7 - Threohydrobupropion  100 mg/kg
Group 8 - Threohydrobupropion  125 mg/kg

| Group | Summary Information | Mild | Moderate | Severe |
|-------|---------------------|------|----------|--------|
| 5 | Mean | 3.3 | - | - |
|   | SEM  | 1.2 | - | - |
| 6 | Mean | 1.7 | 2.3 | 1.8 |
|   | SEM  | 0.3 | 0.8 | 0.5 |
| 7 | Mean | 5.6 | 2.8 | 2.5 |
|   | SEM  | 2.6 | 0.7 | 0.6 |
| 8 | Mean | 3.8 | 1.8 | 1.0 |
|   | SEM  | 1.7 | 0.5 | 0.0 |

**Table 1**　　**Group Mean Convulsion Assessment**

Females

Group 9 - Hydroxybupropion  50 mg/kg
Group 10 - Hydroxybupropion  75 mg/kg
Group 11 - Hydroxybupropion  100 mg/kg
Group 12 - Hydroxybupropion  125 mg/kg

| Group | Summary Information | Mild | Moderate | Severe |
|---|---|---|---|---|
| 9 | Mean | 2.7 | 1.0 | - |
|   | SEM | 0.7 | - | - |
| 10 | Mean | 22.8 | 1.5 | 1.8 |
|   | SEM | 9.3 | 0.3 | 0.4 |
| 11 | Mean | 8.4 | 1.6 | 11.0 |
|   | SEM | 3.0 | 0.4 | 9.5 |
| 12 | Mean | 2.0 | 1.0 | - |
|   | SEM | - | 0.0 | - |

Page 26
Testing Facility Study No. 590337

**Appendix 1**          **Protocol and Amendments**

Page 27



CHARLES RIVER
LABORATORIES
Preclinical Services

Protocol

Study No. 590337

A Dose-Range Finder Assessment Of The Convulsive Liability Of Bupropion Metabolites
In The Albino Mouse

SPONSOR:
Keller and Heckman LLP

PERFORMING LABORATORY:
Charles River Laboratories Preclinical Services Montreal Inc.
22022 Transcanadienne
Senneville, Quebec
CANADA H9X 3R3

22 August 2006

Page 1

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200 Fax: (514) 630-8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

## TABLE OF CONTENTS

Page

1.   GENERAL SUMMARY.................................................................................................3

2.   REASON FOR CHOICE OF TEST SYSTEM..........................................................3

3.   REASON FOR CHOICE OF ROUTE OF ADMINISTRATION ..........................3

4.   REASON FOR DOSE LEVEL SELECTION............................................................4

5.   PARTICIPATING PERSONNEL................................................................................4

6.   SCHEDULE..................................................................................................................4

7.   TEST SYSTEM ...........................................................................................................5

8.   VEHICLE/CONTROL AND TEST ARTICLES......................................................7

9.   ADMINISTRATION OF TEST ARTICLE ..............................................................8

10.  OBSERVATIONS.........................................................................................................9

11.  TERMINAL PROCEDURES....................................................................................10

12.  STATISTICAL ANALYSES .....................................................................................10

13.  ARCHIVES .................................................................................................................10

14.  INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE APPROVAL.................11

15.  JUSTIFICATION FOR ANIMAL USE ..................................................................11

16.  COMMUNICATION..................................................................................................11

17.  REPORTS....................................................................................................................11

PROTOCOL APPROVAL SIGNATURE(S)....................................................................12

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Page 29

Page 3
Study No. 590337

## 1.  GENERAL SUMMARY

**Purpose**  The purpose of this study is to determine dose level of Bupropion Metabolites that induce convulsions in the albino mouse

**Sponsor**  Keller and Heckman LLP

**Sponsor Representative**  Fredrick Sterns

**Testing Facility**  Charles River Laboratories
Preclinical Services Montreal Inc. (CRM)
22022 Transcanadienne
Senneville, Quebec
CANADA H9X 3R3

**Compliance Statement**  This study will be conducted in accordance with the Standard Operating Procedures of CRM.  As exploratory research, this work falls outside the scope of the United States Food and Drug Administration Good Laboratory Practice Regulations.

**Test Article**  Bupropion Metabolites

**Route of Administration**  Intraperitoneal Injection

**Duration of Treatment**  One day

## 2.  REASON FOR CHOICE OF TEST SYSTEM

The albino mouse is a standard rodent species for evaluating convulsion effects of a test article.

## 3.  REASON FOR CHOICE OF ROUTE OF ADMINISTRATION

The intrperitoneal route has been selected since this is the intended route of administration in humans.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

## 4.   REASON FOR DOSE LEVEL SELECTION

The dose levels will be selected according to the potential human exposure, existing toxicity data and any limitations imposed by the test article.

## 5.   PARTICIPATING PERSONNEL

**Study Director**
*Kevin Norton*
Research Scientist
Tel.: 514-630-8200 #  8002
Fax: 514-630-8230
Email: Kevin.norton@ca.crl.com

**Deputy**
*Amelie Kirouac*
Research Scientist
Tel.: 514-630-8200 # 8393
Fax: 514-630-8230
Email: amelie.kirouac@ca.crl.com

**Participating Scientists**

C. Banks, D.A.B.T.
Director, Program Management

A. Leyshon, M.Sc.
Director, Scientific Operations

S. Mason, B.Sc.
Principal Scientist, Safety Pharmacology

P. Tellier, D.V.M., Dip.Path., M.Sc., Diplomate A.C.V.P.
Senior Vice President Pathology
(Study Pathologist to be identified in the final report, if required)

## 6.   SCHEDULE

**Experimental**
**Start Date**          15 August 2006 (Animal arrival)

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E–mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

| Proposed Date of First Treatment | 23 August 2006 |
|---|---|
| Proposed Termination Date | 24 August 2006 |
| End of Replacement Period | Day 1 |
| Target Date for Completion of | |
| Draft Report | 6 weeks following last data collection |

## 7.  TEST SYSTEM

### 7.1.  Receipt

| Species | *Mus Musculus* |
|---|---|
| Strain | Crl:CD1 (ICR) |
| Source | Charles River Canada Inc. St. Constant, Quebec, Canada |
| Age | Approximately 7 weeks at the onset of treatment |
| Weight Range | Approximately 18-30 g at the onset of treatment |
| No. of Groups | 4 per metabolite (12 in total) |
| No. of Animals | 3 female mice/group, plus an appropriate number of spares from the same batch of animals ordered for the study. |

Age, weight, acclimation period and number of animals received will be indicated in the study report.

Following arrival, each animal will be given a general physical examination by a member of the veterinary staff to assess health status.

### 7.2.  Housing

Animals will be housed individually in stainless steel wire mesh-bottomed cages equipped with an automatic watering valve.  Each cage will be clearly labeled with a color-coded cage card

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

indicating project, group and animal numbers and sex. Each animal will be uniquely identified using the AIMS® tail tattoo system or other permanent marker.

The targeted conditions for animal room environment and photoperiod will be as follows:

| | |
|---|---|
| Temperature | $22 \pm 3°C$ |
| Humidity | $50 \pm 20\%$ |
| Light cycle | 12 hours light and 12 hours dark (except during designated procedures) |

## 7.3.  Dietary Materials

All animals will have free access to a standard certified pelleted commercial laboratory diet (PMI Certified Rodent 5002; PMI Nutrition International Inc.) except during designated procedures.

Maximum allowable concentrations of contaminants in the diet (e.g., heavy metals, aflatoxin, organophosphate, chlorinated hydrocarbons, PCBs) are controlled and routinely analyzed by the manufacturers. The results of the analysis are retained at CRM.

Municipal tap water which has been softened, purified by reverse osmosis and exposed to ultraviolet light will be freely available (except during designated procedures).

Periodic analysis of the water is subcontracted to management authorized analytical laboratories which are audited by the Quality Assurance Department of CRM. The analytical results are retained in the archives of CRM.

It is considered that there are no known contaminants in the dietary materials that could interfere with the objectives of the study.

## 7.4.  Assignment to Groups

An acclimation period of at least one week will be allowed between animal receipt and the start of treatment in order to accustom the animals to the laboratory environment.

Prior to treatment initiation, all animals will be weighed and assigned to treatment groups using a randomization procedure, which will be by stratification using body weight as the parameter. Animals in poor health or at the extremes of the body weight range will not be assigned to groups.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Animals will be randomized into the following groups:

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 1 | 50 | 5 | 10 | 3 |
| 2 | 75 | 7.5 | 10 | 3 |
| 3 | 100 | 10.0 | 10 | 3 |
| 4 | 125 | 12.5 | 10 | 3 |

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 5 | 50 | 5 | 10 | 3 |
| 6 | 75 | 7.5 | 10 | 3 |
| 7 | 100 | 10.0 | 10 | 3 |
| 8 | 125 | 12.5 | 10 | 3 |

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 9 | 50 | 5 | 10 | 3 |
| 10 | 75 | 7.5 | 10 | 3 |
| 11 | 100 | 10.0 | 10 | 3 |
| 12 | 125 | 12.5 | 10 | 3 |

Any animals considered unsuitable for use in the study will be replaced by spare animals obtained from the same shipment and maintained under the same environmental conditions. Final allocation will be documented in the report.

At the end of the replacement period, all animals remaining unassigned to groups will be released from the study and their disposition documented.

## 8.  VEHICLE/CONTROL AND TEST ARTICLES

### 8.1.  Vehicle Article

| | |
|---|---|
| Identity | 0.9% Sodium Chloride for irrigation U.S.P |
| Storage Conditions | Room temperature, out of direct light. |

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

### 8.2.  Test Article
Identity

| Compound | MWt. | Ratio to Bup HCl | Amount equivalent to 100mg of Bupropion HCl |
|---|---|---|---|
| Erythohydrobupropion | 241.757 (free base) | 0.875 | 87.5mg |
| Threohydrobupropion | 241.757 (free base) | 0.875 | 87.5mg |
| Hydroxybupropion | 255.740 (free base) | 0.926 | 92.6mg |

Storage Conditions                          Store in original containers in a cool dry place

The batch/lot number, purity, expiry date, description, handling precautions and supplier will be provided by the Sponsor.  The appropriate details will be included in the final report.

The test article should be characterized by the Sponsor. All data relevant to such analyses will be reviewed, audited and retained by the Sponsor who will provide a test article Certificate of Analysis for inclusion in the study report.

### 8.3.  Preparation of Dose Formulations

The dose formulations will be prepared on the day of dosing.  Information concerning preparation and storage instructions will be provided by the Sponsor.

An appropriate amount of each metabolite will be weighed into a suitable container. The formulation will be brought to volume by addition of 0.9% sodium chloride, formulations will be stirred 5 minutes followed by 5 minutes sonication to ensure material is dissolved, sonication time may be increased as required. Please note visual solubility before use.

## 9.  ADMINISTRATION OF TEST ARTICLE

Dosing will commence on consecutive days with approximately equal numbers of animals from each group being dosed on each day.  The test articles will be administered by intraperitoneal injection using a syringe and appropriate gauge needle.  The dose volume will be 10 mL/kg and the actual dose administered will be based on the most recent body weight of each animal.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

## 10. OBSERVATIONS

Signed and dated records of activities relating to the day-to-day running and maintenance of the study within the animal room as well as the activities relating to the observations and examinations outlined in this protocol will be recorded. During the study, additional evaluations to those described below and/or scheduled, and considered necessary by the Study Director and/or veterinarian to assess health status will be conducted and duly documented.

### 10.1. Clinical Examination

All animals will have the following examination performed:

Mortality and signs of ill health
or reaction to treatment:                 Twice daily, following animal arrival (except on the day of arrival and necropsy where animals will be examined once).

More frequent observations may be undertaken if considered appropriate. Death and observed clinical signs will be individually recorded. Moribund animals will be euthanized for humane reasons at the discretion of the attending veterinarian and/or Study Director (in consultation with the Sponsor, if possible).

### 10.2. Body Weight

Individual body weights will be measured prior to randomization and on the day prior to treatment and will be used for randomization and dose volume calculation purposes only. Body weights will be retained on file but not reported.

### 10.3. Convulsion Assessment

After administration of test articles, animals will be observed continuously for 5 hour; along with a 5 minute assessment at 24 hours postdose. Animals will be placed in clear perspex observation boxes containing a foam base, for padding, during the observation period.

Details of the number of convulsions, the onset of convulsions, the duration of convulsions and the intensity of convulsions will be noted. The intensity of each convulsion will be graded as mild, moderate or severe

Mild – Head and tail slightly extended and little jerking

Moderate – Head and tail fully extended and some jerking

Severe – Head and tail fully extended and strong jerking.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200 Fax: (514) 630-8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Additional observation including, ataxic gait, paralysis and catatonic episodes will be recorded on a presence basis, not ranked for severity or number of occurrence, over each 15 minute observation period.

Any animal displaying a single episode of severe convulsion lasting longer than 1-minute or any animal displaying greater than forty separate severe convulsions episodes over a 1 hour period will be sacrificed for human reasons, as per section 11.

After the 5 hour monitoring period all animals will be returned to their home cage, where deemed necessary, additional bedding, food (on cage floor) and water bottles may be provided if animal is still showing adverse effects to test material.

## 11. TERMINAL PROCEDURES

Animals euthanized on completion of study will undergo exsanguination from the abdominal aorta following carbon dioxide asphyxiation.

Animals euthanized for humane reasons during the in-life observation period will be euthanized by an intraperitoneal overdose of euthanyl. Each animal should receive 0.5mL of euthanyl immediately following observation of end points as noted in section 10.3.

All carcasses will be discarded without examination; no tissues will be retained for any animal.

## 12. STATISTICAL ANALYSES

Given the limited amount of data obtained no statistical analysis will occur. Data tables and appendices of group and individual animals will be presented, detailing the severity of convulsion along with the mean and standard error of number and duration of convulsions.

## 13. ARCHIVES

The following items will be retained in the scientific archives of CRM for a period of 1 year after dispatch of the study report.

- All raw data
- Samples and permanent specimens (if any, and except for any samples/specimens sent to the Sponsor or the Sponsor's designated laboratory and resultant data which will be the responsibility of the Sponsor or the Sponsor's designated laboratory, the Study Director will be notified of the final disposition of all samples/specimens and resultant data)

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

- Documents generated at CRM during this study
- The original copy of the protocol (including amendments, if any)
- The study report

Subsequent storage details will be documented in the raw data.

## 14. INSTITUTIONAL ANIMAL CARE AND USE COMMITTEE APPROVAL

The protocol and any amendment(s) or procedures involving the care and use of animals in this study will be reviewed and approved by CRM Institutional Animal Care and Use Committee (IACUC) prior to conduct. During the study, the care and use of animals will be conducted in accordance with the guidelines of the USA National Research Council and the Canadian Council on Animal Care (CCAC).

## 15. JUSTIFICATION FOR ANIMAL USE

The requirement for, and use of animals in, this research are the responsibility of the sponsor, in that the research does not unnecessarily duplicate previous animal experiments. The research is being conducted in the absence of acceptable non-animal alternatives to provide meaningful data and has been designed such that it does not require an unnecessary number of animals to accomplish its objectives.

## 16. COMMUNICATION

As necessary during the study, the Study Director will take appropriate action, in consultation with the clinical veterinarian and Sponsor (if possible), to minimize discomfort and pain to animals, provided such action will not interfere with the objectives or outcome of the study.

Untoward changes or events occurring during the study will be communicated to the Sponsor by telephone, telefax, or e-mail. Agreed upon changes in study conduct or design will be documented in protocol amendments.

Copies of each protocol amendment will be sent to the Sponsor whose formal approval will be indicated by the return of one signed copy to CRM.

## 17. REPORTS

A complete detailed draft report (1 unbound) will be submitted to the Sponsor. Subsequent to any modifications or corrections (agreed upon by the Sponsor and CRM), 2 copies (1 bound/1 unbound) of a final version of the report will be issued.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200 Fax: (514) 630-8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

## PROTOCOL APPROVAL SIGNATURE(S)

This protocol has been verified and approved by:


_Kevin Norton_
Research Scientist
Safety Pharmacology
Charles River Laboratories

_22/8/06_
Date


_S. Mason, B.Sc._
Principal Scientist
Safety Pharmacology
Charles River Laboratories

_23/08/06_
Date


Fredrick Sterns
Sponsor Representative

Date

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

CHARLES RIVER
LABORATORIES
*Preclinical Services*

Project No. 590337
Page 1

## Protocol Amendment No. 1

To:              Study File, Distribution List

From:            K. Norton

Study Number:    Project No.590337

Date:            August 23, 2006

---

### 1. Section 1 – General Summary

**Amended as:**

Sponsor          Keller and Heckman LLP
                 **Washington Center**
                 **1001 G Street, N.W.**
                 **Washington, DC 20001**

Sponsor
Representative   Fredrick ~~Sterns~~ **Stearns**

**Read:**

Inclusion of sponsor address and correction of sponsor name.

### 2. Section 8.1 – Vehicle Article

**Amended as:**
Identity              ~~0.9% Sodium Chloride for irrigation U.S.P~~ 5% **DMSO in 0.9%**
                      **Sodium Chloride for irrigation U.S.P.**

Storage Conditions    Room temperature, out of direct light.

**Reason:**

Metabolites were insoluble in 0.9% sodium chloride

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200 Fax: (514) 630-8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Project No. 590337
Page 2

## 3. Section 9.2 Administration of Test Article

**Amended as:**

An acclimation period of at least one week will be allowed between animal receipt and the start of treatment in order to accustom the animals to the laboratory environment.

Prior to treatment initiation, all animals will be weighed and assigned to treatment groups using a randomization procedure, which will be by stratification using body weight as the parameter. Animals in poor health or at the extremes of the body weight range will not be assigned to groups.

Animals will be randomized into the following groups:

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| ~~1~~ | ~~50~~ | ~~5~~ | ~~10~~ | ~~3~~ |
| 2 | 75 | 7.5 | 10 | 3 |
| ~~3~~ | ~~100~~ | ~~10.0~~ | ~~10~~ | ~~3~~ |
| 4 | 125 | 12.5 | 10 | 3 |

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| ~~5~~ | ~~50~~ | ~~5~~ | ~~10~~ | ~~3~~ |
| 6 | 75 | 7.5 | 10 | 3 |
| ~~7~~ | ~~100~~ | ~~10.0~~ | ~~10~~ | ~~3~~ |
| 8 | 125 | 12.5 | 10 | 3 |

| Group/ Identification | Dose Level (mg/kg) | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| ~~9~~ | ~~50~~ | ~~5~~ | ~~10~~ | ~~3~~ |
| 10 | 75 | 7.5 | 10 | 3 |
| ~~11~~ | ~~100~~ | ~~10.0~~ | ~~10~~ | ~~3~~ |
| 12 | 125 | 12.5 | 10 | 3 |

Any animals considered unsuitable for use in the study will be replaced by spare animals obtained from the same shipment and maintained under the same environmental conditions. Final allocation will be documented in the report.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200 Fax: (514) 630-8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Project No. 590337
Page 3

At the end of the replacement period, all animals remaining unassigned to groups will be released from the study and their disposition documented

**Reason:**

The 50 and 100 mg/kg dose level were removed.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Page 42

Project No. 590337
Page 4

This protocol amendment No. 1 has been verified and approved by:

_____    _23_|_8_|_c8_. _____
K. Norton, B.Sc.                    Date
Research Scientist
Safety Pharmacology
Toxicology Division
Charles River Laboratories


_____    _____
F. Stearns.                         Date
Sponsor Representative

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Page 43



CHARLES RIVER
LABORATORIES
*Preclinical Services*

Project No. 590337
Page 1

## Protocol Amendment No. 2

To:              Study File, Distribution List

From:            K. Norton

Study Number:    Project No.590337

Date:            September 18, 2006

---

### Section 3 Reason for Choice of Route of Administration

1.

**Amended as:**

The intrperitoneal route has been selected ~~since this is the intended route of administration in humans~~ **standard administration route in murine anticonvulsant models.**

**Reason:**

Route of administration is based literature models for measuring murine convulsion.

### 2.  Section 6 Schedule

Amended as:

| | |
|---|---|
| Experimental Start Date | ~~15 August 2006~~ **13 September 2006** (Animal arrival) |
| Proposed Date of First Treatment | ~~23 August 2006~~ **19 September 2006** |
| Proposed Termination Date | ~~24 August 2006~~ **21 September 2006** |

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200 Fax: (514) 630–8230 E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Project No. 590337
Page 2

## 3.  Section 8.1 – Vehicle Article

**Amended as:**

Identity            **0.9% Sodium Chloride for irrigation U.S.P** ~~5% DMSO in 0.9%~~
~~Sodium Chloride for irrigation U.S.P.~~

Storage Conditions            Room temperature, out of direct light.

**Reason:**

Salt form of metabolites will be dissolved in 0.9% sodium chloride

## 4.  Section 8.2 – Test Article

**Amended as:**

Identity:

| ~~Compound~~ | ~~MWt.~~ | ~~Ratio to Bup HCl~~ | ~~Amount equivalent to 100mg of Bupropion HCl~~ |
|---|---|---|---|
| ~~Erythohydrobupropion~~ | ~~241.757 (free base)~~ | ~~0.875~~ | ~~87.5mg~~ |
| ~~Threohydrobupropion~~ | ~~241.757 (free base)~~ | ~~0.875~~ | ~~87.5mg~~ |
| ~~Hydroxybupropion~~ | ~~255.740 (free base)~~ | ~~0.926~~ | ~~92.6mg~~ |

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Project No. 590337
Page 3

| Compound | MWt. | Ratio to Bup HCl | Amount equivalent to 100mg of Bupropion HCl |
|---|---|---|---|
| Erythohydrobupropion Hydrochloride | 278.218 | 1.007 | 100.7 |
| Threohydrobupropion Hydrochloride | 278.218 | 1.007 | 100.7 |
| Hydroxybupropion Hydrochloride | 292.201 | 1.058 | 105.8 |

Storage Conditions        Store in original containers in a cool dry place

The batch/lot number, purity, expiry date, description, handling precautions and supplier will be provided by the Sponsor. The appropriate details will be included in the final report.

The test article should be characterized by the Sponsor. All data relevant to such analyses will be reviewed, audited and retained by the Sponsor who will provide a test article Certificate of Analysis for inclusion in the study report.

**Reason:**

Change in test material salt form.

5. **Section 9.2 Administration of Test Article**

Amended as:

An acclimation period of at least one week will be allowed between animal receipt and the start of treatment in order to accustom the animals to the laboratory environment.

Prior to treatment initiation, all animals will be weighed and assigned to treatment groups using a randomization procedure, which will be by stratification using body weight as the parameter. Animals in poor health or at the extremes of the body weight range will not be assigned to groups.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Project No. 590337
Page 4

Animals will be randomized into the following groups:

| Group/Identification | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 1 | 50 | 5 | 10 | 3 |
| 2 | 75 | 7.5 | 10 | 3 |
| 3 | 100 | 10.0 | 10 | 3 |
| 4 | 125 | 12.5 | 10 | 3 |

| Group/Identification | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 5 | 50 | 5 | 10 | 3 |
| 6 | 75 | 7.5 | 10 | 3 |
| 7 | 100 | 10.0 | 10 | 3 |
| 8 | 125 | 12.5 | 10 | 3 |

| Group/Identification | Dose Level (mg/kg)* | Dose Concentration (mg/mL) | Dose Volume (mL/kg) | No. of Females |
|---|---|---|---|---|
| 9 | 50 | 5 | 10 | 3 |
| 10 | 75 | 7.5 | 10 | 3 |
| 11 | 100 | 10.0 | 10 | 3 |
| 12 | 125 | 12.5 | 10 | 3 |

* Dose levels will be adjusted based on salt content relative to Bupropion.

Any animals considered unsuitable for use in the study will be replaced by spare animals obtained from the same shipment and maintained under the same environmental conditions. Final allocation will be documented in the report.

At the end of the replacement period, all animals remaining unassigned to groups will be released from the study and their disposition documented

**Reason:**

The 50 and 100 mg/kg dose level were added.

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630-8200  Fax: (514) 630-8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Page 47

Project No. 590337
Page 5

This protocol amendment No. 2 has been verified and approved by:

K. Norton, B.Sc.                           Date
Research Scientist
Safety Pharmacology
Toxicology Division
Charles River Laboratories

18/9/2006.

F. Stearns.                                 Date
Sponsor Representative

19 September 2006

Charles River Laboratories Preclinical Services Montreal Inc., 22022, Transcanadienne, Senneville, Québec, Canada H9X 3R3

Tel: (514) 630–8200  Fax: (514) 630–8230  E-mail: info@ca.crl.com / toxicology@ca.crl.com / www.criver.com

Page 48
Testing Facility Study No. 590337

**Appendix 2**          **Data Capture/Entry Methods Used in Report**

Page 49
Testing Facility Study No. 590337

## DATA CAPTURE/ENTRY METHODS USED IN REPORT

The following Data Capture/Entry methods have been used in this report:

Retrospective manual entry on Microcomputer template (Microsoft Word 2000)

Clinical Observations (Convulsion)

Retrospective manual entry on Microcomputer (Microsoft Excel 2000), the data is then transferred into a Word template (Microsoft Word 2000)

Convulsion Assessment

Page 50
Testing Facility Study No. 590337

Appendix 3          **Individual Clinical Observations**

**Appendix 3          Individual Clinical Observations**

Only animals with findings are presented in this appendix.

**Appendix 3**          **Individual Clinical Observations**

Females

Group 1 - Erythohydrobupropion  50 mg/kg          Group 2 - Erythohydrobupropion  75 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 1 | 1511 | Vocalization During Convulsion | 0-15 |
|   |      | Activity Increased | 0-15, 15-30, 30-45, 45-60 |
|   | 1512 | Abnormal Gait | 30-45 |
| 2 | 2511 | Catatonic Short Period | 0-15 |
|   |      | Respiration Rate Increased | 0-15, 15-30, 30-45 |
|   |      | Activity Decreased | 0-15, 15-30, 30-45, 45-60 |
|   |      | Ataxic Gait | 0-15, 15-30 |
|   |      | Catatonic | 15-30 |
|   |      | Activity Increased | 180-195, 195-210 |
|   | 2512 | Activity Increased | 0-15 |
|   |      | Ataxic Gait | 0-15 |
|   |      | Activity Decreased | 15-30, 30-45 |
|   | 2513 | Tremors Moderate | 0-15 |
|   |      | Ataxic Gait | 0-15, 15-30, 30-45, 45-60 |
|   |      | Activity Increased | 0-15, 180-195 |
|   |      | Uncoordinated | 0-15 |
|   |      | Activity Decreased | 15-30, 30-45, 45-60, 60-75, 75-90 |

**Appendix 3**          **Individual Clinical Observations**

Females

Group 3 - Erythohydrobupropion  100 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 3 | 3511 | Activity Decreased | 0-15, 15-30, 45-60, 60-75, 75-90 |
| | | Ataxic Gait | 0-15, 15-30, 30-45 |
| | | Paralysis Hindlimb | 0-15 |
| | | Respiration Rate Increased | 0-15, 15-30, 30-45, 45-60, 60-75 |
| | | Catatonic | 15-30 |
| | | Activity Increased | 30-45 |
| | 3512 | Catatonic | 0-15, 15-30, 30-45, 45-60, 60-75, 75-90, 90-105 |
| | | Paralysis Both Hindlimbs | 0-15 |
| | | Ataxic Gait | 0-15, 15-30, 30-45, 45-60, 60-75, 75-90 |
| | | Eyes Partly Closed | 15-30, 30-45, 45-60, 60-75 |
| | | Weak | 15-30, 30-45, 45-60, 60-75, 75-90, 90-105, 105-120, 120-135, 135-150, 150-165 |
| | | Weakness of Both Forelimbs | 30-45 |
| | | Activity Decreased | 75-90, 90-105, 105-120, 120-135, 135-150, 150-165 |
| | | Tremors | 75-90, 90-105, 105-120 |
| | | Tremors Slight | 120-135, 135-150 |
| | 3513 | Tremors Moderate | 0-15 |
| | | Abnormal Gait | 0-15 |
| | | Paralyzed | 0-15 |
| | | Ataxic Gait | 15-30 |
| | | Activity Decreased | 15-30, 30-45, 45-60, 60-75, 75-90, 90-105 |

## Appendix 3    Individual Clinical Observations

Group 4 - Erythohydrobupropion  125 mg/kg
Group 5 - Threohydrobupropion  50 mg/kg

Females

Group 6 - Threohydrobupropion  75 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 4 | 4511 | Paralyzed Hindlimb | 0-15 |
| | | Unscheduled Euthanasia | 0-15 |
| | 4512 | Unscheduled Euthanasia | 0-15 |
| | 4513 | Ataxic Gait | 0-15 |
| | | Found dead | 0-15 |
| 5 | 5511 | Activity Decreased | 0-15 |
| | | Short Catonic Periods | 0-15, 15-30, 30-45 |
| | | Ataxic Gait | 15-30 |
| | | Activity Increased | 30-45, 45-60 |
| | 5512 | Catatonic Short Period | 0-15, 15-30 |
| | | Respiration Rate Increased | 0-15, 15-30, 30-45 |
| | | Activity Decreased | 30-45 |
| | 5513 | Activity Decreased | 0-15, 15-30, 30-45, 45-60, 60-75 |
| | | Ataxic Gait | 105-120 |
| 6 | 6511 | Catatonic for Short Period | 0-15 |
| | | Weakness of Both Hindlimbs | 0-15 |
| | | Unscheduled Euthanasia | 0-15 |

**Appendix 3**    **Individual Clinical Observations**

Females

Group 6 - Threohydrobupropion 75 mg/kg    Group 7 - Threohydrobupropion 100 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 6 | 6512 | Abnormal Gait | 0-15 |
| | | Respiration Rate Increased | 0-15, 15-30 |
| | | Ataxic Gait | 0-15, 15-30 |
| | | Activity Decreased | 0-15, 15-30, 30-45, 45-60, 60-75 |
| | | Catatonic | 15-30, 30-45 |
| | 6513 | Unscheduled Euthanasia | 0-15 |
| 7 | 7511 | Breathing Labored | 0-15 |
| | | Weak | 0-15 |
| | | Unscheduled Euthanasia | 0-15 |
| | 7512 | Lying on Side | 0-15 |
| | | Activity Decreased | 0-15 |
| | | Catatonic | 0-15 |
| | | Ataxic Gait | 45-60, 60-75, 75-90 |
| | | Uncoordinated | 45-60, 60-75, 75-90 |
| | 7513 | Respiration Increased | 0-15 |
| | | Activity Decreased | 0-15 |
| | | Breathing Labored | 30-45 |
| | | Convulsion Sustained When Handled | 60-75 |
| | | Unscheduled Euthanasia | 60-75 |

**Appendix 3**         **Individual Clinical Observations**

Females

Group 8 - Threohydrobupropion 125 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 8 | 8511 | Breathing Labored | 0-15 |
| | | Catatonic | 0-15 |
| | | Unscheduled Euthanasia | 0-15 |
| | 8512 | Ataxic Gait | 0-15, 90-105, 105-120, 120-135, 180-195, 135-150, 150-165, 165-180 |
| | | Paralysis Both Hindlimbs | 0-15, 30-45 |
| | | Activity Decreased | 0-15, 15-30, 90-105, 105-120, 120-135, 135-150, 150-165, 165-180, 180-195, 195-210 |
| | | Respiratory Rate Increased | 15-30 |
| | | Right Eye Partly Closed | 30-45 |
| | | Activity Increased | 60-75 |
| | | Eyes Partly Closed | 90-105, 135-150, 150-165, 165-180, 180-195, 195-210 |
| | | Weakness Both Hindlimbs | 105-120 |
| | | Weak | 105-120, 120-135 |
| | | Abnormal Gait | 120-135 |
| | 8513 | Paralysis Both Hindlimbs | 0-15 |
| | | Gasping | 0-15 |
| | | Unscheduled Euthanasia | 0-15 |

**Appendix 3**     **Individual Clinical Observations**

Females

Group 9 - Hydroxybupropion 50 mg/kg     Group 10 - Hydroxybupropion 75 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 9 | 9512 | Ataxic Gait | 0-15 |
| | | Activity Decreased | 0-15, 45-60, 60-75, 75-90 |
| | | Paralysis Right Forelimb | 0-15 |
| | 9513 | Ataxic Gait | 0-15, 15-30 |
| | | Paralysis Both Hindlimbs | 0-15, 15-30 |
| | | Respiratory Rate Increased | 0-15 |
| | | Paralysis Both Forelimbs | 0-15 |
| | | Tremors Slight | 15-30 |
| | | Activity Decreased | 15-30 |
| 10 | 10511 | Ataxic Gait | 0-15, 30-45 |
| | | Activity Decreased | 0-15, 30-45, 45-60 |
| | | Catatonic | 0-15, 15-30, 30-45 |
| | | Weak | 30-45, 45-60 |
| | 10512 | Ataxic Gait | 0-15 |
| | | Activity Decreased | 0-15, 75-90, 105-120 |
| | | Catatonic | 0-15, 15-30 |
| | | Activity Increased | 90-105 |

## Appendix 3          Individual Clinical Observations

Females

Group 10 - Hydroxybupropion 75 mg/kg          Group 11 - Hydroxybupropion 100 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|-------|--------------|---------------|-------------------------------|
| 10 | 10513 | Respiration Increased | 0-15 |
| | | Lying on Side | 0-15 |
| | | Paralysis Left Forelimb | 0-15 |
| | | Paralysis Left Hindlimb | 0-15 |
| | | Catatonic | 0-15 |
| | | Activity Increased | 30-45 |
| | | Ataxic Gait | 30-45 |
| 11 | 11511 | Paralysis | 0-15 |
| | | Activity Decreased | 0-15 |
| | | Catatonic | 0-15 |
| | | Found Dead | 0-15 |
| | 11512 | Unscheduled Euthanasia | 0-15 |
| | 11513 | Paralyzed Hindlimb | 0-15 |
| | | Catatonic | 0-15, 15-30, 30-45 |
| | | Vocalization Increased | 15-30 |
| | | Paralyzed | 15-30, 30-45 |
| | | Activity Decreased | 45-60, 60-69 |
| | | Ataxic Gait | 45-60, 60-69 |
| | | Convulsions Non-Sustained when Handled | 60-69 |
| | | Mussel tone Decreased | 60-69 |
| | | Unscheduled Euthanasia | 60-69 |

**Appendix 3**          **Individual Clinical Observations**

Females

Group 12 - Hydroxybupropion  125 mg/kg

| Group | Animal Number | Clinical Sign | Time observed post dose (min) |
|---|---|---|---|
| 12 | 12511 | Unscheduled Euthanasia | 0-15 |
|  | 12512 | Paralysis | 0-15 |
|  |  | Breathing Labored | 0-15 |
|  |  | Found Dead | 0-15 |
|  | 12513 | Paralysis Both Hindlimbs | 0-15 |
|  |  | Catatonic | 0-15 |
|  |  | Gasping | 0-15 |
|  |  | Unscheduled Euthanasia | 0-15 |

Page 60
Testing Facility Study No. 590337

**Appendix 4**        **Individual Convulsion Assessment**

**Appendix 4**          **Individual Convulsion Assessment**

Only animals with findings are presented in this appendix.

Mild          Head and tail slightly extended and little jerking

Moderate      Head and tail fully extended and some jerking

Severe        Head and tail fully extended and strong jerking

## Appendix 4  Individual Convulsion Assessment

Group 1 - Erythohydrobupropion  50 mg/kg
Group 2 - Erythohydrobupropion  75 mg/kg
Group 3 - Erythohydrobupropion  100 mg/kg

Females

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 1 | 1511 | 0-15 | 10:00 | 10:10 | 0-10 | 3 | - | - |
|  |  | 0-15 | 10:00 | 10:10 | 11-30 | - | 1 | - |
| 2 | 2511 | 0-15 | 11:05 | 11:17 | 0-10 | 2 | - | - |
|  |  | 0-15 | 11:05 | 11:17 | 11-30 | - | 1 | - |
|  |  | 15-30 | 11:05 | 11:17 | 0-10 | 3 | 1 | - |
|  | 2512 | 0-15 | 11:30 | 11:36 | 11-30 | 1 | 1 | - |
|  | 2513 | 0-15 | 10:10 | 10:16 | 0-10 | 4 | - | - |
|  |  | 0-15 | 10:10 | 10:16 | 11-30 | - | 1 | - |
| 3 | 3511 | 0-15 | 10:45 | 10:48 | 0-10 | 4 | - | - |
|  |  | 0-15 | 10:45 | 10:48 | 11-30 | - | 5 | - |
|  |  | 15-30 | 10:45 | 10:48 | 0-10 | 7 | 1 | - |
|  |  | 15-30 | 10:45 | 10:48 | 11-30 | - | 1 | 1 |

## Appendix 4    Individual Convulsion Assessment

Females

Group 3 - Erythohydrobupropion 100 mg/kg

Group 4 - Erythohydrobupropion 125 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 3 | 3512 | 0-15 | 11:00 | 11:05 | 0-10 | 1 | 1 | 1 |
| | | 0-15 | 11:00 | 11:05 | 11-30 | - | - | 1 |
| | | 0-15 | 11:00 | 11:05 | >31 | - | 4 | - |
| | | 15-30 | 11:00 | 11:05 | 0-10 | 7 | 2 | 1 |
| | | 15-30 | 11:00 | 11:05 | 11-30 | 1 | - | - |
| | | 15-30 | 11:00 | 11:05 | >31 | - | 2 | - |
| | | 30-45 | 11:00 | 11:05 | 0-10 | 6 | - | - |
| | | 30-45 | 11:00 | 11:05 | 11-30 | 1 | - | - |
| | | 45-60 | 11:00 | 11:05 | 0-10 | 11 | - | - |
| | | 60-75 | 11:00 | 11:05 | 0-10 | 11 | - | - |
| | 3513 | 0-15 | 10:30 | 10:38 | 0-10 | 7 | - | 1 |
| | | 0-15 | 10:30 | 10:38 | 11-30 | 2 | 1 | - |
| | | 0-15 | 10:30 | 10:38 | >31 | 1 | - | 1 |
| 4 | 4511 | 0-15 | 10:25 | 10:28 | 0-10 | 3 | - | - |
| | | 0-15 | 10:25 | 10:28 | >31 | - | - | 1 |
| | 4512 | 0-15 | 11:05 | 11:08 | >31 | - | - | 1 |
| | 4513 | 0-15 | 11:10 | 11:14 | 0-10 | - | - | 4 |
| | | 0-15 | 11:10 | 11:14 | 11-30 | 1 | - | - |

## Appendix 4    Individual Convulsion Assessment

Females

Group 5 - Threohydrobupropion  50 mg/kg
Group 6 - Threohydrobupropion  75 mg/kg
Group 7 - Threohydrobupropion  100 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 5 | 5513 | 0-15 | 10:50 | 11:00 | 0-10 | 5 | - | - |
|   |      | 15-30 | 10:50 | 11:00 | 0-10 | 4 | - | - |
|   |      | 105-120 | 10:50 | 11:00 | 0-10 | 1 | - | - |
| 6 | 6511 | 0-15 | 10:40 | 10:45 | 0-10 | 2 | 1 | 3 |
|   |      | 0-15 | 10:40 | 10:45 | >31 | - | 4 | 1 |
|   | 6512 | 0-15 | 10:25 | 10:35 | 0-10 | 2 | 3 | 2 |
|   |      | 0-15 | 10:25 | 10:35 | 11-30 | - | 1 | - |
|   | 6513 | 0-15 | 10:50 | 10:58 | 0-10 | 1 | - | - |
|   |      | 0-15 | 10:50 | 10:58 | >31 | - | - | 1 |
| 7 | 7511 | 0-15 | 10:40 | 10:44 | 0-10 | - | 1 | - |
|   | 7512 | 0-15 | 11:15 | 11:20 | 0-10 | 3 | 1 | - |
|   |      | 0-15 | 11:15 | 11:20 | 11-30 | - | 1 | - |
|   |      | 30-45 | 11:15 | 11:20 | 11-30 | - | 1 | - |

**Appendix 4**     **Individual Convulsion Assessment**

Females

Group 7 - Threohydrobupropion 100 mg/kg

Group 8 - Threohydrobupropion 125 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|-------|---------------|-------------------|-------------|-------------------------------|----------------|------|----------|--------|
| 7 | 7513 | 0-15 | 11:15 | 11:20 | 0-10 | 4 | - | - |
|   |      | 0-15 | 11:15 | 11:20 | >31 | - | - | 1 |
|   |      | 15-30 | 11:15 | 11:20 | 0-10 | 16 | - | - |
|   |      | 15-30 | 11:15 | 11:20 | 11-30 | - | - | 2 |
|   |      | 30-45 | 11:15 | 11:20 | 0-10 | 2 | 8 | 6 |
|   |      | 30-45 | 11:15 | 11:20 | 11-30 | - | 5 | 1 |
|   |      | 30-45 | 11:15 | 11:20 | >31 | - | - | 3 |
|   |      | 45-60 | 11:15 | 11:20 | 0-10 | 3 | 3 | 2 |
|   |      | 45-60 | 11:15 | 11:20 | 11-30 | - | 6 | 3 |
|   |      | 45-60 | 11:15 | 11:20 | >31 | - | 2 | 2 |
|   |      | 60-75 | 11:15 | 11:20 | >31 | - | 1 | 2 |
| 8 | 8511 | 0-15 | 10:35 | 10:38 | 11-30 | - | - | 1 |

## Appendix 4    Individual Convulsion Assessment

Females

Group 8 - Threohydrobupropion  125 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 8 | 8512 | 0-15 | 10:35 | 10:45 | 0-10 | 3 | - | - |
| | | 0-15 | 10:35 | 10:45 | 11-30 | 1 | - | - |
| | | 0-15 | 10:35 | 10:45 | >31 | - | 3 | - |
| | | 15-30 | 10:35 | 10:45 | 0-10 | 3 | - | - |
| | | 15-30 | 10:35 | 10:45 | 11-30 | 5 | - | - |
| | | 15-30 | 10:35 | 10:45 | >31 | - | 2 | - |
| | | 30-45 | 10:35 | 10:45 | 0-10 | 4 | - | - |
| | | 30-45 | 10:35 | 10:45 | >31 | 1 | - | - |
| | | 60-75 | 10:35 | 10:45 | >31 | - | 1 | 1 |
| | | 75-90 | 10:35 | 10:45 | 0-10 | 1 | - | - |
| | | 75-90 | 10:35 | 10:45 | 11-30 | - | 1 | - |
| | | 90-105 | 10:35 | 10:45 | 0-10 | 1 | - | - |
| | | 105-120 | 10:35 | 10:45 | 0-10 | 1 | - | - |
| | | 120-135 | 10:35 | 10:45 | 0-10 | 2 | - | - |
| | | 120-135 | 10:35 | 10:45 | 11-30 | 1 | - | - |
| | 8513 | 0-15 | 11:20 | 11:22 | 0-10 | 3 | - | - |
| | | 0-15 | 11:20 | 11:22 | 11-30 | - | - | 1 |

## Appendix 4    Individual Convulsion Assessment

Females

Group 9 - Hydroxybupropion 50 mg/kg

Group 10 - Hydroxybupropion 75 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 9 | 9512 | 0-15 | 10:55 | 11:00 | 11-30 | 2 | - | - |
| | | 30-45 | 10:55 | 11:00 | 11-30 | - | 1 | - |
| | 9513 | 0-15 | 10:15 | 10:21 | 0-10 | 2 | - | - |
| | | 15-30 | 10:15 | 10:21 | 0-10 | 4 | - | - |
| 10 | 10511 | 0-15 | 11:30 | 11:35 | 0-10 | 29 | 1 | 3 |
| | | 0-15 | 11:30 | 11:35 | >31 | - | - | 1 |
| | | 15-30 | 11:30 | 11:35 | 0-10 | 90 | 2 | 3 |
| | | 15-30 | 11:30 | 11:35 | 11-30 | - | 1 | - |
| | | 30-45 | 11:30 | 11:35 | 0-10 | 6 | - | - |
| | 10512 | 0-15 | 10:55 | 11:01 | 0-10 | 6 | - | - |
| | | 0-15 | 10:55 | 11:01 | 11-30 | 3 | 1 | - |
| | | 15-30 | 10:55 | 11:01 | 0-10 | 6 | - | 1 |
| | | 15-30 | 10:55 | 11:01 | >31 | - | 1 | - |
| | | 30-45 | 10:55 | 11:01 | 0-10 | 2 | 3 | 1 |
| | | 30-45 | 10:55 | 11:01 | 11-30 | - | - | 1 |
| | 10513 | 0-15 | 10:15 | 10:19 | 0-10 | 24 | - | - |
| | | 0-15 | 10:15 | 10:19 | 11-30 | - | - | 1 |
| | | 15-30 | 10:15 | 10:19 | 0-10 | 42 | - | - |
| | | 15-30 | 10:15 | 10:19 | 11-30 | - | - | 3 |

## Appendix 4    Individual Convulsion Assessment

Females

Group 11 - Hydroxybupropion 100 mg/kg

Group 12 - Hydroxybupropion 125 mg/kg

| Group | Animal Number | Duration to Onset | Dosing Time | Time of the First Observation | Duration (sec) | Mild | Moderate | Severe |
|---|---|---|---|---|---|---|---|---|
| 11 | 11511 | 0-15 | 11:20 | 11:23 | 0-10 | 3 | - | - |
|  |  | 0-15 | 11:20 | 11:23 | 11-30 | - | 1 | - |
|  | 11512 | 0-15 | 10:45 | 10:46 | 0-10 | 2 | - | - |
|  |  | 0-15 | 10:45 | 10:46 | 11-30 | - | 1 | - |
|  |  | 0-15 | 10:45 | 10:46 | >31 | - | - | 1 |
|  | 11513 | 0-15 | 11:10 | 11:14 | 0-10 | 3 | 3 | 30 |
|  |  | 0-15 | 11:10 | 11:14 | >31 | 1 | - | - |
|  |  | 15-30 | 11:10 | 11:14 | 0-10 | 41 | 2 | 2 |
|  |  | 30-45 | 11:10 | 11:14 | 0-10 | 19 | - | - |
|  |  | 30-45 | 11:10 | 11:14 | 11-30 | 6 | - | - |
|  |  | 30-45 | 11:10 | 11:14 | >31 | 2 | - | - |
|  |  | 45-60 | 11:10 | 11:14 | 0-10 | 9 | - | - |
|  |  | 45-60 | 11:10 | 11:14 | 11-30 | 1 | 1 | - |
|  |  | 45-60 | 11:10 | 11:14 | >31 | 1 | - | - |
|  |  | 60-75 | 11:10 | 11:14 | 0-10 | 4 | - | - |
| 12 | 12511 | 0-15 | 10:30 | 10:32 | 11-30 | - | 1 | - |
|  | 12512 | 0-15 | 10:20 | 10:23 | 0-10 | 2 | - | - |
|  | 12513 | 0-15 | 10:20 | 10:21 | 11-30 | - | 1 | - |