Appendix 3

**Report of studies examining possible factors involved
in the increased seizure risk of bupropion HCl**



**NON-GLP REVISED DRAFT RESEARCH REPORT**

Testing Facility Study No. 590333

## Assessment of Convulsive Liability in the Albino Mouse

**TESTING FACILITY:**
Charles River Laboratories Preclinical Services Montreal Inc.
22022 Transcanadienne
Senneville, Quebec
CANADA H9X 3R3

**SPONSOR:**
Keller and Heckman LLP
Washington Center
1001 G Street, N.W.
Washington, DC 20001

27 November 2006

Page 1 of 66

## TABLE OF CONTENTS

LIST OF TABLES ...........................................................................................................4

LIST OF APPENDICES ..................................................................................................5

1.   COMPLIANCE STATEMENT ..............................................................................6

2.   PARTICIPATING PERSONNEL ...........................................................................7

3.   COMPANY NAME .................................................................................................7

4.   SUMMARY ..............................................................................................................8

5.   INTRODUCTION ...................................................................................................10

6.   METHODS AND EXPERIMENTAL DESIGN .....................................................10

   6.1.   Test System ....................................................................................................10

      6.1.1.     Receipt ...........................................................................................10

      6.1.2.     Housing ..........................................................................................11

      6.1.3.     Diet/Water .....................................................................................11

      6.1.4.     Assignment to Dosage Groups .....................................................11

   6.2.   Test , Reference and Vehicle Control Articles ...............................................12

      6.2.1.     Test Article ....................................................................................12

      6.2.2.     Reference Article ...........................................................................12

      6.2.3.     Vehicle/Control Article .................................................................13

      6.2.4.     Preparation of Dose Formulations ................................................13

      6.2.5.     Chemical Analysis of Dose Formulations .....................................13

   6.3.   Administration of Test/Control Articles .........................................................13

   6.4.   Observations ...................................................................................................13

      6.4.1.     Clinical Examinations ...................................................................13

   6.5.   Body Weight ...................................................................................................14

      6.5.1.     Convulsion Assessment .................................................................14

   6.6.   Terminal Procedures .......................................................................................14

   6.7.   Statistical Methods .........................................................................................14

   6.8.   Protocol Deviations and Impact .....................................................................14

   6.9.   Data Capturing Systems .................................................................................15

   6.10. Archives ..........................................................................................................15

7.   RESULTS ................................................................................................................15

    7.1.   Mortality and Clinical Signs .......................................................................15

    7.2.   Convulsion Assessment..............................................................................15

8.   CONCLUSION ..............................................................................................16

9.   REFERENCES ..............................................................................................16

10.  REPORT REVIEW AND APPROVAL SIGNATURE ...................................17

Page 4
Testing Facility Study No. 590333

**LIST OF TABLES**

Table 1        Group Mean Convulsion Assessment.................................................................18

Page 5
Testing Facility Study No. 590333

## LIST OF APPENDICES

Appendix 1    Protocol ................................................................................................................22

Appendix 2    Data Capture/Entry Methods Used in Report .......................................................35

Appendix 3    Individual Clinical Observations ..........................................................................37

Appendix 4    Individual Convulsion Assessment........................................................................60

## 1. COMPLIANCE STATEMENT

This study was conducted in accordance with the Standard Operating Procedures of Charles River Laboratories Preclinical Services Montreal Inc. (PCS-MTL). As exploratory research, this work falls outside the scope of the United States Food and Drug Administration Good Laboratory Practice Regulations.

_____        _____

Kevin Norton, BSc                               Date
Research Scientist, Safety Pharmacology
Toxicology Division
Charles River Laboratories

## 2.  PARTICIPATING PERSONNEL

Kathy Rioux DEC
Technical Team Leader
Safety Pharmacology
Toxicology Division
Charles River Laboratories

Richard Billing BSc
Pharmacy Specialist
Laboratory Sciences
Charles River Laboratories

## 3.  COMPANY NAME

Effective 04 November 2005, CTBR Bio-Research Inc ("CTBR") became known as
Charles River Laboratories Preclinical Services Montreal Inc.  All terms and conditions in effect
pursuant to agreements between the Sponsor and CTBR Bio-Research Inc. shall continue in full
force and effect.  In addition, effective 10 July 2006, the facility address changed from
87 Senneville Road, Senneville, Quebec, Canada, H9X 3R3 to 22022 Transcanadienne,
Senneville, Quebec, Canada, H9X 3R3, however both addresses refer to the same facility.

## 4.  SUMMARY

The purpose of this study was to evaluate the impact of ethanol on Bupropion Hydrochloride (HCl) induced convulsions in the albino mouse.

Treatment groups were as follows:

| Group/I.D. | Bupropion Dose Level (mg/kg) | Bupropion Dose Volume (mL/kg) | Bupropion Dose Conc. (mg/mL) | Ethanol Dose Level (g/kg) | Ethanol Dose Volume (mL/kg) | Ethanol Dose Conc. (g/mL) | No. of Females* |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 10 | 0 | 2.5 | 10 | 0.25 | 10 |
| 2 | 100 | 10 | 10 | 2.5 | 10 | 0.25 | 10 |
| 3 | 110 | 10 | 11 | 2.5 | 10 | 0.25 | 10 |
| 4 | 120 | 10 | 12 | 2.5 | 10 | 0.25 | 10 |
| 5 | 0 | 10 | 0 | 0 | 0 | 0 | 10 |
| 6 | 100 | 10 | 10 | 0 | 0 | 0 | 10 |
| 7 | 110 | 10 | 11 | 0 | 0 | 0 | 10 |
| 8 | 120 | 10 | 12 | 0 | 0 | 0 | 10 |

\* Dosing was replicated over a 4-day period, with either 2 or 3 animals per group dosed on any one occasion.

All animals were examined twice daily for mortality and signs of ill health or reaction to treatment, except on day of arrival and day of necropsy where animals were examined once. Individual body weights were measured prior to randomization and on the day prior to dosing. Animals received a single intraperitoneal injection of either bupropion HCl or bupropion HCl and ethanol (given 5 minutes prior to bupoprion HCl) intraperitoneally. An assessment of convulsion severity, duration and number of occurrences was recorded for up to 5 hours post test article administration.

There were no deaths noted in this study, however one Group 2 animal was euthanized for humane reasons due to excessive convulsions. A variety of clinical signs including paralysis and ataxic gait were noted across all bupropion treated groups. Clinical signs were not dose dependent and interaction of ethanol had no apparent effect on signs noted.

A single intraperitoneal administration of bupropion HCl at 100, 110 and, 120 mg/kg caused a dose dependent increase in the number of animals experiencing episodes of convulsion. Two, three and six animals/group displayed episodes of convulsions following administration of bupropion HCl, alone, at concentrations of 100, 110 and 120 mg/kg respectively. There was no obvious dose dependent increase in the number or severity of convulsions within individual animals across the different dose levels. Across all dose levels the onset of initial convulsion usually occurred around 9 minutes, however this was highly variable between individual animals irrespective of bupropion dose levels.

Administration of 2.5g/kg ethanol 5 minutes prior to bupropion HCl administration caused a biologically significant increase in the number of animals experiencing episodes of convulsions following treatment at 100 and 110 mg/kg compared to animals receiving only bupropion HCL. In animals treated with bupropion HCL at 100 and 110 mg/kg only two and three animals, respectively, out of ten displayed convulsions. Whilst in animals treated with ethanol prior to administration of bupropion HCl, at 100 and 110mg/kg, seven out of ten animals in both groups experienced periods of convulsions. There was no change in the number of animals displaying convulsion treated with ethanol and 120 mg/kg bupropion HCl compared with 120 mg/kg bupropion HCl alone. There was no obvious change in the number or severity of convulsions per animal at any dose levels and as per bupropion HCl alone, onset of convulsions was highly variable both within groups and across different dose levels. However in animals treated with ethanol and bupropion there was an apparent trend for increased duration of convulsion length. In animals treated with bupriopion hydrochloride alone, there were no convulsions of greater than 30 seconds duration, whilst in animals treated with ethanol prior to administration of bupropion at 100, 110 and 120 mg/kg there were 13, 6 and 3 convulsions of greater than 30 seconds noted at each dose level respectively.

In conclusion a single intraperitoneal injection of bupropion HCl at 100, 110 and 120 mg/kg in female CD-1 mice caused a dose dependent increase in the number of animals experiencing convulsions. However the severity, the number, onset and durations of convulsions following treatment within individual animals was not dose dependent. Pretreatment with 2.5g/kg ethanol 5 minutes prior to bupropion HCl treatment did not reduce the number or onset of convulsions as expected. Indeed there was an increased number of animals experiencing convulsions and an apparent increase in the duration of individual convulsion episodes in animals dosed at the 100 and 110 mg/kg bupropion HCl doses following ethanol administration.

## 5.   INTRODUCTION

The purpose of this study was to evaluate the impact of ethanol on Bupropion HCl induced convulsions in the albino mouse.

This study was performed at Charles River Laboratories, Preclinical Services Montreal Inc., 22022 Transcanadienne, Senneville, Quebec, Canada H9X 3R3.  This study was conducted in accordance with the Standard Operating Procedures of PCS-MTL.  As exploratory research, this work falls outside the scope of the United States Food and Drug Administration Good Laboratory Practice Regulations.

The protocol was signed by the Study Director on 25 August 2006.

The female albino mouse has previously been shown as a suitable species for evaluating and determining the convulsive effects of test articles and the intraperitoneal route was selected since this route has been used on previous murine anticonvulsant studies[1].

The dose levels were selected based on previous studies with bupropion HCl[1] and ethanol.

Dosing of animals was initiated 28 August 2006 and was replicated over 4 days, with the last observations were performed on 01 September 2006

The study was completed on the date appearing on the signature page.

## 6.   METHODS AND EXPERIMENTAL DESIGN

### 6.1.   Test System

#### 6.1.1.   Receipt

A total of 90 female Swiss Crl: CD1(ICR) albino mice (*Mus Musculus*) were received from Charles River Canada Inc. St. Constant, Quebec, Canada, on 25 August 2006.  Eighty of these animals were allocated to the study, with 10 retained as spares.  Subsequent to arrival, all animals were subjected to a general physical examination by a qualified member of the veterinary staff to ensure normal health status.

Three days were allowed between receipt of the animals and the start of treatment to accustom the animals to the laboratory environment.  At the start of treatment, animals were approximately 7 weeks of age and were in the weight range of 17.3 g to 28.6 g.

### 6.1.2.  Housing

Animals were housed individually in stainless steel wire mesh-bottomed cages equipped with an automatic watering valve.  Each cage was clearly labeled with a color-coded cage card indicating project, group, animal numbers and sex.  Each animal was uniquely identified using an indelible marker.

The targeted conditions for animal room environment and photoperiod were as follows:

| | |
|---|---|
| Temperature | $22° \pm 3°C$ |
| Humidity | $50 \pm 20\%$ RH |
| Light Cycle | 12 hours light and 12 hours dark (except during designated procedures) |

### 6.1.3.  Diet/Water

All animals were given free access (except during designated procedures) to a standard certified pelleted commercial laboratory diet (PMI Certified Rodent Chow 5002:  PMI Nutrition International Inc.).  The diet was controlled and routinely analyzed by the manufacturer for maximum allowable concentrations of contaminants (eg, heavy metals, aflatoxins, organophosphates, chlorinated hydrocarbons and PCBs).  The results of these analyses are retained in the scientific archives of PCS-MTL.

Municipal tap water which has been softened, purified by reverse osmosis and exposed to ultraviolet light was provided *ad libitum* (except during designated procedures).  Periodic analysis of the water was subcontracted to management authorized analytical laboratories, which were audited by the Quality Assurance department of PCS-MTL.  The results of these analyses are retained in the scientific archives of PCS-MTL.

It is considered that there were no known contaminants in the dietary materials that could have influenced the outcome of the study.

### 6.1.4.  Assignment to Dosage Groups

An acclimation period of three days was allowed between animal receipt and the start of treatment in order to accustom the animals to the laboratory environment.  Prior to treatment initiation, animals were assigned to treatment groups using a computer-based randomization procedure, which ensures stratification based on body weights.  Animals at the extremes of the body weight range were not assigned to groups.

| Group/I.D. | Bupropion Dose Level (mg/kg) | Bupropion Dose Volume (mL/kg) | Bupropion Dose Conc. (mg/mL) | Ethanol Dose Level (g/kg) | Ethanol Dose Volume (mL/kg) | Ethanol Dose Conc. (g/mL) | No. of Females* |
|---|---|---|---|---|---|---|---|
| 1 | 0 | 10 | 0 | 2.5 | 10 | 0.25 | 10 |
| 2 | 100 | 10 | 10 | 2.5 | 10 | 0.25 | 10 |
| 3 | 110 | 10 | 11 | 2.5 | 10 | 0.25 | 10 |
| 4 | 120 | 10 | 12 | 2.5 | 10 | 0.25 | 10 |
| 5 | 0 | 10 | 0 | 0 | 0 | 0 | 10 |
| 6 | 100 | 10 | 10 | 0 | 0 | 0 | 10 |
| 7 | 110 | 10 | 11 | 0 | 0 | 0 | 10 |
| 8 | 120 | 10 | 12 | 0 | 0 | 0 | 10 |

* Dosing was replicated over a 4-day period, with either 2 or 3 animals per group dosed on any one occasion.

Any animals considered unsuitable for use in the study were excluded from randomization.

All animals remaining unassigned to groups were released from the study without further examination and their disposition documented.

## 6.2.  Test , Reference and Vehicle Control Articles

### 6.2.1.  Test Article

| | |
|---|---|
| Identity | Bupropion Hydrochloride |
| Lot No. | RM0400 |
| Expiry Date | October 2007 |
| Purity | 100.3% |
| Description | White Powder |
| Storage Conditions | Room temperature/protected from light |
| Supplier | Biovail |

The test article was characterized by the Sponsor.  All data relevant to the characterization were reviewed by Sponsor.

Remaining test article was retained for future studies.

### 6.2.2.  Reference Article

| | |
|---|---|
| Identity | Ethanol |
| Lot No. | 6353 |
| Expiry Date | 19 September 2010 |

| | |
|---|---|
| Purity | 99.5% |
| Description | Clear liquid |
| Storage Conditions | Room temperature/out of direct light |
| Supplier | Les Alcools de Commerce Inc. |

### 6.2.3.  Vehicle/Control Article

| | |
|---|---|
| Identity | 0.9% Sodium Chloride for injection U.S.P |
| Lot No. | W6F14C2 and W6G21C2 |
| Expiry Date | October 2007 and September 2007 |
| Description | Clear Liquid |
| Storage Conditions | Room temperature out of direct light |
| Supplier | Baxter |

### 6.2.4.  Preparation of Dose Formulations

An appropriate amount of bupropion HCl, required to prepare a 12 mg/mL stock solution, was weighed into an appropriate container. An appropriate quantity of 0.9% sodium chloride was added and the formulation vortexed until a solution was obtained.  Dilutions from the stock were made in 0.9% sodium chloride to give 11 and 10 mg/mL dosing formulations.

Dose formulations remaining at issuance of final report will be discarded.

### 6.2.5.  Chemical Analysis of Dose Formulations

No samples of dose formulation samples were collected for concentration analysis.

### 6.3.  Administration of Test/Control Articles

Dosing was replicated over 4 consecutive days. On each day either 3 or 2 animals per group were dosed with each animal receiving only a single dose of test article.  The test/control articles were administered by injection into the intraperitoneal region using a syringe and appropriate gauge needle.  The dose volume was 10 mL/kg and the actual dose administered was based on the most recent body weight of each animal.

### 6.4.  Observations

### 6.4.1.  Clinical Examinations

All animals were examined twice daily for mortality and signs of ill health or reaction to treatment following arrival (except on day of arrival and necropsy where animals were examined once).

## 6.5. Body Weight

Individual body weights were measured prior to randomization and on the day prior to treatment and were used for randomization and dose volume calculation purposes only.

### 6.5.1. Convulsion Assessment

After administration of test/control article articles, animals were observed continuously for 5 hours; along with a 5 minute assessment at 24 hours postdose. Animals were placed in clear perspex observation boxes containing a foam base for padding during the observation period.

Details of the number of convulsions, the onset of convulsions, the duration of convulsions and the intensity of convulsions were noted. The intensity of each convulsion was graded as mild, moderate or severe as follows:

Mild – Head and tail slightly extended and little jerking

Moderate – Head and tail fully extended and some jerking

Severe – Head and tail fully extended and strong jerking.

Additional observation including ataxic gait, paralysis and catatonic episodes were recorded present/observed, not ranked for severity or number of occurrences, over each 15 minute observation period.

## 6.6. Terminal Procedures

Following completion of the monitoring period, all animals were euthanized by exsanguination from the abdominal aorta following carbon dioxide asphyxiation and the carcasses discarded without further examination. One Group 2 animal was euthanized for humane reasons by an intraperitoneal overdose of euthanyl.

## 6.7. Statistical Methods

Given the limited amount of data obtained no statistical analysis was performed. Data tables and appendices for group and individual animal data are presented, detailing the severity of convulsion along with the mean and standard error of the number of convulsions.

## 6.8. Protocol Deviations and Impact

Occasional minor deviations from the protocol occurred and were documented in the raw data and/or text. These deviations were considered not to have had a significant impact on the outcome of the study or upon the interpretation of the results.

## 6.9.  Data Capturing Systems

The computer systems used on this study were, but are not limited to:

Provantis version 2.1

## 6.10.  Archives

All raw data and documents generated at PCS-MTL during this study, together with the original copy of the protocol (including amendments) and the final report, will be retained in the scientific archives of PCS-MTL for a period of 1 year after dispatch of the final report. Subsequently, storage of these materials will be documented in the raw data.

All samples/specimens, data, reports used by or generated by the Sponsor's designate will be archived in accordance with their SOP's.

## 7.  RESULTS

### 7.1.  Mortality and Clinical Signs
(Appendix 3)

There were no deaths noted in this study.  One animal treated with ethanol and 110 mg/kg buproprion HCl was euthanized for humane reason due to excessive seizures.  A variety of clinical signs including paralysis and ataxic gait were noted across all treated groups.  Clinical signs were not dose dependent and concurrent administration of ethanol had no apparent effect on signs noted.

### 7.2.  Convulsion Assessment
(Table 1 and Appendix 4)

A single intraperitoneal administration of bupropion HCl at 100, 110 and, 120 mg/kg caused a dose dependent increase in the number of animals experiencing episodes of convulsion. Two, three and six animals/group displayed episodes of convulsions following administration of bupropion HCl, alone, at concentrations of 100, 110 and 120 mg/kg respectively.  There was no obvious dose dependent increase in the number or severity of convulsions within individual animals across the different dose levels.  Across all dose levels the onset of initial convulsion usually occurred around 9 minutes, however this was highly variable between individual animals irrespective of bupropion dose levels.

Administration of 2.5g/kg ethanol 5 minutes prior to bupropion HCl administration caused a biologically significant increase in the number of animals experiencing episodes of convulsions following treatment at 100 and 110 mg/kg compared to animals receiving only bupropion HCL. In animals treated with bupropion HCL at 100 and 110 mg/kg only two and three animals, respectively, out of ten displayed convulsions.  Whilst in animals treated with ethanol prior to administration of bupropion HCl, at 100 and 110mg/kg, seven out of ten animals in both groups experienced periods of convulsions.  There was no change in the number of animals displaying convulsion treated with ethanol and 120 mg/kg bupropion HCl compared with 120 mg/kg

bupropion HCl alone.  There was no obvious change in the number or severity of convulsions per animal at any dose levels and as per bupropion HCl alone, onset of convulsions was highly variable both within groups and across different dose levels.  However in animals treated with ethanol and bupropion there was an apparent trend for increased duration of convulsion length. In animals treated with bupriopion hydrochloride alone, there were no convulsions of greater than 30 seconds duration, whilst in animals treated with ethanol prior to administration of bupropion at 100, 110 and 120 mg/kg there were 13, 6 and 3 convulsions of greater than 30 seconds noted at each dose level respectively.

## 8.  CONCLUSION

In conclusion a single intraperitoneal injection of bupropion HCl at 100, 110 and 120 mg/kg in female CD-1 mice caused a dose dependent increase in the number of animals experiencing convulsions.  However the severity, the number, onset and durations of convulsions following treatment within individual animals was not dose dependent. Pretreatment with 2.5g/kg ethanol 5 minutes prior to bupropion HCl treatment did not reduce the number or onset of convulsions as expected.  Indeed there was an increased number of animals experiencing convulsions and an apparent increase in the duration of individual convulsion episodes in animals dosed at the 100 and 110 mg/kg bupropion  HCl doses following ethanol administration.

## 9.  REFERENCES

1    Bupropion-induced convulsions:  Preclinical evaluation of antiepileptic drugs
     Piotr Tutka et al (2005).  Epilepsy Research volume 64 pages 13–22.

## 10.  REPORT REVIEW AND APPROVAL SIGNATURE

This report has been reviewed by:

_____          _____

S. Mason, BSc                                             Date
Scientific Director,
Safety Pharmacology and Lead Candidate Selection
Toxicology Division
Charles River Laboratories

Page 18
Testing Facility Study No. 590333

Table 1                    **Group Mean Convulsion Assessment**

**Table 1**                    **Group Mean Convulsion Assessment**

Only animals with findings are presented in this appendix.

Mild          Head and tail slightly extended and little jerking

Moderate      Head and tail fully extended and some jerking

Severe        Head and tail fully extended and strong jerking

Table 1        Group Mean Convulsion Assessment

Females

Group 1 - Bupropion 0 mg/kg Ethanol 2.5 g/kg
Group 2 - Bupropion 100 mg/kg Ethanol 2.5 g/kg
Group 3 - Bupropion 110 mg/kg Ethanol 2.5 g/kg
Group 4 - Bupropion 120 mg/kg Ethanol 2.5 g/kg

| Group | Summary Information | Mild | Moderate | Severe |
|---|---|---|---|---|
| 1 | Mean | 1.0 | 1.0 | - |
|   | SEM | - | - | |
|   | N | 1 | 1 | |
| 2 | Mean | 2.5 | 3.4 | 3.5 |
|   | SEM | 0.8 | 1.3 | 0.8 |
|   | N | 15 | 19 | 2 |
| 3 | Mean | 1.3 | 1.0 | - |
|   | SEM | 0.2 | 0.0 | |
|   | N | 8 | 5 | |
| 4 | Mean | 2.8 | 1.0 | - |
|   | SEM | 1.6 | 0.0 | |
|   | N | 6 | 4 | |

**Table 1**          **Group Mean Convulsion Assessment**

Females

Group 6 - Bupropion  100 mg/kg Ethanol  0 g/kg
Group 7 - Bupropion  110 mg/kg Ethanol  0 g/kg
Group 8 - Bupropion  120 mg/kg Ethanol  0 g/kg

| Group | Summary Information | Mild | Moderate | Severe |
|-------|---------------------|------|----------|--------|
| 6 | Mean | 1.0 | 1.0 | - |
|   | SEM | - | - |  |
|   | N | 1 | 1 |  |
| 7 | Mean | 4.2 | 1.0 | - |
|   | SEM | 1.2 | - |  |
|   | N | 5 | 1 |  |
| 8 | Mean | 2.4 | 1.0 | - |
|   | SEM | 0.3 | 0.0 |  |
|   | N | 8 | 2 |  |

Page 22
Testing Facility Study No. 590333

**Appendix 1**        **Protocol**