**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| BIOVAIL CORP., *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. FOOD AND DRUG | ) | |
| ADMINISTRATION, *et al.*, | ) | Case No. 06-CV-1487 (RMU) |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANCHEN PHARMACEUTICALS, INC. | ) | |
| | ) | |
| Proposed Intervenor- | ) | |
| Defendant | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(c) of the United States District Court for the District of Columbia, Gordon A. Coffee, of the law firm of Winston & Strawn LLP, respectfully moves for an order of this Court admitting *pro hac vice,* John E. Mooney, Donald J. Mizerk, Steven J. Winger, and Maureen L. Rurka as counsel to represent defendant, Anchen Pharmaceuticals, Inc. ("Anchen"), in the above-referenced matter.

Gordon A. Coffee is a partner of the law firm of Winston & Strawn LLP, 1700 K Street, N.W., Washington, D.C. 20005, telephone (202) 282-5741, facsimile (202) 282-5100, is a member in good standing with the Bar of this Court, and represents Anchen in this action.

The declarations supporting this Motion are attached hereto as Exhibits 1, 2, 3, and 4. A proposed order granting the relief is attached as Exhibit 5.

WHEREFORE, Gordon A. Coffee respectfully requests that the Court grant this motion.


Dated:     December 19, 2006          Respectfully submitted


By:  _____/s/_____
Gordon A. Coffee (D.C. Bar No. 384613)
WINSTON & STRAWN LLP
1700 K Street NW
Washington D.C. 20006
(202) 282-5000
(202) 282-5100

Attorney for Defendant Anchen
Pharmaceuticals, Inc.

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served on this 19th day of December, 2006 via ECF, with courtesy copies via electronic mail on:

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
jsegroves@proskauer.com

Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
rrauchberg@proskauer.com
kperra@proskauer.com

John B. Dubeck
KELLER AND HECKMAN LLP
1001 G Street, NW
Washington, D.C. 20001
dubeck@khlaw.com

Gerald Cooper Kell
U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington, D.C. 20004
gerald.kell@usdoj.gov

Shoshana Hutchinson
U.S. FOOD AND DRUG ADMINISTRATION
Office of the General Counsel
5600 Fishers lane GCF-1
Rockvill, MD 20857
shoshana.hutchinson@fda.hhs.gov

By: _____/s/_____
Gordon A. Coffee

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. FOOD AND DRUG | ) |
| ADMINISTRATION, *et al*., | )    Case No. 06-CV-1487 (RMU) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| ANCHEN PHARMACEUTICALS, INC. | ) |
| | ) |
| Proposed Intervenor- | ) |
| Defendant | ) |

### [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of John E. Mooney, Donald J. Mizerk, Steven J. Winger, and Maureen L. Rurka to represent Defendant Anchen Pharmaceuticals, Inc. in this matter; it is hereby

ORDERED, that John E. Mooney, Donald J. Mizerk, Steven J. Winger, and Maureen L. Rurka be admitted *pro hac vice* to practice in the United States District Court for the District of Columbia as additional counsel of record in this matter.

ENTERED this _____ day of _____, 2006

_____
Hon. Ricardo M. Urbina
United States District Judge