IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | |
| U.S. FOOD AND DRUG ) | Case No. 06-CV-1487 (RMU) |
| ADMINISTRATION, *et al.*, ) | |
| Defendants, ) | |
| and ) | |
| ANCHEN PHARMACEUTICALS, INC. ) | |
| Intervenor-Defendant ) | |

### DECLARATION OF MAUREEN L. RURKA

I, MAUREEN L. RURKA, declare and state upon personal knowledge as follows:

1. I am an associate in the law firm of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois 60601, telephone (312) 558-5600, facsimile (312) 558-5700, email mrurka@winston.com. I have assisted in the representation of Defendant Anchen Pharmaceuticals, Inc. in this matter.

2. I was admitted to the practice of law in the State of Illinois on November 11, 2000. I am a member in good standing of the Bar of the State of Illinois and have been admitted to practice before all trial and appellate courts in the State of Illinois.

3. I have been admitted to practice before the following federal courts: United States District Court for the Northern District of Illinois, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Ninth Circuit and United States Court of Appeals for the Federal Circuit.

4.  I have not been the subject of any disciplinary action by the bars or courts of any jurisdiction in which I am admitted to practice.

5.  I have been admitted *pro hac vice* in this Court twice within the last two years.

6.  I am familiar with the local rules of this District and will comply with them.

7.  I will join Gordon A. Coffee, a member in good standing of this Court as counsel of record for Anchen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2006

*Maureen L. Rurka*
Maureen L. Rurka