IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| U.S. FOOD AND DRUG ) | |
| ADMINISTRATION, *et al.*, ) | Case No. 06-CV-1487 (RMU) |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ANCHEN PHARMACEUTICALS, INC. ) | |
| ) | |
| Intervenor- ) | |
| Defendant ) | |

## DECLARATION OF STEVEN J. WINGER

I, STEVEN J. WINGER, declare and state upon personal knowledge as follows:

1. I am an associate in the law firm of Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois 60601, telephone (312) 558-5600, facsimile (312) 558-5700, email swinger@winston.com. I have assisted in the representation of Defendant Anchen Pharmaceuticals, Inc. in this matter.

2. I was admitted to the practice of law in the State of Illinois on November 9, 2000. I am a member in good standing of the Bar of the State of Illinois and have been admitted to practice before all trial and appellate courts in the State of Illinois.

3. I have been admitted to practice before the following federal courts: United States District Court for the Northern District of Illinois, United States Court of Appeals for the Seventh Circuit, United States Supreme Court.

4. I have not been the subject of any disciplinary action by the bars or courts of any jurisdiction in which I am admitted to practice.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I am familiar with the local rules of this District and will comply with them.

7. I will join Gordon A. Coffee, a member in good standing of this Court as counsel of record for Anchen.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2006

_____
Steven J. Winger