IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1487 (RMU) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| ANCHEN PHARMACEUTICALS, INC., | ) |
| Intervenor. | ) |

**CONSENT MOTION TO ESTABLISH BRIEFING SCHEDULE**

Counsel for the parties have agreed to the following briefing schedule with respect to Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction: (1) oppositions to Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction shall be filed no later than 5:00 pm on Friday, December 29, 2006; and (2) Plaintiffs' reply shall be filed no later than 5:00 pm on Friday, January 5, 2006.  In accordance with Local Civil Rule 7(c), a proposed order is attached hereto as Exhibit 1.

Dated: December 22, 2006                                    Respectfully submitted,

By: */s/ James F. Segroves*
James F. Segroves (DC Bar No. 480360)
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
202.416.6800

Ronald S. Rauchberg (admitted *pro hac vice*)
Kevin J. Perra (admitted *pro hac vice*)
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
212.969.3000

John B. Dubeck (DC Bar No. 238287)
KELLER AND HECKMAN LLP
1001 G Street, NW
Suite 500 West
Washington, DC 20001
(202) 434-4200

*Attorneys for Plaintiffs Biovail Corporation
and Biovail Laboratories International SRL*