**EXHIBIT 1**

**Consent Motion to Establish Briefing Schedule,**
*Biovail Corporation, et al. v. U.S. Food & Drug Administration, et al.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-1487 (RMU) |
| U.S. FOOD & DRUG ADMINISTRATION, *et al.*, | ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| ANCHEN PHARMACEUTICALS, INC., | ) ) | |
| Intervenor. | ) ) | |

### **ORDER**

Upon consideration of the Consent Motion to Establish Briefing Schedule, it is this ____ day of December, 2006,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that oppositions to Plaintiffs' Second Motion for a Temporary Restraining Order and Preliminary Injunction shall be filed no later than 5:00 pm on Friday, December 29, 2006, and that Plaintiffs' reply shall be filed no later than 5:00 pm on Friday, January 5, 2006.

**SO ORDERED**.

_____
RICARDO M. URBINA
United States District Judge