**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BIOVAIL CORPORATION, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 06-1487 (RMU) |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al*., | ) |
| Defendant, | ) |
| ANCHEN PHARMACEUTICALS, INC., | ) |
| Intervenor-Defendant, | ) |
| and | ) |
| TEVA PHARMACEUTICALS USA, INC. and IMPAX LABORATORIES, INC., | ) |
| (Proposed) Intervenors-Defendants. | ) |

**UNOPPOSED MOTION TO INTERVENE OF TEVA PHARMACEUTICALS USA, INC. AND IMPAX LABORATORIES, INC. AND TO DEFER ANSWER**

Pursuant to Fed. R. Civ. P. 24, business partners Teva Pharmaceuticals USA, Inc. ("Teva") and Impax Laboratories, Inc. ("Impax") respectfully move this Court permit them to intervene as defendants in this lawsuit.

Plaintiff Biovail Corporation ("Biovail") has sued the U.S. Food and Drug Administration and other federal defendants (collectively, "FDA").  With its emergency application for a TRO or preliminary injunction, Biovail seeks to have this Court stay FDA's December 19, 2006 approval of Impax's generic 300-mg version of Wellbutrin XL® ("generic 300-mg bupropion").  Both Teva and Impax have a direct interest in the outcome of this case, and that interest cannot adequately be protected by any other party to this case.  Teva and Impax are parties to an agreement under which Teva will serve as the exclusive United States distributor for Impax's generic 300-mg bupropion drug product.  Pursuant to that agreement, Teva has already begun commercially marketing Impax's generic 300-mg bupropion drug product.  Entry of the requested relief would force Teva to cease commercially marketing Impax's drug product, preclude the continued distribution of that product, and irremediably harm Teva and Impax by jeopardizing their customer goodwill and depriving them of 180-day exclusivity for sales of generic 300-mg bupropion. *See, e.g.*, *Sandoz, Inc. v. FDA*, 439 F. Supp. 2d 26, 32-33 (D.D.C. 2006), *summarily aff'd*, 2006 WL 2591087 (D.C. Cir. 2006); *Apotex, Inc. v. FDA*, No. Civ. A. 06-0627-JDB, 2006 WL 1030151, *17-*18 (D.D.C. 2006), *summarily aff'd by published opinion*, 449 F.3d 1249 (D.C. Cir. 2006).  Teva and Impax thus easily satisfy the criteria for intervention as of right pursuant to Rule 24.

Proposed intervenors also request, given the exigencies of this case, to defer their answer until the time for the federal defendants to respond to the proposed amended and supplemented complaint.

Undersigned counsel has contacted Gerald Kell at the Department of Justice, counsel for the government defendants; Kevin Perra, counsel for Biovail; and John Mooney, counsel for Anchen Pharmaceuticals, Inc. Mr. Perra and Mr. Mooney have authorized undersigned counsel to represent to the Court that they consent to Teva's and Impax's intervention in this case. Mr. Kell takes no position with respect to intervention. Mr. Perra has authorized undersigned counsel to represent that Biovail has no objection to deferring proposed intervenors' answer. A proposed Order is submitted herewith.

        Respectfully submitted,

        KIRKLAND & ELLIS LLP
        655 Fifteenth Street, N.W.
        Washington, D.C. 20005-5793
        (202) 879-5000
        (202) 879-5200 (Facsimile)

        By:_____/s_____
        Jay Lefkowitz
        jlefkowitz@kirkland.com
        Michael Shumsky
        mshumsky@kirkland.com

        *Attorneys for Teva Pharmaceuticals USA, Inc. and Impax Laboratories, Inc.*