UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
BIOVAIL CORPORATION, *et al.*,          )
                                        )
        Plaintiffs,                    )
                                        )
  v.                                    )   Case No. 06-1487 (RMU)
                                        )
U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, )
                                        )
        Defendant,                     )
                                        )
ANCHEN PHARMACEUTICALS, INC.,           )
                                        )
        Intervenor-Defendant,          )
                                        )
  and                                   )
                                        )
TEVA PHARMACEUTICALS USA, INC. and      )
IMPAX LABORATORIES, INC.,               )
                                        )
        (Proposed) Intervenors-Defendants. )
_____)

## **ORDER**

Based on the motion and the agreement of the parties, it is hereby

**ORDERED** that TEVA PHARMACEUTICALS USA, INC. is hereby permitted to intervene as a party to this action for all purposes, and it is

**ORDERED** that IMPAX LABORATORIES, INC. is hereby permitted to intervene as a party to this action for all purposes, and it is

**FURTHER ORDERED** that the intervenors' answer shall be due the same date as the federal defendants' answer to the proposed amended and supplemented complaint.

Dated: _____        _____
                                                United States District Judge