CO-386-online
10/03

# United States District Court
# For the District of Columbia

)
)
)
)
)
vs    Plaintiff    )    Civil Action No. 06-1487 (RMU)
)
)
)
)
Defendant    )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Teva Pharmaceuticals USA, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Teva Pharmaceuticals USA, Inc.  which have any outstanding securities in the hands of the public:

Teva Pharmaceutical Industries Ltd.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 153 E. 53rd Street
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

212-446-4970
Phone Number