CO-386-online
10/03

# United States District Court
# For the District of Columbia

                Plaintiff  )
vs  )  Civil Action No. 06-1487 (RMU)
                Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Impax Laboratories, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Impax Laboratories, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

449280
BAR IDENTIFICATION NO.

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 153 E. 53rd Street
Address

New York   NY   10022
City   State   Zip Code

212-446-4970
Phone Number