AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BIOVAIL CORPORATION, et al.

        Plaintiff(s)

vs.

U.S. FOOD & DRUG ADMINISTRATION, et al.

        Defendant(s)

**APPEARANCE**

CASE NUMBER 06-1487 (RMU)

To the Clerk of this court and all parties of record:

Please enter the appearance of _____Jay P. Lefkowitz_____ as counsel in this
                              (Attorney's Name)

case for: Teva Pharmaceuticals USA, Inc. and Impax Laboratories, Inc.
                          (Name of party or parties)

December 19, 2006
Date

DC 449280
BAR IDENTIFICATION

_[signature]_
Signature

Jay P. Lefkowitz
Print Name

Kirkland & Ellis LLP, 153 E. 53rd Street
Address

New York    NY    10022
City    State    Zip Code

(212) 446-4970
Phone Number