AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

BIOVAIL CORPORATION, et al.

        Plaintiff(s)    )
                           )    **APPEARANCE**
                           )
                           )
            vs.            )    CASE NUMBER    06-1487 (RMU)
U.S. FOOD & DRUG ADMINISTRATION,  )
et al.                              )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of    Michael D. Shumsky    as counsel in this
                                   (Attorney's Name)

case for:  Teva Pharmaceuticals USA, Inc. and Impax Laboratories, Inc.
                  (Name of party or parties)

December 19, 2006
Date

*[Signature]*
Signature

DC 495078
BAR IDENTIFICATION

Michael D. Shumsky
Print Name

655 Fifteenth Street NW
Address

Washington    DC    20005
City               State         Zip Code

(202) 879-5000
Phone Number