:ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000 Fax (510) 471-3200

November 30, 2004

Gary Buehler
Director, Office of Generic Drugs
Office of Generic Drugs, CDER, FDA
Document Control Room, Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

Re:    ANDA for Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg

Dear Mr. Buehler:

In accordance with Section 505 (j) of the Federal Food, Drug and Cosmetic Act, IMPAX Laboratories, Inc hereby submits an Abbreviated New Drug Application (ANDA) for Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg. The reference listed drug, Wellbutrin XL™ (bupropion hydrochloride) tablets, 150 mg, is the subject of SmithKline Beecham's approved NDA 21-515. The drug product, which is the subject of this ANDA, differs from the listed product in that the formulation contains different excipients.

This application meets the criteria for an ANDA in that 1) the conditions of use, active ingredient, route of administration, dosage form, and strength are identical to those of the listed drug, 2) bioequivalence has been demonstrated, and 3) patent certification is provided. The labeling complies with all labeling requirements. This application lists IMPAX Laboratories, Inc. as the manufacturing site for the drug product. The submission contains 13 volumes, organized and jacketed in accordance with FDA-OGD guidelines.

Also included with this ANDA is an electronic submission of the package insert word processor file, prepared in both Microsoft Word and PDF format. One (1) write-protected diskette is included in the archival copy of the submission, in a plastic insert. The labeling data contained in the electronic submission is identical to that contained in this hardcopy submission. Four (4) copies of the draft labels and labeling are included in both the archival and review copies of the application.

One (1) write-protected diskette containing the pharmacokinetic data resulting from the bioequivalence study is also included in the archival copy of this submission, in a plastic insert.

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

Should you have any additional questions regarding this ANDA, please contact me by telephone (510-476-2018) or by telefax (510-476-2091).

Sincerely,
IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

IMPAX000002

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

**Table of Contents**

| Section | Contents | Page |
|---|---|---|
| | Cover Letter | --- |
| | Table of Contents | i |
| | Organization of the ANDA | vii |
| SECTION I | SIGNED APPLICATION FORM 356h | 1 |
| SECTION II | BASIS FOR ANDA SUBMISSION | 5 |
| | 1.  Basis for ANDA | 5 |
| | 2.  Active Ingredients | 5 |
| | 3.  Route of Administration, Dosage Form, and Strength | 5 |
| | 4.  Bioequivalence | 6 |
| SECTION III | PATENT CERTIFICATION AND STATEMENT CONCERNING PATENTED INDICATIONS | 7 |
| SECTION IV | COMPARISON BETWEEN GENERIC DRUG AND REFERENCE LISTED DRUG | 11 |
| | 1.  Conditions of Use | 11 |
| | 2.  Active Ingredients | 11 |
| | 3.  Route of Administration, Dosage Form, and Strength | 11 |
| | 4.  Side-by-Side Comparison of Information Demonstrating That the Proposed Product is the Same as the Listed Product | 12 |
| SECTION V | LABELING | 15 |
| | 1.  Listed Drug Labeling | 15 |
| | 2.  Proposed Labels and Labeling | 39 |
| | 3.  Statement of Labeling Similarity | 63 |
| | 4.  Annotated Side-by-Side Labeling Comparison | 63 |
| | a.  Similarities and Differences Between Container Labels | 63 |
| | b.  Similarities and Differences Between Inserts (by section) | 64 |

IMPAX000003

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

**Table of Contents**

| Section | Contents | Page |
|---|---|---|
| SECTION V | LABELING (continued) ............................................ | |
| | • Annotated Side-by-Side Labeling Comparison, Insert..... | 64 |
| | 5. Statement of OTC/Rx Status ................................. | 116 |
| SECTION VI | BIOAVAILABILITY/BIOEQUIVALENCE ........................ | 117 |
| | 1. In Vivo Bioequivalence Study Protocols................... | 118 |
| | a. Protocol 04168 (Single-Dose Fast) ....................... | 122 |
| | b. Protocol 041699 (Single-Dose Fed) ...................... | 145 |
| | 2. In Vivo Bioequivalence Study Results ................... | 169 |
| | Method Validation ........................................ | 170 |
| | a. Final Study Report for 04168 (Single-Dose Fast) ............... | 222 |
| | CRFs (Subjects 1-17)................................... | 301 |
| | CRFs (Subjects 18-40)................................. | 507 |
| | Statistical Report for Study 04168 ................... | 786 |
| | • Sample Analysis Report with 20% of the Chromatograms... | 1049 |
| | • Chromatograms from 20% of the subjects continued ......... | 1350 |
| | b. Final Study Report for 04169 (Single-Dose Fed) ............... | 1593 |
| | CRFs (Subjects 1-20)................................... | 1673 |
| | CRFs (Subjects 21-40)................................. | 1914 |
| | Statistical Report for Study 04169 ................... | 2156 |
| | • Sample Analysis Report with 20% of the Chromatograms... | 2419 |
| | • Chromatograms from 20% of the subjects continued ......... | 2716 |
| | 3. In Vitro Dissolution Data ................................ | 2970 |
| | 4. Formulation Data ...................................... | 2976 |
| | 5. Other Information Supporting Bioequivalence...................... | 2979 |
| | • In-Vitro Dissolution Method .............................. | 2980 |
| | • IMPAX Certificate of Analysis for Reference Product (Wellbutrin XL™ 150 mg, Lot 04D024P)............................. | 2987 |
| | • IMPAX Certificate of Analysis for Biobatch (Lot R04035)........................................................ | 2994 |

IMPAX000004

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

**Table of Contents**

| Section | Contents | Page |
|---|---|---|
| SECTION VII | COMPONENTS AND COMPOSITION | 2998 |
| | 1. Statement of Components | 2999 |
| | 2. Inactive Ingredient Component Comparison Between Bupropion HCl and Reference Listed Drug | 3000 |
| | 3. Unit and Batch Composition | 3001 |
| | a. Qualitative Composition | 3001 |
| | b. Comparative Quantitative Composition | 3002 |
| SECTION VIII | RAW MATERIAL CONTROLS | 3003 |
| | 1. Active Drug Substance | 3003 |
| | a. Manufacturer/Supplier Identification | 3004 |
| | b. CGMP Certification With Last Date of Inspection | 3004 |
| | c. Certificate of Analysis, Testing Specifications and Test Results From Drug Substance Manufacturer | 3005 |
| | d. Certificate of Analysis, Testing Specifications and Test Results From Applicant | 3005 |
| | e. Spectra and Chromatograms for Reference Standards and Test Samples | 3005 |
| | f. Active Drug Substance Testing Commitment | 3005 |
| | 2. Inactive Ingredients | 3042 |
| | a. Testing Specifications | 3042 |
| | b. List of Suppliers and Supplier's Certificates of Analysis | 3043 |
| | c. Applicant's Certificates of Analysis | 3044 |
| SECTION IX | DESCRIPTION OF MANUFACTURING/TESTING FACILITIES FOR THE DRUG PRODUCT | 3091 |
| | 1. Full Address of the Facility for the Manufacturing, Processing, Packaging, Testing, and Stability Testing | 3091 |
| | a. Applicant's Facilities | 3091 |
| | b. Outside Facilities | 3092 |

iii

IMPAX000005

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

**Table of Contents**

| Section | Contents | Page |
|---------|----------|------|
| SECTION IX | DESCRIPTION OF MANUFACTURING/TESTING FACILITIES FOR THE DRUG PRODUCT (continued)............ | |
| | 2. CGMP Certification ................................................................. | 3093 |
| SECTION X | OUTSIDE FIRMS – INCLUDING CONTRACT TESTING LABS................................................................. | 3094 |
| | 1. Full Address and Functions ................................ | 3094 |
| | 2. CGMP/CGLP Certifications ................................ | 3095 |
| SECTION XI | MANUFACTURING AND PROCESSING INSTRUCTIONS...... | 3110 |
| | 1. Description of the Manufacturing Process............................ | 3111 |
| | a. Stepwise Procedure ......................................... | 3111 |
| | b. Equipment ........................................................ | 3113 |
| | c. Flow Chart........................................................ | 3114 |
| | d. Batch Formula for the Biobatch ......................... | 3116 |
| | 2. Blank Master Production and Control Records ................... | 3117 |
| | 3. Reprocessing Commitment Per 21 CFR 314.70 ................. | 3159 |
| SECTION XII | IN-PROCESS CONTROLS................................................ | 3162 |
| | 1. Executed Batch Records ............................................... | 3162 |
| | 2. In-Process Controls ...................................................... | 3238 |
| | a. Specifications for In-Process Controls ........................... | 3238 |
| | b. In-Process Test Results ......................................... | 3238 |
| | c. General Narrative of In-Process Controls ........................ | 3238 |
| SECTION XIII | CONTAINER/CLOSURE ........................................................ | 3247 |
| | 1. Summary of Container/Closure System ................................ | 3247 |
| | • USP Test Results ................................................. | 3250 |
| | 2. Component Specifications, Test Data, and DMF References ...... | 3297 |
| | 3. Packaging Configurations and Sizes...................................... | 3299 |

IMPAX000006

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

**Table of Contents**

| Section | Contents | Page |
|---|---|---|
| SECTION XIII | CONTAINER/CLOSURE (continued) ....................................... | |
| | 4.   Packaging Procedures and Controls ...................................... | 3373 |
| | a. Description ................................................ | 3373 |
| | b. General Procedures ........................................ | 3374 |
| | c. Label Controls ............................................. | 3374 |
| | d. Packaging Material Control ................................. | 3375 |
| | e. Packaged Bulk Reconciliation ............................. | 3375 |
| | f.   Equipment for Packaging and Labeling Processes ......... | 3375 |
| | g. Standard Operating Procedures ........................... | 3375 |
| | h. Proposed Commercial Packaging Records .................. | 3375 |
| SECTION XIV | CONTROLS FOR THE FINISHED DOSAGE FORM ................ | 3380 |
| | 1.   Finished Product Specifications and Test Results .............. | 3380 |
| SECTION XV | ANALYTICAL METHODS ........................................... | 3415 |
| | 1.   Analytical Methods for Drug Substance ................................ | 3415 |
| | a. Methods Validation.......................................... | 3415 |
| | b. Test Specifications and Data ............................. | 3415 |
| | 2.   Analytical Methods for Inactive Ingredients .......................... | 3452 |
| | a. Methods Validation.......................................... | 3452 |
| | b. Test Specifications and Data ............................. | 3452 |
| | 3.   Analytical Methods for Finished Drug Product .................... | 3453 |
| | a. Methods Validation.......................................... | 3453 |
| | b. Test Specifications and Data ....,........................ | 3453 |
| SECTION XVI | STABILITY............................................................ | 3552 |
| | 1.   Protocol........................................................... | 3552 |
| | 2.   Post-Approval Stability Commitment ..................................... | 3555 |
| | 3.   Proposed Expiration Dating................................... | 3557 |

v

IMPAX000007

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-Release (XL) Tablets, 150 mg**

### Table of Contents

| Section | Contents | Page |
|---------|----------|------|
| SECTION XVI | STABILITY (continued) ............................................................ | |
| | 4.  Stability Data......................................................................... | 3558 |
| SECTION XVII | SAMPLES ................................................................................ | 3616 |
| SECTION XVIII | REQUEST FOR EXCLUSION FROM REQUIREMENT FOR ENVIRONMENTAL IMPACT ANALYSIS STATEMENT ........... | 3617 |
| SECTION XIX | GENERIC DRUG ENFORCEMENT ACT CERTIFICATIONS OF DEBARMENT AND CONVICTION...................................... | 3618 |
| SECTION XX | OTHER.................................................................................... | 3629 |
| | 1.  Certification of True Field Copy ............................................ | 3629 |
| | 2.  FDA Form 3454 .................................................................. Certification: Financial Interests and Arrangements of Clinical Investigators | 3631 |

IMPAX000008

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

### Organization of the ANDA

This ANDA for bupropion hydrochloride extended-release tablets (XL), 150 mg is organized in the manner recommended by the Office of Generic Drugs in its Guidance for Industry, "Organization of an ANDA", dated February 1999.

This ANDA is divided into 20 sections, each of which is designated by a Roman numeral. The Table of Contents cross-references each section and significant subparts of the individual sections to the page number where the section or subpart begins. The tabbed divider sheets are printed with the number and identity of the section to which the tab relates, e.g., VI Bioavailability/Bioequivalence. For ease of reference, major subsections are also tabbed, e.g., VI.1 Protocols.

The entire ANDA is numbered sequentially on the bottom center (or near-center) of each page. Page numbers begin with Form 356h.

Whenever the text of a section or subsection references either text or an attachment, a cross-reference will be provided to the pages where the referenced text or attachment can be found in the ANDA. If an attachment is referred to more than once, it usually will only be physically included once in the submission, and a cross-reference will be provided to the place where the attachment appears in the ANDA.

IMPAX Laboratories, Inc. is filing an archival copy (in blue jacket) of this ANDA that contains all the technical information required; a CMC section (in red jacket) which contains all the manufacturing and controls information; and a Bioequivalence section (in orange jacket) providing complete information regarding the bioequivalence study included in this submission. Three extra copies of the Methods Validation section (XV) are also provided in separate labeled red jackets. In addition, a separate Field Copy of the CMC section (in maroon jacket) has been submitted to the San Francisco District Office.

IMPAX000009

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

SECTION I      <u>SIGNED APPLICATION FORM 356h</u>

The signed Application Form 356h is attached.

IMPAX000010

:ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE
*(Title 21, Code of Federal Regulations, Parts 314 & 601)*

Form Approved: OMB No. 0910-0338
Expiration Date: August 31, 2005
See OMB Statement on page 2.

**FOR FDA USE ONLY**
APPLICATION NUMBER

## APPLICANT INFORMATION

| | |
|---|---|
| NAME OF APPLICANT<br>IMPAX Laboratories, Inc. | DATE OF SUBMISSION<br>11/30/04 |
| TELEPHONE NO. *(include Area Code)*<br>4510-476-2018 | FACSIMILE *(FAX) Number (include Area Code)*<br>510-476-2091 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued)*:<br>30831 Huntwood Avenue<br>Hayward, CA 94544 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE |

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(if previously issued)*

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Bupropion Hydrochloride, USP | PROPRIETARY NAME *(trade name)* IF ANY |
|---|---|

| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(if any)*<br>(±)-1-(3-chlorophenyl)-2-[(1,1-dimethylethyl)amino]-1-propanone hydrochloride | CODE NAME *(if any)* |
|---|---|

| DOSAGE FORM:<br>Extended-release tablet | STRENGTHS:<br>150 mg | ROUTE OF ADMINISTRATION:<br>Oral |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:
Treatment of depression

## PRODUCT DESCRIPTION

APPLICATION TYPE
*(check one)*   ☐ NEW DRUG APPLICATION (21 CFR 314.50)   ☒ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug   Wellbutrin XL     Holder of Approved Application   SmithKline Beecham

TYPE OF SUBMISSION *(check one)*   ☒ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION:

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION
New

PROPOSED MARKETING STATUS *(check one)*   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED   13     THIS APPLICATION IS   ☐ PAPER   ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide location of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

See attached.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)

DMFs 11054, 1933, 1016, 8354, 9775, 1584, 3782, 7092.

FORM FDA 356h (9/02)     PSC Media Arts (301) 443-1090   EF •     PAGE 1 OF 4

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ☒ | 1. Index |
| ☒ | 2. Labeling *(check one)*    ☒ Draft Labeling    ☐ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☒ | 4. Chemistry section |
| ☒ | A.  Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ | B.  Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ | C.  Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☒ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☒ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☒ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☒ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☒ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☒ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☒ | 19. Financial Information (21 CFR Part 54) |
| ☐ | 20. OTHER *(Specify)* |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:

1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.

The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.

Warning: A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE: |
|---|---|---|
| *[signature]* | Mark C. Shaw, Vice President Regulatory Affairs and Compliance | 11/30/04 |

| ADDRESS *(Street, City, State, and ZIP Code)* | Telephone Number |
|---|---|
| 30831 Huntwood Avenue Hayward, CA  94544 | (  510   )  476-2018 |

**Public reporting burden** for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
Food and Drug Administration
CDER, HFD-99
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
12229 Wilkins Avenue
Rockville, MD 20852

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

IMPAX000012

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**ATTACHMENT TO 356h**

**BUPROPION HYDROCHLORIDE EXTENDED-RELEASE (XL) TABLETS, 150 MG ESTABLISHMENT INFORMATION**

Drug Substance Manufacturer:

Erregierre Industria Chemica S.P.A.
Via Francesco Baracca 1924060
San Paolo d'Argon, Bergamo
Italy

U.S. Agent and Distributor:
Interchem Corporation
120 Route 17 North
Paramus, NJ 07650-1579
Telephone: 201-261-7333
Contact: Kimberly Bianco

Facility for Manufacture, Testing, and Stability Program

IMPAX Laboratories, Inc.
31153 San Antonio Street
Hayward, CA  94544
Registration No:  FEI 3004182921
Telephone:  510-476-2018
Fax: 510-476-2091
Contact Name:  Mark C. Shaw
Site is ready for inspection.

Drug Product Packager/Labeler:

Global Pharmaceuticals, division of IMPAX Laboratories, Inc.
Castor and Kensington Avenues
Philadelphia, Pennsylvania 19124
Telephone: 215-289-2220
Contact name: Gerard Cravello
Registration number: 2510049
Site is ready for inspection

IMPAX000013

:ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

## SECTION II    BASIS FOR ANDA SUBMISSION

The information in this section summarizes the basis for this Abbreviated New Drug Application.

**1.    Basis for Abbreviated New Drug Application**

a. The basis for IMPAX' proposed ANDA for bupropion hydrochloride extended-release tablets, 150 mg is the approved, reference listed drug, Wellbutrin XL™, the subject of NDA #21-515 held by SmithKline Beecham and containing 150 mg of bupropion hydrochloride.

b. According to information published in Approved Drug Products with Therapeutic Equivalence Ratings, 24th Edition (the Orange Book), Wellbutrin XL™ NDA #21-515 was approved on August 28, 2003. The Orange Book lists two (2) patents claimed by the innovator as being relevant to this application. IMPAX has provided a Patent Certification to cover these patents. Exclusivity, M-10 (information regarding maintenance of an antidepressant effect up to one year of dosing) expired on June 11, 2004.

**2.    Active Ingredients**

a. The active ingredient of IMPAX' bupropion hydrochloride extended-release tablets, 150 mg is the same as that of Wellbutrin XL™.

b. Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in section V of this application.

**3.    Route of Administration, Dosage Form, and Strength**

a. The route of administration, dosage form, and strength of IMPAX' bupropion hydrochloride extended-release tablets, 150 mg are the same as for Wellbutrin XL™.

b. Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in section V of this application.

IMPAX000014

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**SECTION II    BASIS FOR ANDA SUBMISSION (Continued)**

**4.  Bioequivalence**

IMPAX sponsored the following bioequivalence studies on bupropion hydrochloride extended-release tablets, 150 mg:

| Study Design | Protocol No. | Bioequivalence Study Site |
|---|---|---|
| Single-dose fasting study (2-period non-replicate design) | 04168 | Gateway Medical Research, Inc. |
| Limited food-effects study (2-period non-replicate design) | 04169 | Gateway Medical Research, Inc. |

Protocols for each study are provided in section VI.1 and the final study reports in section VI.2.  Clinical samples for both studies were assayed by PHARMout, Sunnyvale, CA.  The clinical sample assay reports are included in section VI.2.

IMPAX000015

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

SECTION III      PATENT CERTIFICATION AND STATEMENT CONCERNING
                 PATENTED INDICATIONS

Enclosed in this section is a statement of patent certification for IMPAX Laboratories,
Inc. ANDA for bupropion HCl extended-release tablets, 150 mg.  This statement is in
accord with the Federal Food, Drug, and Cosmetic Act, as amended September 24,
1984 and with the final regulations effective November 2, 1994.

IMPAX000016

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

### Paragraph IV Patent Certification

IMPAX Laboratories, Inc. has caused all of the following actions to be taken with respect to the following patent certification concerning its bupropion HCl extended-release tablets, 150 mg:

1.  The publication entitled "Approved Drug Products with Therapeutic Equivalence Evaluations" (Orange Book), 24th Edition, 2004, and Cumulative Supplement 8, August, 2004 have been examined for patent entries related to the listed drug (Wellbutrin XL™).

2.  The U.S. Patent and Trademark Office's ("PTO's") August 19, 2004 list of Patent Terms Extended Under 35 U.S.C. § 156 (Waxman-Hatch extensions) has been examined for entries related to the listed drug.

Based upon the above identified actions, IMPAX Laboratories, Inc. certifies that, in its opinion and to the best of its knowledge; the following patents are invalid, unenforceable, or will not be infringed by the manufacture, use or sale of the bupropion HCl extended-release tablets, 150 mg, for which this application is submitted:

| Patent Number | Inventor | Issue Date | Expiration Date |
|---|---|---|---|
| 6,096,341 | Pawan Seth | 08/01/2000 | October 30, 2018 |
| 6,143,327 | Pawan Seth | 11/07/2000 | October 30, 2018 |

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

IMPAX000017

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

### Paragraph IV Statement

IMPAX Laboratories, Inc. hereby states, in accordance with § 505(j)(2)(B)(i) of the Federal Food, Drug, and Cosmetic Act ("the Act"), that, within 20 days of the postmark of FDA's letter acknowledging that this abbreviated new drug application is sufficiently complete to permit a substantive review, it will give notices containing the information required by § 505(j)(2)(B)(iv) of the Act and 21 C.F.R. § 314.95(c), to the following persons by U.S. Certified Mail, return receipt requested:

1.    The owner of each of the following patent numbers:

       6,096,341
       6,143,327

       or the representative of each such owner designated to receive such notice; and

2.    The holder of approved NDA number 21-515, or the representative of such holder designated to receive such notice.

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

000069

IMPAX000018

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

## MARKET EXCLUSIVITY STATEMENT

The applicant has reviewed the entries concerning the reference listed drug contained in FDA's publication, entitled "APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS," 24th Edition (2004) (the "Orange Book").  Based upon that review, applicant states that exclusivity under Section 505 of the Federal Food, Drug, and Cosmetic Act has expired for the reference listed drug, as shown below:

EXCLUSIVITY TYPE | EXCLUSIVITY TERMINATION DATE
M-10 | June 11, 2004
(Information regarding maintenance of an antidepressant effect up to 1 year of dosing)

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

000010

IMPAX000019

:ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**SECTION IV**      **COMPARISON BETWEEN GENERIC DRUG AND REFERENCE LISTED DRUG**

**1. Conditions of Use**

a.  The conditions of use prescribed in the labeling proposed for bupropion HCl extended-release tablets, 150 mg have been previously approved for the reference listed drug, Wellbutrin XL™ (SmithKline Beecham).

b.  Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ attached in Section V of this application.

**2. Active Ingredients**

a.  The active ingredient of IMPAX' bupropion HCl extended-release tablets, 150 mg is the same as that of Wellbutrin XL™.

b.  Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in Section V of this application.

**3. Route of Administration, Dosage Form, and Strength**

a   The route of administration, dosage form, and strength of IMPAX' bupropion HCl extended-release tablets, 150 mg are the same as for Wellbutrin XL™.

b   Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™, both provided in Section V of this application.

IMPAX000020

CONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

**SECTION IV**    <u>COMPARISON BETWEEN GENERIC DRUG AND REFERENCE</u>
<u>LISTED DRUG (Continued)</u>

**4. Side-by-Side Comparison of Information Demonstrating That the Proposed Product is the Same as the Listed Product**

|  | Wellbutrin XL™ (SmithKline Beecham) Approved NDA 21-515 | Subject of ANDA |
|---|---|---|
| 1. Conditions of Use: | Indicated for the treatment of major depressive disorder. | Indicated for the treatment of major depressive disorder. |
| 2. Active Ingredient: | Bupropion HCl | Bupropion HCl |
| 3. Route of Administration: | Oral | Oral |
| 4. Dosage Form: | Extended-release Tablet | Extended-release Tablet |
| 5. Strength: | 150 mg | 150 mg |
| 6. Bioequivalence Data: | The bioequivalence data is provided in Section VI of this submission | |
| 7. Labeling: | The subject labeling conforms to all labeling requirements.  The labeling is provided in Section V of this submission. | |
| 8. Reference Listed Drug: | A copy of the Approved Drug Products List with Therapeutic Equivalence Evaluations is attached in this section. | |

IMPAX000021

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

# Electronic Orange Book

## Approved Drug Products
### with
### Therapeutic Equivalence Evaluations

**Current through September 2004**

Preface

FAQ

Search by Active Ingredient    Search by Applicant Holder

Search by Proprietary Name    Search by Application Number

Search by Patent   New!!

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act.

Drug questions email: DRUGINFO@CDER.FDA.GOV

U.S Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Pharmaceutical Science
Office of Generic Drugs

IMPAX000022

ONFIDENTIAL - Pursuant to Impax's Offer of Confidential Access

Orange Book Detail Record Search                                    Page 1 of 1

**Search results from the "OB_Rx" table for query on "021515."**

---

| | |
|---|---|
| Active Ingredient: | BUPROPION HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | WELLBUTRIN XL |
| Applicant: | SMITHKLINE BEECHAM |
| Strength: | 150MG |
| Application Number: | 021515 |
| Product Number: | 001 |
| Approval Date: | Aug 28, 2003 |
| Reference Listed Drug | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: View | |

---

| | |
|---|---|
| Active Ingredient: | BUPROPION HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | WELLBUTRIN XL |
| Applicant: | SMITHKLINE BEECHAM |
| Strength: | 300MG |
| Application Number: | 021515 |
| Product Number: | 002 |
| Approval Date: | Aug 28, 2003 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: View | |

---

Return to Electronic Orange Book Home Page

---

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:

Orange Book Data - **Monthly**

Orange Book Patent Data Only - **Daily**

IMPAX000023