

**IMPAX**
*LABORATORIES, INC.*

30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200

December 28, 2004

<u>MAJOR AMENDMENT</u>
<u>Addition of New Product Strength</u>

Gary Buehler
Director, Office of Generic Drugs
Office of Generic Drugs, CDER, FDA
Document Control Room, Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

Re:   ANDA for Bupropion Hydrochloride Extended-release Tablets, 150 mg
      Addition of 300 mg Strength

Dear Mr. Buehler:

In accordance with 21 CFR 314.96, IMPAX Laboratories, Inc hereby submits an amendment to its Abbreviated New Drug Application (ANDA) for Bupropion Hydrochloride Extended-release Tablets (XL), 150 mg. This amendment provides for the addition of a 300 mg strength. IMPAX recognizes that this amendment contains significant data under 21 CFR 314.96(a)(2), and that the submission of such data may extend the review time of the application up to 180 days.

A waiver of evidence of *in-vivo* bioequivalence for the 300 mg strength of Bupropion Hydrochloride Extended-release Tablets, 150 mg is provided in Section VI of this amendment.

Also included with this amendment is an electronic submission of the package insert word processor file, prepared in both Microsoft Word and PDF format. One (1) write-protected diskette is included in the archival copy of the submission, in a plastic insert. The labeling data contained in the electronic submission is identical to that contained in this hardcopy submission. Four (4) copies of the draft labels and labeling are included in both the archival and review copies of the application.

This amendment contains 3 volumes, organized and jacketed in accordance with FDA-OGD guidelines.

Should you have any additional questions regarding this amendment, please contact me by telephone (510-476-2018) or by telefax (510-476-2091).

Sincerely,
IMPAX Laboratories, Inc.

*[signature]*

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

Confidential Attorneys' Eyes Only                                      IMPAX003620

IMPAX Laboratories, Inc.
Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg and 300 mg
New Strength Amendment
Table of Contents

| Section | Contents | Page |
|---|---|---|
| | Cover Letter | --- |
| | Table of Contents | i |
| SECTION I | SIGNED APPLICATION FORM 356h | 1 |
| SECTION II | BASIS FOR ANDA SUBMISSION | 5 |
| | 1. Basis for ANDA | 5 |
| | 2. Active Ingredients | 5 |
| | 3. Route of Administration, Dosage Form, and Strength | 5 |
| SECTION III | PATENT CERTIFICATION AND STATEMENT CONCERNING PATENTED INDICATIONS | 6 |
| SECTION IV | COMPARISON BETWEEN GENERIC DRUG AND REFERENCE LISTED DRUG | 10 |
| | 1. Conditions of Use | 10 |
| | 2. Active Ingredients | 10 |
| | 3. Route of Administration, Dosage Form, and Strength | 10 |
| | 4. Side-by-Side Comparison of Information Demonstrating That the Proposed Product is the Same as the Listed Product | 11 |
| SECTION V | LABELING | 14 |
| | 2. Proposed Labels and Labeling | 14 |
| | 3. Statement of Labeling Similarity | 38 |
| | 4. Annotated Side-by-Side Labeling Comparison | 38 |
| | a. Similarities and Differences Between Container Labels | 38 |
| | b. Similarities and Differences Between Inserts (by section) | 39 |

Confidential Attorneys' Eyes Only                                         IMPAX003621

IMPAX Laboratories, Inc.
Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg and 300 mg
New Strength Amendment
Table of Contents

| Section | Contents | Page |
|---|---|---|
| SECTION V | LABELING (continued) | |
| | • Annotated Side-by-Side Labeling Comparison, Insert | 42 |
| | 5. Statement of OTC/Rx Status | 89 |
| SECTION VI | BIOAVAILABILITY/BIOEQUIVALENCE | 90 |
| | 1. Request for Waiver of Bioequivalence | 90 |
| | 2. *In Vitro* Dissolution Data | 92 |
| | 3. Formulation Data | 102 |
| | 4. Other Information Supporting Bioequivalence | 105 |
| | • IMPAX Certificate of Analysis for Reference Product (Wellbutrin XL™, 300 mg, Lot 03K021P) | 106 |
| | • IMPAX Certificate of Analysis for Stability batch (Lot R04041) | 110 |
| SECTION VII | COMPONENTS AND COMPOSITION | 114 |
| | 1. Statement of Components | 115 |
| | 2. Inactive Ingredient Component Comparison Between Bupropion HCl and Reference Listed Drug | 116 |
| | 3. Unit and Batch Composition | 117 |
| |    a. Qualitative Composition | 117 |
| |    b. Comparative Quantitative Composition | 118 |
| | 4. Comparison Between Strengths | 119 |
| | 5. Other | 121 |
| SECTION VIII | RAW MATERIAL CONTROLS | 268 |
| | 1. Active Drug Substance | 268 |
| |    a. Manufacturer/Supplier Identification | 269 |
| |    b. CGMP Certification With Last Date of Inspection | 269 |
| |    c. Certificate of Analysis, Testing Specifications and Test Results From Drug Substance Manufacturer | 270 |
| |    d. Certificate of Analysis, Testing Specifications and Test Results from Applicant | 270 |

Confidential Attorneys' Eyes Only                                    IMPAX003622

**IMPAX Laboratories, Inc.**
**Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg and 300 mg**
**New Strength Amendment**
**Table of Contents**

| Section | Contents | Page |
|---|---|---|
| SECTION VIII | RAW MATERIAL CONTROLS (Con'd) | |
| | 1. Active Drug Substance (Con'd) | |
| |    e. Spectra and Chromatograms for Reference Standards and Test Samples | 270 |
| |    f. Active Drug Substance Testing Commitment | 270 |
| | 2. Inactive Ingredients | 291 |
| |    a. Testing Specifications | 291 |
| |    b. List of Suppliers and Supplier's Certificates of Analysis | 292 |
| |    c. Applicant's Certificates of Analysis | 293 |
| SECTION IX | DESCRIPTION OF MANUFACTURING/TESTING FACILITIES FOR THE DRUG PRODUCT | 340 |
| | 1. Full Address of the Facility for the Manufacturing, Processing, Packaging, Testing, and Stability Testing | 340 |
| |    a. Applicant's Facilities | 340 |
| |    b. Outside Facilities | 341 |
| | 2. CGMP Certification | 341 |
| SECTION X | OUTSIDE FIRMS – INCLUDING CONTRACT TESTING LABS | 343 |
| | 1. Full Address and Functions | 343 |
| | 2. CGMP/CGLP Certifications | 344 |
| SECTION XI | MANUFACTURING AND PROCESSING INSTRUCTIONS | 353 |
| | 1. Description of the Manufacturing Process | 354 |
| |    a. Stepwise Procedure | 354 |
| |    b. Equipment | 355 |
| |    c. Flow Chart | 356 |
| |    d. Batch Formula for the Stability Batch | 358 |
| | 2. Blank Master Production and Control Records | 359 |
| | 3. Reprocessing Commitment Per 21 CFR 314.70 | 401 |

Confidential Attorneys' Eyes Only                                                                 IMPAX003623

IMPAX Laboratories, Inc.
Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg and 300 mg
New Strength Amendment
Table of Contents

| Section | Contents | Page |
|---|---|---|
| SECTION XII | IN-PROCESS CONTROLS | 403 |
| | 1. Executed Batch Records | 403 |
| | 2. In-Process Controls | 485 |
| |    a. Specifications for In-Process Controls | 485 |
| |    b. In-Process Test Results | 485 |
| |    c. General Narrative of In-Process Controls | 485 |
| SECTION XIII | CONTAINER/CLOSURE | 494 |
| | 1. Summary of Container/Closure System | 494 |
| | • USP Test Results | 497 |
| | 2. Component Specifications, Test Data, and DMF References | 569 |
| | 3. Packaging Configurations and Sizes | 572 |
| | 4. Packaging Procedures and Controls | 640 |
| |    a. Description | 640 |
| |    b. General Procedures | 641 |
| |    c. Label Controls | 641 |
| |    d. Packaging Material Control | 642 |
| |    e. Packaged Bulk Reconciliation | 642 |
| |    f. Equipment for Packaging and Labeling Processes | 642 |
| |    g. Standard Operating Procedures | 642 |
| |    h. Proposed Commercial Packaging Records | 642 |
| SECTION XIV | CONTROLS FOR THE FINISHED DOSAGE FORM | 647 |
| | 1. Finished Product Specifications and Test Results | 647 |

Confidential Attorneys' Eyes Only    IMPAX003624

IMPAX Laboratories, Inc.
Bupropion Hydrochloride Extended-release (XL) Tablets, 150 mg and 300 mg
New Strength Amendment
Table of Contents

| Section | Contents | Page |
|---|---|---|
| SECTION XV | ANALYTICAL METHODS | 681 |
| | 1. Analytical Methods for Drug Substance | 681 |
| |    a. Methods Validation | 681 |
| |    b. Test Specifications and Data | 681 |
| | 2. Analytical Methods for Inactive Ingredients | 718 |
| |    a. Methods Validation | 718 |
| |    b. Test Specifications and Data | 718 |
| | 3. Analytical Methods for Finished Drug Product | 719 |
| |    a. Methods Validation | 719 |
| |    b. Test Specifications and Data | 719 |
| SECTION XVI | STABILITY | 818 |
| | 1. Protocol | 818 |
| | 2. Post-Approval Stability Commitment | 821 |
| | 3. Proposed Expiration Dating | 823 |
| | 4. Stability Data | 824 |
| SECTION XVII | SAMPLES | 926 |
| SECTION XVIII | REQUEST FOR EXCLUSION FROM REQUIREMENT FOR ENVIRONMENTAL IMPACT ANALYSIS STATEMENT | 927 |
| SECTION XIX | GENERIC DRUG ENFORCEMENT ACT CERTIFICATIONS OF DEBARMENT AND CONVICTION | 928 |
| SECTION XX | OTHER | 935 |
| | 1. Certification of True Field Copy | 935 |

Confidential Attorneys' Eyes Only

IMPAX003625

| SECTION I | **SIGNED APPLICATION FORM 356h** |
|---|---|

The signed Application Form 356h is attached.

Confidential Attorneys' Eyes Only

000001

IMPAX003626

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION<br>**APPLICATION TO MARKET A NEW DRUG, BIOLOGIC,<br>OR AN ANTIBIOTIC DRUG FOR HUMAN USE**<br>*(Title 21, Code of Federal Regulations, Parts 314 & 601)* | Form Approved: OMB No. 0910-0338<br>Expiration Date: August 31, 2005<br>See OMB Statement on page 2. |
|---|---|
| | **FOR FDA USE ONLY**<br>APPLICATION NUMBER |

### APPLICANT INFORMATION

| NAME OF APPLICANT<br>IMPAX Laboratories, Inc. | DATE OF SUBMISSION<br>12/28/04 |
|---|---|
| TELEPHONE NO. *(Include Area Code)*<br>4510-476-2018 | FACSIMILE *(FAX)* Number *(Include Area Code)*<br>510-476-2091 |
| APPLICANT ADDRESS *(Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued):*<br>30831 Huntwood Avenue<br>Hayward, CA 94544 | AUTHORIZED U.S. AGENT NAME & ADDRESS *(Number, Street, City, State, ZIP Code, telephone & FAX number)* IF APPLICABLE |

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER *(If previously issued)* 77-415

| ESTABLISHED NAME *(e.g., Proper name, USP/USAN name)*<br>Bupropion Hydrochloride, USP | PROPRIETARY NAME *(trade name)* IF ANY | |
|---|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME *(If any)*<br>(±)-1-(3-chlorophenyl)-2-[(1,1-dimethylethyl)amino]-1-propanone hydrochloride | | CODE NAME *(If any)* |
| DOSAGE FORM:<br>Extended-release tablet | STRENGTHS:<br>150 mg and 300 mg | ROUTE OF ADMINISTRATION:<br>Oral |
| (PROPOSED) INDICATION(S) FOR USE:<br>Treatment of depression | | |

### PRODUCT DESCRIPTION

APPLICATION TYPE *(check one)*  ☐ NEW DRUG APPLICATION (21 CFR 314.50)   ☒ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION
Name of Drug   Wellbutrin XL      Holder of Approved Application   SmithKline Beecham

TYPE OF SUBMISSION *(check one)*   ☐ ORIGINAL APPLICATION   ☒ AMENDMENT TO A PENDING APPLICATION   ☐ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☐ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☐ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION
Major Amendment - Addition of 300 mg strength

PROPOSED MARKETING STATUS *(check one)*   ☐ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED   3      THIS APPLICATION IS   ☐ PAPER   ☒ PAPER AND ELECTRONIC   ☐ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

See attached.

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)
MFs 721, 11054, 1933, 1016, 8354, 9775, 1584, 3782, 7092.

FORM FDA 356h (9/02)        PSC Media Arts: (301) 443-1090  EF        PAGE 1 OF 4

Confidential Attorneys' Eyes Only        000002        IMPAX003627

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ☐ | 1. Index |
| ☒ | 2. Labeling *(check one)*    ☒ Draft Labeling    ☐ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☒ | 4. Chemistry section |
| ☒ | A. Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ | B. Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ | C. Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☒ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☒ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☒ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☒ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☐ | 20. OTHER *(Specify)* |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:
1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.

If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT *[signature]* | TYPED NAME AND TITLE<br>Mark C. Shaw, Vice President<br>Regulatory Affairs and Compliance | DATE:<br>12/28/04 |
|---|---|---|
| ADDRESS *(Street, City, State, and ZIP Code)*<br>30831 Huntwood Avenue Hayward, CA 94544 | | Telephone Number<br>( 510 ) 476-2018 |

**Public reporting burden** for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services
  od and Drug Administration
 CDER, HFD-99
1401 Rockville Pike
Rockville, MD 20852-1448

Food and Drug Administration
CDER (HFD-94)
12229 Wilkins Avenue
Rockville, MD 20852

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number.

FORM FDA 356h (9/02)    PSC Media Arts: (301) 443-1090  EF    PAGE 2 OF 4

**Confidential Attorneys' Eyes Only**    000003    IMPAX003628

**ATTACHMENT TO 356h**
**ANDA 77-415**
**BUPROPION HYDROCHLORIDE EXTENDED-RELEASE (XL) TABLETS, 150 MG**
**ESTABLISHMENT INFORMATION**

Drug Substance Manufacturer:

Erregierre Industria Chemica S.P.A.
Via Francesco Baracca 1924060
San Paolo d'Argon, Bergamo
Italy

U.S. Agent and Distributor:
Interchem Corporation
120 Route 17 North
Paramus, NJ 07650-1579
Telephone: 201-261-7333
Contact: Kimberly Bianco

Facility for Manufacture, Testing, and Stability Program

IMPAX Laboratories, Inc.
31153 San Antonio Street
Hayward, CA 94544
Registration No: FEI 3004182921
Telephone: 510-476-2018
Fax: 510-476-2091
Contact Name: Mark C. Shaw
Site is ready for inspection.

Drug Product Packager/Labeler:

Global Pharmaceuticals, division of IMPAX Laboratories, Inc.
Castor and Kensington Avenues
Philadelphia, Pennsylvania 19124
Telephone: 215-289-2220
Contact name: Gerard Cravello
Registration number: 2510049
Site is ready for inspection

Confidential Attorneys' Eyes Only

000004

IMPAX003629

| SECTION II | **BASIS FOR ANDA SUBMISSION** |
|---|---|

The information in this section summarizes the basis for this Abbreviated New Drug Application.

**1.  Basis for Abbreviated New Drug Application**

a.  The basis for IMPAX' proposed ANDA for bupropion hydrochloride extended-release tablets, 300 mg is the approved, reference listed drug, Wellbutrin XL™, the subject of NDA #21-515 held by SmithKline Beecham and containing 300 mg of bupropion hydrochloride.

b.  According to information published in Approved Drug Products with Therapeutic Equivalence Ratings, 24th Edition (the Orange Book), Wellbutrin XL™ NDA #21-515 was approved on August 28, 2003. The Orange Book lists two (2) patents claimed by the innovator as being relevant to this application. IMPAX has provided a Patent Certification to cover these patents. Exclusivity, M-10 (information regarding maintenance of an antidepressant effect up to one year of dosing) expired on June 11, 2004.

**2.  Active Ingredients**

a.  The active ingredient of IMPAX' bupropion hydrochloride extended-release tablets, 300 mg is the same as that of Wellbutrin XL™.

b.  Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in section V of this application.

**3.  Route of Administration, Dosage Form, and Strength**

a.  The route of administration, dosage form, and strength of IMPAX' bupropion hydrochloride extended-release (XL) tablets, 300 mg are the same as for Wellbutrin XL™.

b.  Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in section V of this application.

**Confidential Attorneys' Eyes Only**                    000005                                    IMPAX003630

| SECTION III | **PATENT CERTIFICATION AND STATEMENT CONCERNING PATENTED INDICATIONS** |
|---|---|

Enclosed in this section is a statement of patent certification for IMPAX Laboratories, Inc. ANDA for bupropion HCl extended-release (XL) tablets, 300 mg. This statement is in accord with the Federal Food, Drug, and Cosmetic Act, as amended September 24, 1984 and with the final regulations effective November 2, 1994.

Confidential Attorneys' Eyes Only

IMPAX003631



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

## Paragraph IV Patent Certification

IMPAX Laboratories, Inc. has caused all of the following actions to be taken with respect to the following patent certification concerning its bupropion HCl extended-release tablets, 300 mg:

1. The publication entitled "Approved Drug Products with Therapeutic Equivalence Evaluations" (Orange Book), 24th Edition, 2004, and Cumulative Supplement 8, August, 2004 have been examined for patent entries related to the listed drug (Wellbutrin XL™).

2. The U.S. Patent and Trademark Office's ("PTO's") August 19, 2004 list of Patent Terms Extended Under 35 U.S.C. § 156 (Waxman-Hatch extensions) has been examined for entries related to the listed drug.

Based upon the above identified actions, IMPAX Laboratories, Inc. certifies that, in its opinion and to the best of its knowledge; the following patents are invalid, unenforceable, or will not be infringed by the manufacture, use or sale of the bupropion HCl extended-release tablets, 300 mg, for which this application is submitted:

| Patent Number | Inventor | Issue Date | Expiration Date |
|---|---|---|---|
| 6,096,341 | Pawan Seth | 08/01/2000 | October 30, 2018 |
| 6,143,327 | Pawan Seth | 11/07/2000 | October 30, 2018 |

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance



30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

### Paragraph IV Statement

IMPAX Laboratories, Inc. hereby states, in accordance with § 505(j)(2)(B)(i) of the Federal Food, Drug, and Cosmetic Act ("the Act"), that, within 20 days of the postmark of FDA's letter acknowledging that this abbreviated new drug application is sufficiently complete to permit a substantive review, it will give notices containing the information required by § 505(j)(2)(B)(iv) of the Act and 21 C.F.R. § 314.95(c), to the following persons by U.S. Certified Mail, return receipt requested:

1. The owner of each of the following patent numbers:

    6,096,341
    6,143,327

    or the representative of each such owner designated to receive such notice; and

2. The holder of approved NDA number 21-515, or the representative of such holder designated to receive such notice.

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

Confidential Attorneys' Eyes Only

IMPAX003633



**IMPAX LABORATORIES, INC.**

30831 Huntwood Avenue, Hayward, CA 94544
(510) 476-2000  Fax (510) 471-3200
www.impaxlabs.com

## MARKET EXCLUSIVITY STATEMENT

The applicant has reviewed the entries concerning the reference listed drug contained in FDA's publication, entitled "APPROVED DRUG PRODUCTS WITH THERAPEUTIC EQUIVALENCE EVALUATIONS," 24th Edition (2004) (the "Orange Book"). Based upon that review, applicant states that exclusivity under Section 505 of the Federal Food, Drug, and Cosmetic Act has expired for the reference listed drug, as shown below:

| EXCLUSIVITY TYPE | EXCLUSIVITY TERMINATION DATE |
|---|---|
| M-10 (Information regarding maintenance of an antidepressant effect up to 1 year of dosing) | June 11, 2004 |

IMPAX Laboratories, Inc.

Mark C. Shaw
Vice President, Regulatory Affairs and Compliance

Confidential Attorneys' Eyes Only

IMPAX003634

**SECTION IV**  **COMPARISON BETWEEN GENERIC DRUG AND REFERENCE LISTED DRUG**

1. **Conditions of Use**

a. The conditions of use prescribed in the labeling proposed for bupropion HCl extended-release tablets, 300 mg have been previously approved for the reference listed drug, Wellbutrin XL™ (SmithKline Beecham).

b. Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ attached in Section V of this application.

2. **Active Ingredients**

a. The active ingredient of IMPAX' bupropion HCl extended-release (XL) tablets, 300 mg is the same as that of Wellbutrin XL™.

b. Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™ provided in Section V of this application.

3. **Route of Administration, Dosage Form, and Strength**

a. The route of administration, dosage form, and strength of IMPAX' bupropion HCl extended-release (XL) tablets, 300 mg are the same as for Wellbutrin XL™.

b. Refer to IMPAX' annotated labeling and to the currently approved labeling for Wellbutrin XL™, both provided in Section V of this application.

**Confidential Attorneys' Eyes Only**           000010           IMPAX003635

## SECTION IV     COMPARISON BETWEEN GENERIC DRUG AND REFERENCE LISTED DRUG (Continued)

4. **Side-by-Side Comparison of Information Demonstrating That the Proposed Product is the Same as the Listed Product**

|  | Wellbutrin XL™ (SmithKline Beecham) Approved NDA 21-515 | Subject of ANDA |
|---|---|---|
| 1. Conditions of Use: | Indicated for the treatment of major depressive disorder. | Indicated for the treatment of major depressive disorder. |
| 2. Active Ingredient: | Bupropion HCl | Bupropion HCl |
| 3. Route of Administration: | Oral | Oral |
| 4. Dosage Form: | Extended-release Tablet | Extended-release Tablet |
| 5. Strength: | 150 mg and 300 mg | 150 mg and 300 mg |
| 6. Bioequivalence Data: | The bioequivalence data is provided in Section VI of the original ANDA | |
| 7. Labeling: | The subject labeling conforms to all labeling requirements. The labeling is provided in Section V of this submission. | |
| 8. Reference Listed Drug: | A copy of the Approved Drug Products List with Therapeutic Equivalence Evaluations is attached in this section. | |

Confidential Attorneys' Eyes Only         IMPAX003636

# Electronic Orange Book

## Approved Drug Products
with
Therapeutic Equivalence Evaluations

Current through October 2004

### Preface

### FAQ

Search by Active Ingredient    Search by Applicant Holder

Search by Proprietary Name    Search by Application Number

Search by Patent  New!!

The products in this list have been approved under section 505 of the Federal Food, Drug, and Cosmetic Act.

Drug questions email: DRUGINFO@CDER.FDA.GOV

U.S Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Pharmaceutical Science
Office of Generic Drugs

**Search results from the "OB_Rx" table for query on "021515."**

| | |
|---|---|
| Active Ingredient: | BUPROPION HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | WELLBUTRIN XL |
| Applicant: | SMITHKLINE BEECHAM |
| Strength: | 150MG |
| Application Number: | 021515 |
| Product Number: | 001 |
| Approval Date: | Aug 28, 2003 |
| Reference Listed Drug | Yes |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

| | |
|---|---|
| Active Ingredient: | BUPROPION HYDROCHLORIDE |
| Dosage Form;Route: | TABLET, EXTENDED RELEASE; ORAL |
| Proprietary Name: | WELLBUTRIN XL |
| Applicant: | SMITHKLINE BEECHAM |
| Strength: | 300MG |
| Application Number: | 021515 |
| Product Number: | 002 |
| Approval Date: | Aug 28, 2003 |
| Reference Listed Drug | No |
| RX/OTC/DISCN: | RX |
| TE Code: | |
| Patent and Exclusivity Info for this product: | View |

Return to Electronic Orange Book Home Page

FDA/Center for Drug Evaluation and Research
Office of Generic Drugs
Division of Labeling and Program Support
Update Frequency:
  Orange Book Data - **Monthly**
  Orange Book Data Updated Through September, 2004
  Orange Book Patent Data Only - **Daily**
  Patent Data Last Updated: December 13, 2004

Confidential Attorneys' Eyes Only                                                                     IMPAX003638