UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, ) <br> ) <br> Defendant, ) <br> ) <br> ANCHEN PHARMACEUTICALS, INC., ) <br> ) <br> Intervenor-Defendant, ) <br> ) <br> and ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC. and ) <br> IMPAX LABORATORIES, INC., ) <br> ) <br> Proposed Intervenors-Defendants. ) | Case No. 06-1487 (RMU) |

## DECLARATION OF DAVID MARSHALL

I, David Marshall, hereby declare under penalty of perjury and to the best of my knowledge as follows:

1.  I am the Vice President of Commercial Operations for Teva Pharmaceuticals USA, Inc. ("Teva"). Teva is a wholly owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd., a global pharmaceutical company headquartered in Israel. Teva is an industry leader in the development, manufacture, and marketing of generic pharmaceutical products in the United States.

2. As Vice President of Commercial Operations for Teva, I am involved in the introduction and promotion of new generic drug products for the United States market.

3. According to IMS, current annual sales of bupropion hydrochloride extended-release tablets in 300-mg dosages ("300-mg bupropion drug product"), which Biovail Laboratories International SRL ("Biovail SRL") manufactures and its business partner SmithKline Beecham ("GlaxoSmithKline") markets under the trade-name Wellbutrin XL®, exceed $970 million.

4. Impax Laboratories, Inc. ("Impax") has filed an Abbreviated New Drug Application ("ANDA") with the Food and Drug Administration ("FDA") seeking approval to market a 300-mg generic version of extended-release bupropion hydrochloride tablets ("300-mg generic bupropion"). Pursuant to an agreement with Impax, Teva will serve as the exclusive United States distributor for Impax's generic 300-mg bupropion drug product.

5. Teva and Impax have also entered into an agreement with Anchen Pharmaceuticals, Inc. ("Anchen") regarding 180-day exclusivity for sales of 300-mg generic bupropion. Pursuant to that agreement, Anchen agreed to "selectively waive" to Impax its 180-day exclusivity period for sales of that drug upon Anchen's receipt of final approval to market its own 300-mg generic bupropion drug product. Also pursuant to the agreement, Anchen will be paid significant sums for the right to its exclusivity.

6. On December 14, 2006, FDA granted final approval for Anchen to begin marketing its 300-mg drug product. After Anchen undertook an initial act of commercial marketing, it selectively waived its exclusivity to Impax pursuant to the parties' agreement.

7. On December 15, 2006, the Food and Drug Administration ("FDA") granted Impax Laboratories, Inc. ("Impax") final approval for the sale of generic 300-mg bupropion drug product.

8. Based on the expectation that there will be significant demand for Impax's safe and affordable 300-mg bupropion drug product, Teva negotiated long-term supply contracts with a number of major customers and spent millions of dollars preparing to launch Impax's product into the market.

9. Within hours of Impax receiving FDA's final approval letter, Teva began distributing Impax's generic 300-mg bupropion drug product to its customers. On Friday, December 15, 2006, and Saturday, December 16, 2006, Teva shipped more than sixty million tablets of Impax's generic 300-mg bupropion drug product to its customers. I understand that Impax's generic 300-mg bupropion drug product has been and currently is being dispensed to patients.

10. Entry of an injunction would prevent Teva from continuing to fulfill its existing contracts with major customers, eroding Teva's existing goodwill and making it less likely that Teva's existing customers will want to do business with Teva in the future. It would also disrupt the continued distribution of safe and affordable generic 300-mg bupropion drug products to patients.

11. The 180-day exclusivity period has now been triggered. If this Court enjoins Teva from continuing to distribute Impax's generic 300-mg bupropion drug product during that 180-day period, it will not be possible to fully recover the revenues from those lost sales by making additional sales in the post-exclusivity market. As a result, even a brief delay in Teva's

3

sales of Impax's 300-mg bupropion drug product could cause Teva to incur millions of dollars in irrecoverable losses.

12. Entry of an injunction precluding Teva from marketing Impax's generic 300-mg bupropion drug product at any point during the 180-day exclusivity period would have even more significant consequences. Exclusivity typically gives the first generic entrant a permanent advantage over subsequent entrants, because that officially sanctioned "head start" permits first entrants to secure distribution channels and access to customers, enter into long-term sales agreements, increase sales across all product lines, and retain greater market share in the long term. A loss of exclusivity would deprive Teva of that head start, impairing its access to additional customers for Impax's generic 300-mg bupropion drug product and diminishing Teva's ability either to establish or retain market share for the product.

Dated: December 18, 2006

*David M. Marshall* (signature)
David Marshall