

CIBC World Markets
Institutional Investor Conference

October 5, 2006



# Safe Harbor Statement



To the extent any statements made in this presentation contain information that is not historical, these statements are forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. We have based these forward-looking statements on our current expectations and projections about future events. Our actual results could differ materially from those discussed in, or implied by, these forward-looking statements. Forward-looking statements are identified by words such as "believe," "anticipate," "expect," "intend," "plan," "will," "may" and other similar expressions. In addition, any statements that refer to expectations, projections or other characterizations of future events or circumstances are forward-looking statements. Forward-looking statements include, but are not necessarily limited to, risks and uncertainties, including the difficulty of predicting U.S. Food and Drug Administration and Canadian Therapeutic Products Directorate approvals, acceptance and demand for new pharmaceutical products, the impact of competitive products and pricing, new product development and launch, reliance on key strategic alliances, availability of raw materials and finished products, the regulatory environment, tax rate assumptions, the outcome of legal proceedings, fluctuations in operating results and other risks detailed from time to time in the Company's filings with the Securities and Exchange Commission and the Ontario Securities Commission. Biovail undertakes no obligation to update or revise any forward-looking statement.

# Company Overview





**1,741 employees**

- U.S.A. Commercial: 102
- Canadian Commercial: 105
- Manufacturing: 858
- R&D/Corporate/Other: 676

**3 Manufacturing sites**

- 375,000 square feet

3

# Vision & Mission



### VISION

- Biovail aspires to be the world's premier specialty pharmaceutical company

### MISSION

- Biovail is a specialty pharmaceutical company that applies advanced drug-delivery technologies to improve the clinical effectiveness of medicines

- Biovail drives business growth by commercializing these products both directly and through partners





# Biovail's Business Strategy





**PRODUCT GENERATION**

**COMMERCIALIZATION**

Internal
R&D Effort

Business
Development
Activities

Drug-Delivery
Business
- Technologies
- Compounds
- Families

Technology
Enhanced
Products

Canada
Business
Unit

U.S.
Business
Unit

Strategic
Partners

# Biovail's Business Strategy





**Canada Business Unit**

- 100-member sales force
- Key Products:
  - Tiazac® XC, Wellbutrin XL®, Glumetza™



**U.S. Business Unit**

- 85-member specialty sales force
- Promoted Products:
  - Zovirax Ointment, Zovirax Cream, Zoladex® 3.6mg, Ultram ®ER
- Legacy products - Cardizem® CD, Tiazac®, Vasotec®, Vaseretic®, Ativan®, Isordil®



**Strategic Partners**

- GlaxoSmithKline - Wellbutrin XL®
- Ortho-McNeil, Inc. - Ultram® ER
- Kos Pharmaceuticals - Cardizem® LA
- Teva Pharmaceutical - Generic pharmaceuticals

# Canadian Business Unit -- Biovail Pharmaceuticals Canada (BPC)



- Canadian market outpacing growth of U.S., global markets
  - C$17 billion (+ 7.1%)*

- BPC: #1 independent pharmaceutical company in Canada
  - Proven track record of success

- Established, respected, 100-member sales force
  - Recently expanded due to new product launches
  - Innovative, strategic marketing
  - Focused investment at top of the influence pyramid (specialists)

- Key Products
  - Wellbutrin XL®
  - Tiazac® XC
  - Glumetza™
  - Lescol®, Lescol® XL
  - Actively targeting new product opportunities



*Source: IMS 2005 Canadian Pharmaceutical Industry Review



- Flexible business model
  - General manager driven
  - Supported by shared services group (managed care, trade, etc.)
  - Creates greater profitability and operational effectiveness

- 85-member specialty sales force
  - Targeting dermatologists, women's health practitioners

- Key Products
  - Zovirax Ointment /Zovirax Cream
    - Franchise is promotionally sensitive, growing and profitable
  - Co-promoting Ultram® ER, Zoladex®3.6mg
  - Actively targeting new product opportunities



# Legacy Products



- Portfolio of branded, off-patent pharmaceuticals
  - High brand awareness, physician / patient loyalty

- Prescription volumes declining at predictable rates

- Products generate predictable cash flows

- No active promotion; minimal G&A expenses

- Key Products
  - Cardizem® CD
  - Tiazac®
  - Vasotec® / Vaseretic®
  - Ativan®



- Once-daily formulation of bupropion
  - Approved for major depressive disorder in adult patients
  - Developed using Biovail's SmartCoat™ technology

- Supply & distribution agreement with GSK
  - Signed October 2001; product launched Sept. 2003
  - Three-tiered agreement, based on net sales

- Product growth continues to exceed overall pharma market
  - 2006 year-to-date total prescription volume has increased 17% vs. corresponding period in 2005

- Currently holds 7.7% of U.S. anti-depressant market





- Recently approved to treat seasonal affective disorder (S.A.D.)
  - First, only FDA-approved treatment for S.A.D.

- Launched in Canada by BPC in April 2006

- European submissions made in February 2006
  - Including Germany, Spain, Italy

- Authorized generic contemplated in agreement with GSK
  - Biovail is the exclusive manufacturer of once-daily bupropion to GSK

- New formulations currently in development
  - Including new salt, combinations with other anti-depressants



# Drug-Delivery, Partnered Products -- Wellbutrin XL®



- Four ANDAs have been submitted to FDA

- First filer, Anchen Pharmaceuticals, has received tentative approval

- Anchen granted summary judgment for non-infringement

- Biovail has filed an appeal, citing material facts in dispute

- Litigation ongoing vs. Abrika, Impax, Watson

- Biovail filed a Citizen Petition with FDA in December 2005
  - In June 2006, FDA response indicated more time required, citing "complex issues", that require "extensive analyses"

- Citizen Petition raises patient safety concerns
  - Seeks rigorous bioequivalence testing before FDA approval
  - Bioequivalence to Wellbutrin XL®, Wellbutrin SR, immediate release
  - Parent drug, metabolites should be evaluated
  - Confirm absence of dose-dumping in alcohol



- Once-daily formulation of tramadol – synthetic opioid analgesic
  - Developed using Biovail's SmartCoat™ technology

- FDA approval received September 8, 2005
  - Indicated for moderate to moderately severe chronic pain

- Supply & distribution agreement with Ortho-McNeil (OMI)
  - Biovail's supply prices:  27.5%-37.5% of OMI's net selling price
  - Supply price lowest in 2006, peaks in 2007 and 2008
  - Minimum performance obligations related to promotional activity
  - OMI, Purdue agreement may extend patent protection through 2014

- Launched as Ultram® ER in February 2006
  - Biovail co-promoting Ultram® ER to women's health-care practitioners



# Ultram® ER Launch



**PHASE 1**

- February 13-16 launch conference

- OMI Primary Care and Biovail Ob/Gyn sales forces

**PHASE 2**

- Non-sales Promotion began in June

- Journal Ads, Detail Pieces, E-Detailing



# Other Strategic Alliances



## Generic Portfolio – Teva Pharmaceutical

- Portfolio of controlled-release generic pharmaceuticals
  - Licensed to Teva Pharmaceutical in 1997
  - Profit-sharing agreement

- Key Products
  - Diltiazem - Cardizem CD, Tiazac (Canada)
  - Nifedical XL - Procardia XL
  - Pentoxyifylline - Trental

## Cardizem® LA – Kos Pharmaceuticals, Inc.

- Novel formulation of diltiazem
  - Supply & distribution agreement with Kos signed May 2005
  - Biovail manufactures product for Kos; receives >30% of net sales

# Commercial Operations Summary



- Multiple product lines; revenue sources

- Ultram® ER in launch phase, growing steadily

- Recent co-promotion agreements add incremental revenue, profit

- Timing of generic Wellbutrin XL® launch remains unknown
  - Citizen Petition raises important safety concerns

- Wellbutrin XL® remains an important contributor
  - Launched in Canada in 2006
  - GSK agreement contemplates an authorized generic
  - European launch anticipated in 2007
  - Line extensions, new salt, combination products, beyond 2008

- Management evaluating strategic initiatives





Research & Development





- Creation of Drug-Delivery Business Unit in March 2006
  - Comprises Biovail's drug-delivery technologies, drug-development capabilities, strategic partnerships

- Recruitment of seasoned executives
  - Gilbert Godin, Senior VP, Drug Delivery / Technical Operations
  - Dr. Peter Silverstone, Senior VP, Medical and Scientific Affairs

- Extensive review, reprioritization of product pipeline
  - Acceleration of high-value products, culling of others
  - Identification of novel feasibility programs





## MAT June 2006 Worldwide Dollar Volume*



*Source: IMS Retail Drug Monitor. Monthly sales figures cover direct and indirect pharmaceutical channel purchases (retail pharmacies and where available, hospital pharmacies) from pharmaceutical wholesalers and manufacturers in 13 key international markets. Figures include prescription and certain over-the-counter data, and represent manufacturer prices. These 13 countries account for over two thirds of the world market.

12 Months Ending June 2006 Ex-manufacturer sales.



- The "Theophylline of this decade"



**July 18, 2005**

**Volume 67 | Number 029 | page 3**

**Purdue Withdraws Palladone; FDA Evaluating Other Extended-Release Opiates**



**October 31, 2005**
**Volume 67 | Number 044 | page 24**

**Quality By Design Could Be Used To Reduce Alcohol-Induced Dose Dumping**









Select Pipeline Programs

Bupropion Salt Formulation

# Bupropion Salt Formulation



- Extension of Biovail's bupropion-product family

- Once-daily treatment option for depression

- Resistant to interactions with alcohol, dose dumping
  - Dissolution not accelerated by presence of alcohol
  - 34% of patients drink while taking medication
  - 61% of patients do not reduce alcohol intake

- May provide unique safety benefits

- NDA submission in September 2006











Select Pipeline Programs

Tramadol ER / NSAID Combination

# Tramadol ER / NSAID Combination – Commercial Rationale



**Value Proposition**

- Potential benefits of tramadol/NSAID fixed-dose combination in pain management:
  - Delay the use of potent/addictive Opioids
  - Enhance efficacy with synergistic mechanisms
  - Lower side effects with lower doses

**Unmet Needs in Moderate to Severe Pain Management**

- Pain management without the risk of addiction/abuse of potent opioids
- Improve overall effectiveness – efficacy : side-effect ratio

**Market Opportunity\***

- 30%-40% of the population has chronic pain
- $60 billion/year in lost productivity and healthcare costs due to impaired functioning
- Pain is often treated in a multi-modal approach



**Tramadol / NSAID**

30%-40%

\*  Portneoy et al. *J Pain*. 2004

# Tramadol ER / NSAID Combination



- Extension of Biovail's tramadol-product family

- Once-daily treatment option for chronic pain, osteoarthritis

- Double-pronged approach to pain management

- NSAID selected for potency, long half-life for QD dosing

- Initiation of Phase III studies
  accelerated to Q4/2006







Select Pipeline Programs

Bupropion / SSRI Combination



**Value Proposition**

- Potential benefits of fixed-dose Bupropion/SSRI combination in TRD:
  - Faster onset of response
  - Maintain better efficacy at lower doses
  - Improved side effect profile
  - Superior cost effectiveness

**Unmet Needs in Treatment Resistant Depression (TRD)***

- 50% response in all patients beginning treatment
- Onset of response is not optimal
- Few patients achieve remission: ~30-40%



**1-1.5M Patients**

**Bupropion / SSRI Combination**

**Market Opportunity****

- High co-morbidity with anxiety
- > 52% of the time Psychiatrists use combo therapy
- Bupropion and SSRI is the #1 used combination
- 1M -1.5 million patients are using Bupropion/SSRI each year
- Few fixed-combination products available
- Polypharmacy results in higher costs

*   Frank E, et al. *Psychopharmacol Bull.* 1993;29(4):457-475.
    Stahl SM, 1999
** US Audit data: NDTI 2005, Dendrite custom patient data

# Bupropion / SSRI Combination



- Extension of Biovail's bupropion-product family

- Once-daily treatment option for treatment-resistant depression

- Combination unanimously recommended by Biovail's Psychiatry Advisory panel

- Formulation will include new bupropion salt

- Phase III initiation target:  H1/2007







Conclusion

# Biovail Corporation -- A Leader in Specialty Pharmaceuticals



- Financial strength to execute strategy
  - Over $600 million in cash on hand
  - Up to $400 million in revolving-term credit

- Actively evaluating number of business development initiatives
  - Compounds, technologies, companies

- World-leading drug-delivery technology portfolio

- Proven manufacturing capability

- Initiating 2-3 Phase III studies by mid-2007



