UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendant, <br><br> ANCHEN PHARMACEUTICALS, INC., <br><br> Intervenor-Defendant, <br><br> and <br><br> TEVA PHARMACEUTICALS USA, INC. and IMPAX LABORATORIES, INC., <br><br> Proposed Intervenors-Defendants. | Case No. 06-1487 (RMU) |

### DECLARATION OF CHARLES V. HILDENBRAND

I, Charles V. Hildenbrand, hereby declare under penalty of perjury as follows:

1. I make this declaration based on my personal knowledge of the matters recited herein and would testify to the same if required to appear in court.

2. I am the Senior Vice President of Operations at Impax Laboratories, Inc. ("Impax"). Impax is a technology-based specialty pharmaceutical company applying its formulation expertise and drug delivery technologies to the development of controlled-release and specialty drug products. Impax is incorporated under Delaware law and maintains its principal place of business in Hayward, California.

3. As Senior Vice President of Operations for Impax, I am responsible for overseeing the production, packaging, and distribution of Impax's drug products.

4. Impax has filed an Abbreviated New Drug Application ("ANDA") with the Food and Drug Administration ("FDA") seeking approval to market a 300-mg generic version of extended-release bupropion hydrochloride tablets ("300-mg generic bupropion"). Bupropion is a dopamine reuptake inhibitor used to combat symptoms of depression. It is currently marketed by plaintiff Biovail Laboratories, Inc. under the trade name Wellbutrin XL®. According to IMS, annual sales of that drug in the United States exceed $970 million.

5. Impax has entered into an agreement with Anchen Pharmaceuticals, Inc. ("Anchen") regarding 180-day exclusivity for sales of 300-mg generic bupropion. Pursuant to that agreement, Anchen agreed to "selectively waive" to Impax its 180-day exclusivity period for sales of that drug upon Anchen's receipt of final approval to market its own 300-mg generic bupropion drug product.

6. Impax is also party to an agreement with an affiliate of Teva Pharmaceuticals USA, Inc. ("Teva"), under which Teva has agreed to exclusively market and distribute Impax's 300-mg generic bupropion drug product in the United States.

7. On December 14, 2006, FDA granted final approval for Anchen to begin marketing its 300-mg drug product. After Anchen undertook an initial act of commercial marketing, it selectively waived its exclusivity to Impax pursuant to the parties' agreement.

8. On December 15, 2006, FDA granted final approval to Impax's ANDA for sales of its 300-mg generic bupropion drug product, and Impax began delivering its 300-mg drug product to Teva for immediate commercial marketing.

9. Given the magnitude of annual bupropion sales in the United States, Impax anticipates substantial consumer demand for its 300-mg generic bupropion drug product, and has therefore has invested significant economic and human resources to produce more than 68 million tablets of 300-mg generic bupropion tablets on an accelerated schedule.

10. Impax's accelerated production of 300-mg generic bupropion has required a re-ordering of its production priorities. Despite running its plants at maximum capacity, Impax has had to limit its production of other drug products in order to produce sufficient amounts of generic bupropion tablets in time for a 2006 product launch. As a result, Impax has reorganized its manufacturing operations to run 24 hours a day, 7 days a week, and has authorized the hiring and training of 35 additional employees. In the meantime, however, decreased production in Impax's other product lines has resulted in diminished sales and sales opportunities for those drug products and a backlog of customer orders for these other products. Any delay in the ongoing marketing of Impax's 300-mg generic bupropion tablets will limit Impax's ability to recoup production losses from those other lines and will jeopardize Impax's goodwill with its existing customers.

11. Impax also has made a number of personnel changes to accommodate its accelerated production schedule for 300-mg generic bupropion. Four Impax scientists have been transferred from Research and Development to Operations to support technical transfer and production support, including overseeing the transition of Impax's 300-mg generic bupropion tablets from the research-and-development phase to the production phase. Impax has also hired and trained approximately 25 workers for the manufacturing and packaging of its 300-mg generic bupropion product. Any significant delay in the continued marketing of Impax's 300-mg generic bupropion tablets may force Impax to furlough these workers.

12. Subsequent re-initiation of marketing would require Impax to hire additional workers with the likelihood that those previously laid-off would no longer be available. Impax would then be required to expend resources in the hiring and training of these new employees. This is normally a 3-6 month process.

13. Many of the tablets Impax has produced are approaching their commercially viable distribution dates. Approximately 1.6 million tablets will expire on November 30, 2007. Another 7.5 million tablets will expire on February 28, 2008.

14. It is my experience that customers prefer not to purchase drug products within one year of their expiration date, due to the short remaining shelf-life of such products. Indeed, it is my experience that customers often refuse to accept shipments of such products.

15. As a result, any delay in the continued marketing of Impax's 300-mg generic bupropion tablets would impose severe harms. With each passing day, it becomes harder to market the 1.6 million doses of 300-mg generic bupropion tablets that are scheduled to expire next November. A delay extending beyond February 28, 2007, would further jeopardize the marketing of an additional 7.5 million units of its 300-mg generic bupropion drug product.

Dated: December 18, 2006

Charles V. Hildenbrand