DEPARTMENT OF HEALTH & HUMAN SERVICES — Public Health Service

Food and Drug Administration
Rockville MD 20857

## CERTIFICATE

Pursuant to the provisions of Rule 44 of the Federal Rules of Civil Procedures, I hereby certify that Michelle Bigesby, Legal Instruments Examiner, Division of Dockets Management, Office of Management Programs, Office of Management, United States Food and Drug Administration, whose affidavit is attached, has custody of official records of the United States Food and Drug Administration.

In witness whereof, I have, pursuant to the provision of Title 42, United States Code, Section 3505, and Staff Manual Guide 1410.23(1)(a)(6)(ii) (May 18, 2005), hereto set my hand and caused the seal of the Department of Health and Human Services to be affixed this _28th_ day of December, 2006.

Jennie C. Butler, Director
Division of Dockets Management
Office Management Programs
Office of Management
By direction of the Secretary of
 Health and Human Services

