## AFFIDAVIT

Michelle Bigesby, first duly sworn, deposes, and says:

1. I am Legal Instruments Examiner, Division of Dockets Management United States Food and Drug Administration.

2. In this capacity I have custody of official records of the United States Food and Drug Administration.

3. Attached is a copy of the documents comprising Docket No. 2005P-0498, Require that generic version of Wellbutrin XL (bupropion hydrochloride extended-release tablets) meet specific criteria in order to be considered bioequivalent to Wellbutrin XL.

4. Copies of the administrative record are part of the official records of the United States Food and Drug Administration.

_____
Michelle Bigesby

County of Montgomery
State of Maryland

Subscribed and sworn to before me this ___28th___ day of December, 2006

_____
Notary Public
My Commission Expires

Lyle D. Jaffe
Notary Public
Montgomery County, MD
My commission expires March 1, 2007