# DOCKETS LOG

*Report run on December 28, 2006 10:30 AM*  ALL DATES    Page 1

| | | |
|---|---|---|
| **TITLE:** CRITERIA OF GENERIC VERSION OF WELLBUTRIN XL (BUPROPION HYDROCHLORIDE EXTENDED-RELEASE TABLETS) | **Docket Number:** | 2005P-0498 |
| **ACTION OFFICE** CDER/ORP/DRPI/ | **Other ID's:** | |

| Document # | Received Date | Filed Date | Submitter Code | Submitter | FR Date | FR Page | Comment Date | Volume | Remarks |
|---|---|---|---|---|---|---|---|---|---|
| CP1 | 12/20/2005 | 12/20/2005 | Private Industry | Keller and Heckman LLP<br>Signature: John B. Dubeck | | | | 1 | |
| ACK1 | 12/20/2005 | 12/20/2005 | Federal Government | HFA-305 to Keller and Heckman LLP<br>Signature: Lyle D. Jaffe | | | | 1 | |
| EC1 | 02/02/2006 | 01/03/2006 | Individual Consumer | Mr. Dave Lowe<br>Signature: Lowe, Dave | | | | 1 | |
| EC2 | 02/02/2006 | 01/16/2006 | Individual Consumer | Mr. Dave Lowe<br>Signature: Lowe, Dave | | | | 1 | |
| EC3 | 02/02/2006 | 01/19/2006 | Individual Consumer | Mr. Dave Lowe<br>Signature: Lowe, Dave | | | | 1 | |
| EC4 | 02/08/2006 | 02/03/2006 | International | Dr. Nadir Nugasha<br>Signature: Nugasha, Nadir | | | | 1 | |
| C1 | 02/24/2006 | 02/24/2006 | Drug Industry | Impax Laboratories, Inc.<br>Signature: James N. Cazaban | | | | 1 | |
| LET1 | 06/12/2006 | 06/12/2006 | Federal Government | FDA/CDER to Keller and Heckman LLP<br>Signature: Jane A. Axelrad | | | | 1 | |
| LET2 | 06/29/2006 | 06/29/2006 | Private Industry | Keller and Heckman LLP<br>Signature: John B. Dubeck | | | | 1 | |
| PAV1 | 12/18/2006 | 12/18/2006 | Federal Government | FDA<br>Signature: Randall W. Lutter, PhD | | | | 1 | |