**2005P-0498**   Criteria of generic version of Wellbutrin XL (bupropion hydrochloride extended-release tablets)

**FDA Comment Number :**   EC1

**Submitter :**   Mr. Dave Lowe

**Date & Time:**   02/02/2006 10:02:56

**Organization :**   Mr. Dave Lowe

**Category :**   Individual Consumer

**Issue Areas/Comments**

**GENERAL**

GENERAL

This "effectively treats depression" according to advertisements for an unapproved drug. The Food and Drug Administration has a legal obligation to misbrand Wellbutrin XL under 21 USC 331. I would refer you to NDA 021515, which was a marketed product when the petition was submitted.

The petitioner should know drugs generally are found fit for human consumption as a brand name before concerned about a generic, and the approval letters from the NDA are attached. Someone needs to explain what those letters mean, however if I know GlaxosmithKline does. They also make unapproved Dexedrine.

2005P-0498-EC1-Attach-1.PDF