**2005P-0498**    Criteria of generic version of Wellbutrin XL (bupropion hydrochloride extended-release tablets)

**FDA Comment Number :**    EC2

**Submitter :**    Mr. Dave Lowe         **Date & Time:**    02/02/2006 10:02:52

**Organization :**    Mr. Dave Lowe

**Category :**    Individual Consumer

**Issue Areas/Comments**

**GENERAL**

GENERAL

I oppose the petition as a threat to the public health, and ask FDA to remove this with safety notations in the Orange Book, unapproved and marketed with issues all over. It is assumed this is for a determination on safety and efficacy and the approval process. Unlike Biovail, most do not hand deliver a petition to Room 1061 like they run Rockville.

Biovail omits: There is Wellbutrin, Wellbutrin SR, Zyban, and Wellbutrin XL (NDA # 021515) marketed and consumed and killing people. 4 products for two conditions. Three for depression, and one for smoking cessation putting approval status aside on all Wellbutrin products. Dissapproval should be closely looked at.

Labeling from GSK's website has no clinical investigations as a marketed product and is attached. Hopefully some are somewhere ongoing and humans deserving at some point. Suicide and death and preventable disability with a public health advisory mentioning Wellbutrin on suicidality Biovail doesn't mention. I want FDA to know about that suicidality problem. I want FDA to know 4 drugs with same active ingredient can be taken once daily.

Bioavailability to three drugs in the petition doesn't get a free pass for failure to perform clinical investigations before marketed when violating CFR and international protocols.
'[This section should be located at the beginning of the package insert with bolded font and enclosed in a black box]' is labeling on FDA's website for XR. Previously FDA could withdraw the application.

On the petition:
There is a very real risk of seizure, and only in the Federal Register is it found out that 'The relationship between serum levels of bupropion and its circulating active metabolites and seizures is not well understood. However, recent data from on-going research have led to the investigation of specific metabolites, and their influence on seizure potential.'

Biovail states 'FDA is very familiar with bupropion as an active ingredient'. Biovail should know it's bupropion hydrochloride, and assume FDA knew that.

Only now is 'the excessive use of alcohol' risk stated, and in depressed patients more like to drink, and smoke. Many try quitting both. Many try one with Zyban exactly the same drug.

AK1BIOVAIL2548 is the only human data available other than FDA's label. Where are clinical investigations for input for an informed determination?

'Unless generic versions of Wellbutrin XL are also shown to be bioequivalent to immediate release Wellbutrin and Wellbutrin SR, the relevance
of the adverse effect data is not established.'

Everyone else doesn't do that. Are these three identical drugs?

Convenient, no reference listed drug at 300 mg.

Marketing issues aside, There are serious safety issues, especially with no clinical investigations in approved labeling. GSK's website is doing some with unapproved drugs circa 1960 like dextroamphetamine. There are some for Wellbutrin XR.

You have a drug that has three other 'formulations'. You can take one pill a day on all 4 (See Paxil, Paxil CR or the Ambiens). There are two different names. There are two different conditions. Generics are AB1 rated to nothing in most instances. These are going away. So have people who have taken them, see the suicide warning where adults are smokers and treated like kids.

1 out of 50 people 18 years or younger is that data, and there are unknowns as to how many Glaxosmithkline has killed with Wellbutrin products.

'Adults being treated with antidepressant medications, particularly those being treated for depression, should be watched closely for worsening of depression and for increased suicidal thinking or behavior. Close watching may be especially important early in treatment, or when the dose is changed, either increased or decreased.'

How would they know the dose is changed, if a different drug for smoking?

Discontinue all Wellbutrin products noting safety.

2005P-0498-EC2-Attach-1.PDF