**2005P-0498**     Criteria of generic version of Wellbutrin XL (bupropion hydrochloride extended-release tablets)

**FDA Comment Number :**     EC3

**Submitter :**     Mr. Dave Lowe                                    **Date & Time:**     02/02/2006 10:02:08

**Organization :**     Mr. Dave Lowe

**Category :**     Individual Consumer

**Issue Areas/Comments**
**GENERAL**

GENERAL

Apologies to hard working employess in Dockets for commenting twice. [insert name here] is quite a few labels.

NDA no. 018644 is Wellbutrin and all 4 drug documents were merged in one file for atachment, but will reference FDA to all Wellbutrin products and Zyban's NDA.

A previous posted label misbrands Wellbutrin XR as a marketed product, or check FDA's website for such and would normally kill a petition.

This petition attempts to use Zyban as a reference drug replacement for Wellbutrin, and believes extended relase Zyban such is possible.

FDA does not have a copy of labeling mentioning possible 'ratio issues' similar to Adderall XR on Wellbutrin SR. Check that if the sponsor hasn't deleted all copies.

FDA waived industry guidance down to [insert name here] and live clinical investigations being posted during ingestion and allows that?

Imaginary Wellbutrin XL fails to show bioequivelency, as does imaginary Wellbutrin SR. In absence, unapproved with efficacy issues, safety issues all over all 4. In absence of a valid RLD unapproved.
Both Wellbutrin and Zyban have valid patents and approval status, and for the same new active moiety?

I saw there were no conflicts of interest, I'm sure FDA will see the science. Garbage in, garbage out. Remove the child and adult abuser's garbage.

Permit DDMAC to pull the website and act to protect.
============================================================
Families and caregivers of pediatric patients being treated with antidepressants for major depressive disorder or other indications, both psychiatric and nonpsychiatric, should be alerted about the need to monitor patients for the emergence of agitation, irritability, unusual changes in behavior, and the other symptoms described above, as well as the emergence of suicidality, and to report such symptoms immediately to health care providers. Such monitoring should include daily observation by families and caregivers. Prescriptions for [Insert established name] should be written for the smallest quantity of tablets consistent with good patient management, in order to reduce the risk of overdose. Families and caregivers of adults being treated for depression should be similarly advised.

Case 1:06-cv-01487-RMU    Document 23-15    Filed 12/29/2006    Page 2 of 2