**2005P-0498**     Criteria of generic version of Wellbutrin XL (bupropion hydrochloride extended-release tablets)

**FDA Comment Number :**     EC4

**Submitter :**     Dr. Nadir Nugasha

**Date & Time:**     02/08/2006 10:02:52

**Organization :**     Dr. Nadir Nugasha

**Category :**     International

**Issue Areas/Comments**

**GENERAL**

GENERAL

Someone knows a suicide as approved, is worth 6 billion dollars and wants it to rise.