IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BIOVAIL CORPORATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| BIOVAIL LABORATORIES | ) | |
| INTERNATIONAL, SRL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-1487 (RMU) |
| | ) | |
| UNITED STATES FOOD AND DRUG | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANDREW C. VON ESCHENBACH, M.D., | ) | |
| in his official capacity as | ) | |
| COMMISSIONER OF FOOD AND | ) | |
| DRUGS, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ANCHEN PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Intervenor. | ) | |

## **ORDER**

Upon consideration of Plaintiff's Second Motion for a Temporary Restraining Order and

Preliminary Injunction, any opposition, thereto, and the entire record in this matter, it is hereby,

ORDERED that the Plaintiff's Second Motion for a Temporary Restraining Order is

1

DENIED.

Dated: _____

                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:

James F Segroves
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington , DC  20004
(202) 416-6871
Fax: (202) 416-6899
Email: Jsegroves@proskauer.com

Attorneys for Plaintiffs Biovail Corporation and Biovail Laboratories International Srl


Gerald Cooper Kell
US Department of Justice
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington , DC  20004-1710
(202) 514-1586
Fax: (202) 514-8742
Email: Gerald.kell@usdoj.gov

Attorneys for Federal Defendants

Gordon A Coffee
Winston & Strawn
1700 K Street, NW
Washington , DC  2000-3817
(202) 282-5741
Fax: (202) 371-5750
Email: Gcoffee@winston.com

Attorneys for Intervenor Anchen Pharmaceuticals, Inc.