## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

>James F Segroves
>Proskauer Rose LLP
>1001 Pennsylvania Avenue, NW
>Suite 400 South
>Washington , DC  20004
>(202) 416-6871
>Fax: (202) 416-6899
>Email: Jsegroves@proskauer.com
>
>Gordon A Coffee
>Winston & Strawn
>1700 K Street, NW
>Washington , DC  2000-3817
>(202) 282-5741
>Fax: (202) 371-5750
>Email: Gcoffee@winston.com

>           /s/
>J.P. Ellison
>Attorney
>U.S. Department of Justice