IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>U.S. FOOD AND DRUG )<br>ADMINISTRATION, *et al.*, )<br>)<br>Defendants, )<br>and )<br>)<br>ANCHEN PHARMACEUTICALS, INC., )<br>TEVA PHARMACEUTICALS USA, INC., )<br>and IMPAX LABORATORIES, INC., )<br>)<br>Intervenors-Defendants. ) | Case No. 06-CV-1487 (RMU) |

## DECLARATION OF JONATHAN CHANG

I, Jonathan Chang, hereby declare under penalty of perjury as follows:

1. I make this declaration based on my personal knowledge of the matters recited herein and would testify to the same if required to appear in court.

2. I am the Chief Financial Officer of Anchen Pharmaceuticals, Inc. ("Anchen"). Anchen is a start-up specialty pharmaceutical company applying its formulation expertise to the development of controlled-release drug products. Anchen maintains its principal place of business in Irvine, California.

3. In September 2004, Anchen filed an Abbreviated New Drug Application ("ANDA") with the Food and Drug Administration ("FDA") seeking approval to market 150 mg and 300 mg generic versions of bupropion hydrochloride extended-release tablets. The branded counterpart products to Anchen's generic products are marketed under the brand WELLBUTRIN XL®.

4. Anchen has entered into an agreement with Teva Pharmaceuticals and Impax Laboratories regarding the 180-day exclusivity period for sales of the 300 mg bupropion hydrochloride extended-release tablet drug product. Pursuant to that agreement, Anchen agreed to "selectively waive" its exclusivity in favor of the Impax ANDA product so that Teva could market that product during the 180-day exclusivity period following Anchen's receipt of final approval.

5. Anchen is also party to an agreement with Teva Pharmaceuticals regarding the exclusivity for the 150 mg generic bupropion hydrochloride extended-release tablet drug product.

6. On December 14, 2006, FDA granted final approval of Anchen's ANDA for both the 150 mg and 300 mg drug products. Anchen thereafter undertook first commercial marketing of the 300 mg drug product, which triggered the start of the 180-day marketing exclusivity period for the 300 mg drug product. Anchen then selectively waived this 180-day exclusivity to allow approval of the Impax 300 mg product, which permitted Teva to commence large-scale commercial marketing of this product.

7. An injunction preventing the continued sale of the 300 mg product would damage Anchen's exclusivity rights, and could jeopardize Anchen's rights to receive additional payments under the parties' agreement relating to the 300 mg product.

8. An injunction preventing a launch of the 150 mg product could damage Anchen's exclusivity rights for the 150 mg product, and could jeopardize Anchen's receipt of revenue under the agreement relating to the 150 mg product.

9. The FDA approval of Anchen's ANDA for bupropion hydrochloride extended release tablets represents Anchen's first and only approved ANDA. An injunction would

obviously harm Anchen in that it will lose the expected revenue in 2007 and beyond. As a start-up company, the loss of such a revenue stream will have a compound effect on Anchen to the extent it deprives Anchen of the capital required to fund future product opportunities and expansion efforts.

Dated: December 28, 2006                         _____