IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>    Defendants,<br><br>and<br><br>ANCHEN PHARMACEUTICALS, INC.,<br><br>    Intervenor-Defendant,<br><br>and<br><br>TEVA PHARMACEUTICALS USA, INC., and IMPAX LABORATORIES, INC.,<br><br>    Proposed Intervenor-Defendants. | Case No. 06-CV-1487 (RMU) |

## DECLARATION OF MAUREEN L. RURKA

I, MAUREEN L. RURKA, depose and say upon personal knowledge as follows:

A.    I am an associate with the law firm of Winston & Strawn LLP, which serves as counsel to Intervenor-Defendant Anchen Pharmaceuticals, Inc. in the above-entitled action. My office address is 35 West Wacker Drive, Chicago, Illinois, 60601. My office telephone number is (312) 558-7936 and my email address is mrurka@winston.com.

B.    I hereby certify that attached hereto are true and correct copies of the following exhibits:

    1.    Excerpt of transcript of December 21, 2006 hearing on Biovail Corporation's Motion For a Temporary Restraining Order in *Biovail Corp, et al. v. U.S. Food & Drug Administration*, Case No. RWT-06-3355 (D. Md.).

2. Excerpt of August 1, 2006 Order granting in part and denying in part Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Partial Summary Judgment in *Biovail Labs, Inc. et al. v. Anchen Pharmaceuticals, Inc., et al.*, Case No. SACV 04-1468-JVS (RCx) (C.D. Cal.).

3. Biovail Labs, Inc. and SmithKline Beecham Corp.'s Complaint for Patent Infringement in *Biovail Labs, Inc. et al. v. Anchen Pharmaceuticals, Inc., et al.*, Case No. SACV 04-1468-JVS (RCx) (C.D. Cal.).

4. Biovail's Citizen Petition filed with the FDA on December 20, 2005.

5. Judgment in *Biovail Labs, Inc. et al. v. Anchen Pharmaceuticals, Inc., et al.*, Case No. SACV 04-1468-JVS (RCx) (C.D. Cal.) (entered on August 25, 2006).

6. Letter from Randall W. Lutter, Ph.D., Associate Commissioner for Policy and Planning, U.S. Food & Drug Administration, to John B. Dubeck, Keller and Heckman LLP (December 14, 2006).

7. Press Release, Teva Pharmaceutical Industries, Ltd.: "Teva Announces Launch of Generic Wellbutrin XL ® Tablets, 300 Mg. Under Agreement With Anchen and Impax." (December 18, 2006.).

8. Biovail Corp. and Biovail Labs Int'l, SRL's Complaint for Injunctive and Declaratory Relief, filed December 18, 2006 in *Biovail Corp., et al. v. U.S. Food & Drug Administration, et al.*, Case No. 8:06-CV-03355-RWT (D. Md.).

9. Anchen's Prescribing Information for Bupropion Hydrochloride Extended-Release Tablets USP (XL).

10. Order denying Plaintiff's Motion for Reconsideration of the Court's August 1, 2006 Order Granting Summary Judgment, entered on August 24, 2006 in *Biovail Labs, Inc., et al. v. Anchen Pharmaceuticals, Inc., et al.*, Case No. SACV 04-1468-JVS (RCx) (C.D. Cal.).

11. Orange Book Listing for Bupropion.

12. Excerpt of transcript of November 22, 2006 hearing in *Biovail Labs, Inc. v. Anchen Pharmaceuticals, Inc.*, Case No. SACV 04-1468-JVS (RCx) (C.D. Cal.).

13. Redacted letter from John B. Dubeck, Keller and Heckman LLP to Gary J. Buehler, Director, Office of Generic Drugs, Center for Drug Evaluation and Research, U.S. Food & Drug Administration (August 27, 2006).

14. Approval History for Anchen's Bupropion Hydrochloride ANDA, available at drugs@fda.

15. "Biovail Shifts Gears to Thwart Generics," The Ottawa Citizen (August 11, 2006).

16. *Apotex, Inc. v. FDA et al.*, No. Civ. A. 06-0627 JDB, 2006 WL 1030151 (D.D.C. April 19, 2006).

17. *CollaGenex Pharmaceuticals, Inc. v. Thompson*, No. Civ. A. 03-1405 (RMC), 2003 WL 21697344 (D.D.C. Aug. 26, 2003).

18.  *Smith v. Harvey*, Civil Action No. 06-1117 (RWR), 2006 WL 2025026 (D.D.C. July 17, 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 28, 2006                              _____
                                                                                            Maureen L. Rurka