# EXHIBIT 5



1  John B. Sganga, Jr. (SBN: 116211)
   John.sganga@kmob.com
2  William R. Zimmerman (SBN: 195859)
   William.zimmerman@kmob.com
3  Benjamin A. Katzenellenbogen (SBN: 208527)
   Ben.katzenellenbogen@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA 92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
8  Attorneys for Defendant
   Anchen Pharmaceuticals, Inc.
9
10
11
12
13

**Priority** ✓
**Send**
**Enter**
**Closed**
**JS-5/JS-6** ✓
**JS-2/JS-3**
**Scan Only**

FILED
CLERK, U.S. DISTRICT COURT

AUG 25 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

14  BIOVAIL LABORATORIES, INC., a       )  Civil Action No.
    corporation of Barbados,            )  SACV 04-1468 JVS (RCx)
15                                       )
              Plaintiff,                 )  ~~[PROPOSED]~~ JUDGMENT
16                                       )
         vs.                             )  Trial Date:    September 12, 2006
17                                       )  Pretrial Conf: August 28, 2006
    ANCHEN PHARMACEUTICALS,              )
18  INC., a California corporation,      )  Honorable James V. Selna
                                         )
19            Defendant.                 )
                                         )
20
21
22
23
24
25
26
27
28

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 25 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

(224)

1552563

1    This action came on for hearing before the Court, Honorable James V. Selna,
2  District Judge, presiding, and the issues having been duly heard, and a decision
3  having been duly rendered, IT IS HEREBY ORDERED THAT:

4    1.    Based on the Court's Order entered August 1, 2006, granting Anchen's
5  Motion for Summary Judgment of no infringement, final judgment is hereby entered
6  in favor of Anchen for the claim of infringement alleged in the complaint, and for
7  Anchen's counterclaim for declaration of noninfringement of U.S. Patent No.
8  6,096,341; and

9    2.    Anchen's remaining counterclaims are dismissed in their entirety
10 without prejudice as moot, and in particular, without prejudice to Anchen's right to
11 pursue those claims in the event that they are no longer moot as a result of the
12 outcome of any appeal with respect to this Judgment.

13   3.    Pursuant to Federal Rule of Civil Procedure 54(d)(1), costs are awarded
14 to the prevailing party, Anchen, in an amount to be determined by the Clerk of the
15 Court, pursuant to Local Rule 54-3.

16   4.    The trial date, pre-trial conference date, and all other related dates are
17 hereby vacated.

18   5.    The Court shall have continuing jurisdiction to enforce the Stipulated
19 Protective Order in this action and to preside over issues concerning the Stipulated
20 Protective Order.

21

22 Dated:_____ 8.24.06  By:_____
23                         Hon. James V. Selna
                           United States District Court Judge
24

25

26

27

28

**PROOF OF SERVICE**

I am a citizen of the United States of America, and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, 14th Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On August 17, 2006, I served the within **[PROPOSED] JUDGMENT** on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows and by transmitting electronic mail to the addresses set forth below:

| VIA U.S. MAIL AND ELECTRONIC MAIL: | Donna M. Praiss, Esq.<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, New York 10166-0005<br>Tel.: (212) 309-1000<br>Fax.: (212) 309-1100<br>dpraiss@hunton.com |
|---|---|
| VIA U.S. MAIL AND ELECTRONIC MAIL: | Layn R. Phillips, Esq.<br>Michael G. Ermer, Esq.<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660<br>Tel.: (949) 760-0991<br>Fax.:(949) 760-5200<br>lphillips@irell.com<br>mermer@irell.com |
| VIA U.S. MAIL AND ELECTRONIC MAIL: | Charles R. Krikorian, Ph.D.<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street, Suite 1600<br>Chicago, Illinois 60661-3693<br>Tel.: (312) 902-5200<br>Fax.: (312) 902-1061<br>charles.krikorian@kattenlaw.com |

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2006 at Irvine, California.

Claire A. Stoneman

1552563