# EXHIBIT 12

1

CERTIFIED COPY

```
                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                       WESTERN DIVISION


BIOVAIL LABORATORIES, INC.,    )
ET AL.,                        )
                               )
        PLAINTIFFS,             )
                               )
        VS.                    )   CASE SA CV 04-1468-JVS(RCX)
                               )
                               )   LOS ANGELES, CALIFORNIA
ANCHEN PHARMACEUTICALS, INC., )    NOVEMBER 22, 2006
ET AL.,                        )
                               )
        DEFENDANTS.            )
_____)



                            HEARING
            BEFORE THE HONORABLE ROSALYN M. CHAPMAN
                UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          HUNTON & WILLIAMS
                            BY:  THOMAS G. SLATER, JR.
                                 ROBERT W. LOFTIN
                            ATTORNEYS AT LAW
                            RIVERFRONT PLAZA, EAST TOWER
                            951 EAST BYRD STREET
                            RICHMOND, VIRGINIA  23219

                            IRELL & MANELLA
                            BY:  MICHAEL G. ERMER
                                 ATTORNEY AT LAW
                            840 NEWPORT CENTER DRIVE
                            SUITE 400
                            NEWPORT BEACH, CALIFORNIA



PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
                                                                    2
 1   APPEARANCES:  (CONTINUED)
     FOR THE DEFENDANTS:        WINSTON & STRAWN
 2                              BY:  DONALD MIZERK
                                     ATTORNEY AT LAW
 3                              35 W. WACKER DRIVE
                                CHICAGO, ILLINOIS  60601
 4
                                WINSTON & STRAWN
 5                              BY:  STACEY N. KNOX
                                     ATTORNEY AT LAW
 6                              333 SOUTH GRAND AVENUE
                                38TH FLOOR
 7                              LOS ANGELES, CALIFORNIA  90071

 8                              KNOBBE MARTENS OLSON & BEAR
                                BY:  JOHN B. SGANGA
 9                                   ATTORNEY AT LAW
                                2040 MAIN STREET
10                              14TH FLOOR
                                IRVINE, CALIFORNIA  92614
11
     COURTROOM DEPUTY/          MARSHA EUGENE-DOMINGUE
12   RECORDER:

13   TRANSCRIBER:               DOROTHY BABYKIN
                                COURT HOUSE SERVICES
14                              1218 VALEBROOK PLACE
                                GLENDORA, CALIFORNIA  91740
15                              (626) 963-0566

16

17

18

19

20

21

22

23

24

25
```

                                                                97

1  THOSE ARE CASES RIGHT ON POINT WHERE THEY WERE ATTORNEYS,
2  IN-HOUSE COUNSEL.
3       AND LET ME TELL YOU THAT ANCHEN HAS NO ONE IN-HOUSE
4  WHO CAN SEE BIOVAIL'S CONFIDENTIAL INFORMATION.  SO, THIS
5  WHOLE NOTION ABOUT THE NEED TO HAVE SOMEBODY DO IT, IT'S JUST
6  -- THEY'VE GOT EXPERIENCED LAWYERS WHO ARE HANDLING THIS
7  APPEAL FOR THEM.  THEY'VE GOT TO MAKE A BETTER SHOWING IF
8  THEY WANT THE PERSON -- THERE'S NOTHING IN THEIR MOTION AT
9  ALL ABOUT WENDY KELLY AND WHO SHE IS AND WHAT SHE IS DOING.
10 IT'S EMPTY.  THERE'S ZERO.  AND, SO, IT KIND OF MAKES IT, I
11 THINK, EASY TO MAKE THAT -- TO DISPENSE WITH THAT PART OF THE
12 MOTION.
13      AND I THINK THE PART OF THE MOTION NOW -- THE MAIN
14 PART OF THEIR MOTION MODIFIED THEY GET PERMISSION TO USE THIS
15 IN AN ANCILLARY PROCEEDING.
16      YOUR HONOR IS RIGHT ON THE MONEY HERE.  WITH A
17 CITIZEN'S PETITION, SURE, ANYBODY CAN FILE A CITIZEN'S
18 PETITION.  THAT'S OPEN TO ANYONE ON THE STREET.  I CAN DO IT.
19 YOU CAN DO IT.  ANYONE CAN DO IT.
20      THE ISSUE IS, CAN THEY USE ANCHEN'S -- CAN THEY
21 HAVE ACCESS TO ANCHEN'S CONFIDENTIAL INFORMATION IN DOING SO.
22 AND THE FDA IS CLEAR THAT THIS IS NOT SOME KIND OF COLLATERAL
23 LITIGATION.  THERE'S NO FEDERAL JUDGE PRESIDING OVER THE
24 CITIZEN'S PETITION ACTIVITY.  THERE'S NO RULES OF RELEVANCY
25 OR RULE 26 DETERMINATIONS ABOUT WHETHER IT'S RELEVANT OR NOT.

98

1        THE CONFIDENTIALITY RULES THAT THEY CITE, WE POINT

2   OUT IN OUR BRIEF, THAT THERE'S NO GUARANTEE THAT IF YOU GIVE

3   THIS INFORMATION TO THE FDA, THAT THE FDA IS GOING TO

4   MAINTAIN OUR INFORMATION, CITIZEN'S PETITION CONFIDENTIAL

5   BECAUSE IT'S NOT PART OF OUR ANDA.  AND, SO, THE RULES THEY

6   CITE ARE JUST INAPPLICABLE.

7        AND AT BEST, IT WOULD PUT BIOVAIL -- WOULD BE THE

8   ONE TO GET NOTICED TO DETERMINE WHETHER OR NOT OUR

9   INFORMATION REMAINS UNDER SEAL.

10       SO, THERE'S NO WAY TO PROTECT THE CONFIDENTIALITY

11  ONCE YOU LET THE CAT OUT OF THE BAG.

12       THIS WHOLE NOTION ABOUT SAFETY AND WHATNOT, I THINK

13  THE TIMING OF BIOVAIL'S MOTION REALLY JUST DISPOSES OF THEIR

14  ARGUMENT THAT THEY'RE CONCERNED AT ALL ABOUT SAFETY.  THEY

15  STATE CLEARLY --

16       THE COURT:  OH, THIS IS ALL ABOUT MONEY, MR.

17  MIZERK.

18       MR. MIZERK:  IT'S ALL MONEY.

19       THE COURT:  MAYBE THEY THINK I THINK IT'S ABOUT

20  SAFETY, BUT I THINK IT'S ALL ABOUT MONEY.  OKAY.  SO, DON'T

21  WASTE YOUR TIME WITH THAT.

22       MR. MIZERK:  THEY COULD HAVE BROUGHT THIS MOTION

23  EARLIER IF THEY WERE CONCERNED ABOUT SAFETY.

24       WITH REGARD TO THE TECHNICAL EXPERTS, I MEAN, MS.

25  -- ALL THESE EXPERTS ARE KIND OF LIKE, YOU KNOW, PRETTY WELL

102

1

2                           C E R T I F I C A T E

3

4        I CERTIFY THAT THE FOREGOING IS A CORRECT

5   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE

6   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

7

8

9   _____        _12/3/06_____
10  FEDERALLY CERTIFIED TRANSCRIBER          DATED
    DOROTHY BABYKIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25