# EXHIBIT 13



**KELLER AND HECKMAN LLP**
*Serving Business through Law and Science®*

1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
*tel.* 202.434.4100
*fax* 202.434.4646

Writer's Direct Access
**John B. Dubeck**
(202) 434-4125
dubeck@khlaw.com

August 27, 2006

**Via Electronic Mail and Hand Delivery**

Gary J. Buehler
Director, Office of Generic Drugs
Center for Drug Evaluation and Research
Food and Drug Administration
7500 Standish Place (HFD-600)
Rockville, MD 20855

Re:    **Anchen Pharmaceuticals, Inc. ANDA No. 77-284 (Bupropion Hydrochloride Extended-Release Tablets USP (150 mg and 300 mg))**

Dear Mr. Buehler:

On behalf of our client, Biovail Corporation, we wish to bring the following information to your attention. On July 24, 2006 for the first time the formulation of Anchen Pharmaceutical, Inc.'s drug product alleged to be bioequivalent to the branded drug Wellbutrin XL was made public. During the course of a public summary judgment hearing held in the open courtroom of Judge James V. Selna in the United States District Court for the Central District of California, Anchen's drug product was shown to have the a structure wherein a core tablet containing bupropion hydrochloride (the active ingredient) is surrounded by a number of coatings.

KELLER AND HECKMAN LLP
_____

Gary J. Buehler
August 27, 2006
Page 4 of 5

     In the instant case there are additional reasons for alarm.  Seizures are a dose dependent adverse event associated with bupropion hydrochloride.  Exhibit 10, page 9.  The labeling recommends titrating patients slowly so as to minimize that risk.  Exhibit 10, page 10.  Accordingly, dose dumping for bupropion poses particularly serious risks to patients.  The accelerated dose release that is likely to result from the coating design deficiencies noted above will be amplified if the product is consumed with a solvent more aggressive than water (*i.e.*, alcohol).  Despite warnings to avoid alcohol while on bupropion, the label acknowledges the reality that it will occur.  Exhibit 10, page 14  ("Patients should be told that the excessive use or abrupt discontinuation of alcohol ... may alter the seizure threshold") and page 34.  The consequences for a patient consuming a tablet with a coating that is already compromised with fractures and cracks could be quite serious.

     Until the information relating to Anchen's formulation was made public in late July, Biovail had no way of knowing anything about Anchen's formulation.  Even within the context of the patent infringement litigation, all of the information relating to the formulation and its performance is confidential and is the subject of a protective order that severely limits access to this information.  Biovail hopes to obtain an exemption from the terms of the protective order so that it can review and report additional information to the Agency that may have escaped its attention.  In any event, the above issues warrant careful attention to prevent a repetition of the issue that arose relating to Chih-Ming Chen's Taztia formulation.  The public acceptance of generic drugs relies on the ability of FDA to assure that generic drugs are as safe and reliable as the bioequivalent innovator product.  We are therefore confident that the above information will be properly assessed in determining whether ANDA 77-284 should be approved.

     Thank you in advance for your careful attention to these issues.

                     Sincerely,

                     John B. Dubeck

                     John B. Dubeck

_____

(...continued)
```
        other things, suspend commercial production of such products until
        the problems are resolved.  If we encounter such problems with
        Cartia XT, Taztia XT or Altoprev, our operating results may be
        materially impacted.
```

Andrx Corporation, Form 10-Q for the period ended September 30, 2005 at pages 56-57.  http://www.sec.gov/Archives/edgar/data/1123337/000095014405011251/g98099e10vq.htm (last visited on August 27, 2006).

# KELLER AND HECKMAN LLP

Gary J. Buehler
August 27, 2006
Page 5 of 5

cc:    (letter and exhibits via email only)

       William Peter Rickman
       Dale P. Conner
       Timothy W. Ames
       Elizabeth H. Dickinson, Esq.

Exhibits (5 copies via hand delivery)