# EXHIBIT 14




# U.S. Food and Drug Administration

## CENTER FOR DRUG EVALUATION AND RESEARCH

**Drugs@FDA**
FDA Approved Drug Products

FAQ | Instructions | Glossary | Contact Us | CDER H(

Start Over | Back to Search Results | Back to Overview | Back to De

## Label and Approval History

| | |
|---|---|
| Drug Name(s) | BUPROPION HYDROCHLORIDE (Generic Drug) |
| FDA Application No. | (ANDA) 077284 |
| Active Ingredient(s) | BUPROPION HYDROCHLORIDE |
| Company | ANCHEN PHARMS |

Go to Approval Hist

### Label Information

What information does a label include?
Note: Not all labels are available in electronic format from FDA.

Labels are not available on this site for BUPROPION HYDROCHLORIDE, ANDA no. 077284

### Approval History
### ANDA 077284

Note: Not all reviews are available in electronic format from FDA.
Older labels are for historical information only, and should not be used for clinical purposes.
Action dates can only be verified from 1984 to the present.

Click on a column header to re-sort the table:

| Action Date | Supplement Number | Approval Type | Letters, Reviews, Labels, Patient Package Insert | Note |
|---|---|---|---|---|
| 12/14/2006 | 000 | Approval | Letter | Label is not available on this site. |
| 11/14/2005 | 000 | Tentative Approval | | Label is not available on this site. |

PDF files, marked with an icon, require the free Adobe Acrobat Reader.

- **Therapeutic Equivalents**

Back to Top | Back to Previous Page | Back to Drugs@FDA Home