# EXHIBIT 15



Thursday » August 24 » 2006

# Biovail shifts gears to thwart generics
Drugmaker prepares for lost sales of flagship Wellbutrin

**Boyd Erman**
The Financial Post

*Friday, August 11, 2006*

TORONTO - Biovail Corp., faced with looming generic competition for its most profitable drug, will speed the development of other products, seek acquisitions and cancel a planned spinoff of a portfolio of older drugs.

Keeping the older drugs will provide the Mississauga-based company with extra cash to compensate for lost sales of its flagship Wellbutrin XL, an antidepressant that generates 40 per cent of the company's revenue.

Generic competition for Wellbutrin could arrive as soon as the end of the year, analysts said, after a California court ruled last week that Anchen Pharmaceuticals Inc.'s planned knockoff version doesn't infringe on Biovail's patent. That decision knocked Biovail's stock down by one-quarter.

Yesterday, as it released earnings that topped expectations, Biovail laid out its contingency plans for coping with generic rivals for Wellbutrin XL.

The company has "a considerable amount of room" to cut costs and is looking at acquisitions and partnerships that can bring in new products to replace lost revenue, chief executive Douglas Squires said in an interview.

"It's not a mortal or life-threatening situation for us," Mr. Squires said.

The company is focused on adding new drug-delivery technologies, and has $571 million U.S. of cash on its balance sheet to fund acquisitions.

There is a panoply of deal possibilities," Mr. Squires said.

Biovail continues to generate cash, and said second-quarter net income jumped to $80.6 million U.S., or 50 cents a share, from $3.7 million U.S. (two cents) a year earlier. Sales rose to $252.8 million U.S. from $216.2 million U.S. The average estimate of 12 analysts was for earnings of 46 cents a share.

The company stuck to its 2006 sales forecast of as much as $1.07 billion U.S. and said earnings per share should be $2.30 U.S. to $2.40 U.S.

Biovail's forecasts are based on the assumption that Anchen won't be able to supply generic versions of Wellbutrin XL before next year, though analyst Hari Sambasivam at Merrill Lynch said he thinks Anchen could launch as early as the fourth quarter.

© The Ottawa Citizen 2006

**CLOSE WINDOW**

Copyright © 2006 CanWest Interactive, a division of CanWest MediaWorks Publications, Inc.. All rights reserved.