UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION *et al.*, : | |
| Plaintiffs, : | |
| v. : | |
| U.S. FOOD AND DRUG : | |
| ADMINISTRATION *et al.*, : | Civil Action No.:   06-1487 (RMU) |
| Defendants, : | Document No.:   13, 14 |
| and : | |
| ANCHEN PHARMACEUTICALS, INC., : | |
| TEVA PHARMACEUTICALS USA, INC., : | |
| IMPAX LABORATORIES, INC., : | |
| Intervenor-defendants. : | |

**ORDER**

**GRANTING THE PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND
DENYING THE PLAINTIFFS' MOTION FOR INJUNCTIVE RELIEF**

For the reasons stated in this court's memorandum opinion separately and contemporaneously issued this 22nd day of March 2007, it is hereby

**ORDERED** that the plaintiffs' motion for leave to file an amended complaint is **GRANTED**; and it is

**FURTHER ORDERED** that the plaintiffs' motion for injunctive relief is **DENIED**.

**SO ORDERED.**

RICARDO M. URBINA
United States District Judge