IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 06-1487 (RMU) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ANCHEN PHARMACEUTICALS, INC., ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Intervenor-defendants ) | |

**FEDERAL DEFENDANTS' UNOPPOSED MOTION FOR
ENLARGEMENT OF TIME TO ANSWER THE AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6, and this Court's standing order for civil cases, defendants United States Food and Drug Administration ("FDA") and Andrew Von Eschenback in his official capacity (the "federal defendants") hereby move this Court for an enlargement of time through and including May 9, 2007, to file an answer to the plaintiffs' amended complaint and in support of this motion state as follows:

1. This Court granted plaintiffs' motion to amend their complaint on March 22, 2007, and pursuant to Local Civil Rule 15.1, the complaint was deemed filed and served by mail on that date.

2.  Pursuant to Federal Rules of Civil Procedure 15(a), 5(b), and 6(e), the federal defendants' answer to the amended complaint is currently due April 9, 2007.

3.  This is the federal defendants' first request for an enlargement of time to file an answer to the amended complaint.

4.  Plaintiffs do not oppose the federal defendants' request for an enlargement of time.

5.  Intervenor-defendants do not oppose federal defendants' request for an enlargement of time.

6.  Granting the federal defendants' instant motion will not affect existing deadlines because such deadlines have not yet been established.

7.  The federal defendants request an enlargement of time to prepare an answer to the amended complaint, in light of upcoming religious holidays and corresponding previously scheduled vacation, and other pending matters.

For the above-stated reasons, the federal defendants respectfully request that this Court grant their motion for an enlargement of time to answer the plaintiffs' amended complaint.

Respectfully submitted,

OF COUNSEL:

| | |
|---|---|
| DANIEL MERON | PETER D. KEISLER |
| General Counsel | Assistant Attorney General |
| | |
| SHELDON T. BRADSHAW | EUGENE M. THIROLF |
| Chief Counsel | Director |
| Food and Drug Division | Office of Consumer Litigation |
| | |
| ERIC M. BLUMBERG | |
| Deputy Chief Counsel, Litigation | \_\_\_\_\_/s/_____ |
| | GERALD C. KELL |
| CLAUDIA J. ZUCKERMAN | Senior Trial Counsel |

| | |
|---|---|
| Associate Chief Counsel | J.P. ELLISON (D.C. Bar No. 477931) |
| U.S. Dept. of Health & Human Services | Trial Attorney |
| Office of the General Counsel | Office of Consumer Litigation |
| 5600 Fishers Lane, GCF-1 | U.S. Department of Justice |
| Rockville, MD  20857 | P.O. Box 386 |
| (301) 827-3676 | Washington, D.C.  20044 |
| | Tel:  (202) 514-1586 |
| | Fax:  (202) 514-8742 |
| | |
| | Counsel for Defendants |

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

James F Segroves
Proskauer Rose LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington , DC  20004
(202) 416-6871

Gordon A Coffee
Don J. Mizerk
Winston & Strawn
1700 K Street, NW
Washington , DC  2000-3817
(202) 282-5741

Jay P. Lefkowitz
Michael D. Shumsky
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
(202) 879-5000

                                                        /s/
                                        J.P. Ellison
                                        Attorney
                                        U.S. Department of Justice