IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. No. 06-1487 (RMU) |
| ) | |
| UNITED STATES FOOD AND DRUG ) | |
| ADMINISTRATION, *et al*. ) | |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| ANCHEN PHARMACEUTICALS, INC., ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| IMPAX LABORATORIES, INC., ) | |
| ) | |
| Intervenor-defendants ) | |

## **ORDER**

Upon consideration of the federal defendants' Unopposed Motion for Enlargement of Time to and including May 9, 2007, to file an answer to the plaintiffs' amended complaint, and the entire record in this matter, it is hereby,

ORDERED that the federal defendants' motion is granted.

Dated:                                                                UNITED STATES DISTRICT COURT JUDGE

_____