**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BIOVAIL CORP., *et al.*, | ) |
| Plaintiffs, | ) ) |
| v. | ) |
| U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, | ) ) ) |
| Defendants, | ) Case No. 06-CV-1487 (RMU) |
| and | ) |
| ANCHEN PHARMACEUTICALS, INC., TEVA PHARMACEUTICALS USA, INC., and IMPAX LABORATORIES, INC., | ) ) ) ) |
| Intervenor-Defendants. | ) |

**INTERVENOR-DEFENDANT ANCHEN PHARMACEUTICALS, INC.'S
UNOPPOSED MOTION FOR EXTENSION
OF TIME TO ANSWER AMENDED COMPLAINT**

Intervenor-Defendant Anchen Pharmaceuticals, Inc. ("Anchen"), by and through the undersigned attorneys, hereby moves this Court for an extension of time to answer or otherwise respond to the amended complaint of Plaintiffs, up to and including May 9, 2007. In support of this Motion, Anchen states as follows:

1. On March 22, 2007, this Court granted Plaintiffs' motion to amend the complaint in this action.

2. Pursuant to Fed. R. Civ. P. 15(a), 15(b) and 6(e), Anchen is required to answer or otherwise respond to the amended complaint within ten days, which would be April 9, 2007.

3. Because of the nature of the issues requiring consideration and the prior commitments of responsible counsel, Anchen is unable to prepare and submit its responsive pleading on or before April 9, 2007. Anchen, therefore, requests a 30-day extension of time to respond.

4. This is Anchen's first request for an extension of time to answer or otherwise respond to the amended complaint.

5. Counsel for Anchen has spoken with counsel for Plaintiffs and Plaintiffs do not oppose Anchen's motion for an extension of time to May 9, 2007.

6. Granting Anchen's motion for an extension of time will not affect existing deadlines in this action because there is no existing schedule or other deadlines in this case.

WHEREFORE, Anchen respectfully requests that this Court grant its motion for an extension of time to answer Plaintiffs' amended complaint up to and including May 9, 2007.

Dated: March 29, 2006                    ANCHEN PHARMACEUTICALS, INC.

By: /s/ Gordon A. Coffee
Gordon A. Coffee (D.C. Bar No. 384613)
WINSTON & STRAWN LLP
1700 K Street NW
Washington D.C. 20006
(202) 282-5000
(202) 282-5100

John E. Mooney (admitted *pro hac vice*)
Donald J. Mizerk (admitted *pro hac vice*)
Steven J. Winger (admitted *pro hac vice*)
Maureen L. Rurka (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

*Attorneys for Anchen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served on this 29th day of March, 2007 via ECF, with courtesy copies via electronic mail on:

| | |
|---|---|
| James F. Segroves<br>PROSKAUER ROSE LLP<br>1001 Pennsylvania Avenue, NW<br>Suite 400 South<br>Washington, D.C. 20004-2533<br>jsegroves@proskauer.com | Gerald Cooper Kell<br>James Philip Ellison<br>U.S. DEPARTMENT OF JUSTICE<br>1331 Pennsylvania Avenue, NW<br>Suite 950 N<br>Washington, D.C. 20004<br>gerald.kell@usdoj.gov<br>j.p.ellison@usdoj.gov |
| Ronald S. Rauchberg<br>Kevin J. Perra<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036<br>rrauchberg@proskauer.com<br>kperra@proskauer.com | Jay P. Lefkowitz<br>Michael D. Shumsky<br>KIRKLAND & ELLIS LLP<br>655 15th Street N.W., Suite 1200<br>Washington, D.C. 20005<br>lefkowitz@kirkland.com<br>mshumsky@kirkland.com |

        By: /s/ Gordon A. Coffee
           Gordon A. Coffee (D.C. Bar No. 384613)