IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*, )<br>        Plaintiffs, )<br>    v. )<br>U.S. FOOD AND DRUG ADMINISTRATION,<br>*et al.*, )<br>        Defendants, )<br>    and )<br>ANCHEN PHARMACEUTICALS, INC., TEVA<br>PHARMACEUTICALS USA, INC., and IMPAX<br>LABORATORIES, INC., )<br>        Intervenor-Defendants. ) | Case No. 06-CV-1487 (RMU) |

## **[PROPOSED] ORDER**

On consideration of the unopposed motion of Intervenor-Defendant Anchen Pharmaceuticals, Inc. for an extension of time up to and including May 9, 2007 to answer or otherwise respond to Plaintiffs' amended complaint it is hereby

ORDERED that Anchen's motion is granted and Anchen's answer or responsive pleading is now due on or before May 9, 2007.

Entered this _____ day of _____, 2007.

_____
Hon. Ricardo M. Urbina
United States District Judge