# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORP., *et al.*, )<br>　　　　Plaintiffs, )<br>　v. )<br>U.S. FOOD AND DRUG ADMINISTRATION, )<br>*et al.*, )<br>　　　　Defendants, )<br>　and )<br>ANCHEN PHARMACEUTICALS, INC., TEVA )<br>PHARMACEUTICALS USA, INC., and IMPAX )<br>LABORATORIES, INC., )<br>　　　　Intervenor-Defendants. ) | Case No. 06-CV-1487 (RMU) |

## NOTICE OF WITHDRAWAL

By and through the undersigned attorney, Intervenor-Defendant Anchen Pharmaceuticals, Inc. ("Anchen"), notifies this Court that Attorney John E. Mooney, admitted *pro hac vice*, is hereby withdrawing his representation of Anchen in the above-captioned case. The other attorneys from Winston & Strawn LLP will continue to represent Anchen Pharmaceuticals, Inc.

Dated: April 30, 2007　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**ANCHEN PHARMACEUTICALS, INC.**

　　　　　　　　　　　　　　　By:　  /s/ Gordon A. Coffee  
　　　　　　　　　　　　　　　　　Gordon A. Coffee (D.C. Bar No. 384613)  
　　　　　　　　　　　　　　　　　**WINSTON & STRAWN LLP**  
　　　　　　　　　　　　　　　　　1700 K Street NW  
　　　　　　　　　　　　　　　　　Washington D.C. 20006  
　　　　　　　　　　　　　　　　　(202) 282-5000  
　　　　　　　　　　　　　　　　　(202) 282-5100  
　　　　　　　　　　　　　　　　　gcoffee@winston.com

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document was served on this 30th day of April, 2007 via ECF, with courtesy copies via electronic mail on:

James F. Segroves
PROSKAUER ROSE LLP
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, D.C. 20004-2533
jsegroves@proskauer.com

Ronald S. Rauchberg
Kevin J. Perra
PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036
rrauchberg@proskauer.com
kperra@proskauer.com

Gerald Cooper Kell
James Philip Ellison
U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington, D.C. 20004
gerald.kell@usdoj.gov
j.p.ellison@usdoj.gov

Jay P. Lefkowitz
Michael D. Shumsky
KIRKLAND & ELLIS LLP
655 15th Street N.W., Suite 1200
Washington, D.C. 20005
lefkowitz@kirkland.com
mshumsky@kirkland.com


By:   /s/ Gordon A. Coffee
     Gordon A. Coffee (D.C. Bar No. 384613)