IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOVAIL CORPORATION and BIOVAIL LABORATORIES INTERNATIONAL SRL,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. FOOD & DRUG ADMINISTRATION and ANDREW C. VON ESCHENBACH,<br><br>Defendants,<br><br>and<br><br>ANCHEN PHARMACEUTICALS, INC.; IMPAX LABORATORIES, INC.; and TEVA PHARMACEUTICALS USA, INC.,<br><br>Intervenor-Defendants. | Civil Action No. 06-1487 (RMU) |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this proceeding with prejudice.

Dated: June 24, 2008

Respectfully submitted,

PROSKAUER ROSE LLP

By: _____
James F. Segroves
(DC Bar No. 480360)
1001 Pennsylvania Avenue, NW
Suite 400 South
Washington, DC 20004-2533
(202) 416-6800

*Counsel for Plaintiffs Biovail Corporation and Biovail Laboratories International SRL*

Counsel for Defendants U.S. Food & Drug Administration and Andrew C. von Eschenbach

Dated: June 24, 2008

*[signature: Gerald C. Kell]*
Gerald C. Kell
U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington, DC 20004-1710
(202) 514-1586

Counsel for Intervenor-Defendant Anchen Pharmaceuticals, Inc.

Dated: June ___, 2008

Don J. Mizerk
(admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Counsel for Intervenor-Defendants Impax Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.

Dated: June ___, 2008

Jay P. Lefkowitz
(DC Bar No. 449280)
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040

Counsel for Defendants U.S. Food & Drug Administration and Andrew C. von Eschenbach

Dated: June ___, 2008

                                              Gerald C. Kell
                                              U.S. DEPARTMENT OF JUSTICE
                                              1331 Pennsylvania Avenue, NW
                                              Suite 950 N
                                              Washington, DC 20004-1710
                                              (202) 514-1586

Counsel for Intervenor-Defendant Anchen Pharmaceuticals, Inc.

Dated: June 24, 2008

                                              Don J. Mizerk
                                              (admitted *pro hac vice*)
                                              WINSTON & STRAWN LLP
                                              35 West Wacker Drive
                                              Chicago, IL 60601
                                              (312) 558-5600

Counsel for Intervenor-Defendants Impax Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.

Dated: June ___, 2008

                                              Jay P. Lefkowitz
                                              (DC Bar No. 449280)
                                              KIRKLAND & ELLIS LLP
                                              655 15th Street, NW
                                              Washington, DC 20005
                                              (202) 879-5040

Counsel for Defendants U.S. Food & Drug Administration and Andrew C. von Eschenbach

Dated: June ___, 2008

                                                                  Gerald C. Kell
U.S. DEPARTMENT OF JUSTICE
1331 Pennsylvania Avenue, NW
Suite 950 N
Washington, DC 20004-1710
(202) 514-1586

Counsel for Intervenor-Defendant Anchen Pharmaceuticals, Inc.

Dated: June ___, 2008

                                                                  Don J. Mizerk
(admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

Counsel for Intervenor-Defendants Impax Laboratories, Inc. and Teva Pharmaceuticals USA, Inc.

Dated: June 26, 2008

                                                                  */s/ Jay Lefkowitz*
Jay P. Lefkowitz
(DC Bar No. 449280)
KIRKLAND & ELLIS LLP
655 15th Street, NW
Washington, DC 20005
(202) 879-5040